CO-386
10/2018

# United States District Court
# For the District of Columbia

Green Oceans, Responsible Offshore Development Alliance, Save Right Whales Coalition, New England Fishermen's Stewardship Association, Bat World Sanctuary, Chris Brown, Ralph Craft, Murray Danforth, Rich Hittinger, Lauren Knight, Elizabeth Quattrocki Knight, M.D. Ph.D, Gary Mataronas, Eric Philippi, Benjamin Riggs, Alan Shinn, Cornwall Lodge LLC, Ledges 66 LLC, 226 Ocean Avenue Moonwatch LLC, Dee and Richard Gordon, Kathryn K. and Jerome R. Kirby, Charlotte DuHamel, Doug and Virginia Marzonie, Andrew and Kristin McKee, Ben and Leigh Carpenter, Veter et Nova Trust, Steven Gewirz and Katrina Hamilton Gewirz, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, Stephen Lewinstein, Alumni East Associates, EC Properties, LLC, Waves S, LLC, Panagakis Family Trust, Pieroni Family Revocable Trust )
) 
) 
) 
) 
**Plaintiff** )      Civil Action No. __1:24-cv-00141_____

vs )

United States Department of the Interior, Deb Haaland in official capacity as the Secretary of the Interior, Bureau of Ocean Energy Management, Liz Klein in her official capacity as the Director of the Bureau of Ocean Energy Management, National Marine Fisheries Service, Janet Coit in her official capacity as the Administrator of the National Marine Fisheries Service, the United States Army Corps of Engineers, Lt. Gen. Scott Spellmon in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers )
) 
) 
) 
) 
**Defendant** )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Green Oceans, Responsible Offshore Development Alliance, Save Right Whales Coalition, New England Fishermen's Stewardship Association, Bat World Sanctuary, Cornwall Lodge LLC, Ledges 66 LLC, 226 Ocean Avenue Moonwatch LLC, Alumni East Associates, EC Properties, LLC, and Waves S, LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Roger J. Marzulla
_____
Signature

394907
_____
BAR IDENTIFICATION NO.

Roger J. Marzulla
_____
Print Name

1150 Connecticut Ave NW, Suite 1050
_____
Address

Washington, D.C        20036
_____
City         State         Zip Code

202-822-6760
_____
Phone Number