IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Defendants,*<br><br>    and<br><br>SOUTH FORK WIND, LLC & REVOLUTION WIND, LLC,<br><br>    *Proposed Defendant-Intervenors* | Case No.: 1:24-cv-00141-RCL |

## MOTION OF SOUTH FORK WIND, LLC AND REVOLUTION WIND, LLC TO INTERVENE AS DEFENDANTS AND TO DEFER FILING ANSWER

South Fork Wind, LLC ("South Fork Wind") and Revolution Wind, LLC ("Revolution Wind") respectfully move to intervene of right as defendants in this case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, seek permissive intervention pursuant to Rule 24(b). In accordance with Local Civil Rule 7, in support of their Motion, South Fork Wind and Revolution Wind are concurrently filing their statement of points and authorities, declaration of Melanie Gearon, declaration of Kellen Ingalls, and proposed order. South Fork Wind and Revolution Wind respectfully seek leave to file their Answer or other responsive pleading pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j) by the same deadline as Federal Defendants in this case, or three days after intervention is granted, whichever is later. South Fork Wind and Revolution Wind respectfully request that the Court grant their Motion to Intervene and to Defer Filing Answer.

Pursuant to Local Civil Rule 7(m), counsel for South Fork Wind and Revolution Wind has conferred with the parties regarding this Motion. Plaintiffs stated they need to review the Motion before they can determine their response to South Fork Wind's and Revolution Wind's intervention, and Federal Defendants take no position on South Fork Wind's and Revolution Wind's intervention.

Dated: February 6, 2024

Respectfully submitted,

By */s/* Janice M. Schneider
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

*Counsel for Proposed Defendant-Intervenors South Fork Wind, LLC and Revolution Wind, LLC*