UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, et al., ) <br> ) <br> ) <br> *Defendants*, ) <br> ) <br> and ) <br> ) <br> REVOLUTION WIND, LLC, ) <br> ) <br> *Defendant-Intervenor.* ) <br> ) | Case No. 1:24-cv-00141-RCL <br><br> Hon. Royce C. Lamberth |

**Hearing Requested**

**MOTION FOR STAY OF FINAL AGENCY ACTION**

Under 5 U.S.C. § 705 of the Administrative Procedure Act, Plaintiffs, Green Oceans et al., ask this Court for an Order (1) staying the effective dates of the approvals and authorizations in the August 21, 2023 Record of Decision for the Revolution Wind Project signed by Laura Daniel-Davis, Principal Deputy Assistant Secretary for Land and Minerals Management at the Bureau of Ocean Energy Management, Samuel Rauch, Deputy Assistant Administrator for Regulatory Programs at the National Marine Fisheries Service, and Justin Pabis, Colonel for the Army Corps of Engineers,[1] and the Incidental Take Regulation approved by the National Marine Fisheries Service on October 20, 2023[2] until further Court order, and (2) prohibiting Defendant-

---

[1] Bureau of Ocean Energy Management, National Marine Fisheries Service, United States Army Corps of Engineers, *Revolution Wind Record of Decision* (Aug. 21, 2023), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution-Wind-Record-of-Decision-OCS-A-0486_3.pdf.
[2] 88 Fed. Reg. 72562.

Intervenor Revolution Wind, LLC, from beginning or performing any pile driving or other construction work or making any other irretrievable commitment of resources purportedly authorized by the August 21, 2023 Record of Decision or the October 20, 2023 Incidental Take Regulation until further Court Order.

Dated: April 18, 2024                                              Respectfully submitted,

                                                                                    s/ Roger J. Marzulla
                                                                                    Roger J. Marzulla
                                                                                    Nancie G. Marzulla
                                                                                    Marzulla Law, LLC
                                                                                    1150 Connecticut Ave., NW
                                                                                    Suite 1050
                                                                                    Washington, D.C. 20036
                                                                                    (202) 822-6760
                                                                                    roger@marzulla.com
                                                                                    nancie@marzulla.com
                                                                                    Bar No. 394907
                                                                                    Bar No. 400985

                                                                                    Counsel for Plaintiffs