UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, et al., )<br>)<br>*Defendants,* )<br>)<br>and )<br>)<br>REVOLUTION WIND, LLC, )<br>)<br>*Defendant-Intervenor.* )<br>) | Case No. 1:24-cv-00141-RCL<br><br>Hon. Royce C. Lamberth |

**[Proposed] Order Granting Motion to Stay Final Agency Action**

For good cause shown, the approvals and authorizations for the Revolution Wind Project in the Record of Decision signed by Laura Daniel-Davis, Principal Deputy Assistant Secretary for Land and Minerals Management at the Bureau of Ocean Energy Management, Samuel Rauch, Deputy Assistant Administrator for Regulatory Programs at the National Marine Fisheries Service, and Justin Pabis, Colonel for the Army Corps of Engineers, on August 21, 2023, found at https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution-Wind-Record-of-Decision-OCS-A-0486_3.pdf, and the Incidental Take Regulation approved by the National Marine Fisheries Service on October 20, 2023, and found at 88 Fed. Reg. 72562, are stayed until further Court Order. Defendant-Intervenor, Revolution Wind, LLC shall not begin or perform any pile driving or other construction work, nor make any irretrievable commitment of resources purportedly authorized by the August 21, 2023 Record of Decision or October 20, 2023 Incidental Take Regulation until further Court Order.

SO ORDERED on this _____ day of _____, 2024.

                                                                                         _____
                                                                                         Honorable Royce C. Lamberth
                                                                                         United States District Judge