# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al.,<br><br>                    *Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR, et al.,<br><br>                    *Defendants,*<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>                    *Defendant-Intervenor.* | Case No. 1:24-cv-00141-RCL<br><br>Hon. Royce C. Lamberth |

## DECLARATION OF LISA LINOWES

I, Lisa Linowes, under 28 U.S.C. § 1746, hereby declare:

1.      I am the co-founder of the Save Right Whales Coalition, which is a Plaintiff in this lawsuit. Save Right Whales Coalition is an alliance of grassroots environmental and community organizations, scientists, and conservationists working to protect the North Atlantic right whale and other marine life from the industrialization of the ocean through large-scale offshore wind development. Save Right Whales advocates against offshore wind projects that could be harmful to wildlife and is committed to educating the public and political leaders on the harms of offshore wind on ocean life and for those who live, work, and visit our coastal communities.

2.      Save Right Whales Coalition is actively involved in the fight to protect marine life, including whales, dolphins, sea turtles, seals, and other species—as well as the marine environment on which they depend. Save Right Whales actively engages with regulators, federal

DocuSign Envelope ID: 77DB447-86D0-416C-AB6A-5995266623FC4

agencies, and state/local stakeholders to provide comments on how to protect marine life and on the impacts offshore development will have on marine life. Save the Right Whale has submitted comments in response to Federal Register notices regarding issuance of Incidental Harassment Authorizations for offshore wind projects and the draft NOAA/BOEM North Atlantic Right Whale Offshore Wind Strategy. Additionally, Save the Right Whales has filed comments and sent numerous letters to NOAA regarding the increase in whale deaths on the eastern seaboard. These comments and letters highlight the organization's concerns that the protective mitigation measures adopted by NOAA and BOEM to reduce whale injury and mortality, particularly when it comes to offshore wind construction and pre-construction activities are inadequate.

3.     I have been involved in the research and analysis of wind energy, both onshore and offshore, for nearly two decades. In addition to my work with Save Right Whales, I am the Executive Director for the WindAction Group, which is a national advocacy group focused on the impacts and policy issues associated with industrial wind energy development. I have testified before Congress on environmental issues relating to wind energy production.

4.     My work with Save Right Whales has included research regarding the increase in whale and large marine mammal deaths in recent years, which strongly correlates with the start of the offshore wind—program including surveying, sonar, site assessment mapping, and construction.

5.     My work at Save Right Whales involved, in part, a detailed examination of whale mortality on the east coast over the period between 2007 to September 2023. This study revealed that since 2015, there has been a dramatic increase in the number of whale deaths along the east coast. For example, in 2015, there were 33 observed whale deaths. In 2017, which is when offshore wind developers started ramping up sonar monitoring and survey activities, there were

DocuSign Envelope ID: 777DB447-B6D0-416C-AB6A-5995266237CA

89 observed whale deaths—nearly three times the number of deaths found in 2015. The increase in deaths has been so significant that the National Oceanic and Atmospheric Administration (NOAA) has declared three Unusual Mortality Events involving endangered whale species: (1) Humpback Whales in 2017, (2) North Atlantic right whales in 2017, and (3) Minke Whales in 2018. Notably, prior to 2016, no significant offshore wind activity was occurring in the northeast.

6.      Additionally, Save Right Whales has examined each of the incidental harassment authorizations issued by NOAA since 2016 that permit high-resolution geophysical ("HRG") sonar surveys in wind lease areas in the Atlantic. In our review, we found that NMFS's established recommendations for determining Level B harassment distances have been eroded and weakly enforced. According to our analysis, had NMFS followed its own recommendations for determining Level B harassment distances, and had NMFS investigated actual sound levels propagating from the sonar devices used in the field, the protective mitigations imposed on the developers by NMFS would have been more stringent.[1]

7.      In areas where there is heavy sonar use related to offshore wind development, there has been an increase in whale and marine mammal deaths. For example, from August 2017 to August 2018, there were seven observed North Atlantic right whale deaths on or near Martha's Vineyard in Massachusetts. During that time period, there was heavy sonar activity and offshore wind vessel traffic in the nearby lease areas.

