# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, et al., ) <br> ) <br> *Defendants,* ) <br> ) <br> and ) <br> ) <br> REVOLUTION WIND, LLC, ) <br> ) <br> *Defendant-Intervenor.* ) <br> ) | Case No. 1:24-cv-00141-RCL <br><br> Hon. Royce C. Lamberth |

I, Apostolos Gerasoulis, declare as follows:

1. I am a former Professor of Computer Science at Rutgers University, where I retired from tenured status in 2020. I received a PhD in applied mathematics from Stony Brook University and my areas of expertise include numerical computing, information retrieval and extraction, search engines, data mining and machine learning. I am co-creator of Teoma, an Internet search engine that powers Ask.com. I also served as Vice President of Search Technology at Ask.com, before leaving the company in 2010.

2. I currently work with Save the East Coast, a grassroots ocean environmental advocacy group based in NJ that fights to protect the ocean, coastal ecosystems, and coastal communities from the limitless harms and costs associated with offshore wind industrialization. Save the East Coast advocates on behalf of all impacted marine species, the livelihoods of fishermen and others that make a living on the water, as well as local and seasonal residents,

small businesses and tourists that will be devastated by the transformation of our coastal waters into industrial power generation and transmission facilities.

3. As part of my work with Save the East Coast, I have analyzed and modeled the connection between wind development vessel traffic and whale deaths along the east coast. In connection with my work, I have developed the LUNA program, which uses data on whale deaths and vessel traffic from NOAA to map whale deaths against vessel activity in the region, including vessel routes, vessel type, distance travelled, and ocean wave patterns to determine how vessel activity correlates with increases in whale mortality.

4. As part of my analysis, I examined the mortality of humpback whales in two different regions: the New York, New Jersey and Rhode Island region (Region A); and the Deleware, Maryland, and Virginia region (Region B). I selected these regions because Humpback whales are equally distributed between the two areas. Additionally, both regions had negligible seismic survey vessel traffic between 2000-2014, but experienced substantial offshore wind seismic survey vessel traffic between 2015-2023.

5. Between 2000-2014, when no offshore wind seismic surveys were conducted in either region, my analysis shows that Region A experienced 2.3 whale deaths per year, while Region B experienced 2.2 whale deaths per year. Between 2015-2023, my analysis shows that 52,346 miles of offshore wind seismic surveys were conducted in Region A, resulting in increased whale mortality of 9.9 whale death per year for this period. Likewise, in Region B, 23,264 miles of offshore wind seismic surveys were conducted between 2015-2023, resulting in an increased whale mortality of 4.9 whale death per year for this period.



6.    My analysis concludes that an increase in offshore seismic survey activity correlates with whale death in both regions' studied, such that whale deaths increase when seismic survey activity increases.

7.    The visual mapping from my LUNA program also shows how the circuitous routes taken by offshore wind survey vessels can enclose whales within an area, leading to whale mortality events. For example, a snapshot of the LUNA program (below) depicts vessel routes that enclose the locations of whale mortality events, which are depicted as large red and blue dots.



I declare that the foregoing is true and correct under penalty of perjury.

Executed on: April 16, 2024

*Apostolos Gerasoulis*