EXHIBIT 6

**Reinitiation Analysis for the Construction, Operation, Maintenance, and Decommissioning of the Revolution Wind Offshore Energy Project (Lease OCS-A 0486)**

**Introduction**

The Bureau of Ocean Energy Management (BOEM) and NOAA Fisheries received a pile driving monitoring plan from Revolution Wind in accordance with the reasonable and prudent measure 5, term and condition 10 of the July 21, 2-23 biological opinion (Opinion) (GARFO-2022-03532). The plan contains monitoring elements for nighttime pile driving that were fully considered by NMFS in the Opinion.  In particular, the effectiveness of mitigation and monitoring measures to reduce the likelihood of PTS occurring in sea turtles under nighttime conditions.  The Opinion does not currently allow for any injurious take of sea turtles during pile driving as it assumes the potential exposure of sea turtles to the acoustic injury threshold for pile driving can be effectively reduced through the required mitigation and monitoring conditions. However, the Opinion permits the submission of a low visibility pile driving monitoring plan to be evaluated by NMFS.  As described on page 15 of the Opinion:

> *During the installation of monopile foundations, Revolution Wind is proposing a 24-hour work window. Pile installation will occur during daylight hours and could, if Revolution Wind meets NMFS OPR's and BOEM's proposed requirements, occur during nighttime hours to: (1) allow for flexibility to initiate piles day or night from the start of construction to optimize use of specialty vessels and reduce overall time for construction offshore; (2) when a pile installation is started during daylight and, due to unforeseen circumstances, would need to be finished after dark; and, (3) for new piles, after dark initiation of pile driving is necessary to meet schedule requirements due to unforeseen delays. After dark initiation of pile driving would only be allowed if Revolution Wind submits a low visibility pile driving monitoring plan that BOEM, NMFS OPR, and NMFS GARFO approve.*

BOEM has determined that this low visibility monitoring plan does not constitute a change to the proposed action since it was included in the proposed action of the Opinion. However, the pile driving monitoring plan provides additional information that was unavailable at the time the Opinion was issued. This analysis more fully considers those potential effects of this new information on sea turtles. Consequently, BOEM has completed an analysis of potential effects to sea turtles considering the details of the mitigation plan and distance to which sea turtles will be monitored during pile driving activities for the Revolution Wind Farm project. The conclusions of the biological opinion for all other listed species, critical habitats, and activities are not affected and remain the same.

**<u>Background</u>**

On July 21, 2023, NMFS issued an Opinion to BOEM for the Revolution Wind Construction and Operations Plan (COP) and an associated Incidental Take Statement (ITS). The Opinion concluded that the proposed action may adversely affect but is not likely to jeopardize the continued existence of blue, fin, sei, sperm, and North Atlantic right whales, the Northwest Atlantic distinct population segment (DPS) of loggerhead sea turtles, North Atlantic DPS of green sea turtles, Kemp's ridley, and leatherback sea turtles, shortnose sturgeon, and the five distinct population segments (DPS) of Atlantic sturgeon. The Opinion also concluded that the proposed action is not likely to adversely affect giant manta rays, hawksbill sea turtles, Rice's whale, or critical habitat designated for the New York Bight DPS of Atlantic sturgeon. NOAA determined that Revolution Wind will have no effect on any species of ESA-listed corals, the Gulf of Maine DPS of Atlantic salmon, Gulf sturgeon, Nassau Grouper, the Northeast Atlantic DPS of loggerhead sea turtles, Oceanic whitetip shark, smalltooth sawfish, or critical habitat designated for the North Atlantic right whale, or the Northwest Atlantic DPS of loggerhead sea turtles.

The Opinion considered the effects of impact pile driving on sea turtles, whales, and sturgeon during foundation installations, assessed the potential for take, and non-discretionary mitigation and monitoring measures including the submission of monitoring plans. The Opinion's ITS does not anticipate permanent threshold shift (PTS) injury take of sea turtles by auditory injury, non-auditory injury, or mortality. This conclusion was reached by NMFS under the assumption that Revolution Wind would be able to comply with all mitigation and monitoring measures proposed in the Biological Assessment (BA) and Opinion. Specifically, the ITS (11.0) states that "the applicant may receive the benefit of the sea turtle take exemption as long as they are complying with the relevant terms and conditions". The pile driving monitoring plan submitted in accordance Reasonable and Prudent Measure 5, Term and Condition 10 proposes nighttime pile driving details that were not available at the time the Opinion was issued. As part of BOEM's review of the pile driving monitoring plan. BOEM is considering acceptance of an alternative monitoring plan for nighttime pile driving that includes a 500 m exclusion zone for sea turtles to avoid the potential for PTS. Notably, 500 m is approximately twice the distance of the modelled distances to PTS for sea turtles. The following text from within section 7.1.4.2 of the Opinion explains NMFS' justification for the exemption of potential injury take for sea turtles assuming the proposed 500 m clearance zone is implemented during pile driving activities:

