# Exhibit 1

| | |
|---|---|
| **From:** | Spatz, Michelle (ENRD) |
| **To:** | Roger Marzulla; Nancie Marzulla |
| **Cc:** | Rudat, Amanda (ENRD); Marinelli, Matthew (ENRD) |
| **Subject:** | RE: Green Oceans v. DOI, Case No. 1:24-cv-00141-RCL (DDC) - Reinitiated ESA Consultation for Revolution Wind |
| **Date:** | Wednesday, April 17, 2024 4:59:00 PM |
| **Attachments:** | Reinitiation_ESA_BOEM_Jan2024_cover letter signed (4).pdf |
| | Enclosure_BOEM_Consultation_Reinitiation_Analysis.pdf |
| | Revolution Wind ESA Reinitiation Request_17Nov2023 (1).pdf |

Hi Roger,

Thank you for your patience as we considered your requests below and conferred with our clients.

Federal Defendants are amenable to providing courtesy copies of the documents that you have requested. Attached please find: (1) BOEM's January 12, 2024 request to reinitiate consultation; (2) BOEM's February 2, 2024 supporting analysis; and (3) NMFS Office of Protected Resources' the November 17, 2023 request to reinitiate consultation. NMFS OPR's request for reinitiation of consultation did not enclose any materials other than a link to the final MMPA ITA regulations on NMFS's web site (which can be accessed here).

Additionally, we can provide the following responses to your questions below:

1. Per Section 5.10.2 of BOEM's Conditions of Construction and Operations Plan Approval, "[n]o foundation impact pile driving activities are allowed to occur January 1 through April 30 or until BOEM has notified the Lessee that all necessary ESA Section 7 consultations addressing foundation impact pile driving have concluded." Thus, pile-driving shall not commence until the reinitiated ESA consultation has been completed. While NMFS has until July 30, 2024 to complete its reinitiated consultation under the ESA, as mentioned in NMFS GARFO's March 12, 2024 letter and noted in your email below, NMFS is working to complete the reinitiated consultation by April 30, 2024.

2. We do not have any objection to Plaintiffs' amended complaint being tailored to address only the Revolution Wind project (and not the South Fork project) in light of the Court's severance order. Indeed, we think that would make sense given that the South Fork claims have been severed and are no longer before this Court.

As we mentioned in our email last week, the new Biological Opinion that will be issued by NMFS GARFO will supersede the July 2023 Biological Opinion for the Revolution Wind project that is challenged in your initial complaint. Because that development will render any claim challenging the July 2023 Biological Opinion moot, we are happy to keep you apprised once the new Biological Opinion is issued (and provide a courtesy copy) if that would be helpful with respect to preparing your amended complaint. Please let us know if you would like us to do that.

Thank you.

Michelle M. Spatz

1



Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
(202) 598-9741 | michelle.spatz@usdoj.gov

---

**From:** Roger Marzulla <roger@marzulla.com>
**Sent:** Thursday, April 11, 2024 12:55 PM
**To:** Spatz, Michelle (ENRD) <Michelle.Spatz@usdoj.gov>; Nancie Marzulla <nancie@marzulla.com>
**Cc:** Rudat, Amanda (ENRD) <Amanda.Rudat@usdoj.gov>; Marinelli, Matthew (ENRD) <Matthew.Marinelli@usdoj.gov>
**Subject:** [EXTERNAL] RE: Green Oceans v. DOI, Case No. 1:24-cv-00141-RCL (DDC) - Reinitiated ESA Consultation for Revolution Wind

Dear Michelle:

Thank you for letting us know about the re-initiation of the Revolution Wind ESA consultation. We will take a close look at how this action may affect Green Oceans' claim. To assist us in that analysis, would you please provide the supporting documents for this process? The letter you attached references the following:

- A January 12, 2024, request from the Bureau of Ocean Energy Management (BOEM),
- A separate November 7, 2023, request from NOAA's National Marine Fisheries Service (NMFS) Office of Protected Resources (OPR), to reinitiate consultation
- Materials received from BOEM on February 2, 2024, and OPR on November 7, 2023 (apparently attached to the requests for re-initiation).

> The letter you attached also states that NMFS is "working to complete the consultation by April 30, 2024, so that it is available before the seasonal window for pile driving opens on May 1," but your email states that NMFS has until July 30, 2024 to complete its reinitiated consultation. This raises the question whether pile-driving is authorized to commence prior to July 30, 2024? Please let me know.
>
> Finally, in light of the order severing our South Fork and Revolution Wind cases, we plan to file separate amended complaints in the two matters—one directed to Revolution Wind agency actions only, and the other directed to South Fork agency actions only. Please let me know if you have any objection to this mode of amending what is now a single complaint. Because of our need to review the documents supporting the Government's decision to re-initiate consultation, along with the Court's order to sever, we are unlikely to have the two amended complaints ready for filing on April 16 (as previously planned). Once we have the documents in hand, we will give you our new projected date for filing.
>
> Yours,
> Roger

---

**From:** Spatz, Michelle (ENRD) <Michelle.Spatz@usdoj.gov>
**Sent:** Thursday, April 11, 2024 10:36 AM
**To:** Roger Marzulla <roger@marzulla.com>; Nancie Marzulla <nancie@marzulla.com>
**Cc:** Rudat, Amanda (ENRD) <Amanda.Rudat@usdoj.gov>; Marinelli, Matthew (ENRD)

2

<Matthew.Marinelli@usdoj.gov>

**Subject:** Green Oceans v. DOI, Case No. 1:24-cv-00141-RCL (DDC) - Reinitiated ESA Consultation for Revolution Wind

Hi Roger,

We understand that Plaintiffs intend to file an amended complaint in the Green Oceans v. DOI case, and we are reaching out to let you know of a development that may impact Plaintiffs' amended complaint. On March 12, 2024, NMFS Greater Atlantic Regional Fisheries Office accepted BOEM's and NMFS Office of Protected Resources' requests to reinitiate ESA consultation. NMFS GARFO expects to issue a new Biological Opinion, which will supersede the July 2023 Biological Opinion for Revolution Wind that is challenged in your initial complaint (Third Cause of Action). We have attached NMFS GARFO's reinitiation letter for reference.

Under the ESA and its implementing regulations, NMFS has until July 30, 2024 to complete its reinitiated consultation. If Plaintiffs intend to hold off filing their amended complaint until after the new Biological Opinion is issued, we would be happy to send you a courtesy copy of the Biological Opinion. Please let us know if that would be helpful.

Please also let us know if it would be helpful to have a call to discuss anything.

Thank you.



Michelle M. Spatz
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
(202) 598-9741 | michelle.spatz@usdoj.gov

3