# Exhibit 2



UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
GREATER ATLANTIC REGIONAL FISHERIES OFFICE
55 Great Republic Drive
Gloucester, MA 01930

March 12, 2024

Karen Baker
Chief, Office of Renewable Energy Programs
U.S. Department of the Interior
Bureau of Ocean Energy Management
Washington, D.C. 20240-0001

Kimberly Damon-Randall
Director, Office of Protected Resources
National Marine Fisheries Service
1315 East-West Highway
13th Floor
Silver Spring, MD 20910

Re:  Reinitiation of Endangered Species Act Section 7 Consultation for the Revolution Wind Project

Dear Ms. Baker and Ms. Damon-Randall:

This responds to a January 12, 2024, request from the Bureau of Ocean Energy Management (BOEM), which was received on February 2, 2024, and a separate November 7, 2023, request from NOAA's National Marine Fisheries Service (NMFS) Office of Protected Resources (OPR), to reinitiate consultation pursuant to section 7 of the Endangered Species Act (ESA) for the Revolution Wind project.  Consultation was concluded with the issuance of a Biological Opinion on July 21, 2023.  As described in the referenced correspondence and supporting documentation, BOEM and NMFS OPR have separately determined that reinitiation of consultation is necessary to consider changes to the proposed actions that may affect listed species in a manner or to an extent not considered in our July 2023 Biological Opinion as well as the availability of new information that reveals effects of the action that may affect listed species in a manner or to an extent not previously considered (50 CFR 402.16(a)(2)-(3)).  Specifically, BOEM is proposing to modify the pile driving clearance and shutdown zones for sea turtles based on new information on the effectiveness of monitoring for sea turtles after dark that was incorporated into Revolution Wind's draft Nighttime Monitoring Plan.  NMFS OPR has identified the need to reinitiate consultation due the final Marine Mammal Protection Act (MMPA) Incidental Take Authorization issued for the project authorized Level A take of fin and sei whales that was not considered in the proposed action (i.e., the proposed rule) and thus not addressed in the July 2023 Biological Opinion.

Reinitiation of consultation is required and shall be requested by the consulting agency or the action agency (i.e., BOEM and NMFS OPR) where discretionary federal involvement or control over the action has been retained or is authorized by law and "(1) If the amount or extent of taking specified in the incidental take statement is exceeded; (2) if new information reveals



effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered; (3) if the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or (4) if a new species is listed or critical habitat designated that may be affected by the identified action." We agree with the determinations made by BOEM and NMFS OPR that consultation must be reinitiated as triggers "2" and "3" have been met.

The materials received from BOEM on February 2, 2024, and OPR on November 7, 2023, contain all of the information necessary to reinitiate consultation. The ESA and the section 7 regulations (50 CFR part 402.14) require that we conclude formal consultation within 90 calendar days of initiation, and that we deliver the Opinion to the action agency within 45 days after that, unless extended; however, we are working to complete the consultation by April 30, 2024, so that it is available before the seasonal window for pile driving opens on May 1. Considering the time of year restriction, no foundation installation activities for the Revolution Wind project will occur before this reinitiated consultation is completed with issuance of a new superseding final Biological Opinion. During the consultation period, pursuant to section 7(d) of the ESA, the action agencies and Revolution Wind must not make any irreversible or irretrievable commitment of resources that would foreclose the formulation or implementation of any reasonable and prudent alternatives to avoid jeopardizing endangered or threatened species or destroying or adversely modifying any critical habitat. We expect that the action agencies and Revolution Wind will adhere to all of the Terms and Conditions and Reasonable and Prudent Measures included with the July 2023 Opinion until such time as it is replaced by the new Opinion that results from this reinitiation.

We anticipate that the result of reinitiation of this consultation will be a new Biological Opinion that will replace the July 21, 2023, Opinion. In this new Opinion, we will consider the changes to the proposed action and new information on effects (i.e., modifications to the clearance and shutdown zones for sea turtles during pile driving and changes to the amount and type of take of sei and fin whales authorized under the MMPA), review any other new information on listed species and effects of the federal actions, and will update the analysis as necessary. As such, the new Biological Opinion may include a revised Incidental Take Statement.

I look forward to continuing to work with you and your staff during the consultation process. If you have any questions or concerns about this letter or about the consultation process in general, please contact Julie Crocker at (978) 282-8480 or by e-mail (Julie.Crocker@noaa.gov).

                      Sincerely,

                      Michael Pentony
                      Regional Administrator

ec:  J. Crocker, S. Tuxbury, J. Anderson – F/GAR
D. Diamond, B. Hooker  – BOEM
G. Tuttle, C. Hunter – BSEE
T. Timmermann, P. Bird – EPA
J. Harrison, B Laws, J. Daly – F/OPR
G. Detweiler  – USCG
C. Jacek, N. Handell, A.M. Dilorenzo, R. Brien – USACE

File Code:  Section 7 BOEM Formal – Rev Wind (reinitiation)
GARFO-2024-00419