# Exhibit 6



February 16, 2024

Hon. Deb Haaland
Secretary of the Department of the Interior
1849 C Street NW
Washington, DC 20240

Hon. Liz Klein
Director of the Bureau of Ocean Energy Management
1849 C Street NW
Washington, DC 20240

Hon. Christine Wormuth
Secretary of the U.S. Army
U.S. Department of the Army
101 Army Pentagon
Washington, DC 20310

Hon. Janet Coit
Administrator of the National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

Gen. Scott A. Spellmon
Chief of Engineers/Commanding General
U.S. Army Corps of Engineers
441 G. Street NW
Washington, DC 20314

Re: Supplement to January 5, 2024 Revolution Wind Project/Sixty-Day Notice of Intent to Sue Under the Outer Continental Shelf Lands Act, Clean Water Act, and Endangered Species Act

Dear Secretaries Haaland and Wormuth, General Spellmon, Director Klein, and Administrator Coit:

This letter supplements the January 5, 2024 letter sent to you from Green Oceans, the Responsible Offshore Development Alliance, Save the Right Whales Coalition, New England Fishermen's Stewardship Association, Jerry Leeman III, Chris Brown, Ralph Craft, Murray Danforth, Rich Hittinger, Lauren Knight, Gary Mataronas, Eric Philippi, and Alan Shinn regarding the violations of law committed by federal agencies in

Letter from Green Oceans, et al.
February 16, 2024
Page 2 of 7

approving the lease and easement, permits, approvals, and Construction and Operations Plan for the Revolution Wind Project.

The following individuals have adopted the January 5 letter and ask that their names be added to the January 5, 2024 Sixty-Day Notice Letter: Elizabeth Quattrocki Knight, M.D., Ph.D., Cornwall Lodge LLC, Ledges 66 LLC, 226 Ocean Avenue Moonwatch LLC, Dee and Richard Gordon, Kathryn K. and Jerome R. Kirby, Charlotte DuHamel, Doug and Virginia Marzonie, Andrew and Kristin McKee, Ben and Leigh Carpenter, Veter et Nova Trust, Steven Gewirz and Katrina Hamilton Gewirz, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, Stephen Lewinstein, Alumni East Associates, EC Properties, LLC, Waves S, LLC, Panagakis Family Revocable Trust, Pieroni Family Revocable Trust, Allison Gulbrandsen, and Betsy and Michael Vitton.

Green Oceans et al. (collectively "Green Oceans"), are supplementing their January 5, 2024, Sixty-Day Notice Letter to include additional information that your departments must consider.

Should the statutory and regulatory violations outlined and discussed in the January 5, 2024, Sixty Day Notice Letter and in this supplement to that letter not be remedied within the next 60 days, the signers of this notice letter will sue under the citizens' suit provisions of the Outer Continental Shelf Lands Act, Clean Water Act, and Endangered Species Act to require your departments and agencies to meet their legal obligations.

**Supplemental Statutory Violations**

Green Oceans supplements their January 5, 2024 letter with the following additional violations:

1. **The Department of the Interior and BOEM Have Violated the Outer Continental Shelf Lands Act**

    1.1 **BOEM's Approval Fails to Ensure that the Activities Will Be Carried Out Safely**

The potential for loss of life or abandoned search and rescue operations due to the turbines is not hypothetical—it has, in fact, already happened. In 2019, a vessel, the F/V Mistress, took on water and sank in the lease area for Block Island. Three individuals were onboard at the time. The Coast Guard sent a helicopter to the area to conduct a search and rescue operation, but due to weather conditions and wind turbines in the

Letter from Green Oceans, et al.
February 16, 2024
Page 3 of 7

area—which the Coast Guard identified as hazards—the search and rescue operation was canceled, and two of the three people died.[1]

### 1.2.1 BOEM Fails to Protect Endangered and Other Bats

Wind turbines kill more bats than previously recognized,[2] particularly during the autumn migratory season. Although bats roost on land, they will fly more than 25 miles offshore during migration.[3] Bats follow the insects attracted to the lights illuminating the turbines at night, drawing the bats directly into the rotating blades.

