UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00141-RCL |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | Hon. Royce C. Lamberth |
| INTERIOR, et al., ) | |
| ) | |
| *Defendants,* ) | |
| ) | |
| and ) | |
| ) | |
| REVOLUTION WIND, LLC, ) | |
| ) | |
| *Defendant-Intervenor.* ) | |

**Hearing Requested**

**PLAINTIFFS' MOTION FOR AN ADMINISTRATIVE
STAY OR PRELIMINARY INJUNCTION**

Under 5 U.S.C. § 705 of the Administrative Procedure Act and Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Green Oceans et al., ask this Court for an Order (1) staying the effective dates of the approvals and authorizations in the August 21, 2023 Record of Decision for the Revolution Wind Project signed by Laura Daniel-Davis, Principal Deputy Assistant Secretary for Land and Minerals Management at the Bureau of Ocean Energy Management, Samuel Rauch, Deputy Assistant Administrator for Regulatory Programs at the National Marine Fisheries Service, and Justin Pabis, Colonel for the Army Corps of Engineers,[1] and the Incidental

---

[1] Bureau of Ocean Energy Management, National Marine Fisheries Service, United States Army Corps of Engineers, *Revolution Wind Record of Decision* (Aug. 21, 2023), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution-Wind-Record-of-Decision-OCS-A-0486_3.pdf.

Take Regulation approved by the National Marine Fisheries Service on October 20, 2023,[2] until further Court order, and (2) prohibiting Defendant-Intervenor Revolution Wind, LLC, from beginning or performing any pile driving or other construction work or making any other irretrievable commitment of resources purportedly authorized by the August 21, 2023 Record of Decision or the October 20, 2023 Incidental Take Regulation until further Court Order.

    On May 9, 2024, counsel for Green Oceans and counsel for the Government and Revolution Wind met and conferred telephonically to discuss Green Ocean's planned motion, as required by Local Rule 7(m), to discuss Defendants' position on the motion, and to determine if any of the issues could be resolved amicably or whether any issues could be narrowed. Counsel for Defendants informed Green Oceans' counsel that they would oppose the motion and that there was no way of narrowing the issues.

Dated: May 14, 2024

        Respectfully submitted,

        s/ Roger J. Marzulla
        Roger J. Marzulla
        Nancie G. Marzulla
        Marzulla Law, LLC
        1150 Connecticut Ave., NW
        Suite 1050
        Washington, DC 20036
        (202) 822-6760
        roger@marzulla.com
        nancie@marzulla.com
        Bar No. 394907
        Bar No. 400985

        Counsel for Plaintiffs

---

[2] 88 Fed. Reg. 72562 (Oct. 20, 2023).