# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:24-cv-00141-RCL |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) Hon. Royce C. Lamberth |
| *Defendants*, | ) |
| and | ) |
| REVOLUTION WIND, LLC, | ) |
| *Defendant-Intervenor*. | ) |

**DECLARATION OF LISA LINOWES**

I, Lisa Linowes, under 28 U.S.C. § 1746, hereby declare:

1. I am the co-founder of the Save Right Whales Coalition (SRWC), which is a Plaintiff in this lawsuit. Save Right Whales Coalition is an alliance of grassroots environmental and community organizations, scientists, and conservationists working to protect the North Atlantic right whale and other marine life from the industrialization of the ocean through large-scale offshore wind development. Save Right Whales Coalition advocates against offshore wind projects that could be harmful to wildlife and is committed to educating the public and political leaders on the harms of offshore wind on ocean life and for those who live, work, and visit our coastal communities.

2. SRWC is actively involved in the fight to protect marine life, including whales, dolphins, sea turtles, seals, and other species—as well as the marine environment on which they depend. Save Right Whales actively engages with regulators, federal agencies, and state/local

1

stakeholders to provide comments on how to protect marine life and on the impacts offshore development will have on marine life. SRWC has submitted comments in response to Federal Register notices regarding issuance of Incidental Harassment Authorizations (IHA) for offshore wind projects and the draft NOAA/BOEM North Atlantic Right Whale Offshore Wind Strategy. Additionally, Save Right Whales has filed comments and sent numerous letters to NOAA regarding the increase in whale deaths on the eastern seaboard. These comments and letters highlight the organization's concerns that the protective mitigation measures adopted by NOAA and BOEM to reduce whale injury and mortality, particularly when it comes to offshore wind construction and pre-construction activities are inadequate.

   3.  I have been involved in the research and analysis of wind energy, both onshore and offshore, for nearly two decades. In addition to my work with SRWC, I am the Executive Director for the WindAction Group, which is a national advocacy group focused on the impacts and policy issues associated with industrial wind energy development. In this capacity, I have investigated many dozens of wind energy project site plans and post-construction monitoring efforts in the U.S. and have appeared as a subject matter expert in a number of these cases including in New Hampshire, Vermont, Ohio, and Pennsylvania. In all instances, my emphasis has typically been on environmental impacts, acoustic modeling, and the measurement of turbine noise emissions. In addition, I have provided testimonies before Congress relating to federal tax policy on renewable energy, environmental risks to wildlife from industrial-scale renewables, and the economic impediments to offshore wind development. I have worked on several offshore wind proposals including Cape Wind, Block Island Wind, Ice Breaker Wind (proposed for Lake Erie), and others that were ultimately rejected (example: LIPA project off Jones Beach, NRG's Bluewater Wind off the coast of Delaware, WindFloat Pacific off Oregon). I have authored

2

several white papers covering energy siting, state renewable energy policies, and the interaction of intermittent energy resources on energy markets in New England.

4. As part of my work with SRWC, I have conducted research regarding the increase in whale and large marine mammal deaths in recent years, which strongly correlates with the start of the offshore wind program including surveying, sonar, site assessment mapping, and construction.

5. My work at SRWC involved, in part, a detailed examination of whale mortality on the east coast over the period between 2007 to September 2023. As part of this work, I examined vessel tracks in and around the BOEM offshore wind lease areas in the mid-Atlantic and southern New England waters.[1]

6. Our work found a distinct pattern of whale deaths in the Atlantic that positively correlated with the increase in preconstruction offshore wind activities in the lease areas. Specifically, over the period from 2007 to fall, 2023, 60% of total whale mortality occurred after 2015 (n=470 of 788 whales). This represents a 48% increase in whale deaths overall. In states where offshore wind activity was significant since 2016, including Massachusetts, New York, New Jersey, and Virginia, the increase in whale mortality was substantially higher.

