# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00141-RCL |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | Hon. Royce C. Lamberth |
| INTERIOR, et al., ) | |
| ) | |
| *Defendants,* ) | |
| ) | |
| and ) | |
| ) | |
| REVOLUTION WIND, LLC, ) | |
| ) | |
| *Defendant-Intervenor.* ) | |
| ) | |

**DECLARATION OF ELIZABETH QUATTROCKI KNIGHT**

I, Elizabeth Quattrocki Knight, under 28 U.S.C. § 1746, hereby declare:

1. I am Elizabeth (Lisa) Quattrocki Knight, M.D., Ph.D. I am the co-founder and President of Green Oceans, a Plaintiff in this case. I am also named individually as a Plaintiff.

2. I am an assistant psychiatrist at McLean Hospital and a lecturer at Harvard Medical School. I also have a background as a scientist and a conservationist. As a graduate student in neuroscience at Yale University, I spent time at the Woods Hole Marine Biological Lab, co-authoring papers on marine mollusk species.[1] Later on in my career, my research as a

---

[1] Quattrocki, E. A., Marshall, J., Kaczmarek, L. K. "A Shab potassium channel contributes to action potential broadening in peptidergic neurons." Neuron, 1994; Knox, R. J., Quattrocki, E. A., Connor, J. A., Kaczmarek, L. K. "Recruitment of Ca2+ channels by protein kinase C during rapid formation of putative neuropeptide release sites in isolated Aplysia neurons." Neuron, 1992.

1

neuroscientist and psychiatrist involved oxytocin and the von Economo neurons, which is a special group of neurons in part of our "social brain" that humans share with whales, dolphins, and elephants. I published a paper in 2014, that included a discussion of these neurons.[2]

3.      Green Oceans is a federally recognized 501(c)(3) corporation comprised of citizens combating climate change without sacrificing the ocean's biodiversity and health. Green Oceans includes artists, scientists, doctors, educators, local business leaders, ex-military personnel, and homeowners who feel a deep personal connection to the ocean.

4.      Green Oceans aims to prevent irreversible damage to the marine ecosystem and coastal communities and dedicates time to educating the public about the importance of the ocean and marine species to our planet's health, and the risks of offshore development to the ocean. Green Oceans also advocates for more transparency from the Government and developers about the unknown risks of offshore development.

5.      Green Oceans and I are deeply troubled by the impact offshore wind, particularly the Revolution Wind Project, will have on marine mammals, the marine environment, the ecologically vital Coxes Ledge area, and fishermen who fish in the Revolution Wind area.

6.      Coxes Ledge is an area of vital benthic habitat that supports Atlantic cod and several other types of fish. This area is critical for Atlantic cod spawning and is one of the most productive areas for commercial fishing off Rhode Island. Revolution Wind sits directly on top of Coxes Ledge and the pile driving and laying of scour protection will devastate the ocean floor, decimating the benthic habitats, plankton counts, fish species, and overall biodiversity located within Coxes Ledge.

---

[2] Quattrocki, E. and Friston, K., Oxytocin, Interception, and Autism, Neuroscience and Biobehavioral Reviews, 2014, http://dx.doi.org/10.1016/j.neubiorev.2014.09.012.

7.  Green Oceans submitted 1,526 signatures in support of NOAA's proposed regulation declaring Coxes Ledge a Habitat Area of Particular Concern

8.  Green Oceans submitted comments on the Draft North Atlantic Right Whale and Offshore Wind Strategy through its attorneys at Eubanks & Associates, PLLC. These comments addressed various issues with the Draft Strategy and recommended improvements. I also submitted comments to BOEM on Revolution Wind's Draft Environmental Impact Statement.

9.  Green Oceans submitted comments on the Incidental Take Requests for marine mammals to NOAA for the Revolution Wind, Atlantic Shores, Vineyard Northeast site characterizations, Ocean Wind II, Park City (New England), and Sunrise Wind projects.

10. The construction of Revolution Wind, including the pile driving activities, will cause irreversible damage to the ocean and to Green Oceans and their members. Their members will have issues fishing, boating, and enjoying the unindustrialized ocean.

11. The construction of Revolution Wind will threaten the continued existence of the North Atlantic Right Whale, which will injure Green Oceans interests in protecting the marine environment and the endangered species within it for future generations.

DocuSigned by:

_____
Elizabeth Quattrocki Knight

Date Signed: 5/14/2024

3