**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No.: 1:24-cv-00141-RCL |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants,* | |
| and | |
| REVOLUTION WIND, LLC, | |
| *Defendant-Intervenor* | |

**EXPERT DECLARATION OF DREW A. CAREY IN SUPPORT OF DEFENDANT-INTERVENOR REVOLUTION WIND'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE STAY OR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746(2), I, Drew A. Carey, Ph.D., hereby declare:

1.      I am currently a Vice President at Venterra Group, an offshore wind energy services company, which includes INSPIRE Environmental, a leading marine science firm for offshore wind, which I founded and previously led as Chief Executive Officer. In these roles, I served as a Senior Technical Advisor for Marine Environmental Permitting for Defendant-Intervenor Revolution Wind, LLC ("Revolution Wind") that is developing the Revolution Wind Project ("Project"). The Project is a commercial scale wind farm currently being constructed offshore Rhode Island.

2.      In this lawsuit, the Plaintiffs are challenging federal approvals for the Project, including the Bureau of Ocean Energy Management's ("BOEM") decision to approve the Project's

Construction and Operations Plan, the United States Army Corps of Engineers ("USACE") issuance of a permit under Section 404 of the ("CWA"), and the National Oceanic and Atmospheric Administration ("NOAA") National Marine Fisheries Service's ("NMFS") issuance of an Incidental Take Regulation ("ITR") and Letter of Authorization ("LOA").

3.      On May 14, 2024, Plaintiffs filed a Motion for an Administrative Stay or Preliminary Injunction ("Motion") seeking to stay the effectiveness of these approvals and enjoin Project construction activities.  Plaintiffs' Motion relies upon allegations challenging Federal Defendants' compliance with CWA Section 404 and the Endangered Species Act ("ESA").  In support of the Motion, Plaintiffs argue (among other things) that if the Project's construction is allowed to proceed, then Project activities will result in irreparable harm to Cox Ledge, an area of seafloor in Rhode Island Sound.

4.      I have reviewed Plaintiffs' First Amended Complaint, filed May 13, 2024, as well as Plaintiffs' Motion and accompanying exhibits filed on May 14, 2024, including the Memorandum in Support of Plaintiffs' Motion ("Memorandum") and Declarations in support from Lisa Linowes and Elizabeth Quattrocki Knight.

5.      I make this Declaration in support of Revolution Wind's Opposition to Plaintiffs' Motion in this case based upon both my personal knowledge of the matters referred to herein and my over 30 years of experience and expertise in analyzing environmental impacts to marine ecosystems.  I am willing and able to testify truthfully thereto, if called upon to do so.

## I.      OVERVIEW OF MY CONCLUSIONS

Based on my experience and expertise, I have reached the following conclusions:

6.      Contrary to Plaintiffs' suggestion, the Project does not sit "atop" Cox Ledge. Although there is no agreed upon boundary or definition of the extent of Cox Ledge, the majority

of the approved Project footprint is located to the north of the area typically generally considered to be Cox Ledge. Moreover, the final layout for the Project eliminated wind turbine generators ("WTG") located on the southwestern side of the lease area, which is where the originally proposed project would have had the most overlap with the area commonly referred to as Cox Ledge—thereby minimizing the Project's impacts.

7.      Over a decade ago, BOEM sought information for potential offshore wind energy leases on the Outer Continental Shelf near Rhode Island and Massachusetts. After a comprehensive review process involving stakeholders and scientists designed to reduce or eliminate conflicts among ocean-users, areas of high-value fishing on and around Cox Ledge were excluded from the designated Wind Energy Area, where the Project lease was later granted. Additionally, the final design for the Project minimized its impacts by reducing the number of WTGs from 100 to 65 and avoiding complex benthic habitats and Atlantic cod spawning areas, particularly on Cox Ledge, where possible. The Project is also subject to additional measures, like construction and pile driving restrictions and "micrositing" that will further reduce any potential impacts to Cox Ledge and important habitat areas that the Project may otherwise have.

8.      I can state with authority that the recovery process of seafloor habitats present in Rhode Island Sound that are subject to physical disturbance (cable placement, cable protection, scour protection, dredged material placement) is rapid (six to nine months), predictable, and, based upon the numerous projects I have been involved in, there is no evidence of irreparable harm to these habitats. Based upon my experience, in my opinion, there is no reason to believe that the construction of the Project would result in irreparable harm to these benthic habitats.

## II.      PROFESSIONAL QUALIFICATIONS

9.      I am a Vice President at Venterra Group and a Senior Technical Advisor at

Venterra/INSPIRE Environmental.  I specialize in benthic ecology, sedimentology, fisheries monitoring, and marine policy.

10.    I received a Bachelor of Science degree in Geology and Biological Oceanography from The Evergreen State College in 1976.  I received a Ph.D. in Geology and Marine Ecology from the University of St. Andrews, Scotland, in 1983.

11.    In my roles as Vice President at Venterra Group and Senior Technical Advisor for Marine Environmental Permitting at INSPIRE Environmental, I have consulted on matters relating to environmental impacts on marine ecosystems, specializing in benthic ecology, sedimentology, fisheries monitoring, and marine policy.  I have led coastal assessments and data collection in nearshore and deep-water environments worldwide for over 30 years.  I have extensive experience in benthic seafloor characterization, preparation of Construction and Operation Plans ("COP") and monitoring for offshore wind energy projects.

12.    I have supported the development of marine work plans and designed and conducted numerous technical studies, including benthic seafloor characterization surveys, Essential Fish Habitat ("EFH") mapping, cable routing, eelgrass surveys, hardbottom habitats, finfish trawl surveys, lobster surveys, electromagnetic fields ("EMF") measurement, suspended sediment impacts from cable installation, geophysical desktop studies, fisheries data collection and National Environmental Policy Act ("NEPA") documentation.

13.    I was the lead on all of our team's work for both the Revolution Wind Project and the now-complete project constructed by South Fork Wind, LLC.  Specifically, for those projects, I led design and implementation of our site assessment studies (benthic, EFH, fish and fisheries habitat mapping) and benthic and fish monitoring plans.  I reviewed all field work plans, data results, technical reports and COP sections.  As an experienced marine scientist I worked closely

with the wind project teams on stakeholder engagement, presenting scientific evidence gathered

from the Block Island Wind Farm project by our team and others, as well as scientific results from

European offshore wind projects. Some of this evidence was presented in peer-reviewed

publications.[1] These presentations formed an essential component of local, state and federal

outreach to ensure that the projects were consistent with federal and state regulations for offshore

wind development.

     14.     I led numerous meetings with BOEM and the NOAA Fisheries Habitat Division to

develop an approach to EFH habitat mapping now embraced by all offshore wind projects in the

U.S. South Fork Wind represented the first project to comply with NOAA Fisheries/NMFS

guidelines for avoidance and minimization of effects of construction on Habitat Area of Particular

Concern ("HAPC") EFH resources. The Revolution Wind Project built upon that foundation and

set the standard now required by other projects.

---

[1] See Carey, D., et al., *Effects of the Block Island Wind Farm on Coastal Resources: Lessons Learned*, Oceanography 33(4) (2020); Degraer S., D.A. Carey, et al., *Offshore wind farms as Artificial Reefs*, Oceanography Special Issue: Understanding the Effects of Offshore Wind Energy Development on Fisheries (2020); Wilber, D. H., et al., *Block Island Wind Farm Ventless Trap Lobster Survey Synthesis Report 2013-2018* (2020); Wilber, D. H et al., *Block Island Wind Farm Demersal Fish Trawl Survey, Synthesis Report – Years 1 to 7, October 2012 through September 2019* (2021); Wilber, D H., et al., *Offshore wind farm effects on flounder and gadid dietary habits and condition on the northeastern US coast*, Marine Ecology Progress Series, 683: 123-138 (2022); Wilber, D., L. et al., *Demersal fish and invertebrate catches relative to construction and operation of North America's first offshore wind farm*, ICES Journal of Marine Science Volume 79, Issue 4 (2022), https://doi.org/10.1093/icesjms/fsac051; Wilber, D.H., et al., *American lobster Homarus americanus responses to construction and operation of an offshore wind farm in Southern New England*, Marine Ecology Progress Series 727: 123–142 (2024); Guarinello, M.L. and D.A. Carey, *Multi-modal Approach for Benthic Impact Assessments in Moraine Habitats: a Case Study at the Block Island Wind Farm*, Estuaries and Coasts (2020), https://doi.org/10.1007/s12237-020-00818-w; Gervelis, B., et al., *The Role of Fishery-Independent Bottom Trawl Surveys in Providing Regional and Temporal Context to Offshore Wind Farm Monitoring Studies*, Marine and Coastal Fisheries: Dynamics, Management, and Ecosystem Science; Themed Issue: Offshore Wind Interactions With Fish And Fisheries 15:e10231 (2023), https://doi.org/10.1002/mcf2.10231.

15.     In addition to my roles on Revolution Wind's Project and the now-complete project constructed by South Fork Wind, LLC, I have also served as a Senior Technical Advisor for Marine Environmental Permitting for other projects developed by affiliates of Orsted North America Inc., such as Block Island Wind Farm and the Skipjack, Ocean Wind, and Sunrise Wind projects, as well as to many other offshore wind projects.

16.     In my capacity as the consultant Program Manager for the USACE New England District Disposal Area Monitoring System ("DAMOS") from 1991 to 2020, I developed monitoring studies, research programs and led field teams to study the effects of placement of large volumes of seafloor material dredged from Narragansett Bay and placed in Rhode Island Sound. I authored or led more than twenty scientific reports on seafloor ecological conditions in Narragansett Bay, Rhode Island Sound and Block Island Sound. I have interpreted shallow seismic and geophysical data collected in the wind energy areas to document the geological framework and baseline ecological conditions. The habitat mapping approach pioneered by INSPIRE Environmental built upon two decades of experience developing techniques for classification and mapping of seafloor habitats in the Gulf of Maine, Massachusetts, Rhode Island, Long Island Sound, New York Bight and the United Kingdom. This career-long experience has allowed me to place the complex ecological conditions of Rhode Island Sound in a larger context.

17.     I have spent many hours working with commercial fishermen, studying their logbooks, visiting Cox Ledge and the surrounding areas for sampling, and interpreting the geological and ecological conditions of Rhode Island Sound. We have collaborated with several commercial fisherman who gillnet and set traps for lobsters on Cox Ledge. From this experience, I have combined the ecological knowledge of commercial and recreational fishermen with scientific data collection and interpretation to understand the ecological context of Cox Ledge in

Rhode Island Sound.  While it is an area that contains valuable habitat and contributes to fish spawning and survival, it is not a monolith and by no means unique in Rhode Island Sound.

18.     A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A**.

## III.    BACKGROUND

### A.    Description of Cox Ledge and Its Proximity to the Project

19.     Cox Ledge[2] refers to an area of seafloor in Rhode Island Sound formed and reworked by glaciers and marine transgression (rise of sea level after glacial retreat).  It is slightly shallower than surrounding areas with water depths from 90 to 120 feet.  The seafloor in this area has a very wide range of sediments and features that give the area a distinctive character in Rhode Island Sound, similar to other areas with glacial deposits reworked by transgression and storms.

