IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Defendants,*<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>    *Defendant-Intervenor* | Case No.: 1:24-cv-00141-RCL |

**[PROPOSED] ORDER**

The Court having considered Plaintiffs' Motion for an Administrative Stay or Preliminary Injunction (the "Motion") and accompanying papers, the oppositions and supporting papers, and all other matters before this Court,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is DENIED.

**SO ORDERED** on this ____ day of _____, 2024.

_____
Honorable Royce C. Lamberth
United States District Judge