# Exhibit 2

## July 2020 DEP'T of INT. LTR. to REV. Wind



# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

9040.1c

James Neveu, Permitting Manager, Revolution Wind
Orsted North America Inc. and Eversource Investment LLC
One International Place, Suite 2610
Boston, MA, 02110

Dear Mr. Neveu:

Thank you for your interest in initiating the Revolution Wind Farm as a covered project under Title 41 of the Fixing America's Surface Transportation Act (FAST-41). Based on the information contained in your Initiation Notice and preliminary review of the Constructions and Operations Plan, we have determined that Revolution Wind meets the definition of "covered project" under 42 U.S.C. § 4370m(6), and is presently eligible for inclusion on the FAST-41 Permitting Dashboard.

The U.S. Department of the Interior (DOI), in coordination with cooperating and participating agencies, will develop the Coordinated Project Plan (CPP) no later than September 22, 2020. Executive Order 13807 sets a policy goal to complete permitting for DOI major infrastructure projects within two years.

Please do not hesitate to contact Ryan Hathaway at 202-208-5939 if you have any questions or concerns.

Sincerely,

STEPHEN TRYON
Digitally signed by STEPHEN TRYON
Date: 2020.07.24 16:20:44 -04'00'

Steve Tryon

Acting Director, Office of Environmental Policy and Compliance

cc:

James E. Cason, Associate Deputy Secretary, U.S. Department of the Interior
Walter Cruickshank, Acting Director, Bureau of Ocean Energy Management
Alex Herrgott, Director, Federal Permitting Improvement Steering Council
James Bennett, Program Manager, Bureau of Ocean Energy Management
J.T. Hesse, Environmental Coordinator, Bureau of Ocean Energy Management
Ted Boling, Associate Director for NEPA Oversight