---

[1] Save Right Whales Coalition, *Save Right Whales Coalition Calls on NOAA to Halt Offshore Wind Sonar Surveys*, https://saverightwhales.org/media/srwc-calls-on-noaa-to-halt-all-osw-sonar-surveys (last visited Apr. 17, 2024).

8.      Our work at the Save Right Whales Coalition is featured in the documentary, *Thrown to the Wind*,[2] released in August, 2023. In addition, I have been interviewed about our work by numerous media outlets including Fox News and WABC NY, written opinion pieces[3] on our work, and have appeared on national and regional podcasts to discuss the findings of our research.

9.      Offshore wind development poses a great risk to marine mammals and other marine life through vessel traffic, construction-related noise, and surveying and monitoring practices. Nearly every offshore wind project's Environmental Impact Statement addresses the threat offshore wind poses. Revolution Wind's Impact Statement also addresses this risk, stating that vessel traffic and construction-related noise poses a great risk to marine mammals and will cause displacement, disturbance, avoidance behavior, injury, and even death.[4]

10.     Five species of endangered whales, North Atlantic right whale, Fin Whale, Sei Whale, Sperm Whale, and Blue Whale, migrate through and live within the waters of the lease area. Numerous other marine mammals also migrate through and live within the waters of Revolution Wind's lease area. For this one project, the National Marine Fisheries Service authorized the take of 13,929 marine mammals in any one year and 19,301 over five years.[5]

11.     NMFS anticipates that 56 North Atlantic right whales will experience, at the very least, behavioral effects from Revolution Wind's construction-related activities. With a

---

[2] Michael Shellenberger, *Why this Documentary May Save the Whales* (Aug. 14, 2023), https://public.substack.com/p/why-this-documentary-may-save-the.
[3] Lisa Linowes, *Wind Energy or Whales? NGO Financial Conflicts Uncovered* (May 12, 2022), https://www.thenewlede.org/2022/05/guest-column-wind-energy-or-whales-ngo-financial-conflicts-uncovered/.
[4] National Marine Fisheries Service, *Final Environmental Impact Statement* at 3.15-37, 42, 43, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution_Wind_FEIS_Vol1-and-2.pdf.
[5] 88 Fed. Reg. 72,628 (Oct. 20, 2023).

DocuSign Envelope ID: 77DB447-86D0-416C-AB6A-5995266235C4

population of less than 338, the North Atlantic right whale is incredibly close to extinction, easily susceptible to stress and chronic injuries from construction, vessel strikes, or entanglements, and has an incredibly low reproductive rate.[6] The North Atlantic right whale is not a resilient animal and NOAA has determined that the maximum number of animals that can be removed—killed—annually while allowing the stock to reach a healthy population level is less than one.[7] The North Atlantic right whale's population peaked in 2011and, since then, roughly 237 animals have died.[8] The species is experiencing an Unusual Mortality Event and, as of October 2023, that event has impacted a total of 121 individuals.[9] There are fewer than 70 reproductively active females  and fewer calves are being born. Additionally, around 42% of the population is in reduced health and NOAA has stated that the species is more susceptible to threats like offshore wind development.[10] NMFS's so-called mitigation measures will not be enough to protect this endangered whale and NMFS should be required to re-evaluate the impacts on the North Atlantic right whale before any additional project construction is done.

12.    NMFS's authorization of 5 and 4 Level A takes for the endangered Sei and Fin whales is also concerning, considering that when the Project was evaluated by NMFS under the ESA no Level A takes were approved/authorized. Sei and Fin whales are endangered because of

---

[6] *See* BOEM and NOAA's Strategy on the North Atlantic Right Whale and Offshore Wind (Jan. 2024) at 7, https://www.boem.gov/sites/default/files/documents/environment/BOEM_NMFS_NARW_OSW_0.pdf.