> *Given that the clearance zone is larger than the area within which a sea turtle would need to remain for the duration of pile driving to experience injury from exposure to pile driving noise (less than 210 m considering 3 piles/day, smaller for 1 or 2 piles per day), the requirement to implement a clearance and shutdown zone further reduces the already low likelihood of a sea turtle being exposed to noise above the injury threshold...Based on the clearance and shutdown requirements which are triggered if a sea turtle is within 500 m of the pile being installed and the anticipated behavioral response to noise above the 175 dB re 1 1uPa RMS threshold (which extends approximately 1 km from monopiles), it is extremely unlikely that this will occur. Based on this, despite the modeled predictions of sea turtles exposed to noise above the cumulative PTS threshold we*

*do not expect this to occur, and no sea turtles are expected to experience permanent hearing loss or any other injury. No mortalities are anticipated due to exposure to pile driving noise. Therefore, take by auditory injury, non-auditory injury, or mortality, as a result of impact pile driving is not anticipated.*

## Analysis of Potential PTS

As described in the BA, the PTS exposure ranges (ER$_{95\%}$) for sea turtles were modeled (Küsel et al. 2023)[1] assuming 10 dB broadband attenuation and a summer acoustic propagation environment. Summer represents the period when sea turtle exposure to pile driving noise is most likely to occur. The modeling indicates that the peak Sound Pressure Level (SPL$_{pk}$) PTS threshold is not exceeded in any of the pile driving scenarios. Additionally, modeling results show that the longest ranges to the cumulative Sound Exposure Level (SEL$_{cum}$) PTS threshold are 210 m (green sea turtles) during the scenario assuming installation of three WTG monopiles/day (12 m diameter) and 250 m (green sea turtles) during the installation of a single OSS monopile/day (15 m diameter). The cumulative sound exposure level assumes that a green sea turtle would need to be within 200 m of piling driving from beginning to end for a single pile. For the OSS the sea turtle would need to be within 250 m of piling activity for the full duration of piling activity. It should also be noted that the bubble curtains proposed to be used for the Revolution wind project have an estimated radii of 57m (+/- 15 m) and 103m (+/- 15 m) for the inner and outer curtains respectively. It is reasonable to assume that these curtains could be expected to provide an additional level of deterrence inside of 100m. The exposure analysis conducted by Küsel et al. (2023) predicts exposure of less than 1 Kemp's ridley sea turtle, 1 leatherback sea turtle, 1 loggerhead sea turtle, and approximately 1 green sea turtle to sounds above the SEL$_{cum}$ PTS threshold.

**Table 1. WTG monopile foundation (7 to 12 m diameter, summer): Exposure ranges in meters with 10 db sound attenuation for the maximum case scenario of three piles per day.**

| Species | Three piles per day | | |
|---|---|---|---|
| | Injury | | Behavior |
| | *LE, 24h* | *LPK* | *Lp* |
| Kemp's ridley turtle [a] | 120 | 0 | 880 |
| Leatherback turtle [a] | 120 | 0 | 620 |
| Loggerhead turtle | 30 | 0 | 580 |
| Green sea turtle | 210 | 0 | 890 |

---

[1] Küsel, E.T., M.J. Weirathmueller, K.L. Zammit, M.L. Reeve, S.G. Dufault, K.E. Limpert, M.E. Clapsaddle, and D.G. Zeddies. 2023. *Underwater Acoustic Analysis and Exposure Modeling: Revolution Wind: Impact Pile Driving during Foundation Installation*. Revision 8 v5. Technical report by JASCO Applied Sciences for Revolution Wind, LLC.