### 1.2.6 BOEM Fails to Ensure the Environment Will Be Protected from Toxic Chemicals and Waste

Revolution Wind will contain the highly potent greenhouse gas sulfur hexafluoride (SF6). SF6 is 23,500 more potent than CO2 and remains in the atmosphere for thousands of years.[4] Scotland outlawed the use of SF6 in offshore structures after sustaining a devastating leak in a substation.[5] Due to the increased risk of leakage in the extreme environment of the Atlantic Ocean, BOEM should prohibit the use of SF6 in the Revolution Wind Project and all other offshore wind projects.

### 1.2.7 BOEM Fails to Ensure Protection of Whales and Other Marine Mammals

The impacts of pile driving, vessel traffic, and increased underwater noise are not hypothetical. North Atlantic right whales near Revolution Wind's lease area are experiencing the effects caused by the other nearby offshore wind projects currently

---

[1] *See* United States Coast Guard, *MISLE Incident Investigation Report for F/V Mistress Sinking/Loss of Life*.

[2] Voigt et al., *Wind Turbines Without Curtailment Produce Large Numbers of Bat Fatalities Throughout Their Lifetime: A Call Against Ignorance and Neglect*, Global Ecology and Conservation (Sept. 2022), https://www.sciencedirect.com/science/article/pii/S2351989422001512.

[3] Hatch et al., *Offshore Observations of Eastern Red Bats (Lasiurus Borealis) in the Mid-Atlantic United States Using Multiple Survey Methods*, PLoS One (Dec. 2013), https://pubmed.ncbi.nlm.nih.gov/24367614/.

[4] McGrath, *Climate Change: Electrical Industry's 'Dirty Secret' Boosts Warming*, BBC News (Sept. 13, 2019), https://www.bbc.com/news/science-environment-49567197.

[5] Mavrokefalidis, *Gas Leak at Scotland's 'Largest' Wind Farm Lead to Evacuation of Workers*, Energy Live News (Nov. 9, 2022), https://www.energylivenews.com/2022/11/09/gas-leak-at-scotlands-largest-wind-farm-lead-to-evacuation-of-workers/.

Letter from Green Oceans, et al.
February 16, 2024
Page 4 of 7

under construction. Within the last month, a North Atlantic right whale died in the vicinity of the nearby Vineyard Wind Project.[6] In the days before the whale's death, the Vineyard Wind company had sought and received approval to detonate unexploded ordinances. Several explosions were heard in the nights before the stranding by residents. Necropsy results have not yet been released, and the whale was known to have a long-standing rope entanglement in its tail region that likely diminished her resilience. The concomitant timing of the death of this weakened female and the known explosions in the area supports a positive correlation, if not causation. This new development suggests that current mitigation measures may not adequately protect the North Atlantic right whale.

### 1.5.1 Revolution Wind Interferes with Fishing of All Kinds

Subsistence fishing also supplies food-insecure individuals and families with critical sources of low-carbon footprint protein. An estimated 25% of households in Rhode Island are considered food insecure.[7] By impacting the fisheries available to these households, BOEM's approval of the South Fork Wind farm will harm environmental justice populations and cause human suffering.

### 1.5.2 Revolution Wind Interferes with Recreation and Tourism

The sight of wind turbines in the viewshed will decrease property values and rental incomes in coastal communities. Recent reports from Europe, where the installation of wind turbines is more prevalent, suggest that the view of a complex of large turbines can reduce property values by as much as 40%.[8] Vacation homes are particularly vulnerable to wind farm inflicted losses.[9] Such reductions will decrease tax revenues for local communities, forcing inland property owners to make up for the shortfall if overall mill rates are increased. This puts an unnecessary burden on working-class families.

---

[6] *See* Yoon, *North Atlantic Right Whale Found Dead Near Martha's Vineyard* (Jan. 30, 2024), https://www.nytimes.com/2024/01/30/science/whale-found-dead-massachusetts.html.

[7] Ahlquist, *RI Food Bank Reports Dramatic Increase in Food Insecurity*, UPRISE RI (Nov. 23, 2020), https://upriseri.com/2020-11-23-ri-food-bank/.

[8] Westlund, *The Socio-Economic Cost of Wind Turbines: A Swedish Case Study*, Sustainability (June 18, 2021), https://www.mdpi.com/2071-1050/13/12/6892.