7. The species most often found dead since 2015 were Atlantic humpbacks (218 individuals) and Atlantic minkes (166 individuals). As background, before 2016, humpback whale deaths from Virginia to Maine averaged eight whales per year with just 1.4 deaths

---

[1] Lisa Linowes & Eric Turner, *An Investigation of Large Whale Mortality and Offshore Wind Development Activity In The U.S. Since 2015* (Jan. 18, 2024), https://saverightwhales.org/media/wind-industry-activity-strongly-correlated-with-whale-deaths-new-study-finds.

3

attributed to vessel strikes.[2] In 2016, humpback whale deaths for the same area jumped to 25 animals, 34 in 2017 and peaked at 37 dead humpbacks in 2023.[3]

8. SRWC's study was not limited to the three UMEs (minke, humpback, and North Atlantic Right Whales). Rather, the study addressed the totality of whale mortality along the east coast from Maine to North Carolina in the period from 2007 through to mid-September 2023. NOAA data show that in most cases the cause of death is unknown. Of the Atlantic humpbacks reported dead beginning in 2016, roughly half underwent partial or complete examinations. Of those examined, 40% showed evidence of ship strike or entanglement. For most of the humpbacks, the cause of death remains unknown.[4] Similarly, for the 60% of minke whales that received full or partial necropsy examinations, NOAA reported some evidence of human interactions or infectious diseases, but that those "findings are not consistent across all of the whales examined, so more research is needed."[5]

9. While it is still an open question as to why offshore wind activity might be killing whales, something acute occurred within whale habitat along the eastern seaboard where offshore wind leases were actively undergoing sonar surveys. It is evident that marine mammals

---

[2] National Oceanic and Atmospheric Administration, *4/27: NOAA Declares Deaths of Humpback Whales Along East Coast an 'Unusual Mortality Event'* (Apr. 27, 2017), https://www.noaa.gov/media-release/427-noaa-declares-deaths-of-humpback-whales-along-east-coast-unusual-mortality-event.

[3] National Oceanic and Atmospheric Administration, *2016–2024 Humpback Whale Unusual Mortality Event Along the Atlantic Coast*, https://www.fisheries.noaa.gov/national/marine-life-distress/2016-2024-humpback-whale-unusual-mortality-event-along-atlantic-coast (last visited May 14, 2024).

[4] *Id.*

[5] National Oceanic and Atmospheric Administration, *2017–2024 Minke Whale Unusual Mortality Event along the Atlantic Coast*, https://www.fisheries.noaa.gov/national/marine-life-distress/2017-2024-minke-whale-unusual-mortality-event-along-atlantic-coast (last visited May 14, 2024).

4

are being displaced from biologically important habitats. They are experiencing increased vessel activity in areas that historically have had very little traffic. Now sonar and pile-driving are ensonifying these habitats that were generally free of loud man-made noise.

10. Five species of endangered whales, North Atlantic right whale, Fin Whale, Sei Whale, Sperm Whale, and Blue Whale, migrate through and live within the waters of the lease area. Numerous other marine mammals also migrate through and live within the waters of Revolution Wind's lease area. For this one project, the National Marine Fisheries Service authorized the take of 13,929 marine mammals in any one year and 19,301 over five years.[6]

11. NMFS anticipates that 56 North Atlantic Right Whales will experience, at the very least, behavioral effects from Revolution Wind's construction-related activities. With a population of less than 338, the North Atlantic right whale is incredibly close to extinction, easily susceptible to stress and chronic injuries from construction, vessel strikes, or entanglements, and has an incredibly low reproductive rate.[7] The North Atlantic Right Whale is not a resilient animal and NOAA has determined that the maximum number of animals that can be removed—killed—annually while allowing the stock to reach a healthy population level is less than one.[8] The North Atlantic right whale's population peaked in 2011 and, since then, roughly 237 animals have died.[9] The species is experiencing an Unusual Mortality Event and, as of October 2023, that event has impacted a total of 121 individuals.[10] There are fewer than 70

---

[6] 88 Fed. Reg. 72,628 (Oct. 20, 2023).
[7] *See* BOEM and NOAA's Strategy on the North Atlantic Right Whale and Offshore Wind (Jan. 2024) at 7, https://www.boem.gov/sites/default/files/documents/environment/BOEM_NMFS_NARW_OSW_0.pdf.
[8] *Id.*
[9] *Id.* at 8.
[10] *Id.*

5

reproductively active females and fewer calves are being born. Additionally, around 42% of the population is in reduced health and NOAA has stated that the species is more susceptible to threats like offshore wind development.[11] NMFS's so-called mitigation measures will not be enough to protect this endangered whale and NMFS should be required to re-evaluate the impacts on the North Atlantic right whale before any additional project construction is done.