20.     Most of Cox Ledge does not support the fishing practice of bottom trawling with active gear because of the presence of a large number of boulders that are associated with outcrops of glacial moraine.  As a result, most of the commercial fishing activity on Cox Ledge is gillnetting and trap fisheries (lobster and fish), as well as recreational fishing.  Bottom trawling is generally conducted along the edges of Cox Ledge where there are fewer boulders.

21.     The general area of Rhode Island Sound surrounding Cox Ledge is well known for aggregations of Atlantic cod that spawn from November to April in the region, and Cox Ledge is one of many areas that see these aggregations.  Charter fishing captains routinely take groups out to fish these aggregations with hook and line identifying visible aggregations referred to as "haystacks" (due to their appearance) with acoustic fish finders.  They record these locations on their charts and routinely return to fish as long as fish "bite."  When active aggregations are identified, recreational fishing vessels will gather and fish in a group, both charter boats and

---

[2] Cox Ledge is also referred to as "Coxes Ledge".

individual fishermen.  Several studies on fish habitat in the area utilized the findings of fishing

captains to gather data on Atlantic cod spawning on and around Cox Ledge,[3] as has been done in

the separate area of Georges Bank.[4]  One study I conducted involved thirteen "ride along" trips

with the recreational fleet targeting Atlantic cod (they chose where to fish and we observed the

spawning condition of the fish), and those fishermen did not seek to fish within the Revolution

Wind lease area on any of those trips.[5]  The data collected in this study and others demonstrates

that there are many areas in Rhode Island Sound that support Atlantic cod spawning aggregations.

22.     The Project is not located "atop" Cox Ledge, as Plaintiffs incorrectly state.  *See*

Memorandum at 4, 14, 18, 39.  The Cox Ledge is generally referred to as the broadly oval-shaped

shallow area that lies on the southern margin of the Project, identified on the chart depicted in a

true and correct copy of Figure 3.1 from BOEM's Biological Assessment.[6]  A survey of

recreational fishermen conducted in 2019 and 2020 with 171 respondents to assess fishing effort

for highly migratory species asked respondents to identify where they fished.[7]  The area marked

as Coxes Ledge in this online survey does not include the northern portion of the Project area

---

[3] Balouskus, R., Gervelis, B. and D. Carey, *South Fork Wind Farm Reconnaissance Atlantic Cod Spawning Survey January-April 2018 Final Report* (2019); Gervelis, B. and D. Carey, *South Fork Wind Farm Observational Atlantic Cod Spawning Survey December 2018-April 2019 Final Report* (2020).

[4] DeCelles, G. R., et al., *Using Fishermen's Ecological Knowledge to map Atlantic cod spawning grounds on Georges Bank*, ICES Journal of Marine Science 74(6) (2017).

[5] Gervelis, B. and D. Carey, *South Fork Wind Farm Observational Atlantic Cod Spawning Survey December 2018-April 2019 Final Report* (2020).

[6] BOEM, *Revolution Wind Farm and Revolution Wind Export Cable – Development and Operation Biological Assessment for NMFS* (Jan. 2023), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/RevWind_NMFS%20BA.pdf.

[7] Kneebone, J. and Capizzano, C, *A comprehensive assessment of baseline recreational fishing effort for highly migratory species in southern New England and the associated Wind Energy Area: Final report to Vineyard Wind LLC*, New England Aquarium, Anderson Cabot Center for Ocean Life (2020).

where the majority of WTGs are located.



**Figure 3.1. RWF and RWEC Lease Area and Vicinity (source: vhb 2022).**

Although there is no agreed upon boundary or definition of the extent of Cox Ledge, the majority of the Revolution Wind Project approved footprint and lease area is not on the area of Cox Ledge noted on charts, online guidance and the recreational fishing survey.

### B. Essential Fish Habitat Mapping

23. The location and distribution of "complex habitat" near the Project was mapped in detail. "Complex habitats" are defined by NMFS "as hard bottom substrates, defined by the Coastal and Marine Ecological Classification Standard (CMECS) as Substrate Class Rock Substrate, and by the four Substrate Groups: Gravels; gravel mixes; gravelly; and shell."[8]

---

[8] Fisheries of the Northeastern United States: Framework Adjustments to Northeast Multispecies, Atlantic Sea Scallop, Monkfish, Northeast Skate Complex, and Atlantic Herring Fisheries; Southern New England Habitat Area of Particular Concern Designation, 89 Fed. Reg. 7633 (Feb.

24.    Under my supervision, habitat mapping was conducted by collecting replicate seafloor images obtained with a downward looking (planview) camera and a sediment profile imaging system ("SPI").  The SPI system transects the sediment at the surface to a depth up to 20 centimeters (the biologically active zone) and resulting images of an undisturbed "sediment profile" and surface features are interpreted to generate CMECS descriptors of the habitat conditions.  These images are combined with seafloor imagery collected acoustically (sidescan sonar and multibeam sonar) that is processed to display relative hardness and detailed topography of the seafloor.  The SPI and planview images provide "ground-truth" to interpret the larger scale acoustic images.  An analyst then draws boundaries around each habitat type as defined by NMFS to generate quantitative "polygons" that are compiled to direct micrositing of facilities to avoid and minimize habitat impacts and calculate the exact amount of habitats potentially affected by construction activities.[9]  Our work mapped NMFS complex habitat to 10,000 m$^2$ minimum mapping units and provided BOEM and NMFS with quantitative spatial data defining the location and extent of complex habitat.

25.    Our mapping results and interpretation were accepted by NMFS Habitat Division

---

5, 2024); see also Federal Geographic Data Committee, *Coastal and Marine Ecological Classification Standard*, FGDC-STD-018-2012 (June 2012), https://www.fgdc.gov/standards/projects/cmecs-folder/CMECS_Version_06-2012_FINAL.pdf; NMFS, *Updated Recommendations for Mapping Fish Habitat* (March 2021), https://media.fisheries.noaa.gov/2021-03/March292021_NMFS_Habitat_Mapping_Recommendations.pdf?null.

[9] See INSPIRE Environmental, *Benthic Habitat Mapping to Support Essential Fish Habitat Consultation Revolution Wind Offshore Wind Farm*, Revolution Wind Construction and Operations Plan, Appendix X2 (Feb. 2023), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/App_X2_HabitatMapping_2023-02-28.pdf; INSPIRE Environmental, *Benthic Assessment Technical Report for Revolution Wind Offshore Wind Farm*, Revolution Wind Construction and Operations Plan, Appendix X1 (December 2021), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/App_X1%20BenthicAssessment.pdf.

and formed part of the Conservation Recommendations incorporated into the Record of Decision ("ROD") and subsequent agency approvals. Plaintiffs are incorrect when they state that the Project will "permanently damage thousands of acres of the seafloor, destroying and disturbing habitats, fish and protected species," see Memorandum at 15, nor, as Elizabeth Quattrocki Knight states (in her declaration at paragraph 6) will it "devastate the ocean floor, decimating the benthic habitats."

### C.    Designation of Habitat Area of Particular Concern

26.    In this Motion, Plaintiffs refer to NMFS's designation of a HAPC in and around offshore wind lease areas in Southern New England, including Cox Ledge.[10]  See Memorandum at 16-17.  As described by NMFS, this HAPC designation "focuses on important cod spawning grounds and areas of complex habitat that are known to serve important habitat functions to federally managed species within and adjacent to offshore wind development areas."[11]  The final HAPC designation is much broader geographically than Cox Ledge, and portions of the area within the HAPC boundary (as is also the case with Cox Ledge) do not contain complex habitat or evidence of cod spawning.

27.    The New England Fishery Management Council recommended the HAPC designation.[12]  When projects are proposed within this area, the HAPC designation will be applied during EFH consultation "when data indicate that cod spawning and/or complex habitats occur within or near the project footprint."[13]  Evidence of cod spawning activity at a site could be based

---

[10] 89 Fed. Reg. at 7633.

[11] *Id.*

[12] *Id.*

[13] *Id.* The HAPC area is located within designated EFH for the following species that occupy "complex habitats" within the footprint: Atlantic cod egg, larvae, juveniles, and adults; Atlantic herring eggs; Atlantic sea scallop eggs, juveniles, and adults; little skate juveniles and adults; monkfish juveniles and adults; ocean pout eggs, juveniles, and adults; red hake juveniles and adults; winter flounder eggs, juveniles, and adults; and winter skate juveniles and adults. *Id.*

on several different types of information, including capture of cod during fishery independent surveys, detections of acoustically tagged fish between November and April, detections of cod grunts in acoustic surveys, capture of cod larvae in ichthyoplankton surveys, and/or evidence of eggs in ichthyoplankton surveys.[14]

28.    Although the HAPC designation was finalized after the Project was approved,[15] the EFH consultation process for the Project took into consideration the minimization and mitigation measures recommended by the New England Fishery Management Council's draft Southern New England Habitat Area of Particular Concern Framework, which was subsequently finalized in September 2023, and was the basis for the NMFS HAPC determination.

## IV.    CONSTRUCTION AND OPERATION OF THE REVOLUTION WIND PROJECT WILL NOT CAUSE IRREPARABLE HARM TO COX LEDGE

### A.    The Siting of the Revolution Wind Project Avoids and Minimizes Impacts to Cox Ledge

29.    Over a decade ago when BOEM published its Call for Information regarding potential commercial leases for offshore wind energy projects on the Outer Continental Shelf offshore Rhode Island and Massachusetts, the "Call Area" included all of Cox Ledge.[16]  As explained in BOEM's FEIS for the Project, BOEM then held a lengthy stakeholder and scientific review process that identified "high-value" fishing grounds and excluded those areas from the

---

[14] *Id.*

[15] 89 Fed. Reg. at 7633 (effective date of Mar. 6, 2024).

[16] Rhode Island and Massachusetts Call Area (Aug. 2011), https://www.boem.gov/sites/default/files/renewable-energy-program/State-Activities/RIandMACallAreaonNOAANauticalChartforWebsite8-16-11.pdf; BOEM, Revolution Wind Farm and Revolution Wind Export Cable Project FEIS (2023) at 3.9-15, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution_Wind_FEIS_Vol1_0.pdf.

Rhode Island/Massachusetts Wind Energy Area in which the Revolution Wind Project lease was later approved.[17]  Portions of the area around Cox Ledge with the highest fishing activity were not included in any wind energy lease areas.

30.    In addition, within the Revolution Wind Project lease area, through the development and permitting processes, the layout of the Project was optimized to avoid and minimize effects on complex habitats in several different ways.  As described in BOEM's FEIS, alternative layouts for the Project's structures were analyzed in detail within the authorized lease area.  The Project, referred to as "Alternative G" in the FEIS and ROD, was identified as the preferred alternative in part because it reduces the impact of the Project's WTGs and inter-array cables on complex habitat areas and areas of known Atlantic cod spawning.[18]  Alternative G allows for the installation of 65 WTGs within 79 possible positions, a reduction from the originally proposed up to 100 WTGs.[19]  Several of the WTGs removed from the proposed layout would have been located in portions of the Revolution Wind lease area on Cox Ledge identified by habitat mapping and cod spawning surveys as specifically of concern to NOAA/NMFS Habitat Division; the turbine layout approved by BOEM therefore substantially reduced the number of turbines within complex habitats and cod spawning areas on Cox Ledge.  These areas were removed from the preferred alternative.