[7] *Id.*

[8] *Id.* at 8.

[9] *Id.*

[10] *Id.* at 8.

past commercial whaling and they are threatened by vessel strikes, reduced prey availability, and human-caused mortality.[11]

13.     Other, non-endangered whales are also dying at increasing rates. For example, since the five turbine Block Island pilot offshore wind project construction started in 2016, there have been five humpback whale deaths near Block Island's turbines. NOAA's data indicates that before 2016 there were no humpback whale deaths near this area. Every year since 2016, vessel traffic related to offshore wind construction in the area has increased.

14.     For marine mammals to be protected to the greatest extent possible, NMFS and NOAA need to conduct a deeper inquiry into how offshore wind vessels impact marine mammals. Without further analysis and more stringent mitigation measures, offshore wind vessels and offshore wind construction poses a major, existential threat to marine mammals. NMFS must go back and evaluate the risk to all endangered marine mammals under the ESA and MMPA to ensure that the mitigation measures it is requiring the developers to undertake are as stringent and protective as possible. Without a full review for every species, NMFS' review will fall far short of protecting protected species.

15.     Revolution Wind's ongoing construction—even while Section 7 consultation is happening—threatens marine mammals and endangered whales in Revolution Wind's lease area. Construction must be halted until NMFS is able to review and analyze the impacts to the endangered whales and other marine mammals and NMFS should require more stringent mitigation measures to protect these animals that are dying at rapid rates.

---

[11]National Marine Fisheries Service, *Revolution Wind Biological Opinion* (July 21, 2023) at 68, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Rev-Wind-BiOp.pdf.

**Threats to Sea Turtles**

16.    Four species of sea turtles frequent the project area: Loggerhead turtles, Kemp's Ridley Sea Turtles, Green Turtles, and Leatherback turtles.

17.    In southern New England, the loggerhead turtles are primarily present during the summer and fall months.[12] In the northwest Atlantic Ocean, the loggerhead sea turtle population is estimated at approximately 801,000.[13] The loggerhead sea turtle is currently listed as a threatened species.[14]

18.    The global population of Leatherback turtles is estimated to have declined 40% over the last three generations.[15] The leatherback sea turtle is currently listed as an endangered species.[16]

19.    In 2015, NMFS recommended that the Recovery Priority Number for Kemp's Ridley Sea Turtles be changed to 1, which means that their "extinction is almost certain in the immediate future because of a rapid population decline or habitat destruction." The number of nests observed across the nesting habitats of the Kemp's Ridley nearly halved between 2009 and 2014, going from 19,163 to 10,987.[17] Vessel strikes, loss/degradation of habitat and entanglement are among the biggest threats to the Kemp's Ridley turtle.[18] These turtles are small

---

[12] Revolution Wind Final Environmental Impact Statement at 3.19-6.
[13] Revolution Wind Final Environmental Impact Statement at 3.19-6.
[14] Revolution Wind Final Environmental Impact Statement at 3.19-4.
[15] Leatherback Turtle, NOAA FISHERIES, https://www.fisheries.noaa.gov/species/leatherback-turtle (last updated Jan. 17, 2024).
[16] Revolution Wind Final Environmental Impact Statement at 3.19-4.
[17] Kemp's Ridley Turtle, NOAA FISHERIES, https://www.fisheries.noaa.gov/species/kemps-ridley-turtle (last updated Feb. 26, 2024).
[18] Kemp's Ridley Turtle, NOAA FISHERIES, https://www.fisheries.noaa.gov/species/kemps-ridley-turtle (last updated Feb. 26, 2024).

in size and are more difficult to detect: "Visual sighting data are limited because this small species is difficult to observe using typical aerial survey methods."[19]

20.    The green sea turtle is currently listed as a threatened species.[20] Green Turtles have been observed in the North Atlantic coastal waters offshore Massachusetts, "including the waters of Long Island Sound and Cape Cod Bay."[21]