**Table 2. OSS monopile foundation (7 to 15 m diameter, summer): Exposure ranges in meters with 10 db sound attenuation**.

| Species | One pile per day | | | Two piles per day | | |
|---|---|---|---|---|---|---|
| | Injury | | Behavior | Injury | | Behavior |
| | *LE, 24h* | *LPK* | *Lp* | *LE, 24h* | *LPK* | *Lp* |
| Kemp's ridley turtle [a] | 50 | 0 | 970 | 110 | 0 | 890 |
| Leatherback turtle [a] | 0 | 0 | 720 | 120 | 0 | 700 |
| Loggerhead turtle | 40 | 0 | 760 | 40 | 0 | 590 |
| Green sea turtle | 250 | 0 | 820 | 360 | 0 | 820 |

**Table 3. WTG and OSS monopile foundations: Number of sea turtles predicted to receive sound levels above exposure criteria with 10 dB attenuation for a total of 100 WTG and two OSS monopiles, using density data from Table 15 in Küsel 2023.**

| Species | Injury | | Behavior |
|---|---|---|---|
| | *LE, 24h* | *LPK* | *Lp* |
| Kemp's ridley turtle [a] | 0.56 | 0 | 8.70 |
| Leatherback turtle [a] | 0.69 | 0 | 7.49 |
| Loggerhead turtle | 0.78 | 0 | 19.01 |
| Green sea turtle | 1.35 | 0 | 9.46 |

To mitigate potential PTS exposure of sea turtles, BOEM is proposing that Revolution Wind use PSOs to establish a clearance zone of 200 m around the pile driving equipment for a period of 60 minutes prior to the start of pile driving activities. If a sea turtle is observed approaching or entering the clearance zone prior to the start of pile driving operations, pile driving activity will be delayed until either the sea turtle has voluntarily left the respective clearance zone and been visually confirmed beyond that clearance zone, or 30 minutes have elapsed without re-detection of the animal. BOEM is now proposing that if a sea turtle is observed within the 200 m clearance zone after pile driving has begun, the PSO will request a temporary cessation of pile driving.

**Evaluation of the ESA Section 7 Reinitiation of Consultation Criteria**

The NMFS' and U.S. Fish and Wildlife Service's (USFWS) joint regulations at 50 CFR 402.16(a) specify four criteria that require the reinitiation of formal consultation where discretionary Federal involvement or control over the action has been retained or is authorized by law. The Opinion states:

 "Reinitiation of consultation is required and shall be requested by BOEM or by NMFS where discretionary federal involvement or control over the action has been retained or is authorized by law and

  (a) If the amount of extent of taking specified in the incidental take statement is exceeded;
  (b) If new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered;

(c) If the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or,

(d) If a new species is listed or critical habitat designated that may be affected by the identified action".

At this time, BOEM has authorized pile driving if it is initiated no more than 1 hour after civil sunrise and no later than 1.5 hours before civil sunset (daytime only). However, BOEM included a condition in the COP approval that would allow pile driving at night if Revolution Wind can demonstrate through a nighttime/low visibility monitoring plan that they can reliably detect sea turtles (and marine mammals) to the full extent of the established clearance and shutdown zones. Revolution Wind submitted a nighttime monitoring plan to BOEM, NMFS-OPR and NMFS-GARFO (e.g., August 2023 draft) and BOEM believes that the second criterion listed above will be met if the plan is approved.

The assumptions that NMFS considered for potential PTS to occur in sea turtles have changed with receipt of the monitoring plan from Revolution Wind. In the plan, Revolution Wind describes that effective monitoring of the 500 m clearance zone at night may not be possible. Instead, an effective nighttime monitoring range of 200-300 m is more realistic. Although effective monitoring to these distances would be sufficient to cover the sea turtle PTS zone determined by the acoustic modeling (210 m during WTG monopile installation and 250 m during OSS monopile installation), there is less certainty of avoiding sea turtle injury by not monitoring the full 500 m exclusion zone. That is to say, monitoring at nighttime to avoid PTS would be most effective if monitoring effort were focused within the modeled distances in which potential PTS may potentially occur.

## Request for Reinitiated Consultation

Since Revolution Wind may not be able to effectively monitor the 500 m clearance zone if nighttime pile driving is approved, BOEM is asking NMFS to authorize potential injury take of sea turtles. BOEM believes that the analysis in the Biological Assessment and the Biological Opinion remain valid and that the request is only to consider a smaller monitoring and exclusion zone for sea turtles that may result in the injurious take of a small number (less than 2 individuals) of all ESA-listed sea turtles that may occur in the action area.