[9] Shore, *Near-Shore Wind Farms Could Affect Coastal Tourism*, NC State University (April 4, 2016), https://cals.ncsu.edu/news/near-shore-wind-farms-would-have-affect-coastal-tourism/ (54% of individuals in a study of said they would not rent a vacation home "if turbines were in view at all, no matter how large a discount was offered on the rental price.").

Letter from Green Oceans, et al.
February 16, 2024
Page 5 of 7

During the environmental review process for the nearby Revolution Wind Project, the developer and BOEM misrepresented the Project's visual impact by releasing two versions of the visual simulations. The publicly available version was more blurred on the horizon than the confidential version, leaving the public with a false impression of the visual impacts of the Project.

### 3. The United States and Its Departments and Agencies Have Violated the Endangered Species Act

#### 3.4 BOEM Must Request to Re-Initiate the Section 7 Consultation, and the Service Must Agree to Prepare a New Biological Opinion

The recent death of a North Atlantic right whale female in the area near the Vineyard Wind Project highlights the danger that offshore wind construction and operation pose to these vulnerable and highly endangered species. The timing of the death correlates with Vineyard Wind's UXO detonations. BOEM must request reinitiation of consultation so that NMFS can revise its analysis of the impacts on the North Atlantic right whale and require additional, more stringent measures to protect the species.

**Conclusion**

If you wish to contact Green Oceans, Responsible Offshore Development Alliance, Save Right Whales Coalition, New England Fishermen's Stewardship Association, Bat World Sanctuary, Chris Brown, Ralph Craft, Murray Danforth, Rich Hittinger, Lauren Knight, Elizabeth Quattrocki Knight, M.D.. Ph.D., Gary Mataronas, Eric Philippi, Benjamin Riggs, Alan Shinn, Cornwall Lodge LLC, Ledges 66 LLC, 226 Ocean Avenue Moonwatch LLC, Dee and Richard Gordon, Kathryn K. and Jerome R. Kirby, Charlotte DuHamel, Doug and Virginia Marzonie, Andrew and Kristin McKee, Ben and Leigh Carpenter, Veter et Nova Trust, Steven Gewirz and Katrina Hamilton Gewirz, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, Stephen Lewinstein, Alumni East Associates, EC Properties, LLC, Waves S, LLC, Panagakis Family Revocable Trust, Pieroni Family Revocable Trust, Allison Gulbrandson, and Betsy and Michael Vitton, please contact them through counsel by phone or email.

Letter from Green Oceans, et al.
February 16, 2024
Page 6 of 7

                                        Yours truly,

Dated: February 16, 2024                 Roger J. Marzulla
                                                      Nancie G. Marzulla
                                                      Mollie A. Jackowski
                                                      Marzulla Law, LLC
                                                     1150 Connecticut Avenue NW
                                                     Suite 1050
                                                     Washington, DC 20036
                                                     (202) 822-6760
                                                     roger@marzulla.com
                                                     nancie@marzulla.com
                                                     mollie@marzulla.com

                                                     Attorneys for Green Oceans, Responsible Offshore Development Alliance, Save Right Whales Coalition, New England Fishermen's Stewardship Association, Bat World Sanctuary, Chris Brown, Ralph Craft, Murray Danforth, Rich Hittinger, Lauren Knight, Elizabeth Quattrocki Knight, M.D. Ph.D., Gary Mataronas, Eric Philippi, Benjamin Riggs, Alan Shinn, Cornwall Lodge LLC, Ledges 66 LLC, 226 Ocean Avenue Moonwatch LLC, Dee and Richard Gordon, Kathryn K. and Jerome R. Kirby, Charlotte DuHamel, Doug and Virginia Marzonie, Andrew and Kristin McKee, Ben and Leigh Carpenter, Veter et Nova Trust, Steven Gewirz and Katrina Hamilton Gewirz, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, Stephen Lewinstein, Alumni East

Letter from Green Oceans, et al.
February 16, 2024
Page 7 of 7

                                                           Associates, EC Properties, LLC,
                                                           Waves S, LLC, Panagakis Family
                                                           Revocable Trust, Pieroni Family
                                                           Revocable Trust, Allison
                                                           Gulbrandson, and Betsy and
                                                           Michael Vitton