12. In total, NMFS has either proposed or approved the take of more than 240 North Atlantic Right Whales in eleven projects. With more than fifteen projects awaiting approval, NMFS could be authorizing the take of more North Atlantic Right Whales than actually exist, meaning that every individual whale could experience some type of harm from these offshore wind projects. For NMFS to disregard the impacts of the offshore wind program as a whole, and to only look at one project at a time—as they did with Revolution Wind—threatens the North Atlantic Right Whale.

13. The issues of impacts to marine mammals extend beyond preconstruction sonar surveys and turbine project construction. When NOAA and BOEM first released their Draft Strategy on the North Atlantic Right Whale and Offshore Wind, which the agencies finalized in January 2024, SRWC submitted several comments regarding mitigation measures that it hoped would be implemented in the final strategy and in future Biological Opinions. Specifically, SRWC wrote:

> There is a broad, but unstated assumption in the Strategy that the Parties will be able to identify and develop methods to avoid, minimize and mitigate for the effects on right whales. However, if the effects are unknown [or the risks not fully assessed], there is no certainty they can be mitigated, or mitigated in a timely manner. Year 2030 is seven years away. The first wind turbines will be operational by 2025 with thousands of megawatts rapidly following. After an alleged 15-years investigating the impacts of offshore wind on the NARW, the best the Strategy offers is an intent to monitor, research, collaborate and share information.

---

[11] *Id.*

6

Workshops, working groups, whale monitoring and the litany of other activities cited in Section 2.5 are not mitigation measures.[12]

14.     In that same comment letter, SRWC addressed its concerns with the timing of a strategy and the rather late effort to address impacts from these offshore wind projects:

[The] strategy's framework outlined in Section 3 misses the fundamental fact that the right whale is facing extinction. This is not an academic debate. A plan to investigate the risks after projects are placed in service is tantamount to an irreversible experiment that will have deadly consequences. Focus on vessel speeds and construction noise does not address the larger questions of habitat destruction, prey reduction, and whale displacement from important winter foraging areas. Given the dire, and declining condition of the NARW, the species does not have sufficient buffer to survive such an experiment. A single take will jeopardize the species' survival. If the intent is to inform the Parties as they review future projects, there is no time to conduct meaningful studies and to take protective action.[13]

15.     NMFS and BOEM's mitigation measures do little to mitigate and avoid impacts to the North Atlantic Right Whale. NMFS has admitted that NMFS has insufficient data to understand the true impacts of installing and operating offshore wind turbines in areas where North Atlantic Right Whales are located and there is a large data gap related to indirect impacts on marine mammals.

16.     BOEM and NMFS are using Revolution Wind, and other approved projects, as test cases to determine the impacts of turbines on the North Atlantic Right Whale. By the time NMFS determines what the true impacts of these projects are, both individually and cumulatively, it will be too late, and the North Atlantic Right Whale will be beyond recovery.

---

[12] *See* Ex. 1, *Letter from Save Right Whales Coalition to BOEM Regarding Strategy* (Dec. 5, 2022), https://static1.squarespace.com/static/61132164df0a2c56cfb0ffbd/t/638f7240e1bb897a25756487/1670345280981/SRWC+to+BOEM-NOAA+Draft+Strategy+Dec+5+2022.pdf.
[13] *Id.*

7

I declare the foregoing to be true and correct, under penalty of perjury.



Lisa Linowes

Date Signed: 5/14/2024

8