31.    Additionally, the Project's WTGs and cables will be "microsited" to further avoid these habitats.[20]  Micrositing refers to adjustment of the planned location of WTGs, inter-array

---

[17] FEIS at 3.9-15.
[18] FEIS at 3.13-16, 3.13-23; ROD at 20-21, https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Revolution-Wind-Record-of-Decision-OCS-A-0486_3.pdf.
[19] FEIS at 2-68 – 2-73; ROD at 35-36.
[20] FEIS at 2-68 – 2-69.

cables, and the export cable. There are engineering and policy limitations on the distance that cables and WTGs can be moved based on geotechnical properties of the seafloor and an agreed upon grid spacing to accommodate fishing and navigation activities. The Project footprint largely avoids complex habitat resulting in an assessment in the FEIS that the Project would result in "a moderate adverse impact on benthic habitat composition and moderate adverse to moderate beneficial effects on benthic habitat structure" in the geographic analysis area.[21] Likewise, the FEIS concluded that Project activities "would result in moderate adverse to moderate beneficial impacts on invertebrates" in the surveyed area.[22] The FEIS also concluded a "moderate adverse effect on finfish" which "would be offset by moderate beneficial effects on some finfish species that benefit from reef effects."[23] And the FEIS concluded the Project would be expected to result in effects to EFH "rang[ing] from moderate beneficial (O&M, presence of structures) to moderate adverse."[24] Here, it is important to note in the FEIS context that "moderate adverse" impacts are not permanent. Instead, the FEIS defines moderate adverse impact as "[a] notable and measurable adverse impact on the affected resource(s) could occur AND the affected resource would recover completely when remedial or mitigating action is taken, including local ecosystem health; the extent and quality of local habitat for both special- status species and species common to the proposed project area; the richness or abundance of local species common to the proposed project area; and air or water quality."[25] As I discuss further below, this "moderate adverse" impact is not irreparable.

---

[21] FEIS at 3.6-83.
[22] FEIS at 3.6-90.
[23] FEIS at 3.13-105.
[24] FEIS at 3.13-105.
[25] FEIS at Table 3.3-2, page 3-5 (emphasis in original).

**B.** **Timing Restrictions and Other Conditions on the Project's Construction Further Minimize Potential Harm**

32.     The Project also minimizes effects on Atlantic cod spawning through its required "Sequencing Plan" that describes how construction activities in the center portion of the lease area will be avoided between November 1 to March 31.[26]  Because cod spawning occurs in this region predominantly during the winter months,[27] pile driving is not anticipated to impact Atlantic cod spawning.

33.     The Project is also required to implement a "Cod Spawning Monitoring Plan" to monitor for Atlantic cod aggregations when bottom disturbing construction activities are occurring in the lease area between November 1 and March 31 of each year during which construction activities are planned.[28]

34.     There are many other conditions of the Project's approvals that require avoidance, minimization, and mitigation of impacts to complex habitat for fish, which are discussed in greater detail in the Third Declaration of Kellen Ingalls.

---

[26] BOEM, Conditions of Construction and Operations Plan Approval for Revolution Wind ("BOEM COP Conditions") at 51-52 (Condition 5.5.5), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Cond%20of%20COP%20Appr_REV%200486_April%202024.pdf; USACE Permit at 16-17 (Condition 55 relating to work on the Outer Continental Shelf ("OCS") under Rivers and Harbors Act ("RHA") Section 10 permit), https://www.nae.usace.army.mil/Portals/74/docs/regulatory/2023%20Permits/20231003_Final_Signed_USACE_Permit.pdf?ver=gz46GRCgrUd_G-Kibeiwrg%3d%3d.
[27] FEIS at 3.13-61 ("Southern New England, including Cox Ledge, is known to support cod spawning aggregations (Clucas et al. 2019) during the winter months . . . .").
[28] BOEM COP Conditions at 50-51 (Condition 5.5.4); USACE Permit at 17 (Condition 56 relating to work on the OCS under RHA Section 10 permit).

**C.    Plaintiffs' Claims That the Project Will Destroy Cox Ledge Are Incorrect; Rather Recovery from the Project's Temporary Construction Impacts Will Be Swift**

35.    Plaintiffs are incorrect that "crushed rock, boulders, and sand" from the Project will "smother" the Cox Ledge site.  *See* Memorandum at 18.  First, much of the Project is not located on Cox Ledge.  Second, the placement of these materials in limited areas would not cause irreparable harm.  "Complex habitat"—habitat defined by NOAA as essential to Atlantic cod to which Plaintiffs refer generally[29]—is patchy in distribution and is comprised of coarse materials such as boulders, cobbles, gravel and gravelly mixes.  The crushed rock and boulders that Plaintiffs refer to (*i.e.*, scour protection) would augment areas dominated by sand with boulders and coarse material.  The scour protection the Project is using is natural stone classified as cobble and boulder, which is EFH for juvenile and adult cod.  Existing boulders are preferentially relocated into areas with sand and monitored before, during, and after the Project's construction.[30]  The net effect would be to increase complex habitat, not decrease or destroy it.

36.    As the FEIS explained, the conversion of soft-bottomed habitat to hard bottom by the presence of structures, scour protection, and cable protection would constitute a moderate adverse effect on habitat, but that "adverse effects would be partially offset by moderate beneficial effects on EFH habitat structure and productivity resulting from reef effects" and that the "colonization of artificial structures by a complex community of habitat-forming organisms would increase the structural complexity of benthic habitat in and around WTG and [offshore substation] foundations."[31]  As a result, Project construction results in a combination of temporary moderate

---

[29] *See, e.g.*, Memorandum at 35; Quattrocki Knight Decl. at ¶¶ 5, 6, and 10.
[30] *See* BOEM COP Conditions 5.5.6, 5.6.3, and 5.6.4 regarding boulder relocation.
[31] FEIS at 3.13-106.

adverse disturbance and permanent beneficial effects.

37.     To the extent the Project results in limited impacts to Cox Ledge, research and prior offshore wind development, including at the Block Island Wind project and the South Fork Wind project, demonstrate that the type of habitat found in the Project area is highly resilient.  Research in Rhode Island Sound from 1974 to the present on the effects of placement of fill, installation of cables, and cable protection has demonstrated that benthic habitat quality returns within six to nine months after physical disturbance.  In areas that have received coarse material that creates complex habitat, the resulting benthic ecosystem is indistinguishable in function from natural complex habitats (for example, the Rhode Island Sound Disposal Site has received coarse dredged material creating complex habitats).[32]  Biological testing of dredged material proposed for placement ensures that no toxic "pollutants" are placed on the seafloor in contact with the ecosystem.

38.     Results of the ongoing benthic and fish monitoring of the South Fork Wind project, portions of which overlap with Cox Ledge, are consistent with the results of the seven-year monitoring studies of the Block Island Wind Farm.[33]  Benthic habitats around turbines and along

---

[32] USACE, *Monitoring Survey at the Rhode Island Sound Disposal Site, October 2021: DAMOS Contribution No. 215* (Jan. 2023), https://www.nae.usace.army.mil/Portals/74/docs/DAMOS/2023/DAMOS%20215.pdf?ver=TdbZ7JFp3odD7RuZNKc4Ug%3D%3D; USACE, *Monitoring Survey at the Rhode Island Sound Disposal Site, May/June 2020: DAMOS Contribution No. 210* (Oct. 2021), https://www.nae.usace.army.mil/Portals/74/docs/DAMOS/TechReports/RISDS2020-Contribution-210.pdf.

[33] Wilber, D. H., et al., *Block Island Wind Farm Ventless Trap Lobster Survey Synthesis Report 2013-2018* (2020); Wilber, D. H et al., *Block Island Wind Farm Demersal Fish Trawl Survey, Synthesis Report – Years 1 to 7, October 2012 through September 2019* (2021); Wilber, D H., et al., *Offshore wind farm effects on flounder and gadid dietary habits and condition on the northeastern US coast*, Marine Ecology Progress Series, 683: 123-138 (2022); Wilber, D., L. et al., *Demersal fish and invertebrate catches relative to construction and operation of North America's first offshore wind farm*, ICES Journal of Marine Science Volume 79, Issue 4 (2022), https://doi.org/10.1093/icesjms/fsac051; Wilber, D.H., et al., *American lobster Homarus americanus responses to construction and operation of an offshore wind farm in Southern New England*, Marine Ecology Progress Series 727: 123–142 (2024); Guarinello, M.L. and D.A.

cable routes are returning to baseline or augmented conditions (*i.e.*, increased complex habitat). Atlantic cod and other demersal fish species have been observed in the Block Island Wind Farm and South Fork Wind project areas, and fish monitoring has not observed any negative changes in fish distribution distinct from the rest of Rhode Island Sound.[34]

39.     As a result of the above, construction and operation of the Project will not result in "destroying Cox Ledge" as valuable habitat or substantively change the Atlantic cod spawning activities, as Plaintiffs claim.  *See* Memorandum at 6, 15-16, 18, 35-36.  Nor will the Project's pile driving and laying of scour protection "devastate the ocean floor, decimating the benthic habitats, plankton counts, fish species, and overall biodiversity located within Coxes Ledge" as Elizabeth Quattrocki Knight claims.  *See* Quattrocki Knight Decl. at ¶ 6.

## V.    CONCLUSION

The Plaintiff's Memorandum and supporting Declarations incorrectly claim that Revolution Wind Project will result in irreparable harm to Cox Ledge and associated fish habitat. Plaintiffs' allegations are based on errors and lack of understanding of the distribution and resilience of benthic habitats, as well as an inaccurate representation of the Project's scope and potential impacts to Cox Ledge.

I declare under penalty of perjury that the foregoing is true and correct.

---

Carey, *Multi-modal Approach for Benthic Impact Assessments in Moraine Habitats: a Case Study at the Block Island Wind Farm*, Estuaries and Coasts (2020), https://doi.org/10.1007/s12237-020-00818-w; Carey, D., et al., *Effects of the Block Island Wind Farm on Coastal Resources: Lessons Learned*, Oceanography 33(4): 70-81 (2020); Gervelis, B., et al., *The Role of Fishery-Independent Bottom Trawl Surveys in Providing Regional and Temporal Context to Offshore Wind Farm Monitoring Studies*, Marine and Coastal Fisheries: Dynamics, Management, and Ecosystem Science; Themed Issue: Offshore Wind Interactions With Fish And Fisheries 15:e10231 (2023), https://doi.org/10.1002/mcf2.10231.

[34] Wilber, et al., *Block Island Wind Farm Demersal Fish Trawl Survey, Synthesis Report – Years 1 to 7, October 2012 through September 2019*, prepared by INSPIRE Environmental for Deepwater Wind Block Island, LLC (2021).

Executed on May 21, 2024.

Drew A. Carey

## Scientific Literature and Reports Cited

Balouskus, R., Gervelis, B. and D. Carey (2019). South Fork Wind Farm Reconnaissance Atlantic Cod Spawning Survey January-April 2018 Final Report.