21.    During the construction and installation, Operations and Management, and decommissioning of the project, sea turtles will be exposed to increased vessel traffic, underwater noise impacts, temporary habitat disturbance, and long-term habitat conversion.[22]

22.    The July 2023 Biological Opinion requires the Developers to submit a Reduced Visibility Monitoring Plan/Nighttime Pile Driving Monitoring Plan if they plan to operate during the night. This Plan must be submitted to NMFS at least 180 calendar days before impact pile driving is planned to begin. This Plan is required to contain a thorough description of Revolution Wind's plan to monitor pile driving activities, as well as the proof of the efficacy of their monitoring devices (mounted thermal/infrared camera systems, night vision devices, spotlights, etc.).[23]

23.    In In the Biological Opinion, NMFS lays out the minimum visibility zones required for detecting ESA listed marine mammals and sea turtles. From May to November, these species must be detectable from the wind turbines from at least 2,300 meters, and 4,400

---

[19] Revolution Wind Final Environmental Impact Statement at 3.19-7.
[20] Revolution Wind Final Environmental Impact Statement at 3.19-4.
[21] Revolution Wind Final Environmental Impact Statement at 3.19-5.
[22] Revolution Wind Final Environmental Impact Statement at 3.19-48.
[23] Revolution Wind Biological Opinion, National Marine Fisheries Service (July 21, 2023) at 442-443.

meters in December.[24] However, the light-enhancing devices that will be used by the developer to detect sea turtles in darkness are generally limited to distances of less than 100 meters, making it less likely that sea turtles will be detected. This is further validated by the 2020 and 2021 Protected Species Observer Technical Reports following high-resolution geophysical ("HRG") surveys at the Revolution Wind, South Fork Wind, Sunrise Wind, and Baystate Wind lease areas. These reports show that under nighttime conditions, and using all available technologies, the ability for observers to detect marine mammals drastically decreased at distances greater than 200 meters from the vessel.[25] It should also be noted that Revolution Wind's claim in its LOA application that "night vision equipment and infrared/thermal imaging have been shown to allow for the detection of marine mammals at night at a similar probability of detecting marine mammals during daylight visual monitoring," but neither of the sources Revolution Wind cites (Verfuss et al. 2018 and Guazzo et al. 2019) makes this general claim. Verfuss et.al 2018 only states that using a combination of technologies can improve nighttime detections but does not compare the results to daytime detections.[26] Guazzo et.al. 2019 speaks only with respect to detection of whale blows.[27]

---

[24] Revolution Wind Biological Opinion, National Marine Fisheries Service (July 21, 2023) at 442-443.

[25] National Marine Fisheries Service, Incidental Take Authorization: Orsted Wind Power North America, LLC Site Characterization Survey off of New York to Massachusetts (Mar. 3, 2022), https://www.fisheries.noaa.gov/action/incidental-take-authorization-orsted-wind-power-north-america-llc-site-characterization.

[26] *See* Ursula K. Verfuss et.al. *Comparing methods suitable for monitoring marine mammals in low visibility conditions during seismic surveys* (Nov. 7, 2017), https://www.sciencedirect.com/science/article/pii/S0025326X17308809.

[27] *See* Regina A. Guazzo et.al., *Migrating eastern North Pacific gray whale call and blow rates estimated from acoustic recordings, infrared camera video, and visual sightings* (August 2019), https://www.researchgate.net/publication/335510091_Migrating_eastern_North_Pacific_gray_whale_call_and_blow_rates_estimated_from_acoustic_recordings_infrared_camera_video_and_visual_sightings/link/5fb6484a92851c933f3d7ba3/download.

DocuSign Envelope ID: 77DB447-B6D0-4166-AB6A-5905266235C4

24.     Until this work is thoroughly fleshed out and an appropriate monitoring plan is developed, Revolution Wind's development should cease to ensure that sea turtles are not irreparably harmed by the project construction.

I declare the foregoing to be true and correct, under penalty of perjury.



Lisa Linowes

Date Signed: 4/18/2024