BOEM (2021). South Fork Wind Farm and South Fork Export Cable: Essential Fish Habitat Assessment with NOAA Trust Resources, For the National Marine Fisheries Service. U.S. Department of the Interior, Bureau of Ocean Energy Management, Office of Renewable Energy Programs.

Carey, D., D. Wilber, L. Read, M. Guarinello, M. Griffin and S. Sabo (2020). "Effects of the Block Island Wind Farm on Coastal Resources: Lessons Learned." Oceanography 33(4): 70-81.

DeCelles, G. R., D. Martins, D. R. Zemeckis and S. X. Cadrin (2017). "Using Fishermen's Ecological Knowledge to map Atlantic cod spawning grounds on Georges Bank." ICES Journal of Marine Science 74(6): 1587-1601.

Degraer S., D.A. Carey, J. Coolen, Z. Hutchison, F. Kerckhof, B. Rumes, J. Vanaverbeke. 2020. Offshore wind farms as Artificial Reefs. Oceanography Special Issue *Understanding the Effects of Offshore Wind Energy Development on Fisheries*.

Gervelis, B. and D. Carey (2020). South Fork Wind Farm Observational Atlantic Cod Spawning Survey December 2018-April 2019 Final Report.

Gervelis, B., D.H. Wilber, L. Brown, D.A. Carey. 2023. The Role of Fishery-Independent Bottom Trawl Surveys in Providing Regional and Temporal Context to Offshore Wind Farm Monitoring Studies. Marine and Coastal Fisheries: Dynamics, Management, and Ecosystem Science; Themed Issue: Offshore Wind Interactions With Fish And Fisheries 15:e10231 https://doi.org/10.1002/mcf2.10231.

Guarinello, M.L. and D.A. Carey. 2020. Multi-modal Approach for Benthic Impact Assessments in Moraine Habitats: a case Study at the Block Island Wind Farm. Estuaries and Coasts. https://doi.org/10.1007/s12237-020-00818-w

INSPIRE Environmental 2021. Benthic Assessment Technical Report, Revolution Wind Offshore Wind Farm. Prepared for: Revolution Wind, LLC 56 Exchange Terrace, Suite 300 Providence, RI 02903, Prepared by: INSPIRE Environmental 513 Broadway, Suite 314 Newport, Rhode Island 02840. (Appendix X1 of COP).

INSPIRE Environmental 2023. Benthic Habitat Mapping to Support Essential Fish Habitat Consultation Technical Report, Revolution Wind Offshore Wind Farm. Prepared for: Revolution Wind, LLC 56 Exchange Terrace, Suite 300 Providence, RI 02903, Prepared by: INSPIRE Environmental 513 Broadway, Suite 314 Newport, Rhode Island 02840. (Appendix X1 of COP).

Wilber, D.H., L.J. Brown, M. Griffin, and D.A. Carey. 2024. American lobster Homarus americanus responses to construction and operation of an offshore wind farm in Southern New England. Marine Ecology Progress Series 727: 123–142.

Wilber, D., L. Brown, M. Griffin, Gregory R. DeCelles and D. Carey. 2022. Demersal fish and invertebrate catches relative to construction and operation of North America's first offshore wind farm. ICES Journal of Marine Science Volume 79, Issue 4, May 2022, Pages 1274–1288, https://doi.org/10.1093/icesjms/fsac051.

Wilber, D H., Brown, L., Griffin, M., DeCelles, G R., and Carey, D. A. 2022. Offshore wind farm effects on flounder and gadid dietary habits and condition on the northeastern US coast. Marine Ecology Progress Series, 683: 123-138.

Wilber, D. H., Read, L.B., Griffin M., and D.A. Carey. 2021. Block Island Wind Farm Demersal Fish Trawl Survey, Synthesis Report – Years 1 to 7, October 2012 through September 2019. Prepared by INSPIRE Environmental, Newport, RI for Deepwater Wind Block Island, LLC, Providence, RI. 103 pp. ++ Appendices.

Wilber, D. H., Read, L.B., Griffin M., and D.A. Carey. 2020. Block Island Wind Farm Ventless Trap Lobster Survey Synthesis Report 2013-2018. Prepared by INSPIRE Environmental, Newport, RI for Deepwater Wind Block Island, LLC, Providence, RI. 62 pp. + Appendices

## **Exhibit A**

Curriculum Vitae of Drew Carey, Ph.D.



225 Dyer Street | Providence, RI 02840 | (401) 225-0038
drew.carey@venterra-group.com



# DREW CAREY, Ph.D. | VP Americas

## Education

Ph.D, Geology and Marine Ecology, University of St. Andrews, Scotland, 1983
B.Sc., Geology and Biological Oceanography, The Evergreen State College, 1976

## Areas of Specialization

Offshore Wind Environmental Effects
Sediment Profile Imaging (SPI)
Benthic Ecology/Sedimentology
Environmental Monitoring
Marine Policy
Statistics & Sampling Design
Contaminated Sediment Management
Dredged Material Management & Monitoring
Confined Aquatic Disposal Management
Environmental Impact Assessment
Ecological Risk Assessment
Environmental Mediation

## Employment History

2023- present – VP Venterra Group
2018-2022 – CEO, INSPIRE Environmental
2015-2018 - Managing Partner, INSPIRE Environmental, LLC, Newport, RI
2004-2016 - Managing Partner, DAMOSVision, Newport, RI
1999-2015 - Founding Partner and Principal Scientist, CoastalVision, LLC, Newport, RI
1991-1999 – Senior Scientist and Program Manager, Science Applications International Corporation, Newport, RI
1982-1989 – Assistant Professor, Earth & Environmental Sciences and Science in Society, Wesleyan University, Middletown, CT
1982 - Research Associate, Marine Sciences Research Center, SUNY, at Stony Brook
1977 - Survey Associate, Department of Agriculture and Fisheries, Aberdeen, Scotland

## EXPERIENCE SUMMARY

Dr. Carey is an international expert in the assessment of environmental impacts on marine ecosystems. Dr. Carey specializes in benthic ecology, sedimentology, fisheries monitoring, and marine policy. Dr. Carey has led coastal assessments and data collection in nearshore and deep-water environments worldwide for over 30 years. He has extensive experience in benthic seafloor characterization, preparation of Construction and Operation Plans and monitoring for offshore wind energy projects. He represents a global offshore wind supply chain firm (Venterra) in the United States, including INSPIRE Environmental, the leading marine science firm in offshore wind.

Dr. Carey is an expert in design and interpretation of marine habitat mapping. He has led over 50 projects in New England that integrate high resolution acoustic mapping (multibeam, side-scan sonar, subbottom profiling) with innovative ground-truth data collection (SPI/PV imaging) to provide physical and biological habitat information. He led an assessment of habitat classification schemes for the Northeast Regional Ocean Council (NROC) and helped develop CMECS (2012). This broad experience with habitat assessment and knowledge of the geological and biological conditions in NE Atlantic waters led directly to INSPIRE's successful approach to EFH habitat mapping for South Fork Wind, RevWind, Skipjack Wind, Sunrise Wind and Ocean Wind.

Dr. Carey has extensive familiarity with stakeholder engagement and management programs, recently applying his expertise to the Block Island Wind Farm and South Fork Wind public engagement. He led the development of a 10-year planning document for the Long Island Sound Study: Sound Vision and leading the revision of the Long Island Sound Comprehensive Conservation and Management Plan. Dr. Carey provided facilitation for the Narragansett Bay Summit, the Partnership for Narragansett Bay, the 2007 National Estuary Program national meeting and the 2004 RI Sea Grant Science Symposium. He was a senior technical lead for the Dredged Material Disposal Site Designation EIS in Long Island Sound, supporting the Corps of Engineers and EPA. He was the program manager for the Disposal Area Monitoring System (DAMOS), the Historic Area Remediation Site (HARS) and the facilitator for the New England Regional Dredging Team from 1991-2020 and 2005-2022 respectively. Prior to INSPIRE, Dr. Carey formed CoastalVision, LLC, the Joint Ventures DAMOSVision and WaterVision and collaborated with Germano & Associates on marine assessments. Prior to CoastalVision, Dr. Carey was a Senior Scientist at Science



Applications International Corporation (SAIC) from 1991-1999. Dr. Carey prepared technical documents, led database development, presented results at public meetings, and designed and managed monitoring activities and field investigations of marine dredged material and waste disposal sites for environmental assessment of coastal areas. He led business development for an innovative ocean imaging instrument (Laser Line Scan System) and received a public service award for his work on surveying after the TWA Flight 800 crash. Prior to SAIC, Dr. Carey was an Assistant Professor at Wesleyan University where he conducted scientific research on marine ecology, sediment transport and developed a curriculum in Marine Ecology, Coastal Geology, Ocean Policy, Law of the Sea, and Ocean Resources.

## PROFESSIONAL EXPERIENCE

Dr. Carey is a Senior Technical Advisor for Marine Environmental Permitting for **Orsted U.S.**'s Block Island Wind, South Fork Wind, Skipjack Wind, Ocean Wind, Sunrise Wind, and Revolution Wind; Atlantic Shores for **Shell** (**2023-present**); CVOW for **Dominion (2020-present)**; South Coast Wind, BluePoint Wind and Golden State for **OW (2022-present)**; Community Offshore Wind for **RWE (2023-present)**, Attentive Energy for **Total Energies (2022-2023)**; Empire State and Beacon Wind for **Equinor (2019)**, and the **NYSERDA Master Plan (June-December 2017).**

Dr. Carey has supported the development of marine work plans and designed and conducted numerous technical studies including benthic seafloor characterization surveys, EFH habitat mapping, cable routing, eelgrass survey, hardbottom habitats, finfish trawl surveys, lobster surveys, EMF measurement, suspended sediment impacts from cable installation, geophysical desktop studies, fisheries data collection and NEPA documentation. Dr. Carey collaborated with marine archeologists presenting seafloor mapping and seismic data to representatives of Native tribes, commercial fishermen and stakeholders.

Dr. Carey was the Program Manager and Senior Technical lead for assessment and remediation support to **Trident Seafoods**, the world's largest seafood processor. For Trident, Dr. Carey managed SPI, acoustic, coring, and hydrodynamic studies of seafood waste deposits in Alaska.

Dr. Carey was a Senior Technical Advisor for **Atlantic Wind Connection's** effort to install a submarine cable system to provide a backbone transmission line for the mid-Atlantic states. Dr. Carey conducted desktop geological and benthic resource studies, designed benthic habitat surveys, and contributed to cable routing design.

Dr. Carey has been a Senior Technical lead for a wide variety of site assessment projects including baseline environmental surveys of oil and gas leases in the Gulf of Mexico, RI/FS investigations in San Francisco Bay, Melbourne, Australia, River Clyde, Scotland, Hudson River, and Ontario, Canada.

From 1991-1999 and 2005- 2020, Dr. Carey served as the technical and program manager of the Disposal Area Monitoring System (DAMOS) Program of the New England District of the U.S. Army Corps of Engineers. He successfully managed over 85 work orders and delivered 160 reports as final or draft products. He is currently the technical studies manager, responsible for oversight of project design and data interpretation of dredged material disposal site investigations.

For the DAMOS Program, Dr. Carey developed expertise in designing and managing monitoring of dredged material disposal sites. Dr. Carey managed all of SAIC's activities in the DAMOS Program including field data collection, data analysis, report preparation, technical support, and public outreach. His efforts led to the first demonstration of the Laser Line Scan System for an environmental application and leadership on the development of UV-Hyperspectral imaging. His expertise in dredged material management includes monitoring of open-water sites, in-channel Confined Aquatic Disposal (CAD) cells, design and evaluation of cap integrity, and assessment of potential environmental impacts of disposal site placement.

From 1991 to the present, Dr. Carey has served as a technical manager supporting EPA New England and New York, the New England and New York Districts of the Army Corps of Engineers, on issues related to



environmental assessment. He has provided services to develop NEPA sampling design for sediment, lobsters, finfish and fishing activities, Quality Assurance Project Plans (QAPP), public outreach and GIS data management. He authored reports on finfish resource and fishing activities. He led a bioturbation workshop for the NY District that developed a clear consensus among a regional scientific panel on the impact of biological activity on dredged material placement. He has served as the Program Manager for the New York District's monitoring of the HARS site since 2010 including acoustic, geochemical and biological characterization of the seafloor at the site.

Dr. Carey led a team that supported the Long Island Sound Study revision of the 1994 Comprehensive Conservation and Management Plan (CCMP) for Long Island Sound. The themes and principles developed in the SoundVision project were the starting point for this legally-binding plan development.

Dr. Carey led the analysis of SPI data for habitat mapping of the Milford Haven Waterway, Wales, UK. The study established a protocol for utilization of SPI data to conduct habitat mapping with facies models in nearshore environments and apply those results to the EUNIS habitat classification scheme (Carey et al., 2014).

Dr. Carey led a team that supported the Habitat Working Group of NROC to evaluate the feasibility of coordinating habitat mapping initiatives in New England. CoastalVision developed a framework, an inventory of initiatives and successfully integrated the results into a creative visual synthesis to inform managers and scientists of the common ground between initiatives (Shumchenia et al., 2014).

Dr. Carey worked with Connecticut Fund for the Environment and Save the Sound to review fifteen years of program activities and budget allocations of the Long Island Sound Study (LISS) and develop a series of workshops to lead the LISS Citizens Advisory Committee in the development of a SoundVision Five Year Strategic Plan. Dr. Carey facilitated workshops and discussions and co-drafted the Strategic Plan. This process produced a final synthesis based on input from a wide range of participants that includes a set of integrated goals with desired results, steps to achieve those results, as well as an outreach strategy that can be implemented by all participating stakeholder groups.

Dr. Carey led an effort to conduct a habitat classification feasibility study for the Massachusetts Office of Coastal Zone Management. The team performed GIS-based analysis of several large benthic datasets, helped to develop habitat digitizer tools, performed benthic habitat classifications under each of four different classification schemes, and authored a project report. The following three objectives were met in this project: 1) apply each of four pre-selected habitat classification frameworks to the coastal and ocean environment in northern Massachusetts, 2) evaluate the relative strengths and weaknesses of each framework, and 3) make recommendations on the adoption of a framework for Massachusetts that will be useful to resource managers, stakeholders and scientists.

Dr. Carey was the facilitator for the New England Regional Dredging Team from 2005 to 2022 and facilitated several sessions of the National Dredging Team meetings in May 2006 and October 2007. Dr. Carey was a co-facilitator for the 2006 USEPA/USACE "Managing Sediments in the Watershed Workshop" in Portland, OR. He worked with a team of eight professional facilitators to develop breakout session designs, facilitated plenary sessions and supervised the facilitation team. In 2007, he facilitated the National Estuary Program National Meeting.

Dr. Carey facilitated the 2004 RI Sea Grant Science Symposium and edited a synthesis of the State of Science on Nutrients in Narragansett Bay (Carey et al., 2005).

Dr. Carey conducted two assessments of human uses and resource distribution in Buzzards Bay for Massachusetts Coastal Zone Management (Carey and Haley, 2002; Colburn, Carey and Haley, 2002). One study involved developing a database, GIS data layers and PDF maps from inshore trawl data and the other study involved developing a survey instrument and conducting a survey of recreational and commercial fishing use of Buzzards Bay.



Dr. Carey supported Germano & Associates and the Dredged Material Management Office (DMMO) of San Francisco in their effort to conduct a performance evaluation of sediment screening guidelines for wetland restoration in San Francisco Bay. He led workshops, facilitated meetings and provided expert review of the design and development of a database and statistical assessment of sediment screening guidelines based on dredged material test results (Germano & Associates, 2004).

Dr. Carey supported NOAA Fisheries to develop a manual of procedures employed by Northeast Regional staff to review proposed dredging and dredged material disposal projects. The manual is intended to help streamline the process of review by providing internal guidance and external awareness of the review process and best management practices employed to minimize impacts on protected fisheries resources.

Dr. Carey supported the State of Connecticut in the development of a Dredged Material Management Plan (DMMP) through compilation and review of the current state of regulations and practice of dredged material management, assessment of alternatives to open-water disposal and definition of research needs. This effort involved review of CWA and MPRSA criteria and requirements as they apply to disposal in Long Island Sound and recommendations for the process to develop a DMMP (Carey, 1998).

Dr. Carey supported Germano and Associates and the U.S. Army Engineer Research and Development Center (ERDC) Coastal Ecology group to develop guidelines for measurement of rates and effects of dredging-induced sedimentation on early life stages of fish, shellfish and submerged aquatic vegetation (Germano and Carey, 2005).

Dr. Carey was responsible for all aquatic disposal site determinations for the Massachusetts Coastal Zone Management Dredged Material Management Plan. Dr. Carey supported the Maguire Group in designation of the Buzzard's Bay Disposal Site Environmental Impact Report, Data Management and Aquatic Disposal Alternatives for Salem, Gloucester, New Bedford and Fall River Designated Port Authorities. This involves 404(b)(1) guidance for disposal site selection and analysis of all available environmental information including detailed analysis of potential fisheries impacts. Dr. Carey designed and led public workshops and team screening meetings on aquatic site selection.

Dr. Carey directed a disposal site evaluation process for the Coastal Resource Management Council of Rhode Island (CRMC). The CRMC is charged with designating disposal sites in Narragansett Bay to receive clean dredged material from marinas and yacht clubs. The effort included field studies and data review based on 404(b)(1) guidelines and an assessment of the potential biological and physical oceanographic implication for disposal at two proposed sites in Narragansett Bay. He supported CRMC in development of a scope and technical review of the hydrographic data collection and circulation modeling study of Quonset and Davisville channels for potential deepening (Berger/Maguire 2004).

Dr. Carey supported EVS Environment Consultants on the development of the Massachusetts Ocean Resources Information System (MORIS) for Massachusetts Coastal Zone Management. He was responsible for identification of aquaculture and other MORIS-related data sources and local coordination with industry and academic participants.

Dr. Carey teamed with Fara Courtney to develop an inventory and metadata database of human resources and management considerations for a Gloucester Harbor Resource Characterization for Massachusetts Coastal Zone Management. He was responsible for the database development and metadata structure.

Dr. Carey supported the Governors' Stakeholder Committee on Port Development of Quonset Point, RI. Working with MIDI, Normandeau Associates and Applied Sciences Associates, he prepared material on dredging requirements and disposal options for various port development proposals. Dr. Carey worked on a team that provided information on potential environmental impacts of designs developed by the stakeholders committee and made presentations to the committee on several related subjects including fisheries impacts.



Dr. Carey directed post-processing of Laser Line Scan Images collected in support of the US Navy's efforts to locate and identify debris and remains from the TWA Flight 800 crash investigation. His efforts led to the development of an innovative GIS-based database with a simple point-and-click interface. Dr. Carey served as press liaison for SAIC during the TWA flight investigation. Dr. Carey and his team were presented with "Award for Excellence in Public Service Crystal Eagle" from SAIC for their work (Saade and Carey 1996).

For EPA Region I and ERL-N, Dr. Carey designed and directed two surveys of historical waste container disposal sites in Massachusetts Bay. Each survey integrated a precision navigation system with side-scan sonar and remotely operated vehicles (ROV) to locate, categorize, and inspect hazardous and low-level waste containers. He developed Quality Assurance documents, technical documents, and presented results at public meetings including one of the first publications of the use of GIS in seafloor studies (Carey et al. 1992).

For a US AID-sponsored program in Tunisia in 1995, Dr. Carey developed and directed a field demonstration of advanced survey technologies for ecological assessment of the Gulf of Gabes, Tunisia. Dr. Carey made public presentations of the results in Tunisia and led the development of a proposed program for the improved planning and management of the Tunisian coastal zone. He has also served as a technical liaison for survey efforts in Hong Kong, Italy and New Zealand.

From 1989 to 1990 Dr. Carey managed and developed programs in science education at the Thames Science Center. He led development of innovative software, data collection, and research management programs designed to promote environmental education. He co-wrote five proposals and managed two NSF-sponsored projects. He is an experienced project manager with excellent personnel and communication skills.

Between 1982 and 1989 Dr. Carey was Assistant Professor of Earth & Environmental Sciences and Science in Society at Wesleyan University. During his seven years teaching and conducting research at Wesleyan University, Dr. Carey developed an advanced seminar in ocean policy and law of the sea including case studies of hearings on the New York Bight, Long Island Sound, Georges Bank, and the Gulf of Maine. His scientific investigations identified potential complications in surveys for chlorinated hydrocarbons, demonstrated high nitrogen uptake in bulk deposit-feeders, and helped pioneer the study of animal-flow interactions.

From June 1985 to August 1986 and from January 1987 to August 1987 Dr. Carey was a Guest Investigator in the Coastal Research Center and Chemistry Department of the Woods Hole Oceanographic Institution. He investigated bioaccumulation of polyaromatic hydrocarbons in deposit-feeding enteropneusts. Dr. Carey developed a protocol for assessing differential uptake of combusted hydrocarbons versus weathered hydrocarbons and investigated mixed function oxygenase activity in enteropneusts. After conducting GC-MS analysis of organic extractions from sediments and tissues, he identified potential complications for analysis of polychlorinated hydrocarbons (Carey and Farrington, 1989).

In 1982, Dr. Carey teamed with scientists at the Marine Sciences Research Center, SUNY at Stony Brook to develop experimental investigation of the impact of resuspended sediments in Long Island Sound on bivalve growth and physiology. He worked with Dr. Rhoads, Yale University, to develop innovative experimental chambers to assess environmental conditions in Long Island Sound.

Dr. Carey designed and led an underwater ecological survey in 1979 of the Isle of May, Scotland, for the Nature Conservancy Council, Scotland. He led a 4-member scuba team for a two-week intensive *in situ* observation and quantitative baseline ecological assessment.

In 1977 Dr. Carey served as a Survey Associate for the Department of Agriculture and Fisheries, Scotland, for a deep-sea benthic survey, Wyville-Thompson Ridge. He was responsible for managing all aspects of benthic sampling design, sample collection, and preliminary identification. The survey was successfully conducted under extreme weather conditions in the North Sea requiring careful coordination of equipment and staff.



In 1976 Dr. Carey surveyed the benthic communities in St. Andrews Bay, Scotland revising community structure maps and discovering several taxonomic groups previously unreported from the area (hemichordata, phoronida and aplacophora).

## EXPERT TESTIMONY

Dr. Carey has provided expert testimony, both written and in person for several clients including:

**Orsted U.S. 2019-2022. South Fork Wind and Sunrise Wind Article VII Settlement**
Dr. Carey provided testimony on potential benthic, finfish and shellfish effects of installation of a submerged export cable from the South Fork Wind project to potential landings on Long Island, New York. He prepared responses to requests for information and a benthic monitoring plan as part of the Joint Proposal for the Settlement.

**Save the Sound 2006-7. Broadwater Energy LLC, Testimony to FERC and NY DOS**.
Dr. Carey reviewed the Broadwater LNG Project Draft Environmental Impact Statement and Resource Reports for Save the Sound. Review included preparation of expert testimony for the FERC docket and for the State of New York CZMA Consistency determination. He supported Save the Sound staff in review of all applicable federal and state laws and regulations and participated in a briefing of New York Department of State. Dr. Carey reviewed all of the resource reports relevant to the environmental analysis (geological, biological, threatened and endangered species, cumulative impacts and alternatives). He documented numerous problems with the document, conducted an alternatives analysis and identified several viable alternatives that were not considered in the DEIS which led to the denial of the project by NYDOS on Coastal Consistency grounds.

**Office of the Governor of Rhode Island 2003. Channel Deepening, Quonset, Rhode Island**
Dr. Carey was asked by the Governor's Office to provide expert review and guidance on a project proposal to deepen the channel to Quonset Point. The state was concerned that circulation in the environmentally sensitive areas surrounding the channel might be affected by changes in channel geometry. Dr. Carey led a panel of federal and state agencies that developed and reviewed a work plan to collect oceanographic data and conduct circulation modeling to assess the potential changes in circulation. The Governor's office requested that Dr. Carey manage and review the contractor's efforts and produce a report evaluating the results. The oceanographic results were used in conjunction with Mt. Hope Bay results to evaluate conditions that led to a fish kill in Greenwich Bay.

**Private Client 2001-2. Shoreline Protection**
Dr. Carey worked with a private client to prepare a Category B Assent for shoreline protection and improvement on a private island in Narragansett Bay for submission to the Coastal Resource Management Council of Rhode Island (CRMC). Dr. Carey evaluated storm surge potential and the geological context of the island. The successful approach provided a novel method to re-use and augment existing shore materials to provide a naturalistic shore protection system. Dr. Carey provide expert witness testimony for the successful CRMC hearing.

**Cummings and Lockwood 2000. Cross Sound Electric Cable, Testimony before Connecticut Energy Siting Board.**
Dr. Carey prepared expert testimony based on review of environmental assessment documents prepared to support an application to route an underwater electric cable across Long Island Sound. Dr. Carey's testimony reviewed scientific data and technical reports related to jet plow cable placement and burial on benthic resources including oysters. He reviewed the geological and biological resource reports associated with the application and provided detailed expert review and assessment of the adequacy of the data and consideration of alternative cable routes. The client reached an out of the hearing settlement with the applicant.

**Port Development Environmental Assessment, Governors' Stakeholder Committee on Port Development of Quonset Point, RI. 1998-1999**. Dr. Carey prepared material on dredging requirements and disposal options for various port development proposals. He worked on potential environmental impacts and potential habitat



mitigation of designs developed by the stakeholders committee and provided expert witness presentations to the committee on several related subjects including geological and fisheries impacts.


## WORKSHOPS

Teacher, Environmental Forensics: Urban Ports & Harbors – Sediment Assessments in Complex Systems, International Society of Environmental Forensics Workshop, Baltimore, MD, September 26-27, 2006

Teacher, Environmental Forensics: Focus on Harbors and Sediment Assessments, International Society of Environmental Forensics Workshop, Honolulu, HI, April 20-21, 2006

Leader, Café Conversation: Mapping for Managers: Bridging the Gap Between Data and Information, Presented at: Coastal Zone 09, Boston, MA, July 19-23, 2009

Co-Leader, Short Course: Aquatic Site Characterization: Survey Methods, Sampling Techniques, & Limitations, Presented at Dredging 2012, San Diego, CA, October 22, 2012

State of the Science: Wildlife and Offshore Wind Energy Development. November 13-14, 2018, Woodbury, NY. Presented results of BIWF demersal trawl and ventless trap studies; panel on fish habitats.

Synthesis of the Science: Offshore Wind and Fisheries. October 13, 14, 15, 30, 2020. Panel and Breakouts on Benthic Habitats and Demersal Finfish and Shellfish. RODA/NOAA/BOEM. Online.

State of the Science: Wildlife and Offshore Wind Energy Development. November 16-20, 2020, online. Benthic habitats.


## SELECTED PUBLICATIONS AND REPORTS

Wilber, D.H., L.J. Brown, M. Griffin, and **D.A. Carey**. 2024. American lobster Homarus americanus responses to construction and operation of an offshore wind farm in Southern New England. Marine Ecology Progress Series 727: 123–142.

Gervelis, B., D.H. Wilber, L. Brown, **D.A. Carey**. 2023. The Role of Fishery-Independent Bottom Trawl Surveys in Providing Regional and Temporal Context to Offshore Wind Farm Monitoring Studies. Marine and Coastal Fisheries: Dynamics, Management, and Ecosystem Science; Themed Issue: Offshore Wind Interactions With Fish And Fisheries 15:e10231 https://doi.org/10.1002/mcf2.10231.

Wilber, D., L. Brown, M. Griffin, Gregory R. DeCelles and **D. Carey**. 2022. Demersal fish and invertebrate catches relative to construction and operation of North America's first offshore wind farm. ICES Journal of Marine Science Volume 79, Issue 4, May 2022, Pages 1274–1288, https://doi.org/10.1093/icesjms/fsac051.

Wilber, D H., Brown, L., Griffin, M., DeCelles, G R., and **Carey, D. A**. 2022. Offshore wind farm effects on flounder and gadid dietary habits and condition on the northeastern US coast. Marine Ecology Progress Series, 683: 123-138.

Guarinello, M.L., S. K. Sturdivant, A.E. Murphy, L. Brown, J. A. Godbold, M. Solan, **D. A. Carey**, and J. D. Germano. 2022. Evidence of Rapid Functional Benthic Recovery Following the Deepwater Horizon Oil Spill. ACS EST Water 2022, 2, 10, 1760–1771

Wilber, D. H., Read, L.B., Griffin M., and **D.A. Carey**. 2021. Block Island Wind Farm Demersal Fish Trawl Survey, Synthesis Report – Years 1 to 7, October 2012 through September 2019. Prepared by INSPIRE Environmental, Newport, RI for Deepwater Wind Block Island, LLC, Providence, RI. 103 pp. ++ Appendices.

**Carey, D.A**., D.H. Wilber, L.B. Read, M.L. Guarinello, M. Griffin, and S. Sabo. 2020. Effects of the Block Island Wind Farm on coastal resources: Lessons learned. Oceanography 33(4):70–81, https://doi.org/10.5670/oceanog.2020.407.

Degraer S., **D.A. Carey**, J. Coolen, Z. Hutchison, F. Kerckhof, B. Rumes, J. Vanaverbeke. 2020. Offshore wind farms as Artificial Reefs. Oceanography Special Issue *Understanding the Effects of Offshore Wind Energy Development on Fisheries*.



Guarinello, M.L. and **D.A. Carey**. 2020. Multi-modal Approach for Benthic Impact Assessments in Moraine Habitats: a Case Study at the Block Island Wind Farm. Estuaries and Coasts. https://doi.org/10.1007/s12237-020-00818-w

Wilber, D. H., Read, L.B., Griffin M., and **D.A. Carey**. 2020. Block Island Wind Farm Ventless Trap Lobster Survey Synthesis Report 2013-2018. Prepared by INSPIRE Environmental, Newport, RI for Deepwater Wind Block Island, LLC, Providence, RI. 62 pp. + Appendices

Sabo, S., Murphy, A., and **D. Carey**. 2020. Block Island Wind Farm Recreational Boating Survey Post-Construction Year 2019 Annual Report and Project Synthesis. Prepared by INSPIRE Environmental, Newport, RI for Deepwater Wind Block Island, LLC, Providence, RI. 43 pp. + Appendices.

**Carey, D.A**., D.F. Doolittle, and K. Smith. 2019. Forward Scouting: Use of Sediment Profile Imaging in Conjunction with Multibeam Echosounder Mapping for Offshore Wind Cable Routes and Site Characterization. Offshore Technology Conference, Houston TX, 6-9, May 2019. 8 pp.

INSPIRE Environmental. 2018. Ichthyoplankton and Zooplankton Assessment– Jet Plow Entrainment Report. Prepared for CH2M and Deepwater Wind South Fork, LLC. Submitted April 2018.

INSPIRE Environmental. 2018. Sediment Profile Imaging and Benthic Survey Report in Support of the Fugro South Fork Wind Farm and Export Cable, South Fork COP Survey. Prepared for Fugro Marine GeoServices, Inc. and Deepwater Wind South Fork, LLC. Submitted January 2018.

Griffin, M., L. Reed, and **D.A. Carey**. 2018. Block Island Wind Farm Ventless Trap Lobster Survey Annual Report, May through October 2017. Prepared by INSPIRE Environmental, Middletown, RI. Prepared for Deepwater Wind Block Island, LLC, Providence, RI, 56 pp.

Wilber, D., **D.A. Carey**, and M. Griffin. 2018. Flatfish habitat use near North America's first offshore wind farm. Journal of Sea Research, 139: 24-32.

INSPIRE Environmental. 2017. Pre-Construction Sediment Profile and Plan View Imaging Benthic Assessment Report. Prepared by INSPIRE Environmental, Middletown, RI. Prepared for CH2M and Deepwater Wind South Fork, LLC, Providence, RI, 58 pp + Appendices. Submitted February 2018.

Wilber, D., **D.A. Carey**, L. Read, and M. Griffin. 2017. Block Island Wind Farm Demersal Fish Trawl Survey Annual Report, October 2015 through September 2016. Prepared by INSPIRE Environmental, Middletown, RI. Prepared for Deepwater Wind Block Island, LLC, Providence, RI, 102 pp.

Guarinello, M., **D. Carey**, and L. Read. 2017. Hard Bottom Post-Construction Surveys, Year 1 Draft Report. Year 1 Report for 2016 Summer Post-Construction Surveys to Characterize Potential Impacts and Response of Hard Bottom Habitats to Anchor Placement at the Block Island Wind Farm (BIWF). Prepared by INSPIRE Environmental, Middletown, RI. Prepared for Deepwater Wind Block Island, LLC, Providence, RI, 29 pp.

Sturdivant, S. K. and **D.A. Carey**. 2017. Baseline Seafloor Assessment Survey for the Proposed Expansion of the Massachusetts Bay Disposal Site September/October 2015. DAMOS Contribution No. 201. U.S. Army Corps of Engineers, New England District, Concord, MA, 105 pp.

Hopkins, A.D., S.K. Sturdivant, and **D.A. Carey**. 2017. Monitoring Surveys at the Central Long Island Sound Disposal Site, December 2013, January 2014, and August 2014. DAMOS Contribution No. 197. U.S. Army Corps of Engineers, New England District, Concord, MA, 108 pp.

Wilber, D., **D.A. Carey**, A. Lipsky, K. Longley, L. Read, and M. Griffin. 2016. Block Island Wind Farm Demersal Fish Trawl Survey Annual Report, October 2014 through September 2015. Prepared by INSPIRE Environmental, Middletown, RI, Seaplan, Providence, RI, and TerraStat, Snohomish, WA. Prepared for Deepwater Wind Block Island, LLC, Providence, RI, 86 pp.

Guarinello, M., **D. Carey**, and L. Read. 2016. Hard Bottom Baseline and Post-Construction Surveys, Year 0 Final Report. Year 0 Report for 2015 Baseline and 2016 Post-Construction Surveys to Characterize Potential Impacts and Response of Hard Bottom Habitats to Anchor Placement at the Block Island Wind Farm (BIWF). Prepared by INSPIRE Environmental, Middletown, RI. Prepared for Deepwater Wind Block Island, LLC, Providence, RI, 26 pp.



DAMOSVision. 2015. Final Data Report for the July 2015 High-Accuracy, Multibeam Bathymetric Survey of the Historic Area Remediation Site (HARS). Prepared under Contract No. W912DS-13-D-0007 TO #0002 by DAMOSVision, Newport, RI. Submitted to New York District, U.S. Army Corps of Engineers, New York, NY, 13 pp.

Shumchenia, E., M. Guarinello, **D.A. Carey**, A. Lipsky, J. Greene, L. Mayer, M. Nixon, and J. Weber. 2014. Inventory and comparative evaluation of seabed mapping, classification and modeling activities in the Northwest Atlantic, USA to support regional ocean planning. Journal of Sea Research, 2014, doi:10.1016/j.seares.2014.09.010.

**Carey, D.A.**, M. Hahn, J.D. Germano, D.I. Little, and B. Bullimore. 2014. Marine Habitat Mapping of the Milford Haven Waterway, Wales, UK: Comparison of Facies Mapping and EUNIS Classification for Monitoring Sediment Habitats in an Industrialized Estuary. Journal of Sea Research, 2014, doi:10.1016/j.seares.2014.09.012.

**Carey, D. A**., D. Wilber, A. Lipsky, K. Longley, L. Read, and J.A. Szczepanski. 2013. Block Island Wind Farm Demersal Fish Trawl Survey Annual Report, September 2012 through August 2013. Report prepared for Deepwater Wind, Providence, RI.

**Carey, D.A.** 2013. Benthic Disturbance. In: Biology and Ecology of Long Island Sound Chapter 6 of "Long Island Sound: Prospects for the Urban Sea", Springer Series on Environmental Management, Latimer, J. M. A. Tedesco, R. L. Swanson, C. Yarish, P. E. Stacey, and C. Garza eds. Springer Science, 918 p.

**Carey, D.A.**, K. Hickey, C. Wright, and M. Esten. 2012. Brenton Reef Historical Disposal Site Surveys 2007 and 2009. Contribution 187, U.S. Army Corps of Engineers, New England District, Concord, MA. 80 pgs.

Germano, J.D., D.C. Rhoads, R.M. Valente, **D. Carey**, and M. Solan. 2011. The use of Sediment Profile Imaging (SPI) for environmental impact assessments and monitoring studies: Lessons learned from the past four decades. Oceanography and Marine Biology: An Annual Review 49: 247-310.

Valente, R.M., L.B. Read, M. Evans Esten, and **D.A. Carey**. 2011. Results of The August 2010 Sediment-Profile Imaging and Sediment Toxicity Survey at the Historic Area Remediation Site. Prepared under Contract No. W912WJ-09-D-0003 by DAMOSVision, Newport, RI. Submitted to New York District, U.S. Army Corps of Engineers, New York, NY, 121 pp.

Myre, P.M., L.B. Read, **D.A. Carey**. 2010. Using Statistical Techniques to Investigate Diagenesis of Capped Dredged Material Sediment Deposits in Long Island Sound. Submitted to Journal of Soils and Sediments.

Myre, P.L., A.R. Bailey, **D.A. Carey**, T.C. Hoffman, and A. Agrawal. 2010. MPA Monitoring Information Management System User Needs Assessment. Final Report, April 2010. MPA Monitoring Enterprise, California Ocean Science Trust, Oakland, CA. (http://monitoringenterprise.org/documents.php)

CoastalVision and Germano & Associates. 2010. Sediment Profile & Plan View Imaging Report: Evaluation of Sediment and Benthos Characteristics along Potential Cable Routes and Turbine Locations for the Proposed Block Island Wind Farm. Report prepared for Deepwater Wind, Providence, RI.

**Carey, D.A.**, C. Wright, and M.E. Esten. 2010. Geological and Geophysical Desktop Study for Rhode Island Sound Wind Farm. Report prepared for Deepwater Wind, Providence, RI.

**Carey, D.A.**, John Ryther, Jr, and C. Wright. 2010. Eelgrass and Seafloor Condition Survey for Landfall Sites in Narragansett and Block Island, Rhode Island. Report prepared for Deepwater Wind, Providence, RI.

**Carey, D.A.**, J.D. Germano, and D. Trimm. 2009. Habitat Impact Assessment for Offshore Energy Projects: High Time to Abandon 19th Century Technology. EnergyOcean 2009, Rockport ME.

Germano, J., P. Myre, L. Read, **D.A. Carey**. 2008. Review/Synthesis of Historical Environmental Monitoring Data Collected at the San Francisco Deep Ocean Disposal Site (SF-DODS) in Support of EPA Regulatory Decision to Revise the Site's Management and Monitoring Plan. Submitted by Germano & Associates to US EPA Region 9, San Francisco, CA. 92 pp.



Valente, R.M., D.C. Rhoads, P.M. Myre, L.B. Read, and **D.A. Carey**. 2007. Evaluation of Field Bioaccumulation as a Monitoring Tool. DAMOS Contribution 174, New England District U.S. Army Corps of Engineers, Concord, MA.

Valente, R.M., **D.A. Carey**, M.E. Esten, C.R. Woods, and G.A. Berman. 2007. Application of Four Candidate Habitat Classification Schemes for Coastal and Marine Environments in Massachusetts. Submitted by CoastalVision to the Executive Office of Environmental Affairs, Massachusetts Office of Coastal Zone Management.

**Carey, D.A.**, R.A. Valente, M.E. Esten, T.A. Wilbur, D. Sampson, S. Ackerman, K.H. Ford, M. Carullo, R. Glenn, C. Woods, G. Berman, and P. Neubert. 2007. Between a Rock and a Sponge: Applying benthic habitat mapping schemes to seafloor mapping data. 18th Biennial Conference of the Estuarine Research Federation, Providence, RI.

Germano, J.D., L.B. Read, P.M. Myre, R.M. Valente, D.C. Rhoads, M. Solan, and **D.A. Carey**. Through a Glass Darkly: Comparing results from Sediment-Profile Images (SPI) and Grab Samples. Report submitted to New England District U.S. Army Corps of Engineers, Concord, MA.

Tenore, K.R., R.N. Zajac, J. Terwin, F. Andrade, J. Blanton, W. Boynton, **D. Carey**, R. Diaz, A.F. Holland, E. Lopez-Jamar, P. Montagna, F. Nichols, R. Rosenberg, H. Queiroga, M. Sprung, and R. Whitlatch. 2006. Characterizing the role benthos plays in large coastal seas and estuaries: A modular approach. Journal of Experimental Marine Biology and Ecology, v. 330: 392-402.

**Carey, D.A.**, D. Lewis, S. Wolf, M. Greenblatt, and T.J. Fredette. 2006. Long term stability of capped dredged material disposal mounds: Stamford New Haven North and Cap Site 2 in Long Island Sound. Proceedings of the 26th Annual Western Dredging Association Technical Conference, San Diego, CA. Https://westerndredging.org/index.php/information/proceedings-presentations/category/43-26th-annual-weda-conference?download=395:13-carey-long-term-stability-of-capped-dredged-material-disposal-mounds

Wright, C. and **D.A. Carey**. 2006. Monitoring Survey at the Buzzards Bay Disposal Site at Cleveland East Ledge, June 2005. DAMOS Contribution 170, New England District U.S. Army Corps of Engineers, Concord, MA.

Germano, J.D. and **D.A. Carey**. 2005. Rates and effects of sedimentation in the context of dredging and dredged material placement. DOER Technical Notes Collection (ERDC TN-DOER-E19), U.S. Army Engineer Research and Development Center, Vicksburg, MS.

**Carey, D.A.**, A. Desbonnet, A.B. Colt, and B.A. Costa-Pierce (eds.). 2005. State of Science on Nutrients in Narragansett Bay: Findings and Recommendations from the Rhode Island Sea Grant 2004 Science Symposium.

**Carey, D.A.**, B.A. Costa-Pierce, and A. Desbonnet. 2005. State of science knowledge on nutrients in Narragansett Bay – process and synthesis. 18th Biennial Conference of the Estuarine Research Federation, October 16-20, Norfolk, VA.

Germano and Associates. 2004. Performance Evaluation of Existing Sediment Screening Guidelines for Wetland Restoration in San Francisco Bay. Final report submitted to the Port of Oakland.

Berger-Maguire Joint Venture. 2004. Quonset-Davisville Port Baseline Data Studies: Circulation Final Report. Submitted to State of Rhode Island Office of the Governor.

Solan, M., J.D. Germano, D.C. Rhoads, C. Smith, E. Michaud, D. Parry, F. Wenzhofer, B. Kennedy, C. Henriques, E. Battle, **D. Carey**, L. Iocco, R. Valente, J. Wilson, and R. Rosenberg. 2003. Towards a greater understanding of pattern, scale, and process in marine benthic systems: a picture is worth a thousand worms. In: Special Issue, ed., Solan, M, Germano, J.D., Raffaelli, D.G., Warwick, R.M. Benthic Dynamics: In Situ Surveillance of the Sediment-Water Interface. Journal of Experimental Marine Biology and Ecology, v.285-286:313-338.

Carey, D.A., D.C. Rhoads, and B. Hecker. 2003. Use of Laser Line Scan for assessment of response of benthic habitats and demersal fish to seafloor disturbance. In: Special Issue, ed., Solan, M, Germano, J.D.,



Raffaelli, D.G., Warwick, R.M. Benthic Dynamics: In Situ Surveillance of the Sediment-Water Interface. Journal of Experimental Marine Biology and Ecology, v.285-286:435-452.

Carey, D.A. and N. Haley. 2002. Buzzards Bay Disposal Site Report. Massachusetts Division of Marine Fisheries Trawl Data Analysis. Report submitted to the Massachusetts Executive Office of Environmental Affairs, Coastal Zone Management, Boston, MA.

Colburn, L.L., D.A. Carey, and N. Haley. 2002. Buzzards Bay Disposal Site Report. Competing Site Use Assessment. Report submitted to the Massachusetts Executive Office of Environmental Affairs, Coastal Zone Management, Boston, MA.

USACE and USEPA 2001. Fishing Activities Questionnaire and Interview Interim Report. Long Island Sound Dredged Material Disposal EIS. D.A. Carey principal author.

USACE and USEPA 2001. Analysis of Connecticut Department of Environmental Protection Trawl Data for Long Island Sound. Long Island Sound Dredged Material Disposal EIS. D.A. Carey and N. Haley principal authors.

Carey, D.A., N. Haley, V. Malkoski, D. Simpson, and A. Wilbur. 2001. Long-term impacts of physical disturbance of estuarine benthos. 16th Biennial Conference of the Estuarine Research Federation, St. Petersburg, FL.

SAIC. 2001. Monitoring at the New London Disposal Site 1992-1998: Volume I. DAMOS Cont. 128. U.S. Army Corps of Engineers, New England District, Concord, MA. (lead author of synthesis).

Waddell, E.V., P. Hamilton, D.A. Carey, J.T. Morris, C. Kincaid, and W. DeLeo. 2001. Observations of Physical Oceanographic Conditions at the New London Disposal Site, 1997-1998. DAMOS Cont. 130. U.S. Army Corps of Engineers, New England District, Concord, MA.

SAIC. 2001. Monitoring at the New London Disposal Site 1992-1998: Volume II Seawolf Mound. DAMOS Cont. 132. U.S. Army Corps of Engineers, New England District, Concord, MA. (lead author of synthesis).

Rhoads, D.C., D. Carey, and J. Scott. 1999. REMOTS uv-imaging spectrometer: Coastal Ocean Processes Symposium; a tribute to William D. Grant, Technical Report WHOI-99-04, Woods Hole Oceanographic Institution, Woods Hole, MA., 189 (Abstract).

Carey, D.A. 1999. Dredged Material Management Program in Long Island Sound. Dredging and the Environment Workshop sponsored by the LISS and Save the Sound, March 19, 1999.

Carey, D.A. 1999. Information on coastal issues in a flexible, accessible form: Tools for Decision-making. Coastal Geotools Conference, Charleston, S.C., April 1999.

Murray, P.M., D.A. Carey, T.J. Fredette, and J.H. Ryther, Jr. 1998. Isolation of contaminated sediments in disposal cells: short- and long-term benefits for Boston Harbor. American Geophysical Union presented at AGU Spring Meeting, May 26-29, 1998, Boston, MA.

Carey, D.A. 1998. Long Island Sound Dredged Material Management Approach. A study report prepared for the State of Connecticut, Department of Environmental Protection, Office of Long Island Sound Programs, Hartford, CT. 189 p., separate appendices.

USACE. 1998. Dredged Material Disposal Site Evaluation Report: Long Island Sound, Connecticut and New York. Prepared by ENSR and SAIC for U.S. Army Corps of Engineers, New England District, Concord, MA. (principal author with M. Gerath, D. Rhoads and E. Powers).

Carey, D.A., D.C. Rhoads, and B. Hecker. 1998. Response of Benthos to Sedimentary Disturbance in Long Island Sound: A Twenty-Five Year Record. Belle W. Baruch Organism-Sediment Symposium, October 23-25, 1998.

Fredette, T.J. and D.A. Carey. 1998. Benthic Response Monitoring as a Dredged Material Management Tool. Belle W. Baruch Organism-Sediment Symposium, October 23-25, 1998.

Rhoads, D.C. and D.A. Carey. 1998. REMOTS UV-Imaging Spectrometer. Belle W. Baruch Organism-Sediment Symposium, October 23-25, 1998.



Murray, P. M., H. Saffert, C. Seidel, and D. Carey. 1998. Dredged Material Management Plan Preliminary Aquatic and Near-Shore Alternative Disposal Site Analysis. SAIC Rep 447.  Report submitted to the Massachusetts Coastal Zone Management Program.

Saffert, H.L., P.M. Murray, D.A, Carey, and T.J. Fredette. 1998. Investigations of Background Contaminant Levels in Western Long Island Sound.  Submitted to New England District (NAE) US Army Corps of Engineers, Concord, MA and Proceedings of the Long Island Sound Research Conference, November 1998, SUNY Purchase, Purchase, NY.

Rhoads, D.C. and D.A. Carey. 1997. Capping dredged materials in the New York Bight: Evaluation of the effects of bioturbation: Science Applications International Corporation Report 374 and Report #39 of the New York Mud Dump Site Studies prepared for the New York District of the U.S. Army Corps of Engineers, N.Y., N.Y., 30 pgs.

Carey, D.A., T.J. Fredette, J.T. Morris, and P.M. Murray. 1997. Subaqueous capping in New England: Wise Use of Dredged Materials.  Beneficial Use of Dredged Materials Conference, Baltimore, MD.

Carey, D.A., T.J. Fredette, D.C. Rhoads. 1997. Response of benthic communities to dredged material disposal: Twenty-year record from Long Island Sound.  14th Biennial Estuarine Research Federation International Conference.  Oct. 12-16, 1997, Providence, RI. Abstracts volume: pg. 29.

Saffert, H.L., D.A. Carey, E. Thomas. 1997. Applying micropaleontological techniques for environmental monitoring: A capping demonstration project of dredged sediment from the Royal River at Portland Disposal Site, ME. 14th Biennial Estuarine Research Federation International Conference.  Oct. 12-16, 1997, Providence, RI. Abstracts volume: pg. 160.

Saade, E.J. and D.A. Carey. 1996. Laser Line Scan system operations during the TWA Flight 800 search effort. In OCEANS '96. MTS/IEEE. 'Prospects for the 21st Century'. Conference Proceedings DOI: 10.1109/OCEANS.1996.566724

Morris, J.T., T.J. Fredette, D.A. Carey. 1996. Long-term management of the subaqueous disposal of contaminated dredged material: A study of the Central Long Island Sound Disposal Site.  Proceedings of the Third Biennial Long Island Sound Research Conference. Oct 16, 1996, Groton, CT. pp: 45-52.

SAIC. 1995. Sediment Capping of Subaqueous Dredged Material Disposal Mounds: An Overview of the New England Experience.  SAIC Report No. SAIC-90/7573&C84. DAMOS Contribution 95, New England District U.S. Army Corps of Engineers, Concord, MA.

Inglin, David C., Thomas J. Fredette, and Drew A. Carey. 1995. DAMOS database interface: a tool for managing dredged material disposal sites. Coastal Zone: Proceedings of the Symposium on Coastal and Ocean Management, pp. 365-366.

Murray, P., D.A. Carey, and T.J. Fredette. 1994. Chemical flux of pore water through sediment caps.  In: McNair, E.D. Jr., ed. Dredging '94: proceedings of the second international conference on dredging and dredged material placement,1994. November 13-16, Lake Buena Vista, FL. New York, NY: American Society of Civil Engineers, 1994: Vol. 2: 1008-1016.

Silva, A.J., H.G. Brandes, C.J. Uchytil, T.J. Fredette, and D.A. Carey 1994. Geotechnical analysis of capped dredged material mounds. In: McNair, E.D. Jr., ed. Dredging '94: proceedings of the second international conference on dredging and dredged material placement, 1994 November 13-16, Lake Buena Vista, FL. New York, NY: American Society of Civil Engineers, 1994: Vol. 1: 410-419.

Fredette, T.J., P.G. Kullberg, D.A. Carey, J.D. Germano, and R. Morton. 1993. Twenty-five years of dredged material disposal site monitoring in Long Island Sound: A Long-term perspective pp. 153-161. In: Van Patten, M.S. (ed) Long Island Sound Research Conference Proceedings, University of Connecticut Sea Grant, Pub. No. CT-SG-93-03, Storrs, CT.

Carey, D.A. and T.J. Fredette. 1993. Use of Laser Line Scan System (LLSS) to locate and assess hazardous waste containers and geological features in Massachusetts Bay. GSA Abstracts with Programs, 1993, p. 128.



Murray, P.M., D.A. Carey, J.H. Parker, and T.J. Fredette. 1993. Grain size distribution at the Massachusetts Bay disposal site inferred from acoustic impedance: Assessing anthropogenic and natural sedimentary microenvironments. GSA Abstracts with Programs, 1993, p. 128.

Mooradian, G., J. Eggert, E. Saade, and D. Carey. 1993. High resolution high search-rate underwater imaging using laser-line scanning. 1993 Meeting of IRIS Specialty Group on Active Systems, Naval Postgraduate School, Monterey, CA, Nov 2, 1993.

Carey, D.A., D. Keith, J. Schoenherr, P. Matthias and D. Tomey. 1992. Construction of a Regional Relational/GIS database in support of ocean disposal issues in Massachusetts Bay. Oceans '92, Marine Technology Society, Washington, D.C.

Fredette, T.J., P.M. Murray, and D.A. Carey 1992. Subaqueous containment of contaminated dredged sediments: Trace metal results of sediment cores from "capped" disposal mounds. Eos, Trans. Am. Geophys. Union, v. 73, p.163.

Fredette, T.J., J.D. Germano, D.A. Carey, J. Charles, and P.G. Kullberg. 1992. Chemical stability of capped dredged material disposal mounds in Long Island Sound, USA. Chemistry and Ecology. 7:173-194.

Sumeri, A., T.J. Fredette, P.G. Kullberg, J.D. Germano, D.A. Carey, and P. Pechko. 1991. Sediment chemistry profiles in capped dredged material disposal deposits: results from three US Army Corps of Engineers offices. Proceedings of the WEDA twenty-fourth annual dredging seminar, Las Vegas, NV. pp. 161-187.

Muramoto, J. and D.A. Carey 1991. A review of studies of metal and organic contaminants in sediments and biota of the New York Bight Apex and Mud Dump Site. SAIC Report 91/7602&251.

Carey, D.A. and L.M. Mayer 1990. Nutrient uptake by a deposit feeding enteropneust: Nitrogenous sources. Marine Ecology Progress Series. 63:79-84.

Carey, D.A. and J.R. Farrington 1989. Polycyclic aromatic hydrocarbons in *Saccoglossus kowalewski* (Agassiz). Estuarine, Coastal and Shelf Science. 29:97-113.

Carey, D.A. 1989. Fluorometric detection of tracer particles used to study animal-particle dynamics. Limnology and Oceanography. 34: 630-635.

Carey, D.A. 1987. Sedimentologic effects and paleoecologic implications of the tube-building polychaete *Lanice conchilega* (Pallas). Sedimentology, 34: 49-66.

Carey, D.A. 1983. Particle resuspension in the benthic boundary layer induced by flow around polychaete tubes. Canadian Journal of Fisheries and Aquatic Sciences. 40 (Suppl. I): 301-308.

Baker, E., H. Bokuniewicz, F. Bohlen, D.A. Carey, B. d'Anglejan, R. Gibbs, W. Lavelle, P. McCall, T. Nelson, M. Nichols, and C. Olson. 1983. Report of the working group on physical processes, pp. 11-26, In: Burns, R.E. and Schubel, J.R. Proceedings of the second pollutant transfer by particulates workshop. Special Report 52, Marine Science Research Center, State University of New York, Stony Brook, NY.