# Exhibit 3

## FINAL ENVIRONMENTAL IMPACT STATEMENT



OCS EIS/EA
BOEM-2023-0038

# Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement

July 2023

BOEM
Bureau of Ocean Energy Management

OCS EIS/EA
BOEM-2023-0038

# Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement

## July 2023

Author:

Bureau of Ocean Energy Management
Office of Renewable Energy Programs

Published by:

U.S. Department of the Interior
Bureau of Ocean Energy Management
Office of Renewable Energy Programs

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

# Contents

1 Introduction ........................................................................................................................................ 1-1

   1.1    Background ............................................................................................................................... 1-1

   1.2    Purpose and Need for the Proposed Action ..................................................................... 1-6

   1.3    Regulatory Framework ......................................................................................................... 1-7

   1.4    Relevant Existing NEPA and Consulting Documents ...................................................... 1-9

   1.5    Methodology for Assessing the Project Design Envelope .............................................. 1-10

   1.6    Methodology for Assessing Impacts from Past, Present, and Planned Actions .......... 1-10

       1.6.1    Past and Ongoing Activities and Trends (No Action Alternative) ..................... 1-11

       1.6.2    Planned Activities ..................................................................................................... 1-11

2 Alternatives Including the Proposed Action ............................................................................... 2-1

   2.1    Alternatives ............................................................................................................................ 2-1

       2.1.1    Alternative A: No Action Alternative ................................................................... 2-6

       2.1.2    Alternative B: Proposed Action Alternative ......................................................... 2-6

       2.1.3    Alternative C: Habitat Alternative ......................................................................... 2-53

       2.1.4    Alternative D: Transit Alternative ......................................................................... 2-56

       2.1.5    Alternative E: Viewshed Alternative .................................................................... 2-65

       2.1.6    Alternative F: Higher Capacity Turbine Alternative .......................................... 2-68

       2.1.7    Alternative G: Habitat and Viewshed Minimization Hybrid Alternative (Preferred Alternative) .......................................................................................... 2-68

       2.1.8    Alternatives Considered but Dismissed from Detailed Analysis ...................... 2-77

   2.2    Non-Routine Activities and Low-Probability Events ...................................................... 2-85

   2.3    Summary and Comparison of Impacts Among Alternatives without Mitigation Measures ............... 2-86

       2.3.1    Comparison of Impacts by Alternative ................................................................ 2-86

3 Affected Environment and Environmental Consequences ...................................................... 3-1

   3.1    Impact-Producing Factors .................................................................................................. 3-1

   3.2    Mitigation Identified for Analysis in the Environmental Impact Statement ............... 3-2

   3.3    Definition of Impact Levels ................................................................................................ 3-2

   3.4    Air Quality .............................................................................................................................. 3.4-1

   3.5    Bats ........................................................................................................................................ 3.5-1

   3.6    Benthic Habitat and Invertebrates .................................................................................... 3.6-1

       3.6.1    Description of the Affected Environment for Benthic Habitat and Invertebrates ......... 3.6-1

       3.6.2    Environmental Consequences ............................................................................... 3.6-7

   3.7    Birds ...................................................................................................................................... 3.7-1

   3.8    Coastal Habitats and Fauna ............................................................................................... 3.8-1

3.9    Commercial Fisheries and For-Hire Recreational Fishing ........................................................3.9-1

   3.9.1    Description of the Affected Environment for Commercial Fisheries and For-Hire Recreational Fishing .........................................................................................3.9-1

   3.9.2    Environmental Consequences ..............................................................................3.9-43

3.10    Cultural Resources ....................................................................................................3.10-1

   3.10.1    Description of the Affected Environment and Environmental Consequences of the No Action Alternative for Cultural Resources ....................................................3.10-2

   3.10.2    Environmental Consequences ............................................................................3.10-21

3.11    Demographics, Employment, and Economics ..............................................................3.11-1

   3.11.1    Description of the Affected Environment for Demographics, Employment, and Economics ..........................................................................................................3.11-1

   3.11.2    Environmental Consequences ............................................................................3.11-13

3.12    Environmental Justice ...............................................................................................3.12-1

   3.12.1    Description of the Affected Environment for Environmental Justice...................3.12-1

   3.12.2    Environmental Consequences ............................................................................3.12-14

3.13    Finfish and Essential Fish Habitat ..............................................................................3.13-1

   3.13.1    Description of the Affected Environment for Finfish and Essential Fish Habitat .................3.13-1

   3.13.2    Environmental Consequences ............................................................................3.13-13

3.14    Land Use and Coastal Infrastructure .........................................................................3.14-1

3.15    Marine Mammals ......................................................................................................3.15-1

   3.15.1    Description of the Affected Environment for Marine Mammals ...........................3.15-1

   3.15.2    Environmental Consequences ..............................................................................3.15-8

3.16    Navigation and Vessel Traffic ...................................................................................3.16-1

   3.16.1    Description of the Affected Environment for Navigation and Vessel Traffic .......................3.16-1

   3.16.2    Environmental Consequences ..............................................................................3.16-7

3.17    Other Marine Uses ...................................................................................................3.17-1

   3.17.1    Description of the Affected Environment for Other Marine Uses ........................3.17-1

   3.17.2    Environmental Consequences ..............................................................................3.17-3

3.18    Recreation and Tourism ...........................................................................................3.18-1

3.19    Sea Turtles ...............................................................................................................3.19-1

3.20    Visual Resources .......................................................................................................3.20-1

   3.20.1    Description of the Affected Environment and Environmental Consequences of the No Action Alternative for Visual Resources ....................................................3.20-1

   3.20.2    Environmental Consequences ..............................................................................3.20-4

3.21    Water Quality ...........................................................................................................3.21-1

3.22    Wetlands and Non-tidal Waters................................................................................3.22-1

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

## Figures

Figure 1.1-1. Project overview. ............................................................................................................1-4

Figure 1.1-2. New England wind energy areas. ...................................................................................1-5

Figure 2.1-1. Offshore Project location and components under the Proposed Action (Alternative B). ...................2-7

Figure 2.1-2. Onshore Project location and components under the Proposed Action (Alternative B). ...................2-8

Figure 2.1-3. Wind turbine generator design envelope characteristics (VHB 2023:108). ...................2-13

Figure 2.1-4. Wind turbine generator lighting scheme (Revolution Wind 2022). ............................2-14

Figure 2.1-5. Indicative offshore substation co-location with associated cabling (VHB 2023:99). ..........2-16

Figure 2.1-6. Offshore substation lighting scheme (Revolution Wind 2022). ...................................2-17

Figure 2.1-7. Simplified Project schematic (VHB 2023). ...................................................................2-23

Figure 2.1-8. Transition joint bay and link box schematic (VHB 2023). ..........................................2-30

Figure 2.1-9. Revolution Wind Farm indicative construction schedule (VHB 2023). .........................2-32

Figure 2.1-10. Unexploded ordinance identified in the Revolution Wind Export Cable corridor. ..........2-41

Figure 2.1-11. Project location and components under the Alternative C1. ......................................2-54

Figure 2.1-12. Project location and components under the Alternative C2. ......................................2-55

Figure 2.1-13. Project location and components under the Alternative D1. ......................................2-58

Figure 2.1-14. Project location and components under the Alternative D2. ......................................2-59

Figure 2.1-15. Project location and components under the Alternative D3. ......................................2-60

Figure 2.1-16. Project location and components under the Alternative D1+D2. ................................2-61

Figure 2.1-17. Project location and components under the Alternative D1+D3. ................................2-62

Figure 2.1-18. Project location and components under the Alternative D2+D3. ................................2-63

Figure 2.1-19. Project location and components under the Alternative D1+D2+D3. ..........................2-64

Figure 2.1-20. Project location and components under the Alternative E1. ......................................2-66

Figure 2.1-21. Project location and components under the Alternative E2. ......................................2-67

Figure 2.1-22. Project location and components under Alternative G. ..............................................2-70

Figure 2.1-23. Project location and components under Alternative G1. ............................................2-71

Figure 2.1-24. Project location and components under Alternative G2. ............................................2-72

Figure 2.1-25. Project location and components under Alternative G3. ............................................2-73

Figure 3.6-1. Geographic analysis area for benthic habitat. ............................................................3.6-3

Figure 3.6-2. Distribution of large-grained complex, complex, and soft-bottom benthic habitat within the Revolution Wind Farm maximum work area. ..................................................3.6-20

Figure 3.6-3. Distribution of medium-density (246–491 boulders/acre) and low-density (50–245 boulders/acre) boulder fields and scattered surficial boulders (< 50 boulders/acre) within the Revolution Wind Farm maximum work area. ..................................................3.6-21

Figure 3.6-4. Distribution of large-grained complex, complex, and soft-bottom benthic habitat within the Revolution Wind Export Cable corridor. ..................................................3.6-22

Figure 3.6-5. Distribution of medium-density (246–491 boulders/acre) and low-density (50–245 boulders/acre) boulder fields and scattered surficial boulders (< 50 boulders/acre) within the Revolution Wind Export Cable corridor. ....................................................................................3.6-23

Figure 3.9-1. Geographic analysis area for commercial fisheries. ............................................................3.9-2

Figure 3.9-2. Regional Fisheries Area. ....................................................................................................3.9-10

Figure 3.9-3. Vessel monitoring system bearings of vessels actively fishing within the Lease Area, all FMP fisheries combined, January 2014 to August 2019. ..........................................................3.9-23

Figure 3.9-4. Vessel monitoring system bearings of vessels actively fishing within the Lease Area, non–vessel monitoring system fisheries, January 2014 to August 2019. ...............................................3.9-24

Figure 3.9-5. Vessel monitoring system bearings of vessels actively fishing within the Lease Area by FMP fishery, January 2014 to August 2019. ..........................................................................3.9-25

Figure 3.9-6. Vessel monitoring system bearings for all activity within the Lease Area, January 2014 to August 2019. ..................................................................................................................3.9-26

Figure 3.9-7. Interannual variability of commercial fishing revenue of federally permitted vessels in the Lease Area and along the Revolution Wind Export Cable, 2008–2019. ...........................3.9-34

Figure 3.9-8. Distribution of vessel trip report data for charter vessels (2001–2010). ...........................3.9-36

Figure 3.9-9. Distribution of highly migratory species recreational fishing effort (2002–2019). .......................3.9-37

Figure 3.10-1. Marine cultural resources geographic analysis area. ........................................................3.10-4

Figure 3.10-2. Terrestrial cultural resources geographic analysis area. ..................................................3.10-8

Figure 3.10-3. Viewshed area of potential effects and visual effects assessment geographic analysis area – onshore. ................................................................................................................3.10-12

Figure 3.10-4. Viewshed area of potential effects and visual effects assessment geographic analysis area – offshore. ...............................................................................................................3.10-13

Figure 3.11-1. Geographic analysis area for demographics, employment, and economics. ...............................3.11-2

Figure 3.11-2. Population trends and forecasts of counties in the analysis area (2000–2040). .........................3.11-8

Figure 3.12-1. Geographic analysis area for environmental justice. ........................................................3.12-2

Figure 3.13-1. Geographic analysis area for finfish and essential fish habitat. .......................................3.13-3

Figure 3.13-2. Habitat zone boundaries and distribution of large-grained complex, complex, and soft-bottom benthic habitats within the Lease Area (Inspire Environmental 2023). .........................3.13-11

Figure 3.13-3. Habitat zone boundaries and distribution of large-grained complex, complex, and soft-bottom benthic habitats within the RWEC corridor (Inspire Environmental 2023). ...................3.13-12

Figure 3.13-4. Proposed Action with cod observation data. ..................................................................3.13-54

Figure 3.15-1. Geographic analysis area for marine mammals. ................................................................3.15-3

Figure 3.15-2. Automatic Identification System Vessel Traffic Tracks for July 2018 to June 2019 and Analysis Transects Used for Traffic Pattern Analysis (DNV GL Energy USA, Inc. 2020). ...............................3.15-44

Figure 3.15-3. Vessel Transits of DNV GL Energy USA, Inc. (2020) Analysis Transects Used for Traffic Pattern Analysis from 2018 to June 2019. ........................................................................3.15-45

Figure 3.16-1. Geographic analysis area for navigation and vessel traffic. .............................................3.16-2

Figure 3.16-2. Vessel traffic near the Lease Area. ................................................................................3.16-5

Figure 3.16-3. Detail of fishing vessel traffic near the Lease Area. .........................................................3.16-6

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

Figure 3.17-1. Geographic analysis areas for other marine uses: scientific research and surveys.......................3.17-2

Figure 3.20-1. Geographic analysis areas for visual resources. ..........................................................3.20-3

Figure 3.20-2. Alternative E1 - nearest wind turbine generator to KOP MV07. ...................................3.20-27

Figure 3.20-3. Alternative E2 - nearest wind turbine generator to KOP MV07. ...................................3.20-29

## Tables

Table 1.1-1. History of Bureau of Ocean Energy Management Planning and Leasing Offshore Rhode Island
        Related to Lease OCS-A 0486.................................................................................1-2

Table 1.4-1. National Environmental Policy Act Documents Used to Inform the Evaluated Environmental
        Impact Statement Issues.......................................................................................1-9

Table 2.1-1. Alternative Descriptions ...........................................................................................2-2

Table 2.1-2. Revolution Wind Farm Components and Footprint under the Proposed Action (Alternative B) ...........2-9

Table 2.1-3. Wind Turbine Generator Project Design Envelope Characteristics .......................................2-15

Table 2.1-4. Offshore Substation-Link Cable Characteristics.............................................................2-18

Table 2.1-5. Maximum Seafloor Disturbances for Offshore Substation-Link Cable Installation ...................2-19

Table 2.1-6. Potential Operations and Maintenance Facility Locations and Descriptions .........................2-20

Table 2.1-7. Potential Port Facilities and Summary of Potential Activities..............................................2-22

Table 2.1-8. Revolution Wind Export Cable Components and Footprints................................................2-24

Table 2.1-9. Summary of Revolution Wind Farm Marine Vessel Type and Usage for Offshore Construction
        and Operations and Maintenance by Port .................................................................2-33

Table 2.1-10. Summary of Revolution Wind Farm Helicopter Type and Usage for Offshore Construction and
        Operations and Maintenance by Port .......................................................................2-35

Table 2.1-11. Summary of Revolution Wind Farm Marine Vessel Type and Usage for Offshore Construction
        and Operations and Maintenance by Project Component .............................................2-36

Table 2.1-12. Summary of Revolution Wind Farm Vehicle and Equipment Type and Quantity for Onshore
        Construction and Operations and Maintenance by Project Component .........................2-38

Table 2.1-13. Summary of Onshore Equipment Emission Sources........................................................2-45

Table 2.1-14. Revolution Wind Survey Monitoring Activities..............................................................2-51

Table 2.1-15. Alternative C Alternatives .....................................................................................2-53

Table 2.1-16. Alternative D Alternatives.....................................................................................2-56

Table 2.1-17. Alternative D Alternatives Combinations ...................................................................2-56

Table 2.1-18. Alternative E Alternatives .....................................................................................2-65

Table 2.1-19. Alternative G Alternatives .....................................................................................2-69

Table 2.1-20. Revolution Wind Farm Components and Footprint under the Preferred Alternative (Alternative
        G) ................................................................................................................2-74

Table 2.1-21. Alternatives Considered but Dismissed from Detailed Analysis ........................................2-78

Table 2.2-1. Non-Routine Activities and Low-Probability Events Associated with the Project ...................2-85

Table 2.3-1. Comparison of Alternatives and Overall Cumulative Impacts by Alternative .......................2-87

Table 3.3-1. Resources Potentially Affected by the Project ...................................................................3-3

Table 3.3-2. Definitions of Potential Adverse Impact Levels ...............................................................3-5

Table 3.3-3. Definitions of Potential Beneficial Impact Levels ...........................................................3-7

Table 3.3-4. Definitions of Duration Terms ........................................................................................3-8

Table 3.3-5. Definitions of Incremental Impact Terms ........................................................................3-8

Table 3.6-1. Proportional Distribution of Benthic Habitat Types within the Revolution Wind Farm Maximum Work Area and Revolution Wind Export Cable Installation Corridor and the Proportional Composition of Mapped Area by Benthic Habitat Type ......................................................3.6-5

Table 3.6-2. Project Design Parameters That Could Reduce Impacts.....................................................3.6-7

Table 3.6-3. Alternative Comparison Summary for Benthic Habitat and Invertebrates...........................3.6-9

Table 3.6-4. Acres of Benthic Habitat Disturbance by Construction Activity and Percentage Distribution by Habitat Type ................................................................................................................3.6-34

Table 3.6-5. Acres of Benthic Habitat Disturbance by Construction Activity and Percentage Distribution by Habitat Type ................................................................................................................3.6-37

Table 3.6-6. Acres of Benthic Habitat Disturbance by Operations and Maintenance and Decommissioning Activities and Percentage Distribution by Habitat Type ................................................3.6-39

Table 3.6-7. Noise Exposure Thresholds for Finfish Lethal Injury, Temporary Threshold Shift, and Behavioral Effects ........................................................................................................................3.6-48

Table 3.6-8. Estimated Maximum Extent of Total Suspended Solid Plumes and Area of Sediment Deposition Resulting from Inter-Array Cable, Offshore Substation-Link Cable, and Revolution Wind Export Cable Construction ................................................................................................3.6-49

Table 3.6-9. Survey Methods.........................................................................................................3.6-51

Table 3.6-10. Modeled Electromagnetic Field Levels and Estimated Substrate Heating Effects Under Average and Peak Load Conditions for Buried and Exposed Cable Segments and Miles of Cable by Category for the Proposed Action ...............................................................................3.6-52

Table 3.6-11. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative C ........................................................................................3.6-64

Table 3.6-12. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative D ........................................................................................3.6-65

Table 3.6-13. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative E ........................................................................................3.6-65

Table 3.6-14. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative C ....................................3.6-67

Table 3.6-15. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative D ....................................3.6-67

Table 3.6-16. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative E ........................................................3.6-68

Table 3.6-17. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative C.................................................3.6-69

Table 3.6-18. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative D .................................................3.6-70

Table 3.6-19. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative D .................................................3.6-70

Table 3.6-20. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative C ....................................................3.6-72

Table 3.6-21. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative D ....................................................3.6-73

Table 3.6-22. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative E....................................................3.6-74

Table 3.6-23. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative C Based on Cable Length ........3.6-75

Table 3.6-24. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative D Based on Cable Length .......3.6-75

Table 3.6-25. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative E Based on Cable Length ........3.6-75

Table 3.6-26. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative C Based on Total Cable Length ...............................................................................................................................3.6-77

Table 3.6-27. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative D Based on Total Cable Length ...............................................................................................................................3.6-77

Table 3.6-28. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative E Based on Total Cable Length ...............................................................................................................................3.6-77

Table 3.6-29. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for the Alternative G ...............................................................................3.6-79

Table 3.6-30. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative G ....................................................3.6-80

Table 3.6-31. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative G .................................................3.6-81

Table 3.6-32. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative G ....................................................3.6-85

Table 3.6-33. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative G Based on Cable Length ........3.6-86

Table 3.6-34. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations of Alternative G Based on Total Length of Buried and Exposed Cable Segments (linear miles) ...........................................................................3.6-87

Table 3.6-35. Mitigation and Monitoring Measures Resulting from Consultations for Benthic Habitat and Invertebrates (Appendix F, Table F-2) ...........................................................................................3.6-92

Table 3.6-36. Additional Mitigation and Monitoring Measures Under Consideration for Benthic Habitat and Invertebrates (Appendix F, Table F-3) ...........................................................................................3.6-97

Table 3.9-1. Commercial Fishing Revenue of Federally Permitted Vessels in Mid-Atlantic and New England Fisheries by FMP Fishery (2008–2019) ..........................................................................................3.9-4

Table 3.9-2. Commercial Fishing Landings of Federally Permitted Vessels in Mid-Atlantic and New England Fisheries by Top 20 Species (2008–2019) ....................................................................................3.9-5

Table 3.9-3. Commercial Fishing Revenue of Federally Permitted Vessels in Mid-Atlantic and New England Fisheries by Gear Type (2008–2019) ...........................................................................................3.9-6

Table 3.9-4. Commercial Fishing Revenue of Federally Permitted Vessels in Mid-Atlantic and New England Fisheries and Level of Fishing Dependence by Port ...........................................................................3.9-8

Table 3.9-5. Commercial Fishing Revenue of Federally Permitted Vessels in the Regional Fisheries Area by FMP Fishery (2008–2019) ...........................................................................................................3.9-11

Table 3.9-6. Commercial Fishing Landings of Federally Permitted Vessels in the Regional Fisheries Area by Species (2008–2019) ....................................................................................................................3.9-12

Table 3.9-7. Commercial Fishing Revenue of Federally Permitted Vessels in the Regional Fisheries Area by Gear Type (2008–2019) ....................................................................................................................3.9-13

Table 3.9-8. Commercial Fishing Revenue of Federally Permitted Vessels in the Regional Fisheries Area by Port (2008–2019) ...............................................................................................................................3.9-14

Table 3.9-9. Commercial Fishing Revenue of Federally Permitted Vessels in the Lease Area by FMP Fishery (2008–2019) ..................................................................................................................................3.9-17

Table 3.9-10. Commercial Fishing Landings of Federally Permitted Vessels in the Lease Area by Species (2008–2019) ..................................................................................................................................3.9-19

Table 3.9-11. Commercial Fishing Revenue of Federally Permitted Vessels in the Lease Area by Gear Type (2008–2019) ..................................................................................................................................3.9-20

Table 3.9-12. Commercial Fishing Revenue of Federally Permitted Vessels in the Lease Area by Port (2008–2019) ..................................................................................................................................3.9-21

Table 3.9-13. Commercial Fishing Revenue of Federally Permitted Vessels along the Revolution Wind Export Cable by FMP Fishery (2008–2019) ..................................................................................................3.9-27

Table 3.9-14. Commercial Fishing Landings of Federally Permitted Vessels along the Revolution Wind Export Cable by Species (2008–2019) ........................................................................................................3.9-29

Table 3.9-15. Commercial Fishing Revenue of Federally Permitted Vessels along the Revolution Wind Export Cable by Gear Type (2008–2019) .....................................................................................................3.9-31

Table 3.9-16. Commercial Fishing Revenue of Federally Permitted Vessels along the Revolution Wind Export Cable by Port (2008–2019) ..............................................................................................................3.9-32

Table 3.9-17. Species Targeted by For-Hire Recreational Fishing Boats in the Rhode Island Ocean Special Management Plan Area ....................................................................................................................3.9-35

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

Table 3.9-18. For-Hire Recreational Fishing Activity on the Portion of Cox Ledge Excluded from Wind Energy Development by Time Period ...................................................................................3.9-38

Table 3.9-19. For-Hire Recreational Fishing Landings in the Lease Area by Species (2008–2019 average) .........3.9-38

Table 3.9-20. Annual For-Hire Recreational Fishing Vessel Trips and Angler Trips in the Lease Area (2008–2019) ....................................................................................................................................3.9-39

Table 3.9-21. Annual For-Hire Recreational Fishing Vessel Trips and Angler Trips in the Lease Area by Port (2008–2019) .............................................................................................................................3.9-41

Table 3.9-22. Project Design Envelope Parameters That Could Reduce Impacts ...................................................3.9-43

Table 3.9-23. Comparison of Evaluated Impact-Producing Factors under Action Alternatives for Commercial Fisheries and For-Hire Recreational Fishing ...................................................................3.9-46

Table 3.9-24. Estimated Annual Commercial Fishing Revenue Exposed to Offshore Wind Energy Development in the Mid-Atlantic and New England Regions under the No Action Alternative by FMP Fishery (2022–2030) ...................................................................................................3.9-63

Table 3.9-25. Estimated Annual Commercial Fishing Revenue Exposed in the Lease Area and along the Revolution Wind Export Cable by FMP Fishery under the Proposed Action ....................................3.9-68

Table 3.9-26. Estimated Annual Commercial Fishing Revenue Exposed in the Lease Area and along the Revolution Wind Export Cable by Gear under the Proposed Action ................................................3.9-69

Table 3.9-27. Estimated Annual Commercial Fishing Revenue Exposed in the Lease Area and along the RWEC by Port under the Proposed Action ......................................................................................3.9-70

Table 3.9-28. Estimated Annual Commercial Fishing Revenue Exposed in the Lease Area and along the Revolution Wind Export Cable Across all FMP and Non-FMP fisheries under Alternatives C, D, and E .................................................................................................................................................3.9-84

Table 3.9-29. Mitigation and Monitoring Measures Resulting from Consultations for Commercial Fisheries and For-Hire Recreational Fishing (Appendix F, Table F-2) .............................................3.9-90

Table 3.9-30. Additional Mitigation and Monitoring Measures for Commercial Fisheries and For-Hire Recreational Fishing (Appendix F, Table F-3) ................................................................................3.9-90

Table 3.10-1. Cultural Resources Context for Rhode Island, Massachusetts, and Surrounding Areas.................3.10-2

Table 3.10-2. Shipwreck Archaeological Sites Identified within the Marine Cultural Resources Geographic Analysis Area ................................................................................................................................3.10-5

Table 3.10-3. Geomorphic Features Identified within the Marine Cultural Resources Geographic Analysis Area .............................................................................................................................................3.10-6

Table 3.10-4. Terrestrial Cultural Resources within the Terrestrial Cultural Resources Geographic Analysis Area .............................................................................................................................3.10-10

Table 3.10-5. National Register of Historic Places–Eligible and Listed Resources within the Viewshed Area of Potential Effects for Onshore Development ................................................................3.10-14

Table 3.10-6. Aboveground Historic Properties where Moderate to Major Visual Impacts Would Potentially Result in Adverse Effects under NHPA Section 106 Criteria .........................................3.10-15

Table 3.10-7. Alternative Comparison Summary for Cultural Resources ............................................................3.10-23

Table 3.11-1. Ports, Cities/Towns, Counties, and States in the Geographic Analysis Area ................................3.11-4

Table 3.11-2. Population and Median Income by City/Town and County ............................................................3.11-5

Table 3.11-3. Annualized Total and Ocean Economy Gross Domestic Product of Counties and States in the Geographic Analysis Area ...................................................................................................3.11-10

Table 3.11-4. Employment Characteristics of Potentially Affected States and Counties, 2020 ..........................3.11-12

Table 3.11-5. Comparison of Evaluated Impact-Producing Factors under included Alternatives for Demographics, Employment, and Economics ..................................................3.11-15

Table 3.11-6. Estimated Ongoing Jobs in the Geographic Analysis Area under the No Action Alternative for Construction (2022–2023) and Operations and Maintenance (2021–2030)..................3.11-22

Table 3.11-7. Estimated Jobs in the Geographic Analysis Area for Construction Activities of Ongoing Projects and Future Offshore Wind Farms (2023–2030) ..................................3.11-23

Table 3.11-8. Estimated Jobs in the Geographic Analysis Area with Currently Active and Future Offshore Wind Farms (2023–2031) ..................................................3.11-26

Table 3.11-9. Project Design Capacity Options..................................................3.11-29

Table 3.11-10. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction of the Proposed Action by Design Capacity Option ..................3.11-30

Table 3.11-11. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance of the Proposed Action by Design Capacity Option ..................................3.11-33

Table 3.11-12. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction under Alternative C by Design Capacity Option ..................3.11-38

Table 3.11-13. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction under the Alternative D by Design Capacity Option ..................3.11-39

Table 3.11-14. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction under the Alternative E by Design Capacity Option ..................3.11-40

Table 3.11-15. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction under the Alternative F by Design Capacity Option ..................3.11-41

Table 3.11-16. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance under Alternative C by Design Capacity Option..................................3.11-42

Table 3.11-17. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance under the Alternative D by Design Capacity Option ..................................3.11-42

Table 3.11-18. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance under the Alternative E by Design Capacity Option ..................................3.11-43

Table 3.11-19. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance under the Alternative F by Design Capacity Option..................................3.11-43

Table 3.11-20. Estimated Jobs, Earnings, Output, and Value-Added in Rhode Island and Connecticut during Construction Alternative G ..................................................3.11-45

Table 3.11-21. Estimated Jobs, Earnings, Output, and Value-Added during Operations and Maintenance under Alternative G ..................................................3.11-46

Table 3.12-1. Environmental Justice Characteristics of Counties and Cities/Towns in the Geographic Analysis Area..................................................3.12-4

Table 3.12-2. Census Block Groups in Counties and Cities/Towns that Are Potential Environmental Justice Areas of Concern Due to Concentrations of Minority Populations ..................3.12-10

Table 3.12-3. Census Block Groups in Counties and Cities/Towns that Are Potential Environmental Justice Areas of Concern Due to Concentrations of Low-Income Populations ..................3.12-12

Table 3.12-4. Alternative Comparison Summary for Environmental Justice ..................3.12-16

Table 3.12-5. Additional Mitigation and Monitoring Measures for Environmental Justice (Appendix F, Table F-3) ..................................................................................................................................3.12-46

Table 3.13-1. Southern New England and Mid-Atlantic OCS EFH Species, Management Groups, and Fish Stock Summaries ..................................................................................................................3.13-6

Table 3.13-2. Project Design Parameters That Could Reduce Impacts.................................................3.13-13

Table 3.13-3. Alternative Comparison Summary for Finfish and Essential Fish Habitat .....................3.13-16

Table 3.13-4. Noise Exposure Thresholds for Finfish Lethal Injury, Temporary Threshold Shift, and Behavioral Effects ..................................................................................................................3.13-40

Table 3.13-5. Distances to Underwater Noise Injury and Behavioral Thresholds by Fish Hearing Group and Exposure Type for Wind Turbine Generator and Offshore Substation Foundation Installation, Unexploded Ordnance Detonation, High-Resolution Geophysical Surveys, and Vessel Operation ...3.13-58

Table 3.13-6. Modeled Electromagnetic Field Levels and Estimated Substrate Heating Effects Under Average and Peak Load Conditions for Buried and Exposed Cable Segments and Miles of Cable by Category for the Proposed Action ..........................................................................................3.13-69

Table 3.13-7. Magnetic and Induced Electrical Field Levels Used to Evaluate Potential Electromagnetic Field Effects on Finfish...........................................................................................................3.13-69

Table 3.13-8. Survey Methods.............................................................................................................3.13-80

Table 3.13-9. Long-Term Habitat Conversion Impact Area by Project Feature and Habitat Complexity Category..................................................................................................................................3.13-88

Table 3.13-10. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration by Fish Hearing Group from Revolution Wind Farm Wind Turbine Generator Foundation Installation, the Proposed Action, and Proposed Configurations for Alternative C* ..3.13-94

Table 3.13-11. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration by Fish Hearing Group from Revolution Wind Farm WTG Foundation Installation, the Proposed Action, and Proposed Configurations for Alternative D* ........................................3.13-96

Table 3.13-12. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration by Fish Hearing Group from Revolution Wind Farm Wind Turbine Generator Foundation Installation and Unexploded Ordnance Detonation, the Proposed Action, and Proposed Configurations for Alternative E* .........................................................................3.13-98

Table 3.13-13. Mitigation and Monitoring Measures Resulting from Consultations for Finfish and Essential Fish Habitat (Appendix F, Table F-2) .............................................................................3.13-107

Table 3.13-14. Additional Mitigation and Monitoring Measures Under Consideration for Finfish and Essential Fish Habitat (Appendix F, Table F-3) .......................................................................3.13-122

Table 3.15-1. Frequency of Marine Mammal Species Occurrence in Northwest Atlantic Outer Continental Shelf and Likelihood of Occurrence in the Revolution Wind Farm and Revolution Wind Farm Export Cable Corridor ............................................................................................................3.15-4

Table 3.15-2. Population Status, Trend, and Effect of Human-Caused Mortality on Marine Mammal Species Likely to Occur in the Revolution Wind Farm and Revolution Wind Farm Export Cable .................3.15-5

Table 3.15-3. Project Design Parameters That Could Reduce Impacts.................................................3.15-8

Table 3.15-4. Alternative Comparison Summary for Marine Mammals..............................................3.15-10

Table 3.15-5. Underwater Noise Exposure Thresholds for Permanent Hearing Injury and Behavioral Disruption by Marine Mammal Hearing Group ..........................................................................3.15-28

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

Table 3.15-6. Representative Calf/Pup and Adult Mass Estimates Used for Assessing Impulse-based Onset of Lung Injury and Mortality Threshold Exceedance Distances .......................................................3.15-29

Table 3.15-7. Thresholds for Onset of Non-auditory Injury Based on Observed Effects on 1% of Exposed Animals .................................................................................................................................................3.15-30

Table 3.15-8. Distance Required to Attenuate Underwater Construction Noise below Marine Mammal Injury and Behavioral Effect Thresholds by Activity and Hearing/Species Groups, based on Exposure Range (ER95%) Values .....................................................................................................................3.15-31

Table 3.15-9. Estimated Number of Marine Mammals Experiencing a Permanent Threshold Shift from Worst-Case Scenarios for Construction-Related Impact Pile Driving and Unexploded Ordinance Detonation Exposure .........................................................................................................................3.15-35

Table 3.15-10. Estimated Number of Marine Mammals Experiencing a Behavioral Effects from Construction-Related Activities ......................................................................................................................................3.15-37

Table 3.15-11. Estimated Number of Marine Mammals Experiencing Behavioral Effects from Postconstruction High-Resolution Geophysical Survey Activities ...................................................3.15-49

Table 3.15-12. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration (number of sites/days) by Marine Mammal Hearing Group from Revolution Wind Farm WTG and OSS Foundation Installation, Proposed Action, and Proposed Configurations for Alternative C* ........................................................................................................................................3.15-62

Table 3.15-13. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration (number of sites/days) by Marine Mammal Hearing Group from Revolution Wind Farm WTG and OSS Foundation Installation, Proposed Action, and Proposed Configurations for Alternative D* ........................................................................................................................................3.15-63

Table 3.15-14. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration (number of sites/days) by Marine Mammal Hearing Group from Revolution Wind Farm WTG and OSS Foundation Installation, Proposed Action, and Proposed Configurations for Alternative E* ........................................................................................................................................3.15-64

Table 3.15-15. Comparison of Maximum Underwater Noise Injury and Behavioral Effects Exposure Extent and Duration (number of sites/days) by Marine Mammal Hearing Group from Revolution Wind Farm WTG and OSS Foundation Installation, Proposed Action, and Proposed Configuration for Alternative G* ........................................................................................................................................3.15-68

Table 3.15-16. Summary of Incremental Impact Determinations to Marine Mammals across IPFs for Use by NMFS in Review of the MMPA ITR Application Pursuant to NEPA ...................................................3.15-76

Table 3.15-17. Mitigation and Monitoring Measures Resulting from Consultations for Marine Mammals (Appendix F, Table F-2) ...................................................................................................................3.15-78

Table 3.15-18. Additional Mitigation and Monitoring Measures Under Consideration for Marine Mammals (Appendix F, Table F-3) ...................................................................................................................3.15-95

Table 3.16-1. Distance Vessels Traveled inside Lease Area (miles) ........................................................3.16-3

Table 3.16-2. Distance Vessels Traveled inside Basins (thousands of miles) ...........................................3.16-4

Table 3.16-3. Alternative Comparison Summary for Navigation and Vessel Traffic .................................3.16-9

Table 3.16-4. Cumulative Construction and Operations Vessels from Current and Future Activities .................3.16-16

Table 3.16-5. Mitigation and Monitoring Measures Resulting from Consultations for Navigation and Vessel Traffic (Appendix F, Table F-2) ...................................................................................................3.16-26

Table 3.17-1. Alternative Comparison Summary for Other Marine Uses ..................................................3.17-5

Table 3.17-2. Mitigation and Monitoring Measures Resulting from Consultations for Other Marine Uses (scientific research and surveys) (Appendix F, Table F-2) ................................................................ 3.17-17

Table 3.17-3. Additional Mitigation and Monitoring Measures Under Consideration for Other Marine Uses (scientific research and surveys) (Appendix F, Table F-3) ................................................................ 3.17-20

Table 3.20-1. Alternative Comparison Summary for Visual Resources ................................................................ 3.20-7

Table 3.20-2. SLVIA Overall Impacts Per KOP by Alternative as Determined in Appendix G Tables G-VIS1b, G-VIS3, G-VIS5b, G-VIS7, and G-VIS9 ................................................................ 3.20-13

Table 3.20-3. SLVIA Overall Impacts Per Landscape Character Area by Alternative as Determined in Appendix G Table G-VIS2a, Table G-VIS2b, Table G-VIS2c, Table G-VIS2d, Table G-VIS4a, Table G-VIS4b, Table G-VIS6a, Table G-VIS6b, Table G-VIS8a, Table G-VIS8b, Table G-VIS10a, and Table G-VIS10b ................................................................ 3.20-15

Table 3.20-4. SLVIA Overall Impacts Per Specially Designated Area by Alternative as Determined in Appendix G Table G-VIS2e, Table G-VIS4c, Table G-VIS6c, Table G-VIS8c, and Table G-VIS10c .................... 3.20-16

Table 3.20-5. Additional Mitigation and Monitoring Measures for Visual Resources (Appendix F, Table F-3) ... 3.20-31

# Appendices

Appendix A. Required Environmental Permits and Consultations

Appendix B. List of Preparers and Reviewers, References Cited, and Glossary

Appendix C. Analysis of Incomplete or Unavailable Information

Appendix D. Project Design Envelope and Maximum-Case Scenario

Appendix E. Planned Activities Scenario and Reasonably Foreseeable Future Activities and Projects

Appendix E1. Description and Screening of Relevant Offshore Wind and Non–Offshore Wind Impact-Producing Factors and Negligible Impact Determinations

Appendix E2. Assessment of Resources with Minor (or Less) Impact Determinations

Appendix E3. Maximum-Case Scenario Estimates for Offshore Wind Projects

Appendix E4. Maximum-Case Scenario Estimates for Select Offshore Wind Project Components

Appendix F. Environmental Protection Measures and Mitigation and Monitoring

Appendix G. Environmental and Physical Settings and Supplemental Information

Appendix H. List of Agencies, Organizations, and Persons to Whom Copies of the Statement Are Sent

Appendix I. Other Impacts

Appendix J. Finding of Adverse Effect for Historic Properties and Draft Memorandum of Agreement

Appendix K. Supplemental Information on Alternatives Development

Appendix L. Comments Received on Draft Environmental Impact Statement and BOEM's Responses to Public Comments on the Draft Environmental Impact Statement

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*



**Figure 1.1-1. Project overview.**

## 3.6    Benthic Habitat and Invertebrates

### 3.6.1    Description of the Affected Environment for Benthic Habitat and Invertebrates

This section evaluates effects to benthic habitat and invertebrate resources within their respective GAAs under the No Action Alternative, which considers the current environmental baseline and probable future conditions regarding the development of planned and probable future offshore wind energy projects on the Mid-Atlantic OCS. These ongoing activities are expected to contribute to the potential cumulative effects of the Proposed Action and other action alternatives. The characterization of existing and likely future conditions presented herein is consistent with BOEM's guidance for evaluating cumulative effects analyses for offshore wind activities on the North Atlantic OCS (BOEM 2019).

While these two resources are described separately for the purpose of this EIS, it is important to recognize that invertebrates are an important component of benthic habitat. The factors that contribute to benthic habitat function comprise the physical mixture, or composition, of substrate types (e.g., bedrock, boulders, gravel, sand, and silt) and benthic habitat structure, which comprises both the three-dimensional structure of sediments (e.g., bedrock towers and boulder piles, ripples, and megaripples in fine sediment) and the structural complexity created by habitat-forming invertebrates and other organisms. For example, certain amphipods and worms live in dense colonies of individuals enclosed in tubes buried in sand and mud. The ends of these tubes are routinely exposed by mobile sediments, providing complex structure used as cover by juveniles of several fish species. Encrusting organisms like sponges and mussel colonies that form on cobbles and boulders similarly provide complex structure, cover, spawning habitat, and foraging opportunities for fish and other invertebrates. The duration of impacts to benthic habitat from different construction activities is best understood as the time required for habitat-forming invertebrates to recover from the associated disturbance.

#### 3.6.1.1    Benthic Habitat

<u>Geographic analysis area:</u> The GAA for benthic habitat has been defined to reflect the limited extent of impacts from Project activities on the structure and composition of the seafloor. This definition was selected because the GAA captures the extent of benthic habitat occurring within the footprint of Project activities because the seafloor sediments that comprise benthic habitats do not move or migrate at regional scales like other biological resources. This area also accounts for some transport of water masses, sediment transport, and benthic invertebrate larval transport due to ocean currents. The GAA is defined for the purpose of describing the composition of benthic habitat relevant to the effects analysis presented herein and is used primarily for analysis of cumulative impacts on this resource. Impacts to benthic habitat structure, which includes the contribution of habitat-forming organisms to benthic habitat function and impacts to finfish and EFH species that rely on these habitats, are addressed in the Environmental Consequences sections for those resources, respectively.

The GAA for benthic habitat comprises the maximum work area; selected control and reference areas for monitoring activities under the Project fisheries research and monitoring plan (FRMP) (Revolution Wind and Inspire Environmental 2023); 5,650-foot and 6,550-foot buffers on either side of the RWEC in federal and state waters, respectively; and a 1,500-foot buffer on either side of the IAC corridor over the entirety of its length, including the foundation and scour protection footprints; and a 1,500-foot buffer around the OSS-link cables over the entirety of their lengths. These areas are shown in Figure 3.6-1. FRMP survey activities will be randomly distributed within their associated control and reference areas.

As such, those areas do not represent an anticipated impact footprint; rather, they represent the broader area in which limited effects will occur. The RWEC, IAC, and OSS-link impact buffers represent the maximum extent of measurable impacts on benthic habitat composition resulting from Project construction and operations. The associated IPFs include bottom-disturbing activities such as anchoring, seafloor preparation, cable and foundation installation, and placement of cable and scour protection that would lead to localized changes in the composition and three-dimensional structure of seafloor sediments. This includes areas affected by the deposition of suspended sediments from construction-related seafloor disturbance resulting from deposition of suspended sediments disturbed during construction exceeding 0.003 inch (0.1 millimeter [mm]) in depth. They also include operational effects from the presence of structures that would lead over time to changes in seafloor composition, specifically the composition and three-dimensional structure of sediment types around WTG and OSS foundations resulting from reef effects. The encompassed area shown on Figure 3.6-1 that lies between the FRMP monitoring sites and the impact buffers within the RWF and RWEC are outside the likely extent of impacts to benthic habitat composition and are not included in the GAA.

It is important to recognize that certain habitat-forming invertebrates and other organisms that live in and on seafloor sediments are an important part of benthic habitat structure. Impacts to these organisms are influenced by and extend beyond impacts to benthic habitat composition. Because the geographic range and population structure of these organisms are influenced by oceanic currents and stratification patterns, the geographic extent of potential cumulative impacts on invertebrates that contribute to benthic habitat structure is necessarily broader than that for substrate composition and are analyzed separately. The GAA for invertebrates, including habitat-forming invertebrates, is described in Section 3.6.1.2.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*



**Figure 3.6-1. Geographic analysis area for benthic habitat.**

Affected environment: The Mid-Atlantic Regional Council on the Ocean (MARCO) (2019), BOEM (Guida et al. 2017), and Revolution Wind (Fugro 2021) conducted large-scale general benthic habitat mapping within the RWF and along the RWEC corridor. Inspire Environmental (2023) characterized site-specific benthic habitat conditions by combining photographic surveys with side-scan sonar and backscatter data collected by Fugro (2021) to support the EFH analysis. Inspire Environmental (2021a, 2023) has characterized substrate composition using the Coastal and Marine Ecological Classification Standard (CMECS) (Federal Geographic Data Committee [FGDC] 2012) and mapped benthic habitat to support analysis of impacts on living marine resources following NMFS (2021a). The areas mapped by Inspire Environmental (2023) comprise the RWF maximum work area and the RWEC installation corridor. These represent the areas wherein impacts from RWF and RWEC construction and O&M may occur and not the anticipated extent of those impacts. Habitat composition within these areas is presented for the purpose of describing the environmental baseline. The impacts of the Proposed Action and the other action alternatives would be contained entirely within the areas shown.

For the purposes of analysis, the marine substrates of the affected environment are consolidated into three habitat types: 1) large-grained complex habitat, 2) complex habitat, and 3) soft-bottom habitat. These habitat types are based on substrate size and composition and their use by marine organisms. The distribution of these habitat types within the RWF maximum work area and the RWEC installation corridor is displayed in Figures 3.6-2 and 3.6-4, respectively, and summarized in Table 3.6-1. Large-grained complex habitat is composed primarily of hard surfaces in the form of large boulders and bedrock, often in a matrix of finer sediments. Complex habitat comprises a diversity of habitat types, including small boulders; cobbles and coarse gravel; shell hash; substrate matrices composed predominantly of boulders, cobbles, and pebbles mixed with patches of finer material (e.g., pebbles in a sand matrix); and/or submerged aquatic vegetation. Complex habitats provide a mixture of hard surfaces and fine material that provide habitat for many different species. Invertebrate species that encrust or attach themselves to the hard surfaces provided by immobile boulders and cobbles are important components of complex benthic habitat. Soft-bottom benthic habitat is composed of silt, sand, sandy mud, mud, and muddy sand areas and does not include a substantial portion of coarse-grained sediment, although scattered boulders and patches of gravels and small cobbles are commonly present. Boulder fields and scattered boulders are important components of benthic habitat, providing hard surfaces available for colonization by habitat-forming organisms. The distribution of medium-density (246–491 boulders/acre) and low-density (50–245 boulders/acre) boulder fields and scattered surficial boulders (< 50 boulders/acre) within the RWF maximum work area and RWEC installation corridor are shown in Figures 3.6-3 and 3.6-5, respectively.

All seafloor sediments except for bedrock and large boulders are mobile to varying degrees and are continually reshaped by bottom currents (Butman and Moody 1983; Daylander et al. 2012) and biological activity. These processes form features like sandwaves and ripples that are used by many different fish species (Langton et al. 1995). For example, mobile sediment waves form natural depressions and can expose biological structures like amphipod tubes. These features provide refuge from currents and complex cover for small fish and are components of designated EFH for some species, such as red and silver hake. BOEM (2020a) defines ripples as sediment waves less than 1.6 feet high, megaripples are sediment waves between 1.6 and 4.9 feet high, and sandwaves are sediment waves greater than 4.9 feet high. No sandwaves were observed in the RWF maximum work area or RWEC corridor, but ripples and

megaripples are common. These features were observed in nearly 100% of soft-bottom habitat and were present in over 90% of large-grained complex and complex habitats (Inspire Environmental 2023).

**Table 3.6-1. Proportional Distribution of Benthic Habitat Types within the Revolution Wind Farm Maximum Work Area and Revolution Wind Export Cable Installation Corridor and the Proportional Composition of Mapped Area by Benthic Habitat Type**

| Project Component | Total Mapped Area (acres) | Large-Grained Complex (%) | Complex (%) | Soft-Bottom (%) | Anthropogenic (%) |
|---|---|---|---|---|---|
| RWF maximum work area | 58,143 | 19.1% | 30.0% | 50.8% | 0.0% |
| RWEC – OCS installation corridor | 5,028 | 0.6% | 32.1% | 67.2% | 0.0% |
| RWEC – RI installation corridor | 5,728 | 3.1% | 14.3% | 82.2% | 0.5% |

### 3.6.1.2    Invertebrates

<u>Geographic analysis area:</u> The intent of the GAAs used in this EIS is to define a reasonable boundary for assessing the potential effects, including cumulative effects, resulting from the development of an offshore wind energy industry on the Mid-Atlantic OCS. Given this, the GAA for invertebrates considers the effects of the Proposed Action as well as potential effects from other planned or proposed actions. GAAs for marine biological resources are necessarily large because marine populations range broadly and cumulative impacts can be expressed over broad areas. GAAs are not used as a basis for analyzing the direct and indirect effects of the Proposed Action, which represent a subset of these broader effects and expressed over a smaller area. These impacts are analyzed specific to each IPF.

The GAA for invertebrates is shown in Figure 3.13-1. This analysis area is the same for finfish and EFH resources, encompassing the Scotian Shelf, Northeast Shelf, and Southeast Shelf Large Marine Ecosystems, which captures the likely extent of adult and juvenile movement and egg and larval dispersal patterns within U.S. waters for most species in this group. The invertebrate GAA encompasses the extent of potential effects on habitat-forming organisms that comprise an important component of benthic habitat structure. Therefore, while Project-related impacts to benthic habitat composition are restricted to a relatively small geographic area, the GAA for impacts to habitat-forming organisms is necessarily large. Because the GAA for invertebrates is large, the focus of the analysis in this EIS is on those species that are likely to occur in the vicinity of the proposed RWF and RWEC on an at least infrequent basis and could be impacted by Project activities.

<u>Affected environment:</u> For the purposes of the EIS, marine invertebrates are grouped into three categories: 1) pelagic invertebrates, specifically squid and pelagic invertebrate eggs and larvae; 2) benthic invertebrates associated with soft sediments (i.e., soft-bottom benthic habitat); and 3) benthic invertebrates associated with hard surfaces, such as boulders, cobble, and coarse gravel (i.e., complex benthic habitat). Certain invertebrates in the latter two groups comprise and/or form complex structures that provide habitat for fish and other marine organisms and are therefore an important component of benthic habitat structure.

Squid, specifically longfin squid (*Doryteuthis pealeii*) and shortfin squid (*Illex illecebrosus*), are the pelagic invertebrate species likely to occur in the GAA during their juvenile and adult life stages (Cargnelli et al. 1999; Lowman et al. 2021). Squid eggs, most likely longfin squid, were observed at survey locations within the RWF footprint (Inspire Environmental 2021a), indicating that this species spawns in the vicinity. Squid attach their eggs to bottom substrates and use both complex and soft-bottom benthic habitats for spawning. Numerous benthic invertebrate species have pelagic eggs and larvae and rely on currents to disperse their offspring to distant habitats from where spawning occurs (e.g., Chen et al. 2021; McCay et al. 2011; Munroe et al. 2018; Roarty et al. 2020; Zhang et al. 2015). These dispersed eggs and larvae are also a component of EFH as they form part of the prey base for a variety of species during one or more life stages.

Soft-sediment invertebrates create a permanent or semipermanent home in the bed sediments. Most of these invertebrates possess specialized organs for burrowing, digging, embedding, tube building, anchoring, or locomotion in soft substrates. Some species are capable of moving slowly over the bed surface on soft substrates, but these species are generally not able to travel across hard substrates for long periods. Soft-sediment invertebrates include various types of annelid worms (oligochaetes and polychaetes), flatworms (Platyhelminthes), and nematodes (Nematoda); crustaceans, such as burrowing amphipods (Amphipoda), mysids (Mysida), copepods (Copepoda), and crabs (Brachyura); echinoderms, including sand dollars (Clypeasteroida), starfish (Asteroidea), and sea urchins (Echinoidea); and bivalve mollusks (Pelecypoda) (FGDC 2012; Inspire Environmental 2019). Economically important species, including Atlantic sea scallop (*Placopecten magellanicus*), bay scallop (*Argopecten irradians*), horseshoe crab (*Limulus polyphemus*), Atlantic surfclam (*Spisula solidissima*), squid, and ocean quahog (*Arctica islandica*), are associated with soft sediments on the Mid-Atlantic OCS.

Invertebrates associated with hard substrates are found on the different types of complex habitat defined in Section 3.6.1.1 (i.e., large-grained complex and complex habitats). This group includes a diversity of species, such as members that firmly attach to hard surfaces or that crawl, rest, and/or cling to the surface of and/or shelter in the interstitial spaces between cobbles and boulders. Attached invertebrates use structures like pedal discs, cement, and byssal threads to attach to hard surfaces. Nonattached organisms use feet, claws, appendages, spines, suction, negative buoyancy, or other means to stay in contact with the hard substrate and may or may not be capable of slow movement over the surface. Examples of attached invertebrates include sea anemones, barnacles, corals, sponges, hydroids, bryozoans, mussels, and oysters. Examples of non-attached organisms include crabs, small shrimp, amphipods, starfish, and sea urchins (FGDC 2012; Inspire Environmental 2021a). Some economically important invertebrate species—notably, American lobster (*Homarus americanus*; also referred to as lobster)—are associated with hard substrates. Both soft-sediment and hard-surface invertebrate species are likely to be present within complex benthic habitat, with the former using patches of soft substrate commonly found in this habitat type. Soft-sediment invertebrates would be largely dominant in soft-bottom habitats, although some hard-surface species may occur on scattered hard surfaces where they are available.

Several commercially important invertebrate species, such as lobster, Atlantic sea scallop, longfin inshore squid and shortfin squid, and ocean quahog, occur within the RWF and RWEC portions of the GAA (Inspire Environmental 2021b). Invertebrates are also targeted by recreational fisheries, typically close (within 1 mile) to shore (see Section 3.18). Many invertebrate species found in nearshore marine and estuarine environments were historically used by the region's Native American tribes (Bennett 1955) and are currently targeted tribal subsistence fisheries (BOEM 2020b).

The affected environment for invertebrates is influenced by commercial and recreational harvest of certain invertebrate species (e.g., squid, lobster), benthic habitat modification and disturbance by activities like vessel anchoring and bottom-disturbing fishing methods, and regional shifts in biological community structure caused by climate change trends. Some commercial fishing methods, specifically scallop and clam dredges and bottom trawling, are a source of chronic disturbance of seafloor habitats. Depending on the frequency of disturbance, this type of fishing activity can impact community structure and diversity and limit recovery over long-term periods (BOEM 2023; Grabowski et al. 2014; Henriques et al. 2014; Nilsson and Rosenberg 2003; Rosenberg et al. 2003). The severity and rate of recovery from fishing-related disturbance is variable and dependent on the type of gear used and the nature of the affected benthic habitat.

## 3.6.2    Environmental Consequences

### 3.6.2.1    Relevant Design Parameters, Impact-Producing Factors, and Potential Variances in Impacts

The analysis presented in this section considers the impacts resulting from the maximum-case scenario under the PDE approach developed by BOEM to support offshore wind project development (Rowe et al. 2017). The maximum-case scenario specifications defined in Appendix D, Table D-1 are PDE parameters used to conduct this analysis. Several Project parameters could change during the development of the final Project configuration, potentially reducing the extent and/or intensity of impacts resulting from the associated IPFs. The design parameters in Table 3.6-2 would result in reduced impacts relative to those generated by the design elements considered under the PDE.

**Table 3.6-2. Project Design Parameters That Could Reduce Impacts**

| Design Parameter | Description |
|---|---|
| Fewer WTGs could be permitted | This would result in fewer offshore structures and reduced IAC length. This would reduce the extent of short-term to permanent impacts on benthic habitat and invertebrates by<br><br>reducing the extent of benthic habitat disturbance and suspended sediment deposition impacts from installation of foundations, cables, and scour and cable protection, and associated vessel anchoring activities;<br><br>reducing the extent and duration of underwater noise impacts from WTG foundation installation; and<br><br>reducing the extent of reef and hydrodynamic effects resulting from structure presence. |
| Foundation and cable micrositing | Foundation locations and cable routing could be modified to avoid and minimize certain habitat impacts to the greatest extent practicable within design limits. This would reduce long-term to permanent impacts to benthic habitat and invertebrates by reducing the extent of disturbance in large-grained complex and complex habitats. |
| The use of a casing pipe method to construct the RWEC sea-to-shore transition | This would eliminate the need for a temporary cofferdam, resulting in less extensive acoustic and vibration impacts than vibratory pile driving to construct a cofferdam (Zeddies 2021). |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Design Parameter | Description |
|---|---|
| The use of a temporary cofferdam for RWEC sea-to-shore transition construction | This would reduce sediment deposition and burial effects on invertebrates. |

See Appendix E1 for a summary of IPFs analyzed for benthic habitat and invertebrates across all action alternatives. IPFs that are either not applicable to the resource or determined by BOEM to have a negligible effect are excluded from Chapter 3 and provided in Appendix E, Table E2-3. The duration of impacts disclosed for this resource deviate slightly from general guidelines provided in Section 3.3 (see footnote in Section 3.6.2.2.2). Offshore and onshore IPFs are addressed separately in the analysis if appropriate for the resource; not all IPFs have both an offshore and onshore component. Where feasible, calculations for specific alternative impacts are provided in Appendix E4, to facilitate reader comparison across alternatives. Table 3.6-3 provides a summary of IPF findings carried forward for analysis in this section. Each alternative analysis discussion consists of the construction and installation phase, the O&M phase, the decommissioning phase, and the cumulative analysis. If these analyses are not substantially different, then they are presented as one discussion. These analyses consider the implementation of all EPMs proposed by Revolution Wind to avoid and minimize impacts to benthic habitat and invertebrates. These EPMs are summarized in Appendix F, Table F-1. Additional EMPs that BOEM could propose, as well as EMPs agreed upon through consultations and agency-to-agency negotiations, are summarized in Appendix F, Tables F-2 and F-3.

A detailed analysis of the Proposed Action is provided following the table. Detailed analysis of other considered action alternatives is also provided below the table if analysis indicates that the alternative(s) would result in substantially different impacts than the Proposed Action. Offshore and onshore IPFs are addressed separately in the analysis if appropriate for the resource; not all IPFs have both an offshore and onshore component. For benthic resources and invertebrates, onshore Project activities would not result in impacts to marine resources. Therefore, onshore impacts would have no measurable effects on relevant habitats or species and are not evaluated below.

It is important to note that the impact analyses for benthic habitat and invertebrates are necessarily interrelated because habitat-forming invertebrates are an integral component of benthic habitat structure. For example, the tubes formed around burrows created by certain sand- and mud-dwelling invertebrates are commonly exposed by sediment mobility, creating complex three-dimensional cover. Corals, sponges, hydroids, barnacles, and other types of invertebrates that attach to hard substrates like cobbles and boulders similarly create complex cover and habitat. These invertebrate-created features are important components of benthic habitat structure used by a diversity of fish and other organisms. Therefore, many IPFs are discussed only in terms of their potential effects on invertebrates, as short-term or longer duration impacts to benthic habitat structure are the result of effects on habitat-forming invertebrates.

The conclusion section within each alternative analysis discussion includes rationale for the overall effect call determination. The Proposed Action and all other action alternatives would result in **moderate** adverse and **moderate** beneficial impacts on benthic resources and invertebrates in the GAA because a notable and measurable impact is anticipated, but the resource would likely recover completely when the impacting agents were gone and remedial or mitigating action were taken.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-3. Alternative Comparison Summary for Benthic Habitat and Invertebrates**

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| **Benthic Habitat** | | | | | | | |
| Anchoring and new cable emplacement/ maintenance | **Offshore**: Under the No Action Alternative, the Project would not be constructed and no Project-related vessel anchoring or cable emplacement activities would occur. If no other offshore wind project–related activities occur in the GAA, the impacts of this IPF would be **negligible** adverse. Should future projects include anchoring and cable placement activities within the GAA, **minor** adverse impacts on benthic habitats could result from this IPF. | **Offshore**: Seafloor preparation (boulder relocation) and cable installation activities during construction would impact approximately 246 and 501 acres of large-grained complex and complex habitat, respectively, and 1,297 acres of soft-bottom habitat within the RWF and RWEC construction footprints. This seafloor disturbance would constitute short- to long-term impacts and long-term habitat modification that would constitute a **minor** adverse impact to benthic habitat.<br><br>The IAC, OSS-link cable, and RWEC would not require routine maintenance, but up to 10% of cable protection could need to be replaced over the life of the Project. Cable protection maintenance and the eventual decommissioning and removal of buried cables would produce direct disturbance of the seafloor, suspended sediment deposition in the surrounding area, and injury and displacement of invertebrates using these habitats. These O&M impacts would be short term in duration and would recover over time without mitigation and would therefore be **minor** adverse.<br><br>There would be no cumulative impacts from this IPF associated with other planned and foreseeable future wind energy projects. BOEM estimates a total of 3,204 acres of anchoring and mooring-related disturbance and 2,043 acres of cabling-related disturbance for the Proposed Action within the benthic GAA. Short-term disturbance impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts in complex benthic habitats could be long term to permanent. Long-term impacts to habitat-forming organisms in complex habitats would require several years to recover full habitat function. Permanent habitat impacts would result where seafloor preparation and placement of scour protection result in conversion to a new habitat type. While habitat structure may be altered, habitat composition in the affected areas would recover to functional condition over the life of the Project. Therefore, the Proposed Action when combined with past, present, and reasonably | **Offshore**: See Section 3.6.2.6.1 for construction impact analysis.<br><br>Anchoring and cable maintenance O&M effects on benthic habitat from Alternatives C through F would be similar to but reduced in extent from the Proposed Action. The distribution of habitat impacts would vary between alternatives, with the two proposed configurations of Alternative C producing the greatest reduction in impacts to large-grained complex and complex habitats. In terms of significance, impacts to benthic habitat would be similar across alternatives: **minor** adverse.<br><br>Alternatives C through F when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to benthic habitats under all proposed configurations. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take several years to recover to full habitat function. | | | | **Offshore**: See Section 3.6.2.9.1 for construction impact analysis.<br><br>Anchoring and cable maintenance O&M effects on benthic habitat would be similar to but reduced in extent from the Proposed Action. Alternative G would decrease the estimated extent of benthic impacts by over 940 acres relative to the Proposed Action and would increase the proportional distribution of impacts occurring in soft-bottom habitat from 57.8% to 67.4%. Alternatives G1 through G3 would reduce benthic habitat impacts by an additional 479 to 488 acres relative to the base Alternative G. In terms of significance, impacts to benthic habitat would be similar across alternatives: **minor** adverse.<br><br>When combined with past, present, and reasonably foreseeable projects, the base configuration of Alternative G and Alternatives G1 through G3 would result in **minor** to **moderate** adverse cumulative impacts to benthic habitats under all proposed configurations. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take several years to recover to full habitat function. |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | | foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to benthic habitats. | | | | | |
| Climate change | **Offshore**: Global climate change is altering water temperatures, circulation patterns, and oceanic chemistry at global scales. These changes could indirectly affect benthic habitat structure and composition through a variety of mechanisms. For example, changes in freshwater runoff rates and the frequency of large storm events could change the rate of delivery of fine sediments to nearshore environments and sediment transport patterns in the offshore environment. These trends are expected to continue under the No Action Alternative. The severity of impacts on benthic habitat resulting from climate change trends are uncertain but are anticipated to range from **minor** to **moderate** adverse and would be effectively permanent. | **Offshore**: The types of impacts from global climate change trends described for the No Action Alternative would occur under the Proposed Action, but the Proposed Action could also contribute to a long-term net decrease in GHG emissions. This difference may not be measurable but would be expected to help reduce climate change impacts. When combined with other past, present, and reasonably foreseeable actions, climate change trends would result in **moderate** adverse cumulative impacts to benthic habitat. | **Offshore**: The types of impacts from global climate change trends described for the No Action Alternative would occur under Alternatives C through F but, as with the Proposed Action, these alternatives could also contribute to a long-term net decrease in GHG emissions. This difference may not be measurable but would be expected to help reduce climate change impacts. When combined with other past, present, and reasonably foreseeable actions, climate change trends would result in **moderate** adverse cumulative impacts to benthic habitat under all proposed configurations of Alternatives C through F. | | | | **Offshore**: The types of impacts from global climate change trends described for the No Action Alternative would occur under all proposed configurations of Alternative G, but, as with the Proposed Action, these alternatives could also contribute to a long-term net decrease in GHG emissions. This difference may not be measurable but would be expected to help reduce climate change impacts. When combined with other past, present, and reasonably foreseeable actions, climate change trends would result in **moderate** adverse cumulative impacts to benthic habitat under all proposed configurations of Alternative G. |
| Presence of structures | **Offshore**: Under the No Action Alternative, the Project would not be constructed and no Project-related structures would be placed within the benthic habitat GAA. No associated effects would occur in the GAA and therefore the impacts of this IPF would be **negligible** adverse. | **Offshore**: The installation of 102 offshore structures in the form of monopile foundations with associated scour protection would result in the direct disturbance of benthic habitats. These impacts would be long term in duration, but the affected habitats would develop into functional complex habitat over time as they are colonized by habitat-forming invertebrates. Habitats would recover after structures are decommissioned and removed. Therefore, the presence of structures would result in a long-term **moderate** adverse effect on benthic habitat during construction. During O&M, the Proposed Action would permanently alter benthic habitats within the GAA, generating an array of effects on benthic habitat function. Soft-bottom habitats would be permanently displaced while effects on large-grained complex and complex benthic habitats would range from short term to long term or permanent. Some benthic species could recolonize new hard surfaces within 2 to 4 years while others take up to a decade or more to recover from damage and/or colonize new surfaces like concrete mattresses. This would constitute a long-term | **Offshore**: See Section 3.6.2.6.1 and 3.6.2.6.2 for construction and O&M impacts. Alternatives C through F would result in the installation of 56 to 93 new offshore wind energy structures in the GAA, resulting in the long-term alteration of benthic habitat composition by foundations, scour protection, and cable protection. For comparison, Alternatives C and E would reduce seafloor disturbance during construction by 7% or up to 35%; Alternative D would reduce seafloor disturbance from foundation construction by up to 21.6%; and Alternative E would reduce seafloor disturbance by up to 34%, as compared to the maximum-case scenario for the Proposed Action. Implementation of Alternative F in conjunction with Alternatives C, D, and E would further reduce seafloor disturbance for these alternatives by up to 8%, 21.5%, and 8%, respectively. The resulting impacts would be limited in extent to the area of influence around each foundation but would be long term in duration. BOEM anticipates that hydrodynamic impacts of Alternatives C, D, and E would be broadly similar to those under the Proposed Action, with some variation in distribution and extent due to differences in the number and location of foundations. However, Alternative C and corresponding configurations of Alternative F would avoid impacts to sensitive large-grained complex habitats in the center of the Lease Area to a greater extent than Alternatives D and E. Hydrodynamic effects from Alternative F would be similar to those from the selected alternative configuration but could vary slightly due to differences in WTG rotor height. On this basis, reef and hydrodynamic effects from the presence of structures under Alternatives C through F would contribute to cumulative long-term effects on benthic habitat that would range from **moderate** beneficial to **minor** to **moderate** adverse. | | | | **Offshore**: See Sections 3.6.2.4.1 and 3.6.2.4.2 for construction and O&M impacts. The base configuration of Alternative G would result in the installation of 67 new offshore wind energy structures in the GAA, resulting in the long-term alteration of benthic habitat composition by foundations, scour protection, and cable protection. Alternatives G1 through G3 would each result in the installation of 65 WTG and two OSS structures. The base configuration of Alternative G and Alternatives G1 through G3 would reduce seafloor disturbance from foundation construction by 21% to 34%, respectively, as compared to the maximum-case scenario for the Proposed Action. The resulting impacts would be limited in extent to the area of influence around each foundation but would be long term in duration. BOEM anticipates that hydrodynamic impacts of Alternative G would be broadly similar to those under |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | | reduction in benthic habitat function. In contrast, biologically productive reef effects would likely develop within 3 to 4 years after construction, continuing to mature over the life of the Project. These effects could be **minor** to **moderate** adverse or **moderate** beneficial, depending on how benthic habitat change influences the broader biological community.<br><br>There would be no cumulative impacts from this IPF associated with other planned and foreseeable future wind energy projects. The alterations in substrate composition resulting from the Proposed Action described above would be limited to the area of influence around each foundation but would be long term in duration, as changes in substrate composition from the accumulation of shell hash and altered substrate chemistry would continue to persist after the structures are removed during decommissioning. As such, reef effects from the presence of structures would result in cumulative long-term effects on benthic habitat and would range from **moderate** beneficial to **minor** to **moderate** adverse. | | | | | the Proposed Action, with some variation in distribution and extent due to differences in the number and location of foundations. As such, reef and hydrodynamic effects from the presence of structures under Alternative G would contribute to cumulative long-term effects on benthic habitat that would range from **moderate** beneficial to **minor** to **moderate** adverse. |
| **Invertebrates** | | | | | | | |
| Accidental releases and discharges | **Offshore**: Offshore wind energy development could result in the accidental release of water quality contaminants or trash/debris, which could theoretically lead to an increase in debris and pollution in the invertebrate GAA. However, the combined impacts on invertebrate resources (mortality, decreased fitness, disease) from accidental releases and discharges are expected to be minimal, localized, and short term due to the likely limited extent and duration of a release. On this basis, the effects of this IPF on invertebrates under the No Action Alternative would be **negligible** adverse. | **Offshore**: BOEM prohibits the discharge or disposal of solid debris into offshore waters during any activity associated with the construction and operations of offshore energy facilities (30 CFR 250.300). The USCG similarly prohibits the dumping of environmentally damaging trash or debris (MARPOL, Annex V, Public Law 100–220 (101 Stat. 1458)). Given these restrictions, the risk to invertebrates from trash and debris from the Project, including habitat-forming invertebrates that contribute to benthic habitat structure, is **negligible** adverse. In the unlikely event that accidental spills should occur, adverse impacts to benthic habitats could range from **minor** to **moderate** adverse in significance depending on the size of the spill and the nature of the materials involved.<br><br>When combined with other offshore wind projects, up to approximately 34 million gallons of coolants, fuels, oils, and lubricants could cumulatively be stored within WTGs and OSSs in the invertebrate GAA. All vessels associated with the Proposed | **Offshore**: Given restrictions on the discharge or disposal of solid debris, as described for the Proposed Action, effects on invertebrates and on benthic habitat structure through impacts on habitat-forming invertebrates from trash and debris under Alternatives C through F would be **negligible** adverse. The Project would follow strict oil spill prevention and response procedures during all phases, effectively avoiding the risk of large-scale, environmentally damaging spills under reasonably foreseeable circumstances. In the unlikely event that an unforeseen accident results in a high-volume spill, **minor** to **moderate** adverse effects on invertebrates and on benthic habitat structure through impacts on habitat-forming invertebrates could potentially result. Those impacts could range from short term to long term in duration, depending on the size of the accident, the nature of the materials involved, and the type and location of habitat impacts.<br><br>Alternatives C through F could slightly reduce total chemical uses relative to the Proposed Action, but this effect would be small in comparison to projected chemical use on the Mid-Atlantic OCS. All future offshore energy development projects would comply with BOEM and USCG regulations that prohibit dumping of trash and debris and require measures to avoid and minimize accidental spills. This would minimize, but not completely eliminate the risk of large-scale, environmentally damaging spills under reasonably foreseeable circumstances. In the unlikely event that a vessel collision or allision with a WTG or OSS foundation resulted in a high-volume spill, **minor** to **moderate** adverse cumulative effects on invertebrates could potentially result. | | | | **Offshore**: Given restrictions on the discharge or disposal of solid debris, as described for the Proposed Action, effects on invertebrates and benthic habitat structure through impacts on habitat-forming invertebrates from trash and debris would be the same under all configurations of Alternative G as for Alternatives C through F: **negligible** adverse. In the unlikely event that an unforeseen accident results in a high-volume spill, **minor** to **moderate** adverse effects on invertebrates could result under the same rationale presented for Alternatives C through F.<br><br>Alternative G could slightly reduce total chemical uses relative to the Proposed Action, but this effect would be small in comparison to projected chemical use on the Mid-Atlantic OCS. Based on the same rationale presented for Alternatives C through F, the risk of large-scale, |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | | Action and other offshore wind projects would comply with USCG requirements for the prevention and control of oil and fuel spills. However, higher volume spills of toxic materials could occur due to unanticipated events, such as a vessel allision with a WTG foundation. When low-probability, unanticipated events are considered, the Proposed Action when combined with other past, present, and reasonably foreseeable projects, poses a potential for **minor** to **moderate** adverse cumulative impacts on invertebrates that could range from short term to long term in duration. | | | | | environmentally damaging spills under reasonably foreseeable circumstances is very low but cannot be completely discounted. In the unlikely event that a vessel collision or allision with a WTG or OSS foundation resulted in a high-volume spill, **minor to moderate** adverse cumulative effects on invertebrates could potentially result. |
| Anchoring and new cable emplacement/ maintenance | **Offshore**: Offshore energy facility construction would involve direct disturbance of the seafloor, leading to direct impacts on invertebrates. In general, however, these effects would be localized to the disturbance footprint and vicinity. The severity of these effects would vary depending on the species and life stage sensitivity to specific stressors that extend into the area, resulting in **minor** adverse impacts on invertebrates. | **Offshore**: Seafloor preparation, cable trenching, dredging, vessel anchoring, and short-term bed disturbance at the sea-to-shore transition site would directly disturb soft-bottom benthic habitat by crushing and displacing epifaunal organisms on the bed surface and liquifying sand and mud sediments from the bed surface to depths of up to 6 feet, killing and displacing benthic infauna within the cable path. The Proposed Action includes several EPMs, listed in Table F-1 in Appendix F, that would limit, but not completely avoid, crushing, burial, and entrainment impacts on invertebrates. While some impacts would be unavoidable, the affected habitats would recover naturally over time, and impacts on invertebrates are unlikely to be measurable at the population level. Therefore, adverse impacts to invertebrates from this IPF during construction would be **minor** adverse**.**<br><br>Up to 10% of cable protection could need to be replaced over the life of the Project. The IAC, OSS-link cable, and RWEC would also be removed from the seafloor during Project decommissioning. Resulting effects from O&M and decommissioning would be short term in duration, and similar in nature but lesser in magnitude than those resulting from Project construction. Therefore, these adverse effects would be **minor** adverse**.**<br><br>BOEM estimates a cumulative total of 11,631 acres of anchoring and mooring-related disturbance and 105,390 acres of cabling-related disturbance for the Proposed Action plus all other future offshore wind projects within the benthic GAA. The duration and magnitude of these effects would vary depending on the types of habitats impacted. | Alternatives C through F would reduce the total length of IAC and anchoring relative to the Proposed Action, meaning that the total amount of construction- and maintenance-related impacts on invertebrates would decrease commensurately. This decrease would be noticeable in comparison to the Proposed Action. Impacts from decommissioning and removal of the IAC, including seafloor disturbance and TSS effects, would likewise be reduced relative to the Proposed Action. The resulting adverse effects from O&M and decommissioning would be similar in nature but lesser in magnitude than those resulting from Project construction and would therefore be **minor** adverse.<br><br>The reduction in total IAC length under Alternatives C through F and reduced O&M anchoring requirements for structure maintenance would noticeably decrease the cumulative impact acreage across projects relative to the Proposed Action, but the nature, duration, and general scope of effects would otherwise be similar. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take up to a decade or more to fully recover. Therefore, Alternatives C through F when combined with past, present, and reasonably foreseeable projects would result in **minor to moderate** adverse cumulative impacts to benthic habitats and habitat-forming invertebrates. | | | | The base configuration of Alternative G would reduce the total length of IAC from approximately 155.3 miles to 116.1 miles, and the total number of installed offshore wind structures from 102 to 82. This would result in a commensurate reduction in associated cable installation impacts and anchoring requirements for foundation installation relative to the Proposed Action. The distribution of impacts by habitat type would shift toward soft-bottom habitat and associated invertebrate species. Alternatives G1 through G3 would reduce IAC length by an additional 9.9 to 11.5 miles relative to the Proposed Action and would decrease the total number of structures to 67. As with Alternatives C through F, this would reduce the related extent of construction- and maintenance-related impacts on invertebrates. Similarly, Alternative G would result in fewer offshore wind structures and a commensurate reduction in maintenance-related anchoring requirements relative to the Proposed Action. Like Alternatives C through F, Alternative G would noticeably decrease the cumulative impact acreage across projects relative to the Proposed Action, but the nature, duration, and general scope of effects would otherwise be similar. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitats and associated fish and invertebrate species |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | | Impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take up to a decade or more to fully recover. Therefore, the Proposed Action when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts. | | | | | would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take up to a decade or more to fully recover. Therefore, Alternative G when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to benthic habitats and habitat-forming invertebrates. |
| Climate change | **Offshore**: Global climate change is altering water temperatures, circulation patterns, and oceanic chemistry at global scales. These changes have affected habitat suitability for the invertebrate community of the GAA. For example, several invertebrate species are shifting in distribution to the northeast, farther from shore and into deeper waters, in response to an overall increase in water temperatures and an increasing frequency of marine heat waves (NOAA 2021). These trends are expected to continue under the No Action Alternative. The intensity of adverse impacts resulting from climate change trends are uncertain but are anticipated to be **minor** to **moderate** adverse. | **Offshore**: Global climate change is altering water temperatures, circulation patterns, and oceanic chemistry at global scales. These changes have affected habitat suitability for many invertebrates within the GAA. The intensity of climate change cumulative impacts on invertebrates are uncertain and are likely to vary considerably between species, resulting in **moderate** adverse effects. | **Offshore**: Climate change–related impacts to invertebrates under Alternatives C through F would be the same as those described for the Proposed Action. Ongoing trends associated with climate change, including increases in water temperature, ocean acidification, changes in runoff and circulation patterns, and species range shifts, are expected to continue. The intensity of climate change cumulative impacts on invertebrates is uncertain and is likely to vary considerably between species, resulting in **moderate** adverse effects. | | | | **Offshore**: Climate change–related impacts to invertebrates under Alternative G would be the same as those described for the Proposed Action. Ongoing trends associated with climate change, including increases in water temperature, ocean acidification, changes in runoff and circulation patterns, and species range shifts, are expected to continue. The intensity of climate change cumulative impacts on invertebrates is uncertain and is likely to vary considerably between species, resulting in **moderate** adverse effects. |
| EMF | **Offshore**: Under the No Action Alternative, up to 13,469 miles of cable would be added in the invertebrate GAA, producing EMF effects in the immediate vicinity of each cable during operations. BOEM would require these future submarine power cables to have appropriate shielding and burial depth to minimize potential EMF effects from cable operation. Accordingly, long-term effects from Project-related EMFs on invertebrates that live in or directly on the seafloor could range from **minor** adverse for projects using HVAC transmission. | **Offshore**: Construction impacts would not result in EMF impacts. Operation of the IAC, OSS-link cable, and RWEC would generate EMF and substrate heating effects, altering the environment for benthic invertebrates and other organisms associated with those habitats. The evidence for EMF effects on invertebrates is equivocal, varying considerably between species and based on the type and strength of EMF source (Albert et al. 2020; Hutchison et al. 2020a, 2020b). Given this uncertainty, the potential permanent effects from Project-related EMFs on invertebrates that live in or directly on the seafloor could range from **negligible** to **minor** adverse. BOEM anticipates that future offshore wind energy projects in the GAA would use HVAC (versus HVDC) transmission and apply similar design measures to those included in the Proposed Action avoid and minimize EMF effects on the environment. While | **Offshore**: See Section 3.6.2.7.2 for analysis of O&M impacts. Cable installation would not result in EMF impacts. Alternatives C through F would generate EMF effects of varying intensity along the IAC, OSS-link cable, and RWEC length. These EMF effects would combine with those generated by the 13,717 miles of new and existing transmission cables from the other new offshore wind facilities planned on the Mid-Atlantic OCS as well as other existing transmission cables. These cumulative effects would be similar in nature to those described for the No Action Alternative but would occur over a larger area, as determined by the broader project footprint. Cumulative impacts to invertebrates would therefore range from **negligible** to **minor** adverse. | | | | **Offshore**: See Section 3.6.2.9.2 for analysis of O&M impacts. Cable installation would not result in EMF impacts. Alternative G would generate EMF effects of varying intensity along the IAC, OSS-link cable, and RWEC length. These EMF effects would combine with those generated by the 13,717 miles of new and existing transmission cables from the other new offshore wind facilities planned on the Mid-Atlantic OCS as well as other existing transmission cables. These cumulative effects would be similar in nature to those described for the No Action Alternative but would occur over a larger area, as determined by the broader project footprint. Cumulative impacts to invertebrates would therefore range from **negligible** to **minor** adverse. |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | | uncertainties remain, cumulative adverse impacts to invertebrates from EMF and substrate heating effects are likely to be **minor** adverse. | | | | | |
| Light | **Offshore**: Artificial light can attract mobile invertebrates and can influence biological functions (e.g., spawning) that are triggered by changes in daily and seasonal daylight cycles (Davies et al. 2015; McConnell et al. 2010). BOEM has issued guidance for avoiding and minimizing artificial lighting impacts from offshore energy facilities and associated construction vessels (BOEM 2021a; Orr et al. 2013) and has concluded that adherence to these measures should effectively avoid adverse effects on invertebrates. Given the minimal and localized nature of lighting effects anticipated under this guidance, the related effects from proposed future activities on invertebrates, including habitat-forming invertebrates that contribute to benthic habitat structure, are likely to be **negligible** adverse. | **Offshore**: Lights would be required on offshore platforms and structures, vessels, and construction equipment during construction and O&M of the RWF. Construction vessel lighting has the potential to affect invertebrates. Many invertebrates are attracted to and/or respond behaviorally to light in the environment, and exposure to artificial light can alter biological responses (e.g., spawning) that are triggered by changes in day length and light intensity (Davies et al. 2015; McConnell et al. 2010). Consistent with BOEM guidance (BOEM 2021a; Orr et al. 2013), construction vessels would implement lighting design and operational measures to eliminate or reduce lighting impacts on the aquatic environment. Although individual invertebrates could detect light from vessels and could exhibit behavioral responses (e.g., squid being attracted to the lights), these impacts are not expected to measurably affect invertebrates at population levels because of the limited area of impact at any given time and the limited duration of Project activities. Any resulting adverse impacts on invertebrates would be short term in duration and biologically insignificant, and therefore **negligible** adverse**.**

All future projects would also be expected to comply with BOEM design guidance for avoiding and minimizing adverse lighting impacts on the environment. Therefore, the cumulative impacts associated with the Proposed Action when combined with past, present, and reasonably foreseeable future activities would be similar to those described under the No Action Alternative: **negligible** adverse. | **Offshore**: Alternatives C through F would reduce the total length of IAC and the number of offshore wind energy structures relative to the Proposed Action. This would result in a commensurate reduction in the duration of construction vessel activity and related short-term lighting impacts. Construction vessels would implement the same lighting design and operational measures to reduce lighting impacts as under the Proposed Action. The level of impact would therefore be similar in nature but reduced in extent relative to the Proposed Action: **negligible** adverse.

Artificial light from structures during Project operations and from vessels used for O&M and decommissioning could affect invertebrates, including habitat-forming invertebrates that contribute to benthic habitat structure. Given the minimal and localized nature of anticipated lighting effects, however, any indirect effects on invertebrates from light generated during O&M and decommissioning are expected to be **negligible** adverse.

BOEM estimates a cumulative total of 3,146 to 3,183 offshore WTGs and OSS foundations for the Project plus all other future offshore wind projects in the invertebrate GAA. The RWF and all future projects would be expected to comply with BOEM design guidance for avoiding and minimizing adverse lighting impacts on the environment. Therefore, the cumulative impacts associated with Alternatives C through F when combined with past, present, and reasonably foreseeable activities would **negligible** adverse, mostly attributable to existing, ongoing activities. | | | | **Offshore**: Like Alternatives C through F, Alternative G would reduce the total length of IAC and the number of offshore wind energy structures relative to the Proposed Action. Based on the same rationale presented for Alternatives C through F, lighting impacts to invertebrates from construction of Alternative G would be similar in nature but reduced in extent relative to the Proposed Action: **negligible** adverse.

As with Alternatives C through F, lighting effects under Alternative G are anticipated to be minimal and localized. Therefore, any indirect effects on invertebrates from light generated during O&M and decommissioning are expected to be **negligible** adverse.

BOEM estimates a cumulative total of 3,155 offshore WTGs and OSS foundations for Alternative G, plus all other future offshore wind projects in the invertebrate GAA. RWF and all future projects would be expected to comply with BOEM design guidance for avoiding and minimizing adverse lighting impacts on the environment. Therefore, the cumulative impacts associated with Alternative G when combined with past, present, and reasonably foreseeable activities would be **negligible** adverse, mostly attributable to existing, ongoing activities. |
| Noise | **Offshore**: Underwater noise impacts from future wind energy development would likely result in short-term localized effects on some invertebrate species in immediate proximity to intense sound sources like pile driving. These effects would end when construction is complete. While individual invertebrates could be harmed by noise impacts, potentially | **Offshore**: Construction-related sources of sound pressure and vibration that could affect invertebrates are impact and vibratory pile driving, and, potentially, unexploded ordnance (UXO) detonation. Particle motion effects from pile driving would be limited to short-term behavioral responses, most likely lasting for the duration of the noise impact and limited periods (minutes to hours) following exposure. Particle motion effects | **Offshore**: See Section 3.6.2.7.1 for analysis of construction impacts.

Underwater noise effects on invertebrates resulting from O&M and decommissioning of Alternatives C through F would be similar in magnitude but reduced in extent relative to those described for the Proposed Action. Noise impacts on invertebrates are expected to be limited to short-term behavioral effects on individuals within tens of feet of each sound source and therefore **negligible** to **minor** adverse.

Alternatives C through F would generate underwater noise effects similar to those described above for the Proposed Action but over a noticeably smaller area. These effects would combine with similar effects resulting from the construction, O&M, and decommissioning of | | | | **Offshore**: See Section 3.6.2.9.1 for analysis of construction impacts.

Underwater noise effects on invertebrates resulting from O&M and decommissioning of Alternative G would be similar in magnitude but reduced in extent relative to those described for the Proposed Action, commensurate with the number of operational WTGs under each |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | harmful impacts would be limited in extent and population-level effects would likely be unmeasurable. Underwater noise from the operation of individual wind farms would last for the life of each project. However, the resulting noise effects are not likely to produce measurable impacts on individual invertebrates. On this basis, noise effects on invertebrates from future wind energy development in the GAA are likely to be **negligible** to **minor** adverse. | from UXO detonation could result in mortality of organisms on or immediately adjacent to the munition, and short-term behavioral responses at greater distance. While mortality-level effects could occur, construction-related adverse impacts are likely to be **minor** overall because 1) the areas of effect are small relative to the available habitat, and 2) the loss of individuals would likely be insignificant relative to natural mortality rates for planktonic eggs and larvae, which can range from 1% to 10% per day or higher (White et al. 2014). The RWF WTGs would generate operational noise effects throughout the life of the Project, ending when the Project is decommissioned. Invertebrates lack specialized hearing organs and cannot sense sound pressure in the same way as fish and other vertebrates. Invertebrates can sense sound as particle motion, but particle motion effects dissipate rapidly and are usually undetectable within a few feet of the source. The rapid development of diverse invertebrate communities on operational wind farms worldwide indicates that operational noise has little if any effect on benthic invertebrates. Certain invertebrate species, specifically squid and other cephalopods, may be more sensitive to sound. Although, recent studies of longfin squid have indicated pile driving noise elicits only short-term behavioral responses (i.e., rapid habituation) and does not interrupt reproductive behaviors, such as mate guarding (Cones et al. 2022a, 2022b; Steen 2022, 2023). Operational noise levels likely to be generated by the RWF are not currently known but are likely to be higher than Block Island Wind Farm. Modeling of larger WTG designs suggests that operational noise could approach levels associated with hearing injury in cephalopods, but insufficient information is available to make a definitive conclusion. Collectively, this information indicates that operational noise effects on invertebrates would be **negligible** to **minor** adverse. Likewise, cumulative effects on invertebrates resulting from underwater noise are also likely to be **minor** adverse. | other planned offshore wind projects on the Mid-Atlantic OCS. Invertebrates near impact and vibratory pile-driving activities could be temporarily disturbed by vibration effects, but any such effects would be short term in duration and are unlikely to have a measurable effect on any invertebrate population at the scale of the GAA. On this basis, cumulative effects on invertebrates resulting from underwater noise caused by Alternatives C through F are likely to be **negligible** to **minor** adverse. | | | | configuration. Noise impacts on invertebrates are expected to be limited to short-term behavioral effects on individuals within tens of feet of each sound source and therefore **negligible** to **minor** adverse. As with Alternatives C through F, Alternative G would generate underwater noise effects similar to those described for the Proposed Action but over an noticeably smaller area. These effects would combine with similar effects resulting from the construction, O&M, and decommissioning of other planned offshore wind projects on the Mid-Atlantic OCS. Invertebrates near impact and vibratory pile-driving activities could be temporarily disturbed by vibration effects, but any such effects would be short term in duration and are unlikely to have a measurable effect on any invertebrate population at the scale of the GAA. On this basis, cumulative effects on invertebrates resulting from underwater noise caused by Alternative G are likely to be **negligible** to **minor** adverse. |
| Bycatch | **Offshore**: A range of monitoring activities has been proposed to evaluate the short- | **Offshore**: The FRMP would result in impacts to individual invertebrates, but the extent of habitat | **Offshore**: The same FRMP included under the Proposed Action or a similar plan with modifications would be implemented under Alternatives C through F. This would result in direct | | | | **Offshore**: The same FRMP included under the Proposed Action, or a similar plan with |

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | term and long-term effects of existing and planned offshore wind development on biological resources and are also likely for future wind energy projects on the OCS. Some of these monitoring activities are likely to affect invertebrates. For example, the South Fork Wind Fisheries Research and Monitoring Plan (SFW and Inspire Environmental 2020) includes both direct sampling of invertebrates and the potential for bycatch of invertebrates and/or damage to habitat-forming invertebrates by sample collection gear. Research and monitoring activities related to offshore wind would not necessarily result in an increase in bycatch-related impacts on invertebrates, although the distribution of those impacts could change. As such, any bycatch-related impacts on invertebrates would be **negligible** to **minor** adverse and short term in duration. | disturbance and number of organisms affected would be small in comparison to the baseline level of impacts from commercial fisheries and would not measurably impact the viability of any species at the population level. As such, habitat impacts from FRMP implementation would likely be short term in duration. The intensity and duration of impacts anticipated from FRMP implementation would constitute a **minor** adverse effect on invertebrates. Other planned and potential future offshore wind energy projects have or will likely implement similar monitoring plans that employ similar sampling methods using commercial fishing gear. These monitoring methods would result in intentional and bycatch mortality of invertebrates and could also result in unintentional damage to habitat-forming invertebrates. As such, cumulative impacts from bycatch associated with monitoring activities under the Proposed Action in combination with other planned and future offshore wind projects would be **negligible** to **minor** adverse, with the impacts ranging from short term to long term in duration. | sampling and incidental bycatch mortality of invertebrates as well as incidental damage to habitat-forming-invertebrates by sampling gear that contacts the seafloor. The extent of habitat and number of organisms affected would be small in comparison to the baseline level of impacts from commercial fisheries and would not measurably impact the viability of any invertebrate species at the population level. However, the timing and distribution of impacts may change. As such, Alternatives C through F would result in short-term bycatch impacts on invertebrates that are limited to a small number of individuals. This would therefore constitute a short-term **minor** adverse effect on invertebrates, including habitat-forming species that contribute to benthic habitat structure. Like the Proposed Action, O&M under Alternatives C through F would include inspection of offshore structures and removal of derelict fishing gear and other accumulated debris. This would provide a mechanism for removing potential sources of bycatch mortality for invertebrates from the environment. This would constitute a long-term **minor** beneficial effect on invertebrates. Other planned and potential future offshore wind energy projects have or will likely implement similar monitoring plans that employ similar sampling methods using commercial fishing gear. This would result in cumulative impacts to invertebrates from sampling and bycatch mortality and incidental damage to habitat-forming organisms from monitoring activities in the GAA. Those effects cumulative would be **negligible** to **minor** adverse, ranging from short term to long term in duration. | | | | modifications, would be implemented under all potential configurations of Alternative G. Under the same rationale presented for Alternatives C through F, Alternative G would result in short-term **minor** adverse effects on invertebrates, including habitat-forming species that contribute to benthic habitat structure. Like the Proposed Action, O&M under Alternative G would include inspection of offshore structures and removal of derelict fishing gear and other accumulated debris. This would provide a mechanism for removing potential sources of bycatch mortality for invertebrates from the environment. This would constitute a long-term **minor** beneficial effect on invertebrates. Other planned and potential future offshore wind energy projects have or will likely implement similar monitoring plans that employ similar sampling methods using commercial fishing gear. This would result in cumulative impacts to invertebrates from sampling and bycatch mortality and incidental damage to habitat-forming organisms from monitoring activities in the GAA. Those effects cumulatively would be **negligible** to **minor** adverse, ranging from short term to long term in duration. |
| Presence of structures | **Offshore**: The future addition of up to 3,008 new WTG and OSS foundations in the invertebrate GAA could result in artificial reef effects that influence invertebrate community structure within and in proximity to the project footprints. Impacts to invertebrates could range from **moderate** beneficial for organisms associated with hard surfaces to **minor** adverse and **minor** beneficial for organisms associated with soft-bottom habitat. While hydrodynamic impacts on invertebrates are likely to vary between species, localized changes in larval settlement patterns in the absence of | **Offshore**: Invertebrates within the benthic disturbance footprints for foundation installation could be exposed to crushing and burial effects, but the number of individuals affected would be insignificant relative to the size of the population and the resource would recover completely without additional mitigation. The time required for recovery will vary depending on the type of habitats affected, ranging from short term for invertebrates found in soft-bottom habitats to long term for invertebrates associated with large-grained complex and complex habitats. Therefore, adverse effects to invertebrates from construction of structures would be **minor** adverse. | **Offshore**: Invertebrates within the respective footprints for Alternatives C through F would be exposed to crushing and burial effects similar in nature but reduced in extent relative to those described for the Proposed Action due to a smaller number of WTGs. For comparison, Alternatives C and E would reduce seafloor disturbance during construction by up to 35%; Alternative D would reduce seafloor disturbance by up to 21.5%; and Alternative F would reduce seafloor disturbance by up to 43%, as compared to the maximum-case scenario for the Proposed Action. Alternative F would produce a similar reduction in seafloor disturbance to the selected configuration from Alternatives C through E. Therefore, the resulting effects from this IPF would similarly range from **negligible** to **minor** adverse during construction. During O&M, Alternatives C through F would produce similar hydrodynamic and reef effects on invertebrates to those described for the Proposed Action, but those effects would be reduced in extent because fewer structures would be installed. Reef and hydrodynamic effects would be distributed differently (see Table 3.6-17, Table 3.6-18, and Table 3.6-19). While the extent of reef and hydrodynamic effects would vary between alternatives, the impacts to invertebrates would be of the same nature, general scale, and magnitude as those described for the | | | | **Offshore**: Invertebrates within the respective footprints for Alternative G would be exposed to crushing and burial effects similar in nature but reduced in extent relative to those described for the Proposed Action due to fewer WTGs being installed. The base Alternative G and Alternatives G1 through G3 would reduce the foundation construction footprint by 21% and 34% compared to the Proposed Action, respectively. The distribution of impacts would shift substantially toward soft-bottom habitats (64.1% to 69.7% under Alternative G and Alternatives G1 to G3 versus 51.3% under the Proposed |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | population-level effects would constitute a **minor** adverse impact on this resource. | On balance, the effects of foundation and scour protection presence on invertebrates are likely to range from **minor** to **moderate** adverse to **moderate** beneficial in terms of the overall O&M impact, varying by species. Concrete mattresses used for cable protection may have to reside in the environment for some time before they provide suitable invertebrate habitat, which would constitute a long-term **minor** adverse impact depending on the amount of cable protection used. O&M would also include regular inspections of offshore structures and opportunistic removal of derelict fishing gear and other accumulated debris over the life of the Project. Derelict gear and debris removal from structures would constitute a long-term **minor** beneficial effect.<br><br>BOEM estimates the Proposed Action and other planned future projects will result in the development of 3,190 WTG and OSS foundations within the invertebrate GAA. Depending on how they are located and distributed, the development of multiple large-scale projects could have broader scale cumulative effects on biological communities than the Proposed Action considered in isolation (Degraer et al. 2020; van Berkel et al. 2020). More research is needed to determine the likelihood and potential impacts of these broader cumulative effects on invertebrates in general. However, cumulative effects could be beneficial or adverse, varying by species, and would likely range from **minor** adverse and beneficial to **moderate** adverse and beneficial in terms of overall impact. | Proposed Action. These effects would therefore range from **minor** adverse to **moderate** beneficial, with some invertebrate species experiencing a permanent loss of suitable habitat while other species would gain habitat and otherwise benefit from increased biological productivity.<br><br>BOEM estimates the Proposed Action and other planned future projects will result in the development of up to 3,146 to 3,183 foundations within the invertebrate GAA. Depending on how they are located and distributed, the development of multiple large-scale projects could have broader scale cumulative effects on biological communities than the Proposed Action considered in isolation (Degraer et al. 2020; van Berkel et al. 2020). More research is needed to determine the likelihood and potential biological significance of broader cumulative effects on invertebrates. However, BOEM anticipates that cumulative effects could vary by species, and would likely range from **minor** adverse and beneficial to **moderate** adverse and beneficial. | | | | Action). While the extent and distribution of foundation construction impacts to invertebrates would decrease and shift under Alternative G, the overall impacts of this IPF would be similar to those resulting from the Proposed Action: **negligible** to **minor** adverse.<br><br>During O&M, Alternative G would produce similar hydrodynamic and reef effects on invertebrates to those described for the Proposed Action, but those effects would be reduced in extent because fewer structures would be installed. Reef and hydrodynamic effects would be distributed differently (see Table 3.6-17, Table 3.6-18, and Table 3.6-19). While the extent of reef and hydrodynamic effects would vary between alternatives, the impacts to invertebrates would be of the same nature, general scale, and magnitude as those described for the Proposed Action. These effects would therefore range from **minor** adverse and beneficial to **moderate** adverse and beneficial, with some invertebrate species experiencing a permanent loss of suitable habitat while other species would gain habitat and otherwise benefit from increased biological productivity.<br><br>BOEM estimates Alternative G and other planned future projects will result in the development of 3,155 foundations within the invertebrate GAA. Under the same rationale presented for Alternatives C through F, BOEM anticipates that cumulative effects from Alternative G would likely range from **minor** adverse and beneficial to **moderate** adverse and beneficial, varying by species. |
| Sediment deposition and burial | **Offshore**: Cable placement and other related construction activities would disturb the seafloor, creating plumes of fine sediment that would disperse and resettle in the vicinity. Burial effects would be short term in duration, effectively ending once the sediments have resettled. | **Offshore**: Jet plow trenching and dredging used to install the IAC, OSS-link cable, and RWEC and construction of the sea-to-shore transition would disturb the seafloor and release plumes of suspended sediment into the water column. However, the sand and mud substrates on the Mid-Atlantic OCS are continually reshaped by bottom | **Offshore**: See Section 3.6.2.7.1 for construction impact analysis.<br><br>Cable protection maintenance and decommissioning would produce similar effects as those described for the Proposed Action, although reduced in extent. Therefore, resulting adverse effects from O&M and decommissioning would be **minor** adverse.<br><br>Sediment deposition and burial impacts would result from the estimated up to 105,390 cumulative acres of cabling-related disturbance for Alternatives C through F, plus all other future offshore wind projects within the invertebrate GAA. While suspended sediment effects | | | | **Offshore**: See Section 3.6.2.9.1 for construction impact analysis.<br><br>Cable protection maintenance and decommissioning would produce similar effects under Alternative G to those described for the Proposed Action, although reduced in extent and varying in |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Impact-Producing Factor | No Action Alternative | Alternative B (Proposed Action) Up to 100 WTGs | Alternative C (Habitat Alternative) 64 or 65 WTGs | Alternative D (Transit Alternative) 78 to 93 WTGs | Alternative E (Viewshed Alternative) 64 or 81 WTGs | Alternative F (Higher Capacity Turbine Alternative) 56 WTGs | Alternative G (Preferred Alternative) 65 WTGs |
|---|---|---|---|---|---|---|---|
| | Similarly, suspended sediment concentrations close to the disturbance could exceed levels associated with behavioral and physiological effects on invertebrates but would dissipate with distance, generally returning to baseline conditions within a few hours. In theory, bed-disturbing activities occurring nearby (i.e., within a few hundred feet) could elevate suspended sediment levels, resulting in short-term **minor** adverse effects on invertebrates, including some habitat-forming invertebrate species. | currents and sediment delivery from upland sources (Daylander et al. 2012). This means that these habitats and the invertebrates associated with benthic habitat are regularly exposed to and therefore must be able to recover from burial by mobile sediments. In this context, the short-term effects of sediment deposition on benthic habitats would be **negligible** to **minor** adverse. Up to 10% of cable protection could need to be replaced over the life of the Project under the Proposed Action. Cable protection maintenance and decommissioning effects would range from short-term behavioral disturbance of benthic infauna and other invertebrates accustomed to naturally high rates of sediment deposition, to mortality of benthic eggs and invertebrates subject to burial effects greater than 0.4 inch (10 mm). These adverse O&M effects would be **minor** adverse. When combined with other past, present, and reasonably foreseeable actions, the Proposed Action would also result in **minor** adverse cumulative impacts on benthic habitats and invertebrates. | from future projects cannot be predicted without area-specific modeling, these effects are expected to be similar in magnitude and extent to those described for the Proposed Action: **minor** adverse. Cumulative short-term adverse impacts from all planned and future projects are not likely to have measurable population-level effects on any invertebrate species. However, more extensive suspended sediment and deposition effects could occur in areas where mud and silts are more prevalent in bed sediments. | | | | distribution by configuration. Therefore, resulting adverse effects from O&M and decommissioning would be **minor** adverse. Sediment deposition and burial impacts would result from the estimated up to 104,781 cumulative acres of cabling-related disturbance for Alternative G, plus all other future offshore wind projects within the invertebrate GAA. While suspended sediment effects from future projects cannot be predicted without area-specific modeling, the effects produced by Alternative G are expected to be similar in magnitude and extent to those described for the Proposed Action: **minor** adverse. Cumulative short-term adverse impacts from all planned and future projects are not likely to have measurable population-level effects on any invertebrate species. However, more extensive suspended sediment and deposition effects could occur in areas where mud and silts are more prevalent in bed sediments. |

### 3.6.2.2    Alternative A: Impacts of the No Action Alternative on Benthic Habitat

#### 3.6.2.2.1    Impacts of the No Action Alternative

Under the No Action Alternative, baseline conditions for benthic habitat (see Section 3.6.1) would continue to follow current regional trends and respond to IPFs introduced by other ongoing activities and by permitted and constructed offshore wind COP projects within the benthic GAA. These IPFs are described and analyzed in Appendix E1.

#### 3.6.2.2.2    Cumulative Impacts

This section discloses potential benthic habitat impacts associated with future offshore wind development (without the Proposed Action). The cumulative impact analysis for the No Action Alternative for planned non-offshore wind activities, as well as activities associated with constructed or approved offshore wind projects (without the Proposed Action), is provided in Appendix E1.

The duration of impacts disclosed for this resource deviate slightly from the general guidelines in Section 3.3 using the following: short term (less than 2 years); long term (2 years to < life of the project); permanent (life of the project).[19] The impact definitions used are the same as described in Section 3.3. The analysis presented below comprises those IPFs associated with planned and future offshore wind energy development that are likely to result in greater than negligible effects on benthic habitat composition and structure. Those IPFs that are likely to result in negligible effects and impacts from other non–offshore wind–related activities are analyzed in Appendix E1, Table E2-3.

Offshore wind development projects will eventually be decommissioned and removed from the marine environment at the end of project life. It is not practicable at this Project to provide specific estimates of the potential extent and magnitude of decommissioning impacts. However, it is anticipated that decommissioning effects on benthic habitat and invertebrates will be broadly similar to those resulting from Project construction, with the exception that unexploded ordnance (UXO) detonation and impact pile driving will not be required. These impacts are described generally herein, with the understanding that BOEM would require every offshore wind project to develop a project-specific decommissioning plan to remove each facility at the end of its operational life. Those plans would all be subject to independent environmental and regulatory review requirements that would fully consider the impacts of project decommissioning in the context of future environmental baseline conditions.

---

[19] NMFS (2021b) recommends the following temporal definitions: short term (less than 2 years); long term (2 years to < life of the project); permanent (life of the project).

Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement



**Figure 3.6-2. Distribution of large-grained complex, complex, and soft-bottom benthic habitat within the Revolution Wind Farm maximum work area.**

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*



**Figure 3.6-3. Distribution of medium-density (246–491 boulders/acre) and low-density (50–245 boulders/acre) boulder fields and scattered surficial boulders (< 50 boulders/acre) within the Revolution Wind Farm maximum work area.**

Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement



**Figure 3.6-4. Distribution of large-grained complex, complex, and soft-bottom benthic habitat within the Revolution Wind Export Cable corridor.**

Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement



**Figure 3.6-5. Distribution of medium-density (246–491 boulders/acre) and low-density (50–245 boulders/acre) boulder fields and scattered surficial boulders (< 50 boulders/acre) within the Revolution Wind Export Cable corridor.**

**Offshore Activities and Facilities**

Anchoring and new cable emplacement/maintenance: Under the No Action Alternative, the Project would not be built. Certain activities such as construction vessel transits and cable emplacement and maintenance activities could conceivably occur within the benthic habitat GAA; however, no specific projects or activities have been identified. In the absence of information about planned non-project activities in the GAA, the impacts of this IPF would be **negligible** adverse. Should future projects include anchoring and cable placement activities within the GAA, **minor** adverse impacts on benthic habitats could result from this IPF. The rationale for this conclusion is based on the same rationale presented for the Proposed Action in Section 3.6.2.4.3.

Climate change: Climate change is altering water temperatures, circulation patterns, and oceanic chemistry at global scales. These changes could indirectly affect benthic habitat structure and composition through a variety of mechanisms. For example, changes in freshwater runoff rates and the frequency of large storm events could change the rate of delivery of fine sediments to nearshore environments and sediment transport patterns in the offshore environment. Climate change has resulted in a measurable increase in annual precipitation on the East Coast, increasing the amount of freshwater runoff and the delivery of sediments and stormwater pollutants to coastal and estuarine habitats. This has altered the character of these habitats in ways that have adversely affected some marine species (NOAA 2021). Sediment transport patterns on the Mid-Atlantic OCS are strongly influenced by winter storm events (Daylander et al. 2012). Climate change is projected to lead to a general decrease in wave height and change in wave period on the Mid-Atlantic OCS (Erikson et al. 2016), which could modify these sediment transport patterns. This in turn could alter the structure of certain benthic habitats and the distribution of benthic features like sandwaves and ripples within the GAA over time. Climate change has also influenced benthic habitat composition by altering the environmental conditions experienced by habitat-forming invertebrates in the GAA. For example, warmer water could influence invertebrate migration and could increase the frequency or magnitude of disease (Brothers et al. 2016; Hoegh-Guldberg and Bruno 2010). Ocean acidification, also a function of climate change trends, is contributing to reduced growth or the decline of zooplankton and other invertebrates that have calcareous shells (Pacific Marine Environmental Laboratory [PMEL] 2020). Climate change has also altered the distribution of many fish and invertebrate species, including organisms that prey on and provide forage for habitat-forming invertebrates (see Section 3.6.1.2). These trends are expected to continue under the No Action Alternative. The severity of impacts on benthic habitat resulting from climate change trends are uncertain but are anticipated to range from **minor** to **moderate** adverse and would be effectively permanent.

Presence of structures: Under the No Action Alternative, the Project would not be built and there would be no offshore wind–related structures placed within the GAA and no associated construction and operational activities. No associated effects would occur in the GAA and therefore the impacts of this IPF would be **negligible** adverse.

### 3.6.2.2.3    Conclusions

Under the No Action Alternative, BOEM would not approve the COP; Project construction and installation, O&M, and decommissioning would not occur; and potential impacts on benthic habitat and habitat-forming invertebrates associated with the Project would not occur.

Based on the analysis presented under the IPFs above, BOEM anticipates that the planned and future offshore wind activities would have no effect on benthic habitat composition within the GAA for benthic habitat. However, reasonably foreseeable impacts from climate change trends and other ongoing activities like navigation, dredging and dredge disposal, commercial vessel anchoring, and fishing activities would contribute to ongoing adverse impacts on benthic habitat composition. BOEM anticipates that the overall impacts associated with ongoing activities in the GAA combined with reasonably foreseeable environmental trends, and reasonably foreseeable activities other than offshore wind would result in **minor** to **moderate** adverse impacts on benthic habitat.

### 3.6.2.3    Alternative A: Impacts of the No Action Alternative on Invertebrates

#### 3.6.2.3.1    Impacts of the No Action Alternative

Under the No Action Alternative, baseline conditions for invertebrates (see Section 3.6.1) would continue to follow current regional trends and respond to IPFs introduced by other ongoing activities and by permitted and constructed offshore wind COP projects within the benthic GAA. These IPFs are described and analyzed in Appendix E1.

#### 3.6.2.3.2    Cumulative Impacts

This section discloses potential invertebrate impacts associated with future offshore wind development (without the Proposed Action). The cumulative impact analysis for the No Action Alternative for planned non-offshore wind activities, as well as activities associated with constructed or approved offshore wind projects (without the Proposed Action), is provided in Appendix E1. The duration of impacts disclosed for this resource deviate slightly from general guidelines provided in Section 3.3 (see footnote in Section 3.6.2.2.2).

**Offshore Activities and Facilities**

<u>Accidental releases and discharges:</u> Offshore wind energy development could result in the accidental release of water quality contaminants or trash/debris, which could theoretically lead to an increase in debris and pollution in the invertebrate GAA. Additionally, increased vessel traffic associated with offshore wind energy development presents the potential for the inadvertent introduction of invasive species during discharge of ballast and bilge water. This includes invasive invertebrate species that could compete with, prey on, or introduce pathogens that negatively affect native invertebrates. See Section 3.21.1 for an analysis of the contribution of future offshore wind projects to water quality. Compliance with state and federal regulatory water quality requirements would effectively avoid any measurable impacts on invertebrates.

The risk of releases from future offshore wind activities would represent a low percentage of the overall risk from ongoing activities. In the context of reasonably foreseeable environmental trends, the combined impacts on invertebrate resources (mortality, decreased fitness, disease) from accidental releases and discharges are expected to be minimal, localized, and short term due to the likely limited extent and duration of a release. On this basis, the effects of this IPF on invertebrates under the No Action Alternative would be **negligible** adverse.

<u>Anchoring and new cable emplacement/maintenance:</u> Up to 8,427 acres could be affected by anchoring/mooring activities during offshore wind energy development within the invertebrate GAA. As

discussed under benthic habitat, this offshore energy facility construction would involve direct disturbance of the seafloor, leading to direct impacts on invertebrates, and these effects would be localized to the disturbance footprint and vicinity. The severity of these effects would vary depending on the species and life stage sensitivity to specific stressors that extend into the area, resulting in **minor** to **moderate** adverse impacts on invertebrates. Such impacts are expected to be localized and short term but could be long term in duration if they occur in eelgrass beds or permanent if they occur in hard-bottom habitats.

Future projects would also disturb up to 101,381 acres of seafloor from cable installation within the invertebrate GAA. The specific type and extent of habitat conversion and the resulting effects on invertebrates due to seafloor disturbance would vary depending on the project design and site-specific conditions. In addition, bottom-disturbing fishing activities, such as benthic trawl and scallop dredge fisheries, would continue to occur. These activities would result in short-term to long-term alterations of the seafloor. Invertebrates associated with soft-bottom habitat could be displaced if desired habitats, such as biogenic depressions, are altered, and the duration of displacement would vary depending on the nature of the effect. For example, seafloor preparation and cable installation would flatten sand ripples and eliminate or alter depressions in soft-bottom habitats. As stated in Section 3.6.1.1, those habitats are continually reshaped by natural sediment transport processes. Based on observed rates of sediment transport in the region (Daylander et al. 2012), these features would be expected to recover within 18 to 30 months as the seafloor is reshaped by these natural processes. Seafloor-dwelling organisms are adapted to these naturally dynamic conditions and are capable of recovering from disturbance relatively quickly (Grabowski et al. 2014; HDR 2018). In contrast, relocation of boulders into soft-bottom habitat during seafloor preparation could permanently displace invertebrates that rely on sand and mud substrates from the affected footprint. Some of these losses would be offset by the exposure of soft-bottom habitats where boulders were previously located.

Bycatch: A range of monitoring activities have been proposed to evaluate the short-term and long-term effects of existing and planned offshore wind development on biological resources and are also likely for future wind energy projects on the OCS. Some of these monitoring activities are likely to affect invertebrates. For example, the South Fork Wind Fisheries Research and Monitoring Plan (SFWF and Inspire Environmental 2020) included both direct sampling of invertebrates and the potential for bycatch of invertebrates and/or damage to habitat-forming invertebrates by sample collection gear. Biological monitoring uses the same types of methods and equipment employed in commercial fisheries, meaning that impacts to invertebrates would be similar in nature but reduced in extent in comparison to impacts from current and likely future fishing activity. Monitoring activities are commonly conducted by commercial fishers under contract who would otherwise be engaged in fishing activity. As such, research and monitoring activities related to offshore wind would not necessarily result in an increase in bycatch-related impacts on invertebrates, although the distribution of those impacts could change. Therefore, any bycatch-related impacts on invertebrates would be **negligible** to **minor** adverse and short term in duration.

Climate change: As discussed under benthic habitat, climate change is altering water temperatures, circulation patterns, and oceanic chemistry at global scales. These changes have affected habitat suitability for the invertebrate community of the GAA. For example, several invertebrate species are shifting in distribution to the northeast, farther from shore and into deeper waters, in response to an overall increase in water temperatures and an increasing frequency of marine heat waves (NOAA 2021). Hale et al. (2017) observed that the biogeographic ranges of several species of subtidal benthic

invertebrates, such as clams and bristleworms, are shifting northward in an apparent response to these stressors. Tanaka et al. (2020) project that suitable habitat ranges on the Mid-Atlantic OCS for lobster and sea scallop are likely to shift farther offshore and northward, respectively, in the coming decades. Warmer water could broadly influence invertebrate migration and dispersal, rates of colonization by invasive species, and the frequency and severity of disease outbreaks (Brothers et al. 2016; Hoegh-Guldberg and Bruno 2010). Ocean acidification, also a function of climate change trends, is contributing to the reduced growth or decline of zooplankton and other invertebrates that have calcareous shells (PMEL 2020; Petraitis and Dudgeon 2020). These ongoing changes have altered marine habitats in ways that have adversely affected some marine invertebrate species (NOAA 2021), including habitat-forming organisms. These trends are expected to continue under the No Action Alternative. The intensity of adverse impacts resulting from climate change trends are uncertain but are anticipated to be **minor** to **moderate** adverse.

EMF: Numerous submarine power and communications cables are present within the GAA for invertebrates. These cables would presumably continue to operate and generate EMF effects under the No Action Alternative. Although the type and capacity of those cables are not specified, the associated baseline EMF effects can be inferred from available literature. For example, electrical telecommunications cables are likely to induce a weak EMF on the order of 1 to 6.3 microvolts μV) per meter within 3.3 feet (1 m) of the cable path (Gill et al. 2005). Fiber-optic communications cables with optical repeaters would not produce EMF effects. EMF effects from submarine power cables would be similar in magnitude to those described for the Proposed Action but would vary depending on specific transmission load. For example, the two power cables supplying Nantucket Island at a typical load of 46 kV and 420 amps (Balducci et al. 2019).

Under the No Action Alternative, up to 13,469 miles of offshore wind–related transmission cable would be added in the invertebrate GAA, producing EMF effects in the immediate vicinity of each cable during operations. BOEM anticipates that the proposed offshore energy projects would use high-voltage alternating current (HVAC) transmission, but high-voltage direct current (HVDC) designs are possible and could occur. BOEM would require these future submarine power cables to have appropriate shielding and burial depth to minimize potential EMF effects from cable operation. EMF effects from these future projects on invertebrates would vary in extent and magnitude depending on overall cable length, the proportion of buried versus exposed cable segments, and project-specific transmission design (e.g., HVAC or HVDC, transmission voltage, etc.). The available research on EMF effects on invertebrates is contradictory, varying between studies and by type of transmission, making it difficult to draw definitive conclusions (Hutchison et al. 2020a, 2020b). However, HVAC transmission appears to be less likely to result in measurable physiological or behavioral effects (Hutchison et al. 2020b). Minor effects, should they occur, would be limited to short-term behavioral responses (e.g., brief changes in foraging behavior or swimming direction) that are unlikely to have a biologically significant effect at individual or population levels. Projects that use HVDC transmission could result in greater impacts, but no such projects are currently proposed. HVAC transmission would result in substrate heating effects. In general, these effects are limited to within 2 feet or less of each cable. Cables are typically buried at target depths greater than 4 feet, meaning that invertebrates are unlikely to be impacted by heating effects from buried cable segments. However, substrate heating may occur near the bed surface at the transition points between buried and unburied cable sections, negatively impacting benthic infauna in these specific areas. However, these effects would be limited in extent and would fully recover after the Project is decommissioned and the cables are removed. Accordingly, long-term effects from Project-related EMFs

on invertebrates that live in or directly on the seafloor could range from **negligible** to **minor** adverse for projects using HVAC transmission.

Light: Planned future activities include up to 3,088 offshore WTGs and OSS foundations in the GAA for invertebrates. The construction and O&M of these structures would introduce new short-term and long-term sources of artificial light to the offshore environment in the forms of vessel lighting and navigation and safety lighting on offshore WTGs and OSS foundations. Artificial light can attract mobile invertebrates and can influence biological functions (e.g., spawning) that are triggered by changes in daily and seasonal daylight cycles (Davies et al. 2015; McConnell et al. 2010). BOEM has issued guidance for avoiding and minimizing artificial lighting impacts from offshore energy facilities and associated construction vessels (BOEM 2021a; Orr et al. 2013) and has concluded that adherence to these measures should effectively avoid adverse effects on invertebrates, fish, and other aquatic organisms. BOEM would require all future offshore energy projects to comply with this guidance. Given the minimal and localized nature of lighting effects anticipated under this guidance, the related effects from proposed future activities on invertebrates are likely to be **negligible** adverse.

Noise: Numerous proposed offshore wind construction projects could be developed on the Mid-Atlantic OCS between 2022 to 2030 (see Appendix E). This would result in noise-generating activities—specifically, impact pile driving, high-resolution geophysical (HRG) surveys, construction and O&M vessel use, and WTG operation. Based on the scientific research summarized below, BOEM believes it is reasonable to conclude that impact pile driving, construction vessel, and HRG survey noise from future projects could have localized adverse effects on invertebrates. Due to the unknowns associated with proposed projects, the timing and extent of these effects on habitat and aquatic community structure cannot currently be quantified. However, as discussed below, invertebrates are relatively insensitive to underwater noise in comparison to other aquatic organisms like fish and marine mammals. Therefore, the severity of these impacts is likely to be limited to short-term impacts on individuals with no measurable effects at the population level.

Certain construction activities, specifically impact and vibratory pile driving and HRG surveys, would produce intense underwater sound potentially detectable to invertebrates. Invertebrates in general are insensitive to sound pressure and can only detect the particle motion component of sound, or the vibration of the surrounding water column and sediments in immediate proximity to a sound source (Carroll et al. 2016; Edmonds et al. 2016; Hawkins and Popper 2014). Detectable particle motion effects on invertebrates are typically limited to within 7 feet of the source or less (Carroll et al. 2016; Edmonds et al. 2016; Hawkins and Popper 2014; Payne et al. 2007). Intense particle motion exposure can have harmful effects on invertebrate larvae close to (i.e., within inches of) the source (Aguilar de Soto et al. 2013). Vibration from impact pile driving can also be transmitted through sediments. Recent research (Jones et al. 2020, 2021) indicate that longfin squid can sense and respond to vibrations from impact pile driving at a greater distance based on sound exposure experiments. This in turn suggests that infaunal organisms, such as clams, worms, and amphipods, may exhibit a behavioral response to vibration effects over a larger area, but additional research is needed to confirm these effects and their biological significance. Particle motion effects could theoretically cause injury and/or mortality to invertebrates in a limited area around each pile and can cause short-term stress and behavioral changes to individuals over a greater area. The affected areas would likely be recolonized in the short term, and the overall impact on invertebrates would be **minor** adverse.

Tougaard et al. (2020) summarized available monitoring data on wind farm operational noise, including both older generation geared turbine designs and quieter modern direct-drive systems like those proposed for the RWF. They determined that operating turbines produce underwater noise on the order of 110 to 125 root mean square decibels (dB$_{RMS}$), occasionally reaching as high as 128 dB$_{RMS}$, in the 10-hertz (Hz) to 8-kilohertz (kHz) range. This is consistent with the noise levels observed at the Block Island Wind Farm (BIWF) (110 to 125 decibels referenced to a pressure of one micropascal [dB re 1 µPa] sound pressure level [SPL] RMS) (Elliot et al. 2019) and the range of values observed at European wind farms. However, the 6-MW direct-drive turbines used at BIWF may not be representative of noise levels produced by higher capacity WTG designs under consideration for planned and foreseeable future wind energy projects. These larger designs have yet to be employed, so no comparable observational data are currently available. Stober and Thomsen (2021) used monitoring data and modeling to estimate operational noise current generation direct-drive WTGs of up to 10 MW in capacity and concluded that these designs could generate higher operational noise levels than those reported in earlier research. This suggests that operational noise effects on invertebrates could be more intense and extensive than those considered herein, but additional research is required to determine if significant effects on invertebrates are likely to occur.

In general, anticipated noise and particle motion levels from Project operations are below levels associated with behavioral and injury-level effects on invertebrates and are comparable to the environmental baseline in busy marine traffic areas. WTG foundations are readily colonized by diverse invertebrate communities (Degraer et al. 2020; Hutchison et al. 2020c), indicating that operational noise has a **negligible** adverse effect on habitat suitability for benthic invertebrate species. Certain invertebrate species, such as cephalopods, may be more sensitive to underwater noise effects (see Section 3.6.2.5.1). Higher capacity WTGs could theoretically produce operational noise approaching levels associated with injury-level effects on cephalopods in recent research (see Section 3.6.2.5.2). However, this is an evolving area of research, and insufficient information is available to determine the likelihood and extent of such effects. Should certain invertebrate species prove sensitive to operational noise effects, effects on invertebrates could range from **negligible** to **minor** adverse, varying by species.

On this basis, underwater noise impacts from future wind energy development would likely result in short-term localized effects on some invertebrate species in immediate proximity to intense sound sources like pile driving. These effects would end when construction is complete. While individual invertebrates could be harmed by noise impacts, potentially harmful impacts would be limited in extent and population-level effects would likely be unmeasurable. Underwater noise from the operation of individual wind farms would last for the life of each project. However, the resulting noise effects are not likely to produce measurable impacts on individual invertebrates. On this basis, noise effects on invertebrates from future wind energy development in the GAA are likely to be **minor** adverse and limited to short-term impacts during project construction.

Presence of structures: The future addition of up to 3,088 new WTG and OSS foundations in the invertebrate GAA would create a network of artificial reef effects that influence invertebrate community structure within and in proximity to the project footprints and beyond. These reefs form biological hotspots that could support species range shifts and expansions, the establishment of nonnative species, and changes in biological community structure. The ecological effects of artificial reefs share some commonality across regions with variation influenced by site-specific oceanographic conditions and the existing biological community (Degraer et al. 2020; Methratta and Dardick 2019; Raoux et al. 2017). The

resulting effects on invertebrates would vary by species. For example, researchers observed changes in invertebrate community composition in sediments surrounding BIWF structures associated with changes in sediment composition caused by nutrient enrichment and the accumulation of shell hash from mussel colonies formed on the structures (Hutchison et al. 2020c). Based on responses observed at BIWF, invertebrates that colonize hard surfaces, like mussels, tunicates, and sponges, are likely to benefit from the new habitats created by offshore wind farms in the invertebrate GAA. Other invertebrate species, such as crabs, worms, and lobsters, that use these complex habitats for cover and foraging would similarly benefit. In contrast, invertebrate species associated with soft-bottom substrates would lose some habitat and could also be affected by changes in nutrient cycling associated with reef effects. Those changes could influence invertebrate community structure in the future, but the nature, extent, and biological significance of these potential changes are difficult to predict and a topic of ongoing research.

Several researchers (e.g., Coolen et al. 2020; Degraer et al. 2020; De Mesel et al. 2015; Hemery and Rose 2020) have raised concerns that offshore wind structures could provide novel habitats for nonnative species, serving as stepping stones that could facilitate the establishment of potentially harmful organisms. Nonnative species have been detected at wind farms in Europe and are commonly species that are already present in intertidal habitats and that are able to exploit newly created wind farm surfaces within a similar depth range near the water surface (Coolen et al. 2020; De Mesel et al. 2015). De Mesel et al. (2015) concluded that nonnative species were able to use wind farm foundations to expand their range within the North Sea. Coolen et al. (2020) similarly observed nonnative species on wind farm structures as well as on oil and gas platforms. Nonnative species were most common at surface to Mid-depths and comparatively rare around the base of the foundations. Hemery and Rose (2020) reviewed the available science and concluded that wind farms do not pose an inherently higher risk of nonnative species invasions than other existing marine installations. Further, these risks can be minimized by managing pathways for nonnative species introductions during project construction and O&M (e.g., through ballast water controls and avoiding ports where high-risk species are known to be present).

Impacts to invertebrates could range from **moderate** beneficial for organisms associated with hard surfaces to **minor** adverse and **minor** beneficial for organisms associated with soft-bottom habitat, varying by species. While reef effects would largely be limited to the areas within and or close to wind farm footprints, the development of individual or contiguous wind energy facilities in nearby areas could produce cumulative effects that could influence invertebrate community structure in the future. The likelihood, nature, and significance of these potential changes are difficult to predict and a topic of ongoing research.

Hydrodynamic disturbance resulting from the development of offshore wind farms is a topic of emerging concern. Human-made structures, especially tall vertical structures such as foundations, alter local water flow at a fine scale by potentially reducing wind-driven mixing of surface waters or increasing vertical mixing as water flows around the structure (Carpenter et al. 2016; Cazenave et al. 2016; Segtnan and Christakos 2015). When water flows around the structure, turbulence is introduced that influences local current speed and direction. Turbulent wakes have been observed and modeled at the kilometer scale (Cazenave et al. 2016; Vanhellemont and Ruddick 2014). While impacts on current speed and direction decrease rapidly around monopiles, there is a potential for hydrodynamic effects out to a kilometer from a monopile (Li et al. 2014). Direct observations of the influence of a monopile extended to at least 300 m, however, was indistinguishable from natural variability in a subsequent year (Schultze et al. 2020). The range of observed changes in current speed and direction 300 m to 1,000 m from a monopile is likely

related to local conditions, wind farm scale, and sensitivity of the analysis. In strongly stratified locations, the mixing seen at monopiles is often masked by processes forcing toward stratification (Schultze et al. 2020), but the introduction of nutrients from depth into the surface mixed layer can lead to a local increase in primary production (Floeter et al. 2017).

A growing body of research has demonstrated that the extraction of energy from the atmosphere and turbulent wakes created by in-water structures could have observable effects on oceanographic conditions up to tens of miles downfield from wind farm sites (e.g., Christiansen et al. 2022; Daewel et al. n.d. [2023]; Dorell et al. 2022; Floeter et al. 2022; Raghukumar et al. 2022). These atmospheric and oceanographic effects can also influence stratification and mixing of surface waters, although the extent of these effects and resulting significance on biological processes are likely to vary considerably between different oceanographic environments (van Berkel et al. 2020). Hydrodynamic effects are an issue of concern for offshore wind development on the Mid-Atlantic Bight because of potential effects on an oceanographic feature known as the "cold pool" (Chen et al. 2016). The cold pool is a mass of relatively cool water that forms in the spring and is maintained through the summer by stratification. The cold pool supports a diversity of marine fish and invertebrate species that are usually found farther north but thrive in the cooler waters it provides (Chen 2018; Lentz 2017). Changes in the size and seasonal duration of the cold pool over the past 5 decades are associated with shifts in the fish community composition of the Mid-Atlantic Bight (Chen 2018; Saba and Munroe 2019). Several lease areas within the RI/MA WEA are located on the approximate northern boundary of the cold pool. Changes in cold pool dynamics resulting from future activities, should they occur, could conceivably result in changes in habitat suitability and invertebrate community structure, but the extent and biological significance of these potential effects are unknown.

Van Berkel et al. (2020) and Schultze et al. (2020) note that environments characterized by strong seasonal stratification, such as the Mid-Atlantic Bight, are likely to be less sensitive to changes and disruptions to oceanographic processes from atmospheric effects. In addition, atmospheric effects are influenced by WTG design. Golbazi et al. (2022) demonstrated that the surface effects of wind wakes from 10- to 15-MW WTGs, the size range being considered for development in the region, were less than those produced by smaller turbine designs currently employed in Europe (Akhtar et al. 2022; Christiansen et al. 2022; Daewel et al. n.d. [2023]). Broadly speaking, the atmospheric effects of wind farms appear to decrease as WTG hub height above the sea surface increases. Collectively, these findings indicate that planned and probable future wind farm development on the Mid-Atlantic OCS are not likely to produce hydrodynamic effects on the order of those associated with European wind farm development in the southern North Sea (e.g., Christiansen et al. 2022; Daewel et al. n.d. [2023]; Dorell et al. 2022).

This conclusion is supported by regional modeling. BOEM has conducted a modeling study to predict how turbulent wakes and atmospheric effects resulting from offshore wind development in the RI/MA and MA WEAs could affect hydrodynamic conditions in the northern Mid-Atlantic Bight. Johnson et al. (2021) considered a range of development scenarios, including full build-out of both WEAs with 1,063 WTG and OSS foundations at approximately 1 nm spacing. Johnson et al. (2021) determined that all model scenarios would lead to small but measurable changes in current speed, wave height, and sediment transport in the northern Mid-Atlantic Bight. In addition, small changes in stratification could occur. Specifically, stratification within and downfield from the WEAs was likely to strengthen, leading to prolonged retention of cold water near the seafloor during spring and summer. These findings suggest that offshore wind development in these WEAs is unlikely to negatively disrupt cold pool dynamics.

Hydrodynamic effects would lead to changes in surface current and circulation patterns within and around the WEAs, which would in turn affect the dispersal of planktonic organisms, eggs, and larvae. Johnson et al. (2021) used an agent-based model to evaluate how these environmental changes could affect planktonic larval dispersal and settlement for two fish species and the Atlantic sea scallop. In the case of scallops, they determined that offshore wind development could affect larval dispersal patterns, leading to increases in settlement density in some areas and decreases in others. For example, larval dispersal to waters southwest of Block Island is predicted to increase while dispersal to waters south of Martha's Vineyard would decrease under all modeled scenarios (Johnson et al. 2021). These localized effects are unlikely to be biologically significant at population levels, as sea scallop larvae originate in both local and distant spawning areas and are dispersed throughout the region (Johnson et al. 2021).

Prior to the Johnson et al. (2021) analysis, Chen et al. (2016) used a hydrodynamic model to assess how the installation of large numbers of wind turbines on the Mid-Atlantic OCS would impact oceanographic processes during storm events. They determined that structure presence would not have a significant influence on southward larval transport from Georges Bank and Nantucket Shoals to the Mid-Atlantic Bight, but wind farm development could lead to an increase in cross-shelf larval dispersion. The combined findings of the Johnson et al. (2021) and Chen et al. (2016) modeling studies indicate that broad changes in regional circulation patterns are unlikely to occur as a result of regional offshore wind development. These patterns are broadly consistent over time but vary from year to year, and organisms that depend on circulation-driven larval dispersal are adapted to that variability (Chen et al. 2021; McCay et al. 2011; Munroe et al. 2018; Roarty et al. 2020; Zhang et al. 2015). In this context, localized shifts in larval transport and settlement density on the scale of miles to tens of miles are unlikely to negatively affect larval survival at regional scales. Even where they occur, localized changes in larval recruitment may not necessarily translate to negative effects on adult biomass. For example, Atlantic sea scallops are prone to overcrowding and reduced growth rates in areas where larval recruitment exceeds carrying capacity (Bethoney and Stokesbury 2019). In such cases, changes in dispersal that reduce overcrowding could lead to positive effects on larval growth and survival to adulthood.

While hydrodynamic impacts on invertebrates are likely to vary between species, the modeled findings for sea scallops are likely representative of the magnitude of potential effects on any invertebrate species that rely on current-driven dispersal of planktonic larvae. Localized changes in larval settlement patterns in the absence of population-level effects would constitute a **minor** adverse impact on this resource. This impact would be effectively permanent.

Sediment deposition and burial: As previously noted, cable placement and other construction activities would disturb the seafloor, creating plumes of fine sediment that would disperse and resettle in the vicinity. The resulting effects on invertebrates would likely be similar in nature to those observed during construction of the BIWF (Elliot et al. 2017) but would vary in extent and severity depending on the type and extent of disturbance and the nature of the substrates. Invertebrates like burrowing bivalve clams and burrow-forming amphipods are highly tolerant to burial (Gingras et al. 2008; Johnson 2018). More sedentary invertebrates that cannot move within the sediment column as quickly, such as tube-dwelling worms, could exhibit stress or mortality if completely buried (Johnson 2018). Some invertebrate species and their eggs and larvae could be adversely affected by burial by as little as 0.4 inch (10 mm) of fine sediment (Wilber and Clarke 2001), but indicators of stress are typically associated with burial depths on the order of 2 inches or more (Johnson 2018). Burial effects would be short term in duration, effectively ending once the sediments have resettled. Similarly, suspended sediment concentrations close to the

disturbance could exceed levels associated with behavioral and physiological effects on invertebrates but would dissipate with distance, generally returning to baseline conditions within a few hours. In theory, bed-disturbing activities occurring nearby (i.e., within a few hundred feet) could elevate suspended sediment levels, resulting in short-term **minor** adverse effects on invertebrates, including some habitat-forming invertebrate species.

### 3.6.2.3.3    Conclusions

Under the No Action Alternative, BOEM would not approve the COP; Project construction and installation, O&M, and decommissioning would not occur; and potential impacts on invertebrate species associated with the Project would not occur. However, ongoing and future activities, specifically the other planned and potential future offshore renewable energy projects identified in Appendix E, would continue to have short- to long-term impacts on invertebrates.

Should the proposed Project not be built, BOEM expects ongoing and future activities, including those related to offshore wind, will continue to affect invertebrates in the GAA. Invertebrates would continue to be exposed to a range of short- to long-term impacts from habitat disturbance, displacement, injury, mortality, and reduced reproductive success resulting from a variety of activities. These primarily include resource exploitation/regulated fishing effort, bottom-disturbing fishing activities, dredging, installation of new offshore structures and transmission cables, the presence of structures, and climate change trends.

Reasonably foreseeable activities other than offshore wind include commercial and recreational fishing effort; increasing vessel traffic; marine surveys, marine minerals extraction, port expansion, and channel-deepening activities; and the installation of new towers, buoys, and piers. Planned and reasonably foreseeable future activities and projects in the invertebrate GAA are summarized in Appendix E. These include planned and potential port expansions and improvements described in Appendix E, Table E-6. These and related activities may have a range of effect on benthic habitats and associated invertebrates (BOEM 2014, 2021b; Grabowski et al. 2014; Michel et al. 2013). BOEM expects the combination of ongoing activities and reasonably foreseeable activities other than offshore wind to result in **minor** to **moderate** adverse impacts on invertebrates, primarily driven by ongoing dredging and fishing activities.

The combined impact-level criteria in Table 3.3-2 and Table 3.3-3 are used to characterize the combined effects of all IPFs likely to occur under the No Action Alternative. BOEM anticipates that the overall impacts associated with future offshore wind activities in the GAA combined with ongoing activities, reasonably foreseeable environmental trends, and reasonably foreseeable activities other than offshore wind would result in **moderate** adverse impacts and could potentially include **moderate** beneficial impacts on invertebrate resources. Future offshore wind activities are expected to contribute considerably to several IPFs, primarily new cable emplacement and the presence of structures—namely, foundations and scour/cable protection. BOEM has concluded that the onshore components of offshore wind energy development are unlikely to measurably affect the marine environment and would therefore have no effect on marine invertebrates.

Likewise, BOEM anticipates that the overall impacts associated with future offshore wind activities in the GAA combined with ongoing activities, reasonably foreseeable environmental trends, and reasonably foreseeable activities other than offshore wind would result in **moderate** adverse impacts and potentially some **moderate** beneficial impacts for invertebrates. Future offshore wind activities are expected to contribute considerably to several IPFs, the most prominent being the presence of structures. Ongoing and

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

future research surveys and monitoring studies will help improve the understanding of the effects of offshore wind development on invertebrates and other marine species.

### 3.6.2.4    Alternative B: Impacts of the Proposed Action on Benthic Habitat

### 3.6.2.4.1    Construction and Installation Offshore Activities and Facilities

#### Offshore Activities and Facilities

<u>Anchoring and new cable emplacement/maintenance:</u> The construction of the RWF and RWEC would result in a range of short-term and long-term impacts on benthic habitat from vessel anchoring, cable installation, seafloor preparation, and placement of cable protection. The estimated acres of construction-related impacts on benthic habitat resulting from each of these construction activities are summarized in Table 3.6-4.

**Table 3.6-4. Acres of Benthic Habitat Disturbance by Construction Activity and Percentage Distribution by Habitat Type**

| Construction Activity | Maximum Construction Disturbance Footprint (acres) | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| General construction vessel anchoring* | 3,167 | 19.1% | 30.1% | 50.9% |
| Jack-up vessel anchoring[†] | 21.1 | 19.0% | 29.7% | 51.3% |
| Pull-ahead anchoring[†] | 16.1 | 0.0% | 21.4% | 78.2% |
| IAC and cable protection[‡] | 1,183 | 18.6% | 26.1% | 55.3% |
| OSS-link cable and cable protection[‡] | 59.4 | 12.5% | 26.7% | 60.8% |
| RWEC installation and cable protection[‡,§] | 759 | 2.3%[¶] | 22% | 75.7% |
| RWEC cable joint installation | 40.8 | | | |
| Sea to shore transition | 0.8 | 0% | 0% | 100% |
| Maximum bed disturbance footprint[¥] | 5,247.2 | 14.9% | 27.3% | 57.8% |

* Estimated total assuming that seafloor impacts from general construction vessel anchoring will occur within a 656-foot radius around each foundation (COP Table 4.1.1-1); acreage shown is the total area for all foundations minus the jack-up vessel anchoring footprint. The values presented represent the acreage and habitat composition of the area where anchoring impacts may occur. The actual footprint of anchoring impacts is not currently known but would likely only represent a fraction of this area.

[†] Jack-up vessel anchoring impacts based on an estimated 0.18 acre of seafloor impacts per vessel jack-up event. OSS foundations will require one jack-up event per installation. An estimated 85% of WTG installations will require one jack-up

event and 15% will require two jack-up events. The total area where general vessel anchoring impacts around foundations may occur assumes a 656-foot (200-m) impact radius. The actual acres of anchoring impacts would likely be less than this total. Pull-ahead anchoring impact estimate calculated using an anchor width of 18 feet, typical drag lengths per set, in sand and medium clay sediments for a 5-metric-ton STEVIN MK3 anchor (Vryhof 2018), and 200, 150, and 50 anchor sets during construction of the RWEC-RI, RWEC-OCS, and OSS-link cable, respectively. Values consider the proportional distribution of mapped sediment types along each cable path.

‡ Values represent the estimated extent of benthic habitat impacts for IAC, OSS-link cable, and RWEC construction. The estimates reflects the maximum footprint of overlapping habitat impacts from seafloor preparation (pre-lay grapnel run, boulder relocation), cable installation, and placement of cable protection. The proportional distribution of impacts by habitat type for each Project element is based on the habitat composition of the approved 40-m wide impact corridor for each Project element. Habitat impacts could occur anywhere within this 40-m wide corridor, which covers approximately 1,355, 1,824, and 122 acres for the RWEC, IAC, and OSS-link, respectively. The total area impacted by placement of cable protection is 74.1 acres for the IAC, 4.4 acres for the OSS-link cable, and 60.6 acres for the RWEC. These impacts would occur within the respective seafloor preparation footprints for each Project component, predominantly in complex benthic habitat where boulders and other hard substrates prevent cable burial. The cable joint installation impact estimate assumes four cable joint installations, two each within RWEC segments on the OCS and in state waters, with a 673-foot-wide impact corridor at each joint location. Acreages shown are non-overlapping impacts extending beyond the seafloor preparation corridor for cable installation.

§ Bed disturbance footprint based on a 23-m-wide average installation corridor width for boulder relocation, the reported proportion of cable route requiring boulder relocation, and an overlapping 7.5-m-wide impact corridor width for cable installation for each RWEC #1 and RWEC #2 cable path with no corridor overlap. These impacts may occur anywhere within a 40-m wide corridor around each cable covering approximately 3,943 acres for all cables combined.

¶ Total includes 0.3% of benthic habitat structure that is anthropogenic in origin (concrete rubble, bridge demolition debris, etc.).

¥ Total acreage represents the estimated total impact footprint, not accounting for jack-up vessel anchoring impacts that overlap the 200-m impact radius for general vessel anchoring. These overlapping impacts may occur later in time.

The estimated anchoring impacts presented in Table 3.6-4 are based on the best currently available information, comprising anchoring information presented in the COP and supplemental information about jack-up vessel anchoring and pull-ahead anchoring provided by Revolution Wind. The general vessel anchoring estimate of 3,167 acres comprises the area covered by one hundred two 656-foot- (200-m-) radius circles, one around each proposed WTG and OSS foundation, where construction-related anchoring impacts may occur. Actual anchoring requirements and the average extent of impacts per foundation would likely be appreciably smaller. Jack-up vessel and pull-ahead anchoring acreage estimates are precise and based on currently understood anchoring requirements and equipment. Jack-up vessel anchoring during WTG and OSS foundation installation would impact approximately 21.1 acres of seafloor habitat. Some portion of these impacts would occur in areas previously impacted by seafloor preparation for foundation installation and subsequently impacted by placement of scour protection. Pull-ahead anchoring for cable installation would impact an estimated 16.1 acres, based on the anticipated number of anchoring events, anchor type, and substrate conditions in the RWEC corridor. Combined impacts from general vessel anchoring, jack-up vessel anchoring, and pull-ahead anchoring would impact up to, but likely less than, an estimated total of 3,204 acres of seafloor. Benthic habitat in the areas wherein anchoring impacts could occur is composed of approximately 19.1% large-grained complex, 30.0% complex, and 50.9% soft-bottom habitats. However, the total acreage and distribution of anchoring impacts cannot be predicted with certainty as anchoring requirements and vessel positioning are affected by construction needs and real-time wind and current conditions. The vessel anchoring plan developed by the applicant (see EPM Ben-6 in Table F-1, Appendix F) will be used to identify and avoid impacts to large-grained complex and complex benthic habitats to the greatest extent practicable. Impacts on bedforms in soft-bottom benthic habitat are expected to recover within 18 to 30 months following initial disturbance as a result of natural sediment transport processes (Daylander et al. 2012) and recolonization by habitat-forming organisms from adjacent habitats. This estimate is based on observed recovery rates

from fishing-related disturbance (Grabowski et al. 2014) and from cable installation impacts at the nearby BIWF (HDR 2020) and for similar bed disturbance impacts observed in other regions (de Marignac et al. 2008). In contrast, anchoring in complex and large-grained complex habitats could result in long-term to permanent impacts on habitat structure by redistributing coarse substrates (i.e., creation of anchor furrows) and by damaging habitat-forming organisms on those substrates. These habitats would likely recover to functional condition within 10 years of the disturbance (see Section 3.6.2.5.1). These impacts would constitute a **minor** adverse impact to benthic habitat.

Cable installation impact acreage values presented in Table 3.6-4 represent the best available estimate of the total impact footprint for the Proposed Action design, based on proposed seafloor preparation and cable installation technologies and methods. These impacts could occur anywhere within the 131-foot- (40-m-) wide cable installation impact corridors, which cover an estimated 1,325, 2,471, and 148 acres for the RWEC, IAC, and OSS-link, respectively. The precise location of specific seafloor preparation impacts is not currently known; therefore, the distribution of impacts by habitat type for each cable is based on the composition of its respective impact corridor. Micrositing will be used during construction to minimize impacts on large-grained complex and complex benthic habitats to the greatest extent practicable. This would shift some of the projected impacts on complex habitats to soft-bottom habitat. Therefore, the actual distribution of impacts by habitat type will likely vary from the estimates presented in Table 3.6-4.

Seafloor preparation and cable installation activities would impact approximately 158 and 743 acres of large-grained complex habitat and complex habitat, respectively, and 2,375 acres of soft-bottom habitat within the RWF and RWEC construction footprints. Seafloor preparation in large-grained complex, complex, and heterogenous complex benthic habitats would clear larger substrates like boulders and cobbles from the construction footprint by rolling them to the edge of the clearance area using a large plow dragged behind a construction vessel. Boulder relocation would permanently modify the distribution of substrates in the affected area, resulting in a long-term effect on benthic habitat composition. Moreover, habitat-forming invertebrates damaged or killed during boulder relocation could take several years to fully recover. This would constitute a long-term effect on benthic habitat structure. This seafloor disturbance would constitute a long-term habitat modification resulting in **minor** adverse impacts to benthic habitat (see also O&M effects in Section 3.6.2.2.2).

While placement of concrete mattress cable protection would occur during Project construction, these features would remain in place throughout the operational life of the Project and would have long-term effects on habitat composition in all habitat types. These long-term effects are therefore considered in Section 3.6.2.4.2 under O&M and Decommissioning.

<u>Presence of structures:</u> The installation of up to 102 offshore monopile foundations with associated scour protection would result in the direct disturbance of benthic habitats. The duration of these impacts would vary depending on the type of benthic habitat impacted. Disturbance of soft-bottom benthic habitat would flatten sand ripples, pits, and depressions and kill or displace habitat-forming invertebrates living on and in the seafloor within the impact footprint. Disturbance of complex benthic habitat during seafloor preparation could change benthic habitat composition by relocating boulders and cobbles and exposing soft substrates. The estimated extent of effects by construction activity is summarized in Table 3.6-5. All monopile foundation, cable protection system, and scour protection placement impacts would occur in areas that were previously disturbed during seafloor preparation. Impacts to benthic habitat from the presence of structures would be long term in duration, but the affected habitats would develop into

functional complex habitat over time as they are colonized by habitat-forming invertebrates. Those habitats would recover after structures are decommissioned and removed. Consistent with the impact level definitions presented in Table 3.2-2, the presence of structures would therefore result in a long-term **moderate** adverse effect on benthic habitat.

An unknown proportion of scour protection impacts would occur in areas previously disturbed by general construction and jack-up vessel anchoring during foundation and WTG installation.

**Table 3.6-5. Acres of Benthic Habitat Disturbance by Construction Activity and Percentage Distribution by Habitat Type**

| Construction Activity | Maximum Construction Disturbance Footprint (acres) | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| Seafloor preparation* | 734 | 18.9% | 29.6% | 51.5% |
| Monopile foundations and scour protection† | 74.3 | 20.0% | 30.1% | 49.9% |
| Cable protection systems‡ | 7.1 | | | |

* Revolution Wind estimates that seafloor preparation could be required within approximately 23% of a 656-foot radius, or 7.2 acres, around each WTG and OSS foundation.

† The habitat composition shown is based on the mapped habitat composition within a circular seafloor preparation radius of 316 feet (96 m) and within the proposed monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively. An estimated 0.7 acre of rock scour protection would be placed in a circular area around each monopile. Both monopile and scour protection impacts occur within the seafloor preparation footprint and are overlapping impacts.

‡ Cable protection system installation at WTG and OSS foundation installation would mostly overlap scour protection, but some benthic habitat disturbance would extend beyond the scour protection footprint (approximately 0.07 additional acre per foundation). These impacts will occur within the broader seafloor preparation footprint.

While placement of the monopile foundations, cable protection systems, and scour protection are elements of Project construction and installation, these features would remain in place throughout the operational life of the Project and would have long-term effects on habitat composition in all habitat types. These long-term effects are therefore considered in Section 3.6.2.4.2 under O&M and Decommissioning.

### 3.6.2.4.2    Operations and Maintenance and Decommissioning

#### Offshore Activities and Facilities

<u>Anchoring and new cable emplacement/maintenance:</u> Cable protection maintenance and the eventual decommissioning and removal of buried cables would produce similar effects as those described for construction and installation in Section 3.6.2.2.1. These effects would include direct disturbance of the seafloor, suspended sediment deposition in the surrounding area, and injury and displacement of invertebrates using these habitats. Habitat-forming benthic invertebrates could be damaged or killed outright, but the affected hard surfaces would be recolonized over time. Impacts to benthic habitat could include disturbance and relocation of boulders and hard substrates and flattening of ripples and

depressions. These adverse impacts would be short term in duration and would recover over time without mitigation and would therefore be **minor** adverse.

<u>Presence of structures:</u> This section describes long-term alterations of benthic habitat composition, specifically the mixture and distribution of different types of substrates, resulting from the presence of structures under the Proposed Action during operations. This IPF would also result in impacts to benthic habitat structure through effects on habitat-forming organisms, varying in duration by habitat type. Effects to habitat structure resulting from impacts on habitat-forming organisms are discussed under operational impacts on invertebrates in Section 3.6.2.3.2.

The Proposed Action would alter benthic habitat composition, converting existing large-grained complex, complex, and soft-bottom benthic habitat to artificial or introduced hard surfaces. In addition, redistribution of cobbles and boulders during seafloor preparation would convert some existing hard-bottom substrate into soft-bottom substrates and vice versa. For example, anchor scars from BIWF construction created corridors of sandy soft-bottom habitat through existing boulder fields that have persisted since the project was completed (Guarinello and Carey 2020). Similar effects would be anticipated from boulder clearing. The acres of potential impacts to benthic habitat composition and distribution by habitat type are summarized in Table 3.6-6. In general terms, RWF and RWEC installation would permanently displace some benthic habitat within the monopile footprints, would alter the character of existing hard-bottom habitat exposed to reef effects, and would convert some soft-bottom benthic habitat to new hard surfaces in the form of scour protection and concrete mattresses. These effects would be long-term to permanent in duration.

Seafloor preparation for foundation installation would result in the long-term modification of approximately 734 acres of benthic habitat, and the subsequent placement of monopiles, scour protection, and cable protection systems would permanently modify 81.4 acres within this footprint. In total, an estimated 209.5 acres of benthic habitat would be exposed to long-term habitat conversion effects from placement of scour and cable protection within the cable and foundation installation footprints. Of this total, approximately 3.1 acres of habitat would be displaced by monopile foundations. The remainder would be impacted by the placement of scour protection and cable protection systems around each foundation and by placement of cable protection. Approximately 1,835 acres of benthic habitat would be affected by boulder relocation during IAC, OSS-link cable, and RWEC construction, and 128.2 acres within this footprint would subsequently be modified by placement of cable protection. These impacts could occur anywhere within a 131-foot- (40-m-) wide cable installation impact corridor, totaling 3,301 combined acres for the RWEC, IAC, and OSS-link cable.

**Table 3.6-6. Acres of Benthic Habitat Disturbance by Operations and Maintenance and Decommissioning Activities and Percentage Distribution by Habitat Type**

| Operations and Maintenance and Decommissioning Activity | Maximum Seafloor Footprint (acres) | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| WTG and OSS foundations | 2.8 | 20.2% | 29.3% | 50.5% |
| Foundation scour protection | 71.4 | 20.0% | 30.1% | 49.9% |
| Cable protection systems* | 7.1 | 20.0% | 30.1% | 49.9% |
| Cable protection† | 128.2 | 18.5% | 26.1% | 55.3% |
| **Total** | 209.5 | 18.4% | 26.6% | 55.1% |

* Benthic habitat impacts from cable protection systems installed at WTG and OSS foundation installation extending beyond the scour protection footprint (approximately 0.07 additional acre per foundation).

† Protective structures placed on exposed segments of the RWEC, IAC, and OSS-link cable, independent from cable protection systems at monopile foundations. Cable protection requirements are specified in the COP as an estimated percentage of total cable length. These features may be placed anywhere within the 131-foot-(40-m-) wide cable installation corridor totaling 3,301 combined acres for the RWEC, IAC, and OSS-link.

The precise distribution of habitat conversion impacts by benthic habitat type cannot be predicted with certainty as preconstruction micrositing will affect where Project features are ultimately located. However, the habitat conversion impacts described above would occur within areas having the habitat composition shown in Table 3.6-6. In general, long-term impacts from boulder relocation are expected to occur in areas where boulders are most prevalent and are therefore most likely to occur in large-grained complex and complex benthic habitats. However, boulder relocation could move boulders into soft-bottom habitat, changing habitat composition. Cable protection would most likely be required in areas where hard substrates, such as boulder fields, prevent cable burial. This means that cable protection impacts are more likely to occur in large-grained complex and complex habitats, and those acres of impacts would overlap habitats previously impacted by seafloor preparation. However, cable protection would also be used in soft-bottom habitat where required (e.g., at cable crossings). The values presented in this EIS likely overestimate the total acres of impacts that would occur, as micrositing of the foundations and cable routes would emphasize relocating Project features into soft-bottom benthic habitat where practicable. This would reduce the extent of long-term impacts. For example, adjusting cable routes to avoid complex benthic habitat could mean that less cable protection is ultimately required. Therefore, fewer acres of long-term habitat impacts would occur.

The introduction of 102 WTG and OSS foundations would alter pelagic habitats by introducing approximately 1.2 million square feet (107,500 $m^2$) of vertical hard surfaces into the water column. Over time these foundations, surrounding scour protection, and cable protection mattresses would become colonized by sessile invertebrates, such as mussels, tunicates, anemones, and sponges, creating complex habitat. Damage to complex habitat structure from construction would also recover over time as surfaces are recolonized by habitat-forming organisms, but full recovery could require several years, potentially a decade or more for certain organisms. Long-term effects to benthic habitat structure are described in greater detail under the presence of structures IPF in Section 3.6.2.3.2.

The Proposed Action would permanently alter benthic habitats within the GAA, generating an array of effects on benthic habitat function. Soft-bottom habitats would be permanently displaced while effects on large-grained complex and complex benthic habitats would range from short term to long term or permanent. Some benthic species could recolonize new hard surfaces within 2 to 4 years while others take a decade or more to recover from damage and/or colonize new surfaces like concrete mattresses. For example, concrete mattresses used at the BIWF did not exhibit surface growth of habitat-forming invertebrates after 3 years, but the structures provided refuge space for some fish and invertebrate species (HDR 2020).

This would constitute a long-term reduction in benthic habitat function. In contrast, biologically productive reef effects like those observed at the BIWF would likely develop within 3 to 4 years after construction, continuing to mature over the life of the Project. These effects could be **minor** to **moderate** adverse or **moderate** beneficial, depending on how benthic habitat change influences the broader biological community.

### 3.6.2.4.3    Cumulative Impacts

#### Offshore Activities and Facilities

<u>Anchoring and new cable emplacement/maintenance:</u> The Proposed Action would result in localized minor to moderate adverse impacts to benthic habitats and invertebrates through an estimated 3,204 acres of anchoring and mooring-related disturbance and 3,452 acres of cabling-related seafloor disturbance within the benthic habitat GAA. Actual anchoring requirements have not been fully specified, and the former represents an overestimate of probable effects. Further, an appreciable portion of anchoring and cable installation impacts would overlap. Therefore, total acres of benthic habitat impacted by this IPF would likely be smaller than the estimated total of 5,247 acres from these two sources. The duration and magnitude of these effects would vary depending on the types of habitats impacted, ranging from short term to long term or permanent. Short-term impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas complex benthic habitats could require several years to recover full habitat function. Recent research obtained by BOEM (2023) suggests that functional recovery of epibenthic organisms would occur within a decade. There would be no cumulative impacts from other planned and reasonably foreseeable offshore wind projects as impacts to benthic habitat from these projects would occur outside the GAA as defined. These totals do not account for other anchoring activities and cable emplacement work that could occur within the GAA over the life of the Project.

Therefore, the Proposed Action when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to benthic habitats and habitat-forming invertebrates.

<u>Climate change:</u> The types of impacts from climate change described for the No Action Alternative would occur under the Proposed Action, but the Proposed Action could also contribute to a long-term net decrease in GHG emissions. This difference may not be measurable but would be expected to help reduce climate change impacts. When combined with other past, present, and reasonably foreseeable actions, climate change trends would result in **moderate** adverse cumulative impacts to benthic habitat and habitat-forming invertebrates under the Proposed Action.

Presence of structures: The Proposed Action would result in the installation of 102 new offshore wind energy structures and associated scour and cable protection in the GAA, resulting in the long-term alteration of benthic habitat composition on approximately 220.5 acres of seafloor. That total would comprise approximately 2.9 and 71.4 acres of seafloor displaced by foundations and associated scour protection, respectively; 7.1 acres of cable protection system impacts extending beyond the scour protection footprint; and 128.2 acres affected by cable protection. The foundations would effectively displace benthic habitat, with each foundation replacing 0.03 to 0.04 acre of seafloor with approximately 1.2 million square feet (107,500 m$^2$) of vertical surfaces extending from the seafloor to the surface. Impacts to habitat composition from scour and cable protection would vary depending on the type of habitat affected (Causon and Gill 2018; Degraer et al. 2020; Langhamer 2012; Taormina et al. 2018). When placed in soft-bottom habitat, these structures would effectively change the habitat type. When placed in large-grained complex or complex habitat, these structures would either alter the habitat type or modify benthic habitat structure through burial and damage to habitat-forming invertebrates. That habitat structure would recover and would evolve over time into functional benthic habitat as reef effects mature. In all cases, the presence of structures would constitute a long-term to permanent impact to benthic habitat. When reef effects are considered, long-term impacts to benthic habitat composition and structure could be **minor** to **moderate** adverse or **moderate** beneficial, depending on how benthic habitat change influences the broader biological community.

The specific type and extent of habitat conversion and the resulting effects on benthic habitat composition and structure would vary depending on the Project design and site-specific conditions. Once operational, the WTG and OSS foundations and associated scour protection would produce artificial reef effects that influence benthic habitat structure within and in proximity to the Project footprint. While reef effects would largely be limited to the areas within and in proximity to foundation footprints, the development of individual or contiguous wind energy facilities in nearby areas could produce cumulative effects. For example, large quantities of shell hash created by mussels and other colonizing organisms can alter the composition of soft-bottom sediments in the surrounding area. These alterations in substrate composition would be limited in extent to the area of influence around each foundation but would be long term in duration, as changes in substrate composition from the accumulation of shell hash and altered substrate chemistry would continue to persist after the structures are removed during decommissioning. As such, reef effects from the presence of structures would result in cumulative long-term effects on benthic habitat and would range from **moderate** beneficial to **minor** to **moderate** adverse.

### 3.6.2.4.4 Conclusions

The construction and installation, O&M, and decommissioning of the Proposed Action would impact benthic habitat through several mechanisms, including short-term and long-term habitat disturbance, permanent habitat conversion, and changes in substrate composition and nutrient cycling from reef effects caused by colonization of structures by habitat-forming invertebrates. These effects would alter the structure and function of benthic habitats within the maximum work area, including where cable protection is used, and create new biological hotspots that would benefit some fish and invertebrate species. Long-term to permanent habitat disturbance effects would occur on an estimated 2,570 acres of large-grained complex and complex habitats from vessel anchoring, cable installation and cable protection, seafloor preparation for foundation installation, and the presence of foundations and scour protection. An estimated 131 acres of soft-bottom habitat would be converted to hard bottom habitat by the presence of structures. Collectively, these impacts would constitute a **moderate** adverse effect on

benthic habitat, resulting from habitat conversion and long-term impacts to certain types of habitat-forming organisms. These adverse effects would be partially offset by **moderate** beneficial effects on benthic habitat structure and productivity resulting from reef effects. The colonization of artificial structures by a complex community of habitat-forming organisms would increase the structural complexity of benthic habitat in and around WTG and OSS foundations. Some benthic habitat effects could persist even after the Project is decommissioned. For example, reef effects would result in shell hash accumulation around foundations that would remain after the structures are removed. This would alter the composition of sediments within the RWF beyond the life of the Project but would not be expected to negatively affect the ability of benthic habitats to support ecosystem function after the Project is decommissioned.

Collectively, BOEM anticipates that the overall impacts from offshore activities associated with the Proposed Action when combined other with past, present, and reasonably foreseeable activities would result in notable and measurable impacts on benthic habitat. Some of these impacts could persist after the Project is decommissioned, but they would not prevent full recovery of ecosystem function. These findings would constitute a **moderate** adverse impact on benthic habitat composition and **moderate** adverse to **moderate** beneficial effects on benthic habitat structure in the GAA.

### 3.6.2.5    Alternative B: Impacts of the Proposed Action on Invertebrates

### 3.6.2.5.1    Construction and Installation

**Offshore Activities and Facilities**

Accidental releases and discharges: The potential impact to invertebrates from trash and debris from the Project, including habitat-forming invertebrates that contribute to benthic habitat structure, is as described in the No Action Alternative and is **negligible** adverse.

In the unlikely event that a vessel collision or allision with a WTG or OSS foundation resulted in a high-volume spill, adverse effects on invertebrates, including benthic habitat–forming invertebrates living on or in seafloor sediments, could potentially result. Substrates could also become contaminated with materials that prevent or limit recolonization by these organisms. These effects could be short term to long term in duration, depending on the type and volume of material released and the habitats exposed to spilled material. For example, bunker oil commonly sinks and remains on the seafloor for extended periods before breaking down, whereas diesel fuel and gasoline float on the water surface and weathers more quickly (Etkin 2015). A heavy bunker oil spill could therefore be more damaging to habitat-forming invertebrates on the seafloor. In contrast, spills of diesel fuel or gasoline would remain at or near the water surface, would weather more quickly, and would therefore be less likely to negatively impact benthic habitats. As discussed in Section 3.21.1.2, in the unlikely event that accidental spills should occur, adverse impacts to benthic habitats could range from **minor** to **moderate** adverse in significance depending on the size of the spill and the nature of the materials involved.

Anchoring and new cable emplacement/maintenance: Invertebrates occurring within the impact footprints described in Section 3.6.2.2.1 for cable installation and construction vessel anchoring would be exposed to a range of **minor** short-term to long-term adverse impacts.

Seafloor preparation, cable trenching,[20] vessel anchoring, and short-term bed disturbance at the sea-to-shore transition site would also directly disturb soft-bottom benthic habitat by crushing and displacing epifaunal organisms on the bed surface and liquifying sand and mud sediments from the bed surface to depths of up to 6 feet, killing and displacing benthic infauna within the cable path. These activities would flatten ripples, megaripples, and biogenic depressions that provide habitat for certain invertebrates, including EFH species. Seafloor preparation, cable trenching, and sea-to-shore transition construction would impact up to 1,360 acres of benthic habitat within the installation corridors for the RWF and RWEC (see Table 3.6-4). Approximately 4.8% and 22.7% of these impacts would occur in large-grained complex and complex benthic habitats, respectively, and 72.5% would occur in soft-bottom habitats (see Table 3.6-4).

Invertebrates within these disturbance footprints could be exposed to crushing and burial effects. The extent and severity of exposure will vary by species and life stage–specific sensitivity and habitat association. For example, highly mobile invertebrates like longfin squid or adult crab and lobster would likely be able to avoid being crushed during seafloor preparation and materials placement or overrun by the jet plow. In contrast, immobile or slow-moving benthic invertebrates (e.g., worms, anemones, surf clams, ocean quahogs) and immobile life benthic stages (e.g., longfin squid eggs, post-settlement invertebrate larvae) within the construction footprint would likely be killed by bed disturbance and could also be injured or killed by sediment deposition. Sessile invertebrates, like sponges and hydroids, attached to boulders and cobbles would be damaged or killed when boulders are relocated during seafloor preparation and when scour and cable protection are placed in complex and potentially complex benthic habitats. Mobile benthic invertebrates, like adult lobsters and horseshoe crabs, would likely be able to avoid the jet plow but could be injured or killed by placement of cable protection.

The jet plow injects water into the sediments to liquify the seafloor for cable installation. While the water intake, located near the water surface, is screened to avoid entraining (suctioning) small fish, it would unavoidably entrain and kill zooplankton and planktonic fish eggs and larvae. Zooplankton comprise a diverse group of invertebrate organisms, including larval life stages of crustaceans (crabs and lobsters), echinoderms (urchins and sand dollars), bivalves (clams and mussels), and other species as well as invertebrates that spend their entire lives as zooplankton, such as calanoid copepods. Zooplankton are a central component of the food web and provide an important prey resource for many fish, filter feeding invertebrates, and even large marine mammals like humpback whale (*Megaptera novaeangliae*) and North Atlantic right whale (NARW) (*Eubalaena glacialis*). Inspire Environmental (2019) estimated potential plankton mortality from construction of the 61.8-mile South Fork Export Cable (SFEC) and 21.4-mile SFWF IAC based on jet plow intake volume and movement speed and documented plankton density. It calculated that over a billion fish eggs and 8.5 billion invertebrate zooplankton could be killed by entrainment impacts. Impacts of similar magnitude are likely to result from the construction of the Proposed Action.

While construction impacts could injure or kill invertebrates on over 5,981 acres of benthic habitat (see Tables 3.6-4 and 3.6-5) and kill billions of individual phytoplankton, these impacts must be placed into context to evaluate overall impacts. Invertebrates associated with soft-bottom habitat are likely to recover from disturbance within 18 to 30 months (de Marignac et al. 2008; Dernie et al. 2003; Desprez 2000;

---

[20] The potential equipment used for cable trenching (mechanical cutter, mechanical plow, and jet plow) are expected to have comparable effects to benthic habitat.

Grabowski et al. 2014; HDR 2020). In contrast, epifaunal invertebrates associated with complex benthic habitat, like sponges and hydroids, could take several years to fully recover (Auster and Langton 1999; Collie et al. 2005; Lukens and Selberg 2004; Tamsett et al. 2010). Research obtained by BOEM (2023) suggests that full recovery of habitat function is likely to occur within a decade of disturbance. The study in question compared the community composition and abundance of habitat-forming organisms in heavily fished areas on Georges Bank to reference sites. The findings of this long-term study demonstrated that epifaunal species damaged by repeated exposure to scallop dredging were able to recover to levels that were statistically indistinguishable from unfished reference sites within 6 years. Given the proximity of this study to the Lease Area and the similarity of disturbance, these findings suggest a similar rate of recovery is likely for Project-related construction impacts.

Accordingly, impacts from bed disturbance could range from short term negligible adverse for mobile invertebrates like adult squid and crabs; short term minor adverse for immobile or slow-moving invertebrates like clams, scallops, and worms in soft-bottom habitat; to long-term adverse effects for certain slow-growing invertebrates associated with complex benthic habitat. While the latter effects would be long term in duration, they would be localized and would recover over time without mitigation; therefore, these adverse effects would be **minor** adverse.

Jet plow operation would entrain tens to hundreds of millions of cubic meters of water and billions of organisms, including invertebrate zooplankton. While these values appear significant, they represent a tiny fraction of the total habitat available to zooplankton and typical zooplankton abundance. While zooplankton distribution is not uniform, it is reasonable to conclude that the billions of entrained zooplankton represent a biologically insignificant proportion of the available resource. Moreover, as stated in the previous section, zooplankton have high natural mortality rates, and losses of even several billion organisms may not be measurable relative to year-to-year variation in abundance under natural conditions. On this basis, entrainment effects on invertebrates from cable installation would be short term and likely **negligible** adverse.

The Proposed Action includes EPMs, listed in Table F-1 in Appendix F, which would avoid and minimize impacts on invertebrates. These include design and siting of Project features to minimize the overall Project footprint and impacts on complex benthic habitat where practicable, establishing no-anchor areas to avoid sensitive habitats like observed squid spawning sites. These EPMs would limit, but not completely avoid, crushing, burial, and entrainment impacts on invertebrates. While some impacts would be unavoidable, the affected habitats would recover naturally over time, and impacts on invertebrates are unlikely to be measurable at the population level. Therefore, adverse impacts to invertebrates from this IPF would be **minor** adverse.

Light: Light is an important cue in guiding the settlement of invertebrate larvae (Davies et al. 2015). Artificial light can change the behavior of aquatic invertebrates, although the direction of response can be species and life stage specific. Currently there are no artificial lighting sources present in the RWF or RWEC, except for fishing vessel activity and other periodic vessel transit. The O&M facility would be sited in a currently developed commercial moorage with existing artificial lighting and would not modify existing conditions. Lights would be required on offshore platforms and structures, vessels, and construction equipment during construction of the RWF. Consistent with BOEM guidance (BOEM 2021a; Orr et al. 2013), construction vessels would implement lighting design and operational measures to eliminate or reduce lighting impacts on the aquatic environment. Although individual invertebrates

could detect light from construction vessels and could exhibit behavioral responses (e.g., squid being attracted to the lights), these impacts are not expected to measurably affect invertebrates at population levels because of the limited area of impact at any given time and the limited duration of construction activities. Any resulting adverse impacts on invertebrates would be short term in duration and biologically insignificant and therefore **negligible** adverse.

Noise: Construction-related sources of sound pressure and vibration that could affect invertebrates are impact and vibratory pile driving, construction vessels and HRG surveys, and UXO detonation. Invertebrates represent a broad and diverse group of organisms with varying levels of sensitivity to sound disturbance, and sound sensitivity is an evolving field of study (Popper and Hawkins 2018). In general, bivalves and crustaceans are less sensitive to noise-related injury than many fish because they lack internal air spaces and are therefore less vulnerable to sound pressure injuries on internal organs than vertebrates. Available research indicates that many invertebrate species groups, such as cephalopods (e.g., octopus, squid), crustaceans (e.g., crabs, shrimp), and some bivalves (e.g., Atlantic scallop, Atlantic surfclam, ocean quahog) are capable of sensing sound through particle motion (Andre et al. 2011; Carroll et al. 2016; Edmonds et al. 2016; Hawkins and Popper 2014; Popper et al. 2001). Particle motion effects dissipate rapidly and are highly localized around the noise source, with detectable effects on invertebrates typically limited to within 3 to 30 feet of the source (Edmonds et al. 2016; Jézéquel et al. 2022; Payne et al. 2007). However, considerable uncertainty remains about invertebrate sensitivity to various aspects of sound (Popper and Hawkins 2018). Notably, current understanding of fish and invertebrate sensitivity to particle motion effects is limited, and no thresholds have been established to analyze these effects (Popper and Hawkins 2018).

Some species groups may be sensitive to sound-related injury and behavioral effects that do not explicitly involve hearing or particle motion effects. For example, cephalopods, the group of species that includes cuttlefish and squid, may be more sensitive to sound-related injury and behavioral effects than other invertebrate groups. Cephalopods use specialized cells called statocysts for balance and spatial orientation and to detect changes in particle motion that signal the presence of predators and prey. These cells appear to be susceptible to injury from exposure to intense sound pressure (Solé et al. 2018, 2022). For example, Andre et al. (2011) observed damage to statocysts in adult squid exposed to repetitive noise pulses ranging from 157 to 175 dB re 1 μPa over a 2-hour period. Solé et al. (2018, 2022) exposed larvae of various species of cephalopods to underwater noise comparable to impact pile driving and observed similar statocyst injuries. Solé et al. (2022) found that exposure to impact pile-driving noise above 170 dB re 1 μPa$^2$ caused observable damage to statocysts in cuttlefish larvae and that those effects could be attributed to the sound pressure (versus particle motion) component of noise. That damage resulted in an apparent reduction in survival and reduced response to predator stimuli in the developing larvae. Solé et al. (2018) observed similar statocyst damage in two species of squid exposed to maximum peak noise levels of 175 dB re 1 μPa. Although Kusel et al. (2023) did not explicitly model this threshold value, the acoustic ranges modeled suggest that Project-related impact pile driving could cause injury-level effects on cephalopod larvae at distances on the order of 3,000 to 6,000 feet from each foundation site.

Jones et al. (2020, 2021) determined that longfin squid, an EFH species, can likely sense and exhibit behavioral responses to vibration from impact pile driving transmitted through sediments, potentially several hundred to several thousand feet from the source. They theorized that intense particle motion exposure could have indirect effects (e.g., impaired ability to detect predators or prey) on squid. However, Jones et al. (2020) also observed rapid, short-term habituation of longfin squid exposed to pile-driving

sounds. Further, recent studies investigating the potential impacts of pile-driving noise to longfin squid found no statistically significant differences in the ability of squid to capture prey between exposure and control trials (Jones et al. 2021) and short-lived disruptions to fine-scale movements expected to minimally impact energetics (Cones et al. 2022b), and no significant changes in reproductive behaviors, such as mate guarding (Steen 2023) Collectively, these findings suggest that invertebrates like squid could experience injury or behavioral effects from intense underwater noise exposure. However, extensive behavioral impacts are unlikely, as most appear to be short term in duration with exposed individuals exhibiting rapid habituation, limited energetic costs, and no apparent effect on reproductive behaviors. The aforementioned studies were all conducted in laboratory settings that are imperfect representations of the impacts likely to occur in the marine environment. Additional research is needed to establish thresholds for determining the extent and severity of impacts, and field trials should be conducted to test the representativeness of these thresholds in the real world.

Bivalve mollusks also have statocysts, suggesting that this species group could be susceptible to similar impacts. Certain bivalves exhibited behavioral responses to impulsive noise in controlled research. For example, Jézéquel et al. (2022) observed that substrate vibration from impact pile driving caused behavioral responses in Atlantic sea (giant) scallop, specifically rapid closing of shells in response to each pile strike, up to 26 feet (8 m) from the source. No visible responses were observed at 164 feet (50 m) from the source, indicating that these behavioral effects are generally localized to the vicinity of the disturbance. Particle motion effects from pile driving would be short term in duration, lasting for the duration of the noise impact and limited periods (minutes to hours) following exposure. These findings, combined with the research cited above, indicate that invertebrates like clams, worms, and amphipods that live on or in the seafloor could exhibit a behavioral response to vibration effects over a larger area than implied by particle motion effects alone. Although this potential is acknowledged, additional research is needed to confirm these effects and their biological significance.

As of February 2023, 16 UXOs have been identified in the RWEC corridor. Revolution Wind (Orsted 2023) has determined that all 16 devices can be safely avoided by shifting the cable route within the approved installation corridor without the need for detonation. See Figure 2.1-10 in Chapter 2. However, it is possible that additional devices could be discovered prior to or during construction that cannot be avoided or safely relocated. BOEM has concluded that the need for UXO detonation cannot be entirely ruled out; therefore, the potential effects of this activity on invertebrates are considered herein.

Research on invertebrate exposure to UXO detonation is somewhat more limited, but the available research findings for high-intensity impulsive sound sources summarized above would also likely apply. Broadly speaking, measurable effects on benthic invertebrates that are only sensitive to particle motion effects would be limited to habitats within tens of feet of the outer perimeter of the blast zone. In contrast, cephalopods and bivalves could be sensitive to statocyst injury at greater distances. Particle motion effects from UXO detonation could result in mortality of organisms on the munition and within the blast area, injury-level effects, and short-term behavioral responses at greater distances. As stated, UXO detonation is not currently anticipated as part of the Proposed Action. However, should this activity be required, impacts of this magnitude would constitute a **minor** adverse effect on invertebrates.

Revolution Wind estimates that up to 10,779 linear miles of preconstruction HRG surveys will be required. These surveys would be conducted continuously, 24 hours per day, over approximately 248 days of survey effort. Noise generated by construction vessels and HRG survey activities are of much

lower intensity (Denes et al. 2021; LGL Ecological Research Associates [LGL] 2022), with behavioral-level effects on invertebrates likely limited to within 7 feet of a continuously mobile noise source. Only pelagic invertebrates like squid would be likely to detect these effects as the HRG equipment is operated well above the seafloor. HRG survey effects are therefore likely to be **negligible** adverse.

Underwater noise from construction activities could also affect invertebrate eggs and larvae. Popper et al. (2014) summarized available research on the sensitivity of finfish to underwater noise effects. They recommended thresholds for lethal injury and temporary threshold shift (TTS) effects by fish hearing group, including fish eggs and larvae, which are summarized in Table 3.6-7. The applicability of the fish egg and larvae threshold to invertebrate eggs and larvae is unclear, but it is used here to estimate the range of potential effects. Noise impacts could be greater if they occur in important spawning habitat, occur during peak spawning periods, and/or result in reduced reproductive success in one or more spawning seasons, which could result in long-term effects to populations if one or more year classes suffer suppressed recruitment. As shown in Table 3.13-1 in Section 3.13.2.2.1 (noise effects on finfish), impact pile driving and UXO detonation are the only noise sources with the potential to affect invertebrate eggs and larvae. Eggs and larvae within approximately 1,680 and 3,458 feet of WTG and OSS monopile installation, respectively, could be injured or killed by cumulative exposure to impact pile-driving noise. As stated, UXO detonation is not currently anticipated, but BOEM conservatively assumes that additional UXOs could be identified within the RWF and/or RWEC corridor during preconstruction surveys that may require detonation in place. The locations where UXOs are most likely to be encountered are within the central portion of the RWF and on the RWEC corridor at the mouth and outside of Narragansett Bay (Ordtek, Inc. [Ordtek] 2021). Should UXO detonation be required, the resulting impacts could kill eggs and larvae from tens to potentially thousands of feet from the source depending on the size of the device. Keevin and Hempen (1997) examined these effects and determined that setbacks of 49, 213, and 656 feet would protect eggs and larvae from detonation effects for 1.1-, 22-, and 220-pound devices, respectively. Extrapolating from this relationship, the setback requirement to protect eggs and larvae from a 1,000-pound UXO, the largest device anticipated in the maximum work area (Hannay and Zykov 2022; LGL 2022), is approximately 1,385 feet (see Table 3.13-2, Section 3.13.2.2.1).

These findings indicate that impact pile driving and, if required, UXO detonation are likely to cause mortality-level effects on some invertebrate eggs and larvae. However, these adverse impacts are likely to be **minor** overall because 1) the areas of effect are small relative to the available habitat, and 2) the loss of individuals would likely be insignificant relative to natural mortality rates for planktonic eggs and larvae, which can range from 1% to 10% per day or higher (White et al. 2014).

**Table 3.6-7. Noise Exposure Thresholds for Finfish Lethal Injury, Temporary Threshold Shift, and Behavioral Effects**

| Sound Source | Fish Hearing Group | Lethal Injury, Peak*,† | Lethal Injury, Cumulative*,‡ | Recoverable Injury, Cumulative*,‡ | Temporary Threshold Shift*,‡ | Behavioral§ |
|---|---|---|---|---|---|---|
| Impact pile driving and HRG surveys | Fish with swim bladder, involved in hearing | 207 | 207 | 203 | 186 | 150 |
| | Fish with swim bladder, not involved in hearing | 207 | 210 | 203 | 186 | 150 |
| | Fish without swim bladder | 213 | 219 | 216 | 186 | 150 |
| | Eggs and larvae | 210 | 207 | None defined | None defined | N/A |
| UXO detonation | All fish hearing groups | 229 | None defined | None defined | None defined | None defined |
| | Eggs and larvae | >13 mm/s¥ | None defined | None defined | None defined | N/A |

Note: N/A = not applicable.

\* Thresholds from Popper et al. (2014).

† Values in dB re 1 µPa, except where indicated.

‡ Values in decibels referenced to the sum of cumulative pressure in micropascals squared, normalized to 1 second.

¥ Particle acceleration exposure threshold (Popper et al. 2014).

§ Threshold from Fisheries Hydroacoustic Working Group (2008).

Collectively, these findings indicate that sound pressure and particle motion effects could cause injury and behavioral effects to invertebrates at distances ranging from a few feet to several hundred feet, and potentially thousands of feet, from each pile. These effects would vary considerably by species group. Behavioral effects are also likely to occur over similar distances, again varying by species group. These effects would be short term in duration, and the overall impact on invertebrates would be **minor** adverse.

Presence of structures: Invertebrates within the benthic disturbance footprints for foundation installation, described in Section 3.6.2.2.1, could be exposed to crushing and burial effects. Some individual invertebrates would unavoidably be injured or killed, but the number of individuals affected would be insignificant relative to the size of the population and the resource would recover completely without additional mitigation. The time required for recovery would vary depending on the type of habitats affected, ranging from short term for invertebrates found in soft-bottom habitats to long term for invertebrates associated with large-grained complex and complex habitats. Therefore, adverse effects to invertebrates from construction of structures would be **minor** adverse.

Sediment deposition and burial: The Project conducted a model-based analysis of the anticipated extent and magnitude of suspended sediment impacts on water quality and benthic habitats in COP Appendix J (RPS 2022). This analysis considered impacts from jet plow trenching for IAC and OSS-link cable

installation, jet-plow and mechanical trenching used to install the RWEC, and dredging associated with sea-to-shore transition construction. It determined that suspended sediments released into the water column would be rapidly dispersed by tidal currents, settling back to the seafloor within minutes to hours of the disturbance. Most water column effects would be limited to short-term TSS pulses below 100 mg/L. Higher TSS concentrations exceeding 100 mg/L would occur in areas where seafloor sediments have a greater proportion of mud and silt. TSS plumes caused by construction disturbance would dissipate quickly, with concentrations above 100 mg/L lasting no longer than 6 hours at any location (RPS 2022). A summary of the anticipated extent of water column TSS and substrate burial effects is provided in Table 3.6-8.

Suspended sediments will resettle on the seafloor, blanketing the existing habitat with layers of fine sediment of varying thickness. Sediment deposition from IAC construction could exceed 0.4 inch (10 mm) and 0.004 inch (0.1 mm) on up to 273 and 10,081 acres, respectively. Burial depths from OSS-link cable construction could exceed 0.4 inch (10 mm) and 0.004 inch (0.1 mm) on up to 8.6 and 918 acres, respectively. Burial depths from RWEC construction could exceed 0.4 inch (10 mm) and 0.004 inch (0.1 mm) over 35 and 8,354 acres, respectively. Burial effects on invertebrates would be short term in duration, lasting for minutes to hours after initial bed disturbance as suspended sediments resettle on the seafloor. The actual area of effect at a given moment during construction would be limited to the seafloor disturbance footprint within and adjacent to cable installation activities and the deposition zone downcurrent of the disturbance. IAC and OSS-link cable installation impacts would occur intermittently over a 5-month construction window while the RWEC installation would occur continuously over a period of approximately 8 months. Impacts from other activities like anchoring and boulder relocation were not modeled but are likely to be similar in magnitude but reduced in extent per unit mile of activity relative to jet plow trenching. These impacts would occur prior to cable installation, meaning that this IPF would produce sequential impacts on some benthic habitats.

The magnitude and duration of construction-related sediment effects must be considered in the context of the environmental baseline. As stated in Section 3.6.1.2.1, the sand and mud substrates on the Mid-Atlantic OCS are continually reshaped by bottom currents and sediment delivery from upland sources (Daylander et al. 2012). The prevalence of sediment ripples and megaripples throughout the maximum work area is evidence of these dynamic conditions. This indicates that the benthic habitats associated with invertebrates affected by the Project are regularly exposed to and therefore must be able to recover from burial by mobile sediments. In this context, the short-term effects of sediment deposition on benthic habitats would be **negligible** to **minor** adverse.

**Table 3.6-8. Estimated Maximum Extent of Total Suspended Solid Plumes and Area of Sediment Deposition Resulting from Inter-Array Cable, Offshore Substation-Link Cable, and Revolution Wind Export Cable Construction**

| Project Element | Location | Length (miles) | 0.004 inch (acres) | 0.04 inch (acres) | 0.4 inch (acres) | 50 mg/L (feet) | 100 mg/L (feet) |
|---|---|---|---|---|---|---|---|
| IAC* | OCS | 155.3 | 20,096 | 10,081 | 273 | 1,209 | 932 |
| OSS-link cable‡ | OCS | 9.3 | 1,444 | 918 | 9 | 1,209 | 932 |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Project Element | Location | Length (miles) | 0.004 inch (acres) | 0.04 inch (acres) | 0.4 inch (acres) | 50 mg/L (feet) | 100 mg/L (feet) |
|---|---|---|---|---|---|---|---|
| RWEC #1 and #2, installation[‡] | OCS | 37.3 | 5,786 | 3,684 | 35 | 1,542 | 1,476 |
| | State | 46.0 | 8,031 | 4,670 | 0 | 3,764 | 2,345 |
| Sea-to-shore transition[†] | State | N/A | 35 | 20 | 7 | 1,460 | 1,312 |

* RPS (2022) did not estimate deposition acreage for the entire IAC. Sediment deposition and burial effects for IAC installation were estimated for this EIS based on the modeled deposition acreage per mile for IAC, OSS-link cable, and RWEC segments for different substrate classifications reported by Inspire Environmental (2023), and the proportional distribution of IAC segments by substrate classification. Values are averages of modeled results for two different tidal current regimes.

[‡] RPS (2022) modeled TSS impact estimates for RWEC #1 and the OSS-link cable combined. OSS-link cable values are estimated using the modeled deposition rate/mile for comparable substrate classes in the RWEC footprint. RWEC deposition area results are two times the RPS (2022) results for RWEC #1 minus the estimated OSS-link cable deposition area, assuming that RWEC #2 impacts will be similar to those from RWEC #1 based on proximity and routing through similar benthic habitat types.

[†] The RPS (2022) model scenario assumed excavation and backfill of a combined 5,881 cubic yards of sediment at the HDD exit pit using a backhoe excavator and venturi eductor device.

### 3.6.2.5.2    Operations and Maintenance and Decommissioning

**Offshore Activities and Facilities**

<u>Accidental releases and discharges:</u> The prohibitions on releases of trash and debris and accidental spill avoidance and minimization measures described in Section 3.6.2.3.1 for project construction would continue to apply throughout the operational life of the Project. These restrictions and measures would effectively avoid adverse effects from Project-related trash and debris and accidental spills. Therefore, the effects of this impact mechanism on invertebrates would be **negligible** adverse.

<u>Anchoring and new cable emplacement/maintenance:</u> Cable protection maintenance would produce similar effects on habitat-forming invertebrates as those described for Project construction. The IAC, OSS-link cable, and RWEC would be removed from the seafloor during Project decommissioning. Removal of cable protection and extraction of the cable from the seafloor would disturb sediments, releasing TSSs into the water column. The resulting effects from O&M and decommissioning would be short term in duration, and similar in nature but lesser in magnitude than those resulting from Project construction. Therefore, these effects would be **minor** adverse.

<u>Bycatch:</u> The RWF FRMP employs a variety of survey methods to evaluate the effect of RWF construction and operations on benthic habitat structure and composition and economically valuable fish and invertebrate species. The survey methods in Table 3.6-9 either directly assess or could impact invertebrates.

**Table 3.6-9. Survey Methods**

| Survey Method | Description |
|---|---|
| Ventless trap surveys | Used to evaluate changes in the distribution and abundance of lobster and Jonah crab in the RWF and adjacent reference areas and Jonah crab, lobster, whelk (Buccinidae), and finfish along the RWEC corridor and adjacent reference areas; these areas would be surveyed 12 times per month for 7 months each for 2 years prior to and at least 2 years following completion of Project construction (4 years total). |
| Otter trawl surveys | Used to assess abundance and distribution of target fish and invertebrate species within the RWF; trawls could impact a variety of invertebrate species as bycatch; these surveys would occur four times per year for 2 years prior to and at least 2 years following completion of Project construction. |
| Benthic habitat surveys | Sonar, video, and photographic imaging are used to evaluate changes in benthic habitat structure and invertebrate community composition. |

These surveys involve similar methods to and would complement other survey efforts conducted by various state, federal, and university entities supporting regional fisheries research and management.

The trawl and ventless trap surveys would target specific invertebrate species, squid and crabs and lobster, respectively, using methods and equipment commonly employed in regional commercial fisheries. Organisms captured during surveys would be removed from the environment for scientific sampling and commercial use. Other species of invertebrates could also be impacted by sampling activities. For example, benthic invertebrates could be injured or killed when survey equipment contacts the seafloor or when inadvertently captured as bycatch. Non-target organisms would be returned to the environment where practicable, but some of these organisms would not survive. While the FRMP would result in unavoidable impacts to individual invertebrates, the extent of habitat disturbance and number of organisms affected would be small in comparison to the baseline level of impacts from commercial fisheries and would not measurably impact the viability of any species at the population level. Randomized sampling distribution means that repeated disturbance of the same habitat is unlikely. As such, habitat impacts from FRMP implementation would likely be short term in duration. The intensity and duration of impacts anticipated from FRMP implementation would constitute a **minor** adverse effect on invertebrates.

EMF: The IAC, OSS-link cable, and RWEC would generate EMF and substrate heating effects, altering the environment for benthic invertebrates and other organisms associated with those habitats. These effects would occur throughout the operational life of the Project and cease with Project decommissioning.

The Proposed Action includes EPMs to minimize EMF impacts. The Project would employ HVAC transmission at 60 hertz (Hz). HVAC transmission produces lower intensity EMFs than HVDC and, as discussed further below, the 60-Hz electrical fields generated by HVAC transmission would be undetectable or unlikely to be detected by electrosensitive organisms. All transmission cables would be contained in grounded metallic shielding to minimize electrical field effects and buried to target depths of 4 to 6 feet (1.2 to 1.8 m) or deeper in soft-bottom benthic habitat and other areas where burial is possible. Cable segments that cross unavoidable hard substrates and other offshore infrastructure would be laid on the bed surface covered with a concrete mattress or other form of cable armoring for protection. EMF

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

effects in these areas would be greater than for buried cable segments. EMF levels diminish rapidly with distance and would become indistinguishable from baseline conditions within about 26 feet (8 m) of both buried and exposed cable segments (Exponent 2023). Modeled EMF effects for buried and exposed cable segments under annual average and peak transmission loads are summarized in Table 3.6-10.

Hughes et al. (2015) and Emeana et al. (2016) evaluated the thermal effects of buried and exposed electrical transmission cables on the surrounding environment. They determined that heat from exposed cable segments would dissipate rapidly without measurably heating the underlying sediments. In contrast, the typical HVAC cable buried in sand and mixed sand and mud (i.e., soft-bottom benthic habitat) can heat sediments within 1.3 to 2 feet (0.4 to 0.6 m) of the cable surface by +10 to 20 degrees Celsius (°C). Substrate heating effects are also summarized in Table 3.6-10. Substrate heating effects are strongly influenced by site-specific characteristics, like the size and mixture of substrate sediments and sediment porosity. For this reason, this estimate likely represents the upper bound of potential heating effects in soft-bottom habitat. Heating effects in coarser-grained sediments with higher porosity would likely be less extensive.

**Table 3.6-10. Modeled Electromagnetic Field Levels and Estimated Substrate Heating Effects Under Average and Peak Load Conditions for Buried and Exposed Cable Segments and Miles of Cable by Category for the Proposed Action**

| Component | Installation | Total Cable Length (linear miles) | Magnetic Field (mG) at Seafloor | Magnetic Field (mG) 3.3 Feet above Seafloor | Electrical Field (mV/m at 60 Hz) at Seafloor | Electrical Field (mV/m at 60 Hz) 3.3 Feet above Seafloor | Substrate Heating |
|---|---|---|---|---|---|---|---|
| IAC* | Buried to 3.3 feet | 139.8 | 57–82 | 17–24 | 2.1–3.0 | 1.3–1.8 | +10 to +20°C within 0.4 to 0.6 m of cable |
| | On bed surface | 15.5 | 522–745 | 35–50 | 5.4–7.7 | 1.7–2.5 | Negligible |
| OSS-link cable[†] | Buried to 3.3 feet | 8.4 | 147–210 | 41–58 | 4.4–6.3 | 2.3–3.2 | +10 to +20°C within 0.4 to 0.6 m of cable |
| | On bed surface | 0.9 | 1,071–1,529 | 91–130 | 13–18 | 3.5–4.9 | Negligible |
| RWEC[†] | Buried to 3.3 feet | 70.6 | 147–210 | 41–58 | 4.4–6.3 | 2.3–3.2 | +10 to +20°C within 0.4 to 0.6 m of cable |
| | On bed surface | 12.7 | 1,071–1,529 | 91–130 | 13–18 | 3.5–4.9 | Negligible |

Note: mG = milligauss; mV/m = millivolt/meter.

* Value ranges shown are modeled effects under average and peak load conditions, estimated as 66 kV at 480 and 685 amps, respectively, for the IAC cable (Exponent 2023).

† Value ranges shown are modeled effects under average and peak load conditions, estimated as 275 kV at 690 and 985 amps, respectively, for the RWEC and OSS-link cables (Exponent 2023).

The evidence for EMF effects on invertebrates is equivocal, varying considerably between species and by the type and strength of EMF source (Albert et al. 2020; Gill et al. 2020; Hutchison et al. 2020b). Several studies have observed no apparent behavioral responses in crustaceans and mollusks at EMF field strengths similar to the highest levels likely to result from IAC, OSS-link cable, and RWEC segments laid on the bed surface (e.g., Love et al. 2017). Some studies (e.g., Cameron et al. 1985; Levin and Ernst 1995; Ottaviani et al. 2002; Stankevičiūtė et al. 2019; Zimmerman et al. 1990) have observed apparent physiological effects on organisms like clams, mussels, urchins, and worms with exposure to EMF from HVAC transmission at levels similar to those shown in Table 3.6-10, whereas other studies have observed no apparent effects on similar organisms from much higher exposures over longer periods (Gill et al. 2020; Hutchison et al. 2020b). These contradictions are compounded by differences in study methods and the type of EMF exposure (i.e., HVDC versus HVAC transmission), making it difficult to draw conclusions about invertebrate sensitivity to EMF effects (Hutchison et al. 2020b). On balance, there is limited evidence to suggest that exposure to Project-related HVAC EMF fields could lead to measurable effects on benthic infauna. Any measurable effects that do occur would be localized to the areas of greatest exposure in immediate proximity to the cables. Developmental effects leading to reduced survival of individual animals could conceivably occur, but the numbers of individuals affected would not be significant at the population level. Given this uncertainty, the potential permanent effects from Project-related EMFs on invertebrates that live in or directly on the seafloor are conservatively assumed to range from **negligible** to **minor** adverse. Any measurable EMF effects, should they occur, would be limited to individuals occurring within the immediate zone of measurable EMF effects.

While directed studies are limited, there is little evidence that epibenthic and pelagic invertebrates like crabs and squid are sensitive to EMFs from HVAC transmission of comparable or greater intensity than those likely to result from the Proposed Action (Love et al. 2015; Normandeau et al. 2011; Williamson 1995). The preponderance of evidence suggests that EMFs from the Project would have **negligible** adverse effects on invertebrates like longfin and shortfin squid, both EFH species.

Transmission cables would also generate substrate heating effects with the potential to negatively impact invertebrates, although these effects would be limited in extent and likely not biologically significant. Heating effects would likely be greatest in predominantly silt and mud sediments with little or no substrate porosity. In this type of environment, cable heating effects could increase substrate temperatures by as much as 10°C to 20°C above ambient within 1.3 to 2 feet (0.4 to 0.6 m) of buried cable segments (see Table 3.6-10). This estimate may be conservatively high in coarser sediments with higher porosity. Temperature changes of this magnitude, should they occur, could adversely affect Atlantic surfclam and ocean quahog (Acquafredda et al. 2019; Harding et al. 2008) as well as other benthic infauna species. However, the amount of suitable habitat exposed to these effects would be limited. Cable burial at 4 to 6 feet (1.2 to 1.8 m) would limit substrate heating effects to depths 2 feet or more below the bed surface, below the depths inhabited by most invertebrate species. Cable segments at the transitions between fully buried and exposed cable segments would be at shallower depths, potentially exposing quahog and surfclam habitat and other invertebrate infauna species habitat to adverse thermal effects. However, these shallow cable segments are likely to be covered by concrete mattresses, meaning that the affected areas would no longer be available to these species. The latter impacts are accounted for under presence of structures. On this basis, substrate heating impacts, while permanent, would have a **negligible** adverse effect on invertebrates.

Light: As discussed in Section 3.6.1.2.1, all planned and future offshore wind energy projects would follow BOEM design guidance (BOEM 2021a) for offshore energy structures and vessels. Compliance with this guidance would effectively minimize long-term light impacts from O&M of the Proposed Action such that effects on invertebrates, including habitat-forming invertebrates that contribute to benthic habitat structure, would be **negligible** adverse. The proposed WTG and OSS structural lighting for the Project, shown in Section 2.1.2.2.1, fully complies with BOEM guidance. Vessels used during decommissioning would follow the same or improved guidance to avoid and minimize lighting impacts as those used for project construction (see Section 3.6.2.3.1). Therefore, short-term light effects on invertebrates from decommissioning of the Proposed Action would similarly be **negligible** adverse.

Noise: The RWF WTGs would generate permanent operational noise effects throughout the life of the Project, ending when the Project is decommissioned. The Project would employ current generation direct-drive WTG designs that generally produce less underwater noise and vibration than older generation WTGs with gearboxes. Much of our current understanding about operational noise is based on the monitoring of wind farms in Europe that use these older generation designs. Although useful for generally characterizing potential noise effects, these data are necessarily representative of the noise produced by current generation designs (Elliot et al. 2019; Tougaard et al. 2020). Typical noise levels produced by older generation geared WTGs range from 110 to 130 dB re 1 µPa with 1/3-octave bands in the 12.5- to 500-Hz range, sometimes louder under extreme operating conditions (Betke et al. 2004; Jansen and de Jong 2016; Madsen et al. 2006; Marmo et al. 2013; Nedwell and Howell 2004; Tougaard et al. 2009, 2020).

Monitoring of operational noise produced by the BIWF (Elliot et al. 2019) supports the conclusion that modern WTG designs generally produce less noise than older generation models. The BIWF employs five 6-MW direct-drive WTGs. Operational noise from these WTGs was generally lower than noise levels generated by older, lower capacity WTGs at European wind farms as reported in the literature (Betke et al. 2004; Jansen and de Jong 2016; Madsen et al. 2006; Marmo et al. 2013; Nedwell and Howell 2004; Tougaard et al. 2009, 2020). Operational noise levels typically ranged from 110 to 125 re 1 µPa, occasionally reaching as high as 128 dB re 1 µPa, mostly at low frequencies ranging from 10 Hz to 8 kHz. Particle acceleration effects on the order of 10 to 30 dB re 1 $µm/s^2$ at a reference distance of 50 meters. Although the BIWF provides a useful basis for evaluating noise levels produced by direct-drive systems, no comparable observational data have been collected for the larger capacity WTGs proposed for the Project. Stober and Thomsen (2021) modeled operational noise from larger current generation direct-drive WTGs and concluded that these designs could generate considerably higher operational noise levels than those reported in earlier research. They estimated that a 10-MW direct-drive design could produce noise levels on the order of 167 dB re 1 µPa. This suggests that operational noise effects could be more intense and extensive than those considered herein, but additional research is needed to confirm these theoretical findings.

Invertebrates lack specialized hearing organs and cannot sense sound pressure in the same way as fish and other vertebrates. Invertebrates can sense sound as particle motion, but particle motion effects dissipate rapidly and are usually undetectable within a few feet of the source. Broadly speaking, the rapid development of diverse invertebrate communities on foundations and scour protection in operational wind farms worldwide (see the presence of structures IPF below) indicates that operational noise has little if any effect on benthic invertebrates. Certain species, specifically squid, may be more sensitive to sound than other species, such as crustaceans and bivalves. The sound pressure and particle motion effects observed at the BIWF are well below levels associated with injury and behavioral responses in

cephalopods and other invertebrate species groups. However, the larger WTG designs proposed for the Project could theoretically produce operational noise approaching levels associated with injury-level effects on cephalopods in recent research (e.g., Solé et al. 2018, 2022). However, the likelihood of such effects and the area affected would depend on the specific noise levels produced by the selected WTG in this environment, and recent studies (BOEM 2023) have indicated the impacts of underwater noise on longfin squid, a managed species present in the Lease Area, are minimal (see Section 3.6.2.5.1). Collectively, this information indicates that operational noise effects on invertebrates would be **negligible** to **minor** adverse.

Project vessels used during O&M, decommissioning, and O&M-related HRG survey activities would generate similar noise effects to those described for Project construction in Section 3.6.2.3.1 and would likewise be **negligible** adverse.

<u>Presence of structures:</u> The new hard structures created by RWF foundations, scour protection around the foundations, and cable protection would displace existing habitat for invertebrates that use soft-bottom benthic habitat and create new habitats for invertebrates that colonize hard surfaces. As stated previously, approximately 1.5 acres of soft-bottom benthic habitat would be displaced by monopile foundations, 34.1 acres would be displaced by scour protection around the foundations, and 81.2 acres would be displaced by concrete mattresses protecting exposed segments of the IAC, OSS-link cable, and RWEC. Those habitats would no longer be available to invertebrate infauna like tube worms, copepods, and bivalves, including three EFH species (Atlantic surfclam, Atlantic sea scallop, and ocean quahog). Longfin squid, another invertebrate EFH species, also associate with soft-bottom benthic habitat.

Habitat for invertebrates that colonize hard surfaces or associate with complex benthic habitat would increase. Epibenthic organisms (e.g., mussels and anemones) and crustaceans that prefer hard-bottom habitat (e.g., American lobster and crab) would gain habitat. The available evidence indicates that recovery of benthic habitat structure would begin quickly and would likely be relatively rapid, but full recovery of the community of habitat-forming organisms could take up to a decade. For example, Degraer et al. (2020) have documented the development of diverse invertebrate communities on offshore wind structures around the globe. Hutchison et al. (2020a) documented the development of a diverse and biologically productive invertebrate community that developed on turbine foundations at the nearby BIWF within 3 years after construction. The structures were initially colonized by dense aggregations of mussels and barnacles, followed by corals, hydroids, anemones, and predatory invertebrates like crabs, sea stars, and snails. A nonnative tunicate, already widespread and common in the region, is also present. Shell hash and detritus falling from the foundations changed the composition of and enriched the surrounding sediments, increasing biological productivity. These effects extended beyond the scour protection footprint surrounding each foundation. Based on the proximity each RWF structures to the BIWF, it is reasonable to conclude that RWF structures would develop a similarly diverse biological community over a similarly short period.

Similar artificial reef effects have been observed at other offshore wind facilities (Causon and Gill 2018; Degraer et al. 2020; Langhamer 2012; Taormina et al. 2018). While these findings indicate relatively rapid recovery of benthic community structure in general, some impacts may be longer lasting. Certain types of habitat-forming invertebrates, such as sponges and corals, are sensitive to disturbance and slow growing. These more sensitive species can take decades to fully recover and recolonize damaged habitats (Tamsett et al. 2010), but functional habitat recovery can likely be achieved in a decade or less based on

observational studies within and outside the region (Auster and Langton 1999; BOEM 2023; Collie et al. 2005; Lukens and Selberg 2004).

Offshore wind structures could in theory provide a foothold for harmful nonnative species invasions. Several researchers (e.g., Coolen et al. 2020; Degraer et al. 2020; De Mesel et al. 2015; Hemery and Rose 2020) have raised concerns that offshore wind structures could provide novel habitats for nonnative species, serving as stepping stones that could facilitate the establishment of potentially harmful organisms. Nonnative species have been observed at the BIWF (Hutchison et al. 2020c), but negative impacts on native biological communities have yet to be demonstrated. Nonnative species have been detected at wind farms in Europe and are commonly species that are already present in intertidal habitats and that are able to exploit newly created wind farm surfaces within a similar depth range near the water surface (Coolen et al. 2020; De Mesel et al. 2015). De Mesel et al. (2015) concluded that nonnative species were able to use wind farm foundations to expand their range within the North Sea. Coolen et al. (2020) similarly observed nonnative species on wind farm structures as well as on oil and gas platforms. Nonnative species were most common at surface to mid-depths and comparatively rare around the base of the foundations. Hemery and Rose (2020) reviewed the available science and concluded that wind farms do not pose an inherently higher risk of nonnative species invasions than other existing marine installations. Further, these risks can be minimized by managing pathways for nonnative species introductions during Project construction and O&M (e.g., through ballast water controls and avoiding ports where high-risk species are known to be present).

In general, reef effects are likely increase the diversity and biological productivity of the invertebrate community within and around the RWF over time (Causon and Gill 2018). The resulting effects on invertebrates would vary by species and could be positive, negative, or neutral depending on a variety of factors. For example, the displacement of soft-bottom benthic habitat would constitute a limited but permanent **moderate** adverse impact on invertebrates that use this habitat type. Some of these negative effects could be offset by organic enrichment and increased biological productivity in soft-bottom habitats at the edge of the reef effect zone (e.g., Hutchison et al. 2020c). Invertebrate species that associate with hard substrates and vertical relief created in the water column would gain new opportunities for habitat colonization that would otherwise not be present in the offshore environment, resulting in **minor** to **moderate** beneficial effects, with the level of benefit varying depending on the structures involved. For example, foundations and scour protection at the BIWF were rapidly colonized by epifaunal invertebrates, creating a diverse community of habitat-forming organisms within 4 years (Hutchison et al. 2020c). In contrast, concrete mattresses used for cable protection at the BIWF showed no measurable invertebrate community growth at 3 years following installation (HDR 2020), indicating that this type of structure will take longer to develop functional habitat value.

Hydrodynamic effects resulting from the presence of offshore wind structures could also affect the distribution and abundance of invertebrates within and around the RWF. Current movement around wind farm foundation also generates turbulent wakes that promote increased mixing downcurrent of the structures. Turbulent wakes can range from several hundred feet to potentially a mile or more in scale (Cazenave et al. 2016; Vanhellemont and Ruddick 2014). While impacts on current speed and direction decrease rapidly around monopiles, modeling studies suggest a potential for hydrodynamic effects out to 0.6 mile downcurrent (Li et al. 2014). Monopile wakes of up to 1,000 feet have been observed in real-world environments, but the resulting turbulence effects were indistinguishable from natural interannual variability (Schultze et al. 2020). The broad range of observed and predicted wake effects are likely

influenced by local conditions, wind farm scale, and sensitivity of the analysis. In strongly stratified locations, the turbulent wake effects are often masked or muted by the oceanographic processes that create stratification (Schultze et al. 2020). Even in strongly stratified environments, turbulent mixing that introduces nutrients from depth into the stratified surface layer can lead to a local increase in primary production (Floeter et al. 2017).

A growing body of research has demonstrated that offshore wind farms could have observable effects on oceanographic conditions up to tens of miles downfield from wind farm sites (e.g., Christiansen et al. 2022; Daewel et al. n.d. [2023]; Dorell et al. 2022; Floeter et al. 2022; Raghukumar et al. 2022). These field effects can also affect stratification and mixing of surface waters, which can in turn influence important ecological processes like larval dispersal and primary productivity. However, the extent and resulting ecological significance of these effects are likely to vary considerably between different oceanographic environments (van Berkel et al. 2020). Van Berkel et al. (2020) and Schultze et al. (2020) note that environments characterized by strong seasonal stratification, such as the Mid-Atlantic Bight, are less sensitive to changes and disruptions to oceanographic processes from atmospheric effects. In addition, atmospheric effects are influenced by WTG design. Golbazi et al. (2022) demonstrated that the surface effects of wind wakes from 10- to 15-MW WTGs, the size range being considered for development in the region, were appreciably less extensive than those produced by the smaller turbine designs currently employed in Europe (Akhtar et al. 2022; Christiansen et al. 2022; Daewel et al. 2022). Broadly speaking, the atmospheric effects of wind farms appear to decrease as WTG hub height above the sea surface increases.

Collectively, these findings indicate that planned and probable future wind farm development on the Mid-Atlantic OCS are unlikely to produce hydrodynamic effects on the order of those associated with European wind farm development in the southern North Sea (e.g., Christiansen et al. 2022; Daewel et al. n.d. [2023]; Dorell et al. 2022). As discussed in Section 3.6.2.3.1, this conclusion is supported by the findings of the Johnson et al. (2021) hydrodynamic modeling study conducted for BOEM. This study determined that the planned introduction of offshore wind energy structures to the RI/MA and MA WEAs would likely lead to small but measurable changes in current speed, wave height, and sediment transport in the northern Mid-Atlantic Bight. However, changes are unlikely to disrupt the prevailing strong seasonal stratification present on the Mid-Atlantic OCS.

Windfarm effects on surface currents are also likely to influence the dispersal of planktonic invertebrate and fish larvae within the WEAs and their surroundings, increasing larval settlement in some areas and decreasing it in others (Johnson et al. 2021). Changing larval dispersal pathways can disrupt connectivity between populations and the processes of larval settlement and recruitment (Sinclair 1988). Large-scale hydrodynamic changes can create population 'sinks,' subpopulations that are reproductively isolated from other regional populations by unfavorable changes in larval dispersal (Sinclair 1988). While some hydrodynamic effects on larval dispersal patterns are likely to occur as a result of the Proposed Action, and these impacts would last until the Project is decommissioned, the available evidence suggests that full development of the RWF would be unlikely to cause this type of adverse population-level effect on any invertebrate species.

The rationale for this conclusion is based on the nature of the regional oceanographic environment and its invertebrate populations. The invertebrate species of the Mid-Atlantic OCS use numerous broadly distributed spawning locations from which larvae are transported by regional circulation patterns over

distances ranging from tens to hundreds of miles (Chen et al. 2021; McCay et al. 2011; Munroe et al. 2018; Roarty et al. 2020; Zhang et al. 2015). The Johnson et al. (2021) modeling results indicate that Project-related shifts in larval transport and settlement density would be localized, with changes in settlement density occurring at the scale of miles to tens of miles within the natural variability of these broader regional patterns. Prior to the Johnson et al. (2021) analysis, Chen et al. (2016) used a hydrodynamic model to assess how the installation of large numbers of wind turbines on the Mid-Atlantic OCS would impact oceanographic processes during large storm events. They determined that structure presence would not have a significant influence on southward larval transport from Georges Bank and Nantucket Shoals to the Mid-Atlantic Bight, but wind farm development could lead to an increase in cross-shelf larval dispersion. The combined findings of the Johnson et al. (2021) and Chen et al. (2016) modeling studies indicate that broad changes in regional circulation patterns are unlikely to result from regional offshore wind development. These patterns are broadly consistent over time but vary from year to year, and organisms that depend on circulation-driven larval dispersal are adapted to that variability (Chen et al. 2021; McCay et al. 2011; Munroe et al. 2018; Roarty et al. 2020; Zhang et al. 2015). In this context, localized shifts in larval transport and settlement density on the scale of miles to tens of miles are unlikely to negatively affect larval survival at regional scales. Even where they occur, localized changes in larval recruitment may not necessarily translate to negative effects on adult biomass. For example, Atlantic sea scallops are prone to overcrowding and reduced growth rates in areas where larval recruitment exceeds carrying capacity (Bethoney and Stokesbury 2019). In such cases, changes in dispersal that reduce overcrowding could lead to localized beneficial effects on larval survival and growth to adulthood.

On this basis, BOEM concludes that the Proposed Action is likely to result in measurable hydrodynamic effects on invertebrates. Those effects would include changes in egg and larval dispersal patterns and the resulting effects on survival and growth to adulthood. Those effects could be positive or negative for individual organisms but are unlikely to lead to measurable consequences at population levels. The hydrodynamic effects of the Proposed Action would cease when the Project is decommissioned and removed. On this basis, hydrodynamic impacts of the Proposed Action would constitute a **minor** adverse effect on invertebrates. These impacts would cease when the Project is decommissioned, and subpopulation distribution would shift in response to the oceanographic conditions present at that time, as determined by climate change trends and other regional trends.

To summarize, long-term habitat modification caused by the presence of structures would create winners and losers, with some invertebrate species losing suitable habitat while others would gain. Negative population-level effects are unlikely to occur, as invertebrate species that lose habitat would still have abundant habitat available and those in proximity to new structures could benefit from increased biological productivity created by reef effects. On balance, the effects of this IPF on invertebrates are likely to be long term **moderate** beneficial and **moderate** adverse in terms of overall impact, varying by species and habitat association. Concrete mattresses used for cable protection may have to reside in the environment for some time before they provide suitable invertebrate habitat, which would constitute a long-term **minor** adverse impact depending on the amount of cable protection used.

O&M under the Proposed Action would include regular inspections of offshore structures and opportunistic removal of derelict fishing gear and other accumulated debris over the life of the Project. Derelict gear and debris are sources of bycatch mortality for invertebrates and can also cause damage to habitat-forming organisms that contribute to benthic habitat structure. Derelict gear and debris removal

from structures would constitute a long-term **minor** beneficial effect on invertebrates and habitat-forming organisms that contribute to benthic habitat structure.

Sediment deposition and burial: Up to 10% of cable protection is anticipated to be replaced over the life of the Project. Cable protection maintenance would produce similar effects on habitat-forming invertebrates as those described for Project construction, although reduced in extent and spread out over time. These effects would range from short-term behavioral disturbance of benthic infauna and other invertebrates accustomed to naturally high rates of sediment deposition, to mortality of benthic eggs and invertebrates subject to burial effects greater than 0.4 inch (10 mm). The IAC, OSS-link cable, RWEC, and cable protection would be removed from the seafloor during Project decommissioning, releasing TSSs into the water column. The resulting adverse effects from O&M and decommissioning would be similar in nature but lesser in magnitude than those resulting from Project construction and would therefore be **minor** adverse.

### 3.6.2.5.3    Cumulative Impacts

**Offshore Activities and Facilities**

Accidental releases and discharges: Based on compliance with environmental regulations, the Proposed Action when combined with past, present, and reasonably foreseeable projects would result in **negligible** adverse cumulative effects on invertebrates from accidental releases and discharges.

When the Project is combined with other future offshore wind projects, up to approximately 34 million gallons of coolants, fuels, oils, and lubricants could cumulatively be stored within WTGs and the OSSs' within the invertebrate GAA. All vessels associated with the Proposed Action and other offshore wind projects would comply with USCG requirements for the prevention and control of oil and fuel spills. Additionally, training and awareness of EPMs (see Table G-1 in Appendix G) proposed for waste management and marine debris would be required of RWF Project personnel. These releases, if any, would occur infrequently at discrete locations and vary widely in space and time, and impacts would be minimized through planned EPMs and other mitigation measures detailed in Tables F-1 and F-2, respectively, in Appendix F. Impacts to invertebrates, including habitat-forming species, from small-volume spills are therefore expected to be **negligible** adverse and short term in duration.

Higher volume spills of toxic materials could occur due to unanticipated events, such as a vessel allision with a WTG foundation. The nature and significance of such events would vary depending on the size of the release and the nature of the materials involved. Such events could lead to more extensive impacts on invertebrates, including habitat-forming species that contribute to benthic habitat structure. When low-probability unanticipated events are considered, the Proposed Action when combined with other past, present, and reasonably foreseeable projects poses a potential for **minor** to **moderate** adverse cumulative impacts on invertebrates that could range from short term to long term in duration.

Anchoring and new cable emplacement/maintenance: BOEM estimates a cumulative total of 11,631 acres of anchoring and mooring-related disturbance and 105,390 acres of cabling-related disturbance for the Proposed Action plus all other future offshore wind projects within the invertebrate GAA. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitats and associated fish and invertebrate species would be expected to fully recover

within 18 to 30 months, whereas impacts on complex benthic habitats could take a up to a decade to fully recover.

Therefore, the Proposed Action when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to invertebrates and on benthic habitat structure through impacts to habitat-forming invertebrates.

Bycatch: As discussed under O&M, the Proposed Action includes implementation of a FRMP to evaluate the effects of Project construction and structure presence on economically valuable fish and shellfish resources (Revolution Wind and Inspire Environmental 2023). Other planned and potential future offshore wind energy projects have or will likely implement similar monitoring plans that employ similar sampling methods using commercial fishing gear. These monitoring programs have and will likely continue to contract with commercial fishers to conduct data collection. The commercial fishers involved would likely otherwise be engaged in commercial fishing activity, meaning that planned and future monitoring activities are unlikely to increase the amount of fishing effort and associated impacts on invertebrates in the GAA relative to existing conditions. However, the distribution and timing of those impacts may change. As such, cumulative impacts from bycatch associated with monitoring activities under the Proposed Action in combination with other planned and future offshore wind projects would be **negligible** to **minor** adverse, with the impacts ranging from short term to long term in duration. Long-term impacts could result from damage to habitat-forming invertebrates in large-grained complex and complex benthic habitat and would also constitute an impact to benthic habitat structure.

The Proposed Action would include regular inspections to identify and remove derelict fishing gear and other trash and debris attached to offshore structures. Other future projects are expected to include similar measures in their O&M plans. This O&M effort would benefit invertebrates by removing potential sources of bycatch and benthic habitat structure by removing a source of potential damage to habitat-forming invertebrates. This O&M effort would continue over the life of the Project and other future wind energy projects and would therefore constitute a long-term **minor** beneficial effect on invertebrates and benthic habitat structure.

Climate change: In addition to the impacts described in the No Action Alternative (see Section 3.6.1.2), climate change has also resulted in a measurable increase in precipitation on the East Coast, increasing the amount of runoff and stormwater pollutants delivered by rivers to coastal and estuarine habitats. These trends are expected to continue under the Proposed Action. The intensity of climate change cumulative impacts on invertebrates are uncertain and are likely to vary considerably between species, resulting in **moderate** adverse effects.

EMF: Under the Proposed Action the Project would generate EMF and substrate heating effects of varying intensity along the combined 252 miles of IAC, OSS-link cable, and RWEC length. These effects would combine with those generated by the 13,717 miles of transmission cables from other future offshore wind facilities and existing transmission cables present within the invertebrate GAA. These cumulative effects would be similar in nature to those described for the No Action Alternative in Section 3.6.1.1.1. In summary, measurable effects on invertebrates from EMF exposure would be limited to individuals that occur in the immediate proximity (i.e., within 20 feet) of Project cables and range from short-term changes in behavior with no significant long-term consequences to potential physiological changes with prolonged exposure. Substrate heating effects could render small amounts of habitat

unsuitable for certain benthic invertebrate species at locations where buried cables are within 2 feet of the bed surface. Effects to individuals are unlikely to have a measurable impact on any invertebrate species at the population level and would therefore range from negligible to minor adverse depending on the type of exposure. BOEM anticipates that future offshore wind energy projects in the GAA would use HVAC (versus HVDC) transmission and apply similar design measures to those included in the Proposed Action avoid and minimize EMF effects on the environment. While uncertainties remain, cumulative adverse impacts to invertebrates from EMF and substrate heating effects resulting from past, planned, and potential future actions are likely to be **minor** adverse.

Light: The Proposed Action would result in noticeable but negligible adverse impacts to invertebrates through the installation of up to 102 lighted structures (100 WTGs and two OSSs). The Proposed Action and all future projects would be expected to comply with BOEM design guidance for avoiding and minimizing adverse lighting impacts on the environment (BOEM 2021a), meaning that effects to invertebrates would be negligible and adverse. Therefore, the cumulative impacts associated with the Proposed Action when combined with past, present, and reasonably foreseeable future activities would be similar to those impacts described under the No Action Alternative and would be **negligible** adverse, mostly attributable to existing, ongoing activities.

Noise: The Proposed Action would generate underwater noise effects during Project construction, throughout the operational life of the Project, and during Project decommissioning. These effects would combine with similar effects resulting from the construction, O&M, and decommissioning of other planned offshore wind projects on the Mid-Atlantic OCS. Sound-sensitive invertebrate species occurring near UXO detonation and impact pile-driving and vibratory pile-driving activities could suffer noise-related injury to sensory cells, resulting in reduced survival. The number of individuals affected is unlikely to have any measurable effect on those species at the population level. Less sensitive species may be temporarily disturbed by vibration effects, but any such effects would be short term in duration and are unlikely to have a measurable effect on any invertebrate population. Given this, cumulative effects on invertebrates resulting from underwater noise caused by the Proposed Action are likely to be **negligible** to **minor** adverse, varying by species.

Presence of structures: The Proposed Action would result in long-term alteration of water column and seafloor habitats, resulting in a diversity of effects on benthic habitat and invertebrates, including EFH species. The 102 monopile foundations and other hard surfaces installed as part of the Proposed Action would create an artificial reef effect. The new offshore structures would also cause hydrodynamic effects that would influence primary and secondary productivity within and around the artificial reef and effects on planktonic invertebrates, eggs, and larvae. Reef effects would alter biological community structure, producing an array of effects on invertebrates, and would create an artificial reef effect. The new offshore structures would also cause hydrodynamic effects that would influence primary and secondary productivity within and around the artificial reef, influencing the dispersal and survival of planktonic invertebrates and eggs and larvae. Reef effects would alter biological community structure, producing an array of effects on invertebrates. The affected invertebrates and habitats would interact with construction and O&M impacts caused by other planned offshore wind projects within the GAA. These projects would individually result in similar effects to those described for the Proposed Action, but the potential for synergistic cumulative effects at regional scales is not presently known. Those cumulative effects could be beneficial or adverse, varying by species, and would likely range from **minor** adverse and beneficial to **moderate** adverse and beneficial in terms of overall impact.

The Proposed Action is comparable in scale compared to some of the offshore renewable energy projects planned in the GAA. BOEM estimates the Proposed Action and other planned future projects will result in the development of 3,190 WTG and OSS foundations within the invertebrate GAA. Many of these projects will or could be developed in adjacent lease areas. Depending on how they are located and distributed, the development of multiple large-scale projects could have broader scale cumulative effects on biological communities than the Proposed Action considered in isolation (Degraer et al. 2020; van Berkel et al. 2020). More research is needed to determine the likelihood and potential impacts of these broader cumulative effects on invertebrates in general.

Sediment deposition and burial: The Proposed Action would result in localized short-term **minor** adverse sediment deposition and burial effects on benthic habitat and invertebrates. Short-term burial effects exceeding 10 mm would occur over an estimated 3,412 acres within the invertebrate GAA. Similar sediment deposition and burial impacts would result from the estimated 105,390 cumulative acres of cabling-related disturbance for the Proposed Action plus other future offshore wind projects within the invertebrate GAA. While suspended sediment effects from future projects cannot be predicted without area-specific modeling, these effects are expected to be similar in magnitude and extent to those described for the Proposed Action. More extensive suspended sediment and deposition effects could occur in areas where mud and silts are more prevalent in bed sediments. Some future projects could include dredging for O&M facility development or related port improvements. When combined with other past, present, and reasonably foreseeable actions, the Proposed Action would result in **minor** adverse cumulative impacts on benthic habitats and invertebrates.

The development of the Proposed Action in combination with other future offshore wind projects would generate similar sediment deposition and burial effects to those described above under project construction and installation (Section 3.6.2.3.1), but those effects would be more extensive and distributed across offshore WEAs within the GAA. As stated, these effects would be short term in duration and would range in severity from negligible to minor adverse at any given location. Cumulative short-term impacts from all planned and future projects are not likely to have measurable population-level effects on any invertebrate species; therefore, cumulative adverse effects from sediment deposition and burial would be **minor** adverse.

### 3.6.2.5.4    Conclusions

The construction and installation, O&M, and decommissioning of the Proposed Action would impact invertebrates through several mechanisms, including direct disturbance and mortality from seafloor disturbance during construction, entrainment of eggs and larvae, permanent habitat conversion, and changes in invertebrate community structure and food web interactions caused by reef effects. Reef effects would occur on and around RWF foundations and on portions of the RWEC corridor where cable protection would create new biological hotspots that would benefit some invertebrate species and reduce habitat suitability for others. Benthic infauna and other relatively immobile invertebrates within the 6,656-acre overall disturbance footprint of the Project would unavoidably be injured or killed during Project construction. This impact alone constitutes a **moderate** adverse effect on invertebrate species. Some of these adverse effects would be offset by **moderate** beneficial effects to some invertebrate species that benefit from the reef effects formed by new offshore structures.

Collectively, BOEM anticipates that the overall impacts associated with the Proposed Action when combined with past, present, and reasonably foreseeable activities would result in **moderate** adverse to **moderate** beneficial impacts on invertebrates in the GAA because a notable and measurable impact is anticipated, but the resource would likely recover completely when the impacting agents were gone and remedial or mitigating action were taken.

### 3.6.2.6       Alternatives C, D, E, and F: Benthic Habitat

### 3.6.2.6.1      Construction and Installation

#### Offshore Activities and Facilities

<u>Anchoring and new cable emplacement/maintenance:</u> Alternatives C through F would result in the installation of a reduced total length of IAC and a reduced extent of anchoring impacts relative to the Proposed Action. These alternatives would reduce the overall impact footprint and change the distribution of impacts by benthic habitat type. Differences in the extent of benthic habitat impacts between the Proposed Action and alternate configurations of Alternatives C through E are shown in Table 3.6-11, Table 3.6-12, and Table 3.6-13. The proposed configuration and installation requirements for the RWEC and OSS-link cables would not change under Alternatives C through F; therefore, the difference between impacts presented in each table reflect the reduction in IAC length and reduced anchoring requirements relative to the Proposed Action.

While Alternatives C through F would noticeably reduce the extent of adverse impacts to benthic habitat relative to the Proposed Action, the general scale, nature, and duration of impacts are broadly comparable to those described for the Proposed Action and would therefore be **minor** adverse, applying the impact criteria defined in Section 3.3, Table 3.3-2. However, these criteria do not fully capture the benefits of avoiding long-term impacts to specific habitat types. For example, Alternative C emphasizes avoiding and minimizing impacts to complex benthic habitat and reducing the overall impact footprint. This alternative would reduce overlapping benthic habitat impacts from 5,247 total acres to 3,542 to 3,597 total acres, depending on the configuration selected. Impacts to large-grained complex and complex benthic habitats from vessel anchoring, cable installation and cable protection, seafloor preparation for foundation installation, and the presence of foundations and scour protection would decrease from an estimated 2,214 acres to 1,101 to 1,144 acres, depending on configuration. Impacts to these habitat types would be long term to permanent in duration. Alternatives D and E would similarly reduce the overall footprint of impacts in these habitat types relative to the Proposed Action, from 2,214 acres to 1,763 to 2,135 acres for Alternative D, and from 2,214 to 1,792 to 2,029 acres for Alternative E. However, while total acres of impacts would decrease under each of these alternatives, the proportional distribution of impacts in these habitat types would increase relative to the Proposed Action.

The proposed configurations of Alternative C were developed to avoid impacts to specific high-value complex habitats. Therefore, in addition to the net reduction in impact footprint, the overall footprint and relative distribution of impacts in complex and large-grained complex habitats would decrease relative to the Proposed Action. Moreover, these two alternative configurations would avoid or minimize impacts to the highest-priority habitats identified for protection in the EFH assessment. The distribution of WTG and OSS foundations relative to large-grained complex and complex habitats under the proposed configurations of Alternative C are shown in Appendix L, Figures L-2 and L-3. The differences between

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

alternatives in terms of impacts to habitat suitability for fish species of concern are addressed in greater detail in Section 3.13.2.4.1.

Anchoring and cable installation impacts from Alternative D are broadly similar but noticeably reduced in extent compared to the Proposed Action. The various configurations of Alternative D would reduce the overall benthic habitat impact footprint by 362 to 967 acres relative to the Proposed Action, but the proportional distribution of impacts in large-grained complex habitat would increase (see Table 3.6-12). However, because Alternative D would selectively remove rows of WTG foundations from the perimeter of the RWF, it would not avoid impacts to the high-value large-grained complex and complex habitats in the center of the RWF to the same degree as Alternative C.

Alternative E emphasizes avoidance and minimization of impacts to culturally important viewsheds by removing WTG sites at the north end of the RWF. The affected sites are located predominantly in soft-bottom habitats. Given this, although the two configurations of this alternative would reduce the overall benthic habitat impact footprint by 940 to 1,613 acres and overall impact acreage in large-grained complex and complex habitats compared to the Proposed Action, the proportional distribution of impacts in those habitat types would increase. Alternative E1 would noticeably reduce impacts to large-grained complex and complex habitats by removing some foundation sites from the highest-priority habitats identified for protection in the EFH assessment. In contrast, Alternative E2 would not reduce impacts to these habitats relative to the Proposed Action.

While the initial placement and maintenance of cable protection are elements of this IPF, the concrete mattresses or similar cable protection features are structures that would remain in place throughout the operational life of the Project and would have long-term effects on benthic habitat composition and structure. These effects are addressed in Section 3.6.2.4.2 under presence of structures.

**Table 3.6-11. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative C**

| Alternative | Maximum Construction Disturbance Footprint (acres)* | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| Proposed Action | 5,247 | 14.9% | 27.3% | 57.8% |
| C1 | 3,597 | 6.2% | 24.4% | 69.4% |
| C2 | 3,542 | 7.4% | 24.9% | 67.7% |

* Estimated total acres of seafloor disturbance, accounting for overlapping impacts from anchoring disturbance, seafloor preparation, and placement of foundations and scour protection. Anchoring disturbance assumes 13.7 to 21.1 acres of jack-up vessel anchoring for foundation installation, 16.1 acres of pull-ahead anchoring for OSS-link cable and RWEC installation, and 2,320 to 3,167 acres of general construction vessel anchoring impacts based on the number of foundations. The latter could occur anywhere within a 656-foot (200-m) radius around each foundation site. Actual anchoring requirements are not currently known, and certain anchoring activities would overlap; therefore, the impacted habitat footprint would be less than this total area. IAC configurations for Alternatives C through E have not been developed. IAC impacts for these alternatives are based on the same assumption.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-12. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative D**

| Alternative | Maximum Construction Disturbance Footprint (acres)* | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| Proposed Action | 5,247 | 14.9% | 27.3% | 57.8% |
| D1 | 4,885 | 15.2% | 25.0% | 59.7% |
| D2 | 4,845 | 15.7% | 26.1% | 58.2% |
| D3 | 4,885 | 15.3% | 28.4% | 56.3% |
| D1+D2 | 4,562 | 16.0% | 23.7% | 60.3% |
| D1+D3 | 4,603 | 15.6% | 26.0% | 58.3% |
| D2+D3 | 4,562 | 16.1% | 27.3% | 56.7% |
| D1+D2+D3 | 4,280 | 16.5% | 24.7% | 58.8% |

* Estimated total acres of seafloor disturbance, accounting for overlapping impacts from anchoring disturbance, seafloor preparation, and placement of foundations and scour protection. Anchoring disturbance assumes 16.6 to 21.1 acres of jack-up vessel anchoring for foundation installation, 16.1 acres of pull-ahead anchoring for OSS-link cable and RWEC installation, and 2,484 to 3,167 acres of general construction vessel anchoring impacts based on the number of foundations. The latter could occur anywhere within a 656-foot (200-m) radius around each foundation site. Actual anchoring requirements are not currently known, and certain anchoring activities would overlap; therefore, the impacted habitat footprint would be less than this total area. IAC configurations for Alternatives C through E have not been developed. Therefore, the benthic habitat impacts presented for Alternative D are based on a hypothetical configuration that underestimates the likely extent and distribution of benthic habitat impacts and are presented here for comparison to impacts from Alternatives C and E. IAC impacts for these alternatives are based on the same assumption.

**Table 3.6-13. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for Alternative E**

| Alternative | Maximum Construction Disturbance Footprint (acres)* | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| Proposed Action | 5,247 | 14.9% | 27.3% | 57.8% |
| E1 | 3,634 | 16.3% | 33.0% | 50.7% |
| E2 | 4,307 | 16.5% | 30.6% | 52.9% |

* Estimated total acres of seafloor disturbance, accounting for overlapping impacts from anchoring disturbance, seafloor preparation, and placement of foundations and scour protection. Anchoring disturbance assumes 13.5 to 21.1 acres of jack-up vessel anchoring for foundation installation, 16.1 acres of pull-ahead anchoring for OSS-link cable and RWEC installation, and 2,494 to 3,167 acres of general construction vessel anchoring impacts based on the number of foundations. The latter could occur anywhere within a 656-foot (200-m) radius around each foundation site. Actual anchoring requirements are not currently known, and certain anchoring activities would overlap; therefore, the impacted habitat footprint would be less than this total

area. IAC configurations for Alternatives C through E have not been developed. Therefore, the benthic habitat impacts presented for Alternative E are based on a hypothetical configuration that underestimates the likely extent and distribution of benthic habitat impacts and are presented here for comparison to impacts from Alternatives C and D.

<u>Presence of structures:</u> Alternatives C through F would result in the installation of fewer monopile foundations than the Proposed Action, resulting in a noticeable reduction in the extent of construction-related impacts on benthic habitat composition and structure. However, the distribution of those impacts would vary by benthic habitat type and habitat priority.

Alternative C seafloor preparation impacts would decrease from approximately 734 acres under the Proposed Action to between 475 and 482 acres depending on configuration selected. Acres of habitat affected by placement of foundations and scour protection would decrease from 81.4 acres to 52.7 to 53.5 acres (see Table 3.6-14). Given this, this alternative would result in an appreciable reduction in the overall impact footprint compared to the Proposed Action. Moreover, the two configurations of Alternative C would distribute those features to minimize impacts to large-grained complex and complex habitats. The proportional distribution of impacts in these habitat types would decrease from a combined 47.5% of the total impact footprint under the Proposed Action to 33.2% to 36.0% under Alternative C (see Table 3.6-14). As stated, these impacts would also be distributed to minimize impacts to the highest priority benthic habitats identified for impact avoidance in the EFH assessment (see Section 3.13.2.7).

Alternatives D and E would also reduce the total impact footprint from foundation installation relative to the Proposed Action. However, the reduction in impact would be smaller, and, unlike Alternative C, these alternatives have not been configured to minimize impacts to high-priority benthic habitats. Differences in the extent of benthic habitat impacts between the Proposed Action and alternate configurations of Alternatives D through E are shown by construction element in Table 3.6-15 and Table 3.6-16. As shown, each configuration would result in a reduced impact footprint. However, because most foundation sites removed are located in soft-bottom habitat, the proportional distribution of impacts in complex and large-grained complex habitat as a percentage of total impact footprint would increase under these alternatives compared to the Proposed Action. Habitat impacts from these alternatives would result in short- to long-term or permanent effects on benthic habitat composition and long-term to permanent effects on benthic habitat structure that extend beyond the footprint of the installed structures. As stated, Alternative F would use one of the configurations described for Alternatives C through E. Therefore, benthic habitat impacts resulting from this alternative would be similar to those resulting from the selected configuration. For example, if Alternative C1 were selected as a model configuration, then the extent and distribution of benthic habitat impacts under Alternative F would be essentially the same as those described for Alternative C1.

The affected areas would eventually regain full habitat function without mitigation, which constitutes a **minor** adverse impact on benthic habitat composition and structure using the impact criteria defined in Section 3.3, Table 3.3-2. As discussed above for anchoring and new cable emplacement and maintenance, the proposed configurations of Alternative C were specifically selected to avoid and minimize impacts to high-priority habitats identified for protection in the EFH assessment. The differences between alternatives in terms of impacts to habitat suitability for fish species of concern are addressed in greater detail in Section 3.13.2.4.1. While installation of foundations, scour, and cable protection occurs during construction, these features would remain in place throughout the operational life of the Project and would have long-term to permanent effects on habitat composition and structure. These effects are described in Section 3.6.2.4.2.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-14. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative C**

| Alternative | Seafloor Preparation Footprint (acres)* | Monopile Foundations and Scour Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|
| Proposed Action | 734 | 81.4 | 19.0% | 29.7% | 51.3% |
| C1 | 482 | 53.5 | 9.7% | 23.5% | 66.8% |
| C2 | 475 | 52.7 | 11.7% | 24.3% | 64.0% |

* Revolution Wind estimates that seafloor preparation could be required within approximately 23% of a 656-foot radius around each WTG and OSS foundation, totaling 7.2 acres. The habitat composition shown is based on the mapped habitat composition within a circular seafloor preparation radius of 7.2 acres around each foundation location, and monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively.

† Monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively. An estimated 0.7 acre of rock scour protection would be placed in a circular area around each monopile. All monopile and scour protection impacts occur within the seafloor preparation footprint and are overlapping impacts. This total includes additional impacts from cable protection systems at WTG and OSS foundations that extend beyond the scour protection footprint (approximately 0.07 additional acre per foundation). These impacts will occur within the broader seafloor preparation footprint.

**Table 3.6-15. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative D**

| Alternative | Seafloor Preparation Footprint (acres)* | Monopile Foundations and Scour Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|
| Proposed Action | 734 | 81.4 | 19.0% | 29.7% | 51.3% |
| D1 | 684 | 75.8 | 20.0% | 25.9% | 54.1% |
| D2 | 677 | 75.0 | 20.2% | 28.4% | 51.4% |
| D3 | 684 | 75.8 | 19.7% | 31.3% | 49.0% |
| D1+D2 | 626 | 69.5 | 21.4% | 24.1% | 54.4% |
| D1+D3 | 634 | 70.3 | 20.9% | 27.3% | 51.8% |
| D2+D3 | 626 | 69.5 | 21.1% | 30.1% | 48.8% |
| D1+D2+D3 | 576 | 63.9 | 22.5% | 25.6% | 52.0% |

* Revolution Wind estimates that seafloor preparation could be required within approximately 23% of a 656-foot radius around each WTG and OSS foundation, totaling 7.2 acres. The habitat composition shown is based on the mapped habitat composition within a circular seafloor preparation radius of 7.2 acres around each foundation location and monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively.

† Monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively. An estimated 0.7 acre of rock scour protection would be placed in a circular area around each monopile. Monopile and scour protection impacts all occur within the seafloor preparation footprint and are overlapping impacts. This total includes additional impacts from cable protection systems at WTG and OSS foundations that extend beyond the scour protection footprint (approximately 0.07 additional acre per foundation). These impacts will occur within the broader seafloor preparation footprint.

**Table 3.6-16. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative E**

| Alternative | Seafloor Preparation Footprint (acres)* | Monopile Foundations and Scour Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|
| Proposed Action | 734 | 81.4 | 19.0% | 29.7% | 51.3% |
| E1 | 475 | 52.7 | 22.5% | 39.5% | 38.0% |
| E2 | 598 | 66.3 | 21.6% | 34.6% | 43.7% |

* Revolution Wind estimates that seafloor preparation could be required within approximately 23% of a 656-foot radius around each WTG and OSS foundation, totaling 7.2 acres. The habitat composition shown is based on the mapped habitat composition within a circular seafloor preparation radius of 7.2 acres around each foundation location, and monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively.

† Monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively. An estimated 0.7 acre of rock scour protection would be placed in a circular area around each monopile. All monopile and scour protection impacts occur within the seafloor preparation footprint and are overlapping impacts. This total includes additional impacts from cable protection systems at WTG and OSS foundations that extend beyond the scour protection footprint (approximately 0.07 additional acre per foundation). These impacts will occur within the broader seafloor preparation footprint.

### 3.6.2.6.2     Operations and Maintenance and Decommissioning

**Offshore Activities and Facilities**

<u>Presence of structures:</u> Alternatives C through F would result in the installation of fewer monopile foundations than the Proposed Action and would reduce the total length of IAC. This would noticeably reduce the extent of long-term to permanent impacts on benthic habitat and habitat-forming invertebrates. However, the alternatives vary appreciably in terms of the extent and distribution of these impacts between benthic habitat types.

Differences between the Proposed Action and alternate configurations of Alternatives C through E in benthic habitat occupied by new structures are shown in Table 3.6-17, Table 3.6-18, and Table 3.6-19. As shown, the two configurations of Alternative C would reduce long-term to permanent impacts from structure presence from approximately 210 acres to 143 to 146 acres compared to the Proposed Action. The proportional distribution of those impacts would also shift toward soft-bottom habitat. Approximately 59.5% of long-term to permanent impacts from structure presence would occur in soft-bottom habitat under the Proposed Action. Under Alternative C, the proportion of impacts in soft-bottom habitat would increase to 68.5% to 70.0% (see Table 3.6-17). Alternative C would also minimize structure presence in the highest-priority habitats identified for impact avoidance in the EFH assessment. Should one of these configurations be selected under Alternative F, that alternative would produce a similar reduction and redistribution of benthic habitat impacts.

Alternatives D and E would also reduce the number of WTG foundations and the total acres of IAC cable relative to the Proposed Action, resulting in a commensurate reduction in the acres of benthic habitat exposed to long-term impacts. Long-term to permanent impacts from structure presence would decrease from approximately 210 acres under the Proposed Action to 173 to 193 acres under Alternative D and to 149 to 171 acres under Alternative E (see Table 3.6-18 and Table 3.6-19). However, the proportional distribution of effects in soft-bottom habitat could increase or decrease, ranging from 58.4% to 63.6%

under Alternative D and from 53.3% to 55.7% under Alternative E compared to 59.5% under the Proposed Action. Should one of these configurations be selected for Alternative F, that alternative would produce a similar impact footprint and distribution of impacts by habitat type.

Alternatives C through F would produce reef and hydrodynamic effects from structure presence similar in nature but reduced in extent relative to those described for the Proposed Action in Sections 3.6.2.2.2 and 3.6.2.3.2. These effects would be reduced in extent under each alternative configuration commensurate with the number of structures and acres of cable protection installed (see Table 3.6-17, Table 3.6-18, and Table 3.6-19 for Alternatives C through E) but would be of the same general scale and overall impact as those produced by the Proposed Action and would therefore be **minor** to **moderate** adverse or **moderate** beneficial, as measured by potential effects on the broader biological community associated with benthic habitats using the significance criteria defined in Section 3.3, Table 3.3-2.

As discussed for Project construction, these impact determinations do not differentiate potentially important differences in impacts between alternatives. Specifically, the proposed configurations of Alternative C were specifically selected to avoid and minimize impacts to large-grained complex and complex habitats of particular value for certain fish species of concern. These potential benefits are acknowledged and discussed in greater detail in terms of potential effects on habitat suitability for certain fish species of concern in Section 3.13.2.4.1.

**Table 3.6-17. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative C**

| Alternative | Wind Turbine Generator and Offshore Substation Foundations (total number) | Maximum Seafloor Footprint Occupied by Foundations (acres)* | Cable Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|---|
| Proposed Action | 102 | 81.4 | 128.2 | 13.9% | 26.6% | 59.5% |
| C1 | 67 | 53.5 | 92.7 | 6.2% | 23.7% | 70.0% |
| C2 | 66 | 52.7 | 90.5 | 7.7% | 23.8% | 68.5% |

* The habitat composition shown is based on the mapped habitat composition within monopile and scour protection footprints of 0.03 and 0.7 acre and 0.04 and 0.7 acre for the WTG and OSS foundations, respectively. Total includes an additional 0.07 acre per foundation of cable protection system area that extends beyond the scour protection footprint.

† Cable protection would be along 10% of the cable length on the OCS and 14.5% of the cable length in state waters, comprising 4.4 acres for the OSS-link cable and 49.6 acres for the RWEC routes under the Proposed Action. IAC cable protection acres vary by alternative. The precise location of cable protection is not known. Cable protection is most likely to be placed in large-grained complex and complex habitats but could also be required in soft-bottom habitats. Total cable protection acreage varies between alternative configurations based on the number of foundations and IAC length. IAC configurations have not been developed for Alternatives C, D, and E. Cable protection acreage for Alternative C is based on a hypothetical configuration that underestimates the likely extent and distribution of benthic habitat impacts. These values are used as a basis of comparison to impacts from Alternatives D and E.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-18. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative D**

| Alternative | Wind Turbine Generator and Offshore Substation Foundations (total number) | Maximum Seafloor Footprint Occupied by Foundations (acres)* | Cable Protection (acres)[†] | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|---|
| Proposed Action | 102 | 81.4 | 128.2 | 13.9% | 26.6% | 59.5% |
| D1 | 95 | 75.8 | 116.8 | 11.2% | 25.2% | 63.6% |
| D2 | 96 | 75.0 | 116.3 | 14.2% | 25.6% | 60.2% |
| D3 | 95 | 75.8 | 116.8 | 14.0% | 27.6% | 58.4% |
| D1+D2 | 89 | 69.5 | 112.4 | 14.4% | 23.6% | 62.1% |
| D1+D3 | 88 | 70.3 | 113.0 | 14.2% | 25.7% | 60.1% |
| D2+D3 | 89 | 69.5 | 112.4 | 14.5% | 26.7% | 58.9% |
| D1+D2+D3 | 82 | 63.9 | 108.6 | 11.6% | 26.7% | 61.7% |

* The habitat composition shown is based on the mapped habitat composition within monopile and scour protection footprints of 0.03 and 0.7 acre and 0.04 and 0.7 acre for the WTG and OSS foundations, respectively. Total includes an additional 0.07 acre per foundation of cable protection system area that extends beyond the scour protection footprint.

[†] Cable protection would be along 10% of the cable length on the OCS and 14.5% of the cable length in state waters, comprising 4.4 acres for the OSS-link cable and 49.6 acres for the RWEC routes under the Proposed Action. IAC cable protection acres vary by alternative. The precise location of cable protection is not known. Cable protection is most likely to be placed in large-grained complex and complex habitats but could also be required in soft-bottom habitat (e.g., at cable crossings). Total cable protection acreage varies between alternative configurations based on the number of foundations and IAC length. IAC configurations have not been developed for Alternatives C, D, and E. Cable protection acreage for Alternative D is based on a hypothetical configuration that underestimates the likely extent and distribution of benthic habitat impacts. These values are used as a basis of comparison to impacts from Alternatives C and E.

**Table 3.6-19. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative D**

| Alternative | Wind Turbine Generator and Offshore Substation Foundations (total number) | Maximum Seafloor Footprint Occupied by Foundations (acres)* | Cable Protection (acres)[†] | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|---|
| Proposed Action | 102 | 81.4 | 128.2 | 13.9% | 26.6% | 59.5% |
| E1 | 66 | 52.7 | 95.9 | 14.9% | 30.8% | 54.3% |
| E2 | 83 | 66.3 | 104.4 | 14.9% | 29.3% | 55.7% |

* The habitat composition shown is based on the mapped habitat composition within monopile and scour protection footprints of 0.03 and 0.7 acre and 0.04 and 0.7 acre for the WTG and OSS foundations, respectively. Cable protection would be placed in complex benthic habitat along 10% of the cable length, totaling 74.1 acres for the IAC, 4.4 acres for the OSS-link cable, and 49.6

acres for the RWEC routes under the Proposed Action. Cable protection acreage would vary between alternative configurations based on IAC length and elimination of the OSS-link cable and RWEC #2 under E1 and E2.

† Cable protection total includes an additional 0.07 acre per foundation of cable protection system footprint extending beyond the scour protection around each foundation. Total cable protection acreage varies between alternative configurations based on the number of foundations and IAC length. IAC configurations have not been developed for Alternatives C, D, and E. Cable protection acreage for Alternative E is based on a hypothetical configuration that underestimates the likely extent and distribution of benthic habitat impacts. These values are used as a basis of comparison to impacts from Alternatives C and D.

### 3.6.2.6.3    Cumulative Impacts

**Offshore Activities and Facilities**

The benthic habitat cumulative impacts analysis for Alternatives C, D, E, and F is provided in Table 3.6-3.

### 3.6.2.6.4    Conclusions

The construction and installation, O&M, and decommissioning of Alternatives C through F would impact benthic habitat through the same mechanisms described for the Proposed Action. Changes in the composition and structure of benthic habitats would occur at specific locations within the RWF and portions of the RWEC corridor where cable protection is used, creating new biological hotspots that would benefit some fish and invertebrate species. Long-term to permanent habitat conversion effects on seafloor from boulder relocation and presence of structures would constitute a **moderate** adverse effect on benthic habitat. Some of these adverse effects would be offset by **moderate** beneficial effects on benthic habitat structure and productivity resulting from reef effects. While the overall extent of offshore impacts to benthic habitat would be reduced under Alternatives C through F relative to the Proposed Action, the overall level of impact would be broadly similar across all alternatives. This finding is specific to impacts to the composition and physical structure of benthic habitat and does not reflect the importance of specific habitats to fish species of particular concern. These effects are addressed in Section 3.13.2.4.1.

Collectively, BOEM anticipates that the overall impacts from offshore activities associated with Alternatives C through F when combined other with past, present, and reasonably foreseeable activities would be similar to the Proposed Action: a **moderate** adverse impact on benthic habitat composition and **moderate** adverse to **moderate** beneficial effects on benthic habitat structure in the GAA.

### 3.6.2.7    Alternatives C, D, E, and F: Invertebrates

### 3.6.2.7.1    Construction and Installation

**Offshore Activities and Facilities**

Noise: Construction of Alternatives C through F would result in similar underwater noise and vibration impacts to invertebrates as those described in Section 3.6.2.3.2 for the Proposed Action, but those impacts would be reduced in extent and duration because fewer foundations would be installed. The total area exposed to noise and vibration effects would vary between alternatives depending on the configuration selected.

Differences in the area of potential exposure to harmful cumulative noise impacts between the Proposed Action and the proposed configurations of Alternatives C through E are summarized in Table 3.6-20, Table 3.6-21, and Table 3.6-22. The values presented in these tables represent 1) the estimated threshold distance from the source for exposure to potentially injurious effects on invertebrate eggs and larvae and

behavioral effects on adults, and 2) the difference in the number of sites and total duration of noise-producing activities between alternatives. As shown, while noise effects would vary slightly in extent between layouts; they are similar in magnitude and general scale to the Proposed Action.

As stated in 3.6.2.5.1, UXO detonation is not currently anticipated but could potentially be required should additional devices be identified prior to or during construction. In the event that devices are encountered that require detonation in place, the nature and potential extent of impacts are summarized in Table 3.6-20, Table 3.6-21, and Table 3.6-22. The largest UXO devices are most likely to be found within the central portion of the RWF and in state waters on the RWEC corridor at the mouth and outside of Narragansett Bay (Ordtek 2021), but the probable area of occurrence covers a large enough portion of the RWF such that it is not currently possible to assess potential differences in associated noise impacts between alternatives and the area of potential adverse effects from UXO detonation would be the same across alternatives. Similarly, while reducing the number of foundations and IAC length would also likely reduce HRG survey requirements, insufficient information is available to quantify differences in noise exposure area between alternatives. However, any difference in UXO- or HRG-related noise exposure would not be sufficient to alter the noise impact determination for invertebrates. Applying the impact criteria defined in Section 3.3, Table 3.3-2, construction noise effects on invertebrates from Alternatives C through F would be the same as the Proposed Action: **minor** adverse.

**Table 3.6-20. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative C**

| Type of Noise Exposure | Activity | Threshold Distance (feet)* | Exposure Parameter | Proposed Action (number) | C1 (number) | C2 (number) |
|---|---|---|---|---|---|---|
| Potentially lethal effects on eggs and larvae | Foundation installation | 16–6,000[¥] | No. of sites | 102 | 66 | 67 |
| | | | Total days | 35 | 23 | 23 |
| | UXO detonation | 49–1,385[†] | No. of sites | Undetermined[‡] | | |
| Behavioral effects on subadults and adults | Foundation installation | 6–1,500[¥] | No. of sites | 102 | 66 | 67 |
| | | | Total days | 35 | 23 | 23 |
| | HRG survey | 6 | Linear miles | 7,386-7,616[Δ] | | |
| | | | Total days | 170-175[Δ] | | |
| | UXO detonation | 6–1,500[§] | No. of sites | Undetermined[‡] | | |

* Threshold distances are the distance in feet from the sound source where the identified type of exposure could occur.

[¥] Threshold distances are anticipated to vary between invertebrate species groups. The low end of ranges represents estimated threshold distances for insensitive species (e.g., crustaceans), and the high end of ranges represents threshold distances for potentially sensitive species (e.g., squid) (Edmonds et al. 2016; Jézéquel et al. 2022; Jones et al. 2020, 2021; Payne et al. 2007).

[†] The safety setbacks derived from Keevan and Hempen (1997) for explosive devices range from 1.1 to 1,000 pounds. UXO detonation impacts could occur anywhere within a 114,769-acre area within the RWF and/or along the RWEC corridor.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

Δ Survey length and duration estimates assume 3,547 linear miles and 82 days of HRG survey effort for RWEC and OSS-link cables, and 50 HRG survey miles per linear mile of IAC cable at 43 miles of survey effort per day.

‡ UXO risk mitigation requirements are not currently known; therefore, it is not possible to evaluate differences in detonation requirements between alternatives and alternative configurations.

§ Available evidence indicates that certain invertebrates, such as crustaceans, are generally insensitive to pressure-related damage from explosions (Keevin and Hempen 1997; Popper et al. 2014). Particle motion effects would likely result in behavioral impacts for individuals in proximity to each detonation. Detonation impacts on invertebrates are therefore anticipated to be generally comparable to impact pile driving.

**Table 3.6-21. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative D**

| Type of Noise Exposure | Activity | Threshold Distance (feet)* | Exposure Parameter | Number by Alternative | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Proposed Action | D1 | D2 | D3 | D1+D2 | D1+D3 | D2+D3 | D1+D2+D3 |
| Potentially lethal effects on eggs and larvae | Foundation installation | 16–6,000¥ | No. of sites | 102 | 95 | 94 | 95 | 87 | 88 | 87 | 80 |
| | | | Total days | 35 | 33 | 33 | 33 | 30 | 31 | 30 | 28 |
| | UXO detonation | 49–1,385† | No. of sites | Undetermined‡ | | | | | | | |
| Behavioral effects on subadults and adults | Foundation installation | 6–1,500¥ | No. of sites | 102 | 95 | 94 | 95 | 87 | 88 | 87 | 80 |
| | | | Total days | 35 | 33 | 33 | 33 | 30 | 31 | 30 | 28 |
| | HRG survey | 6 | Linear miles | 9,279-10,142Δ | | | | | | | |
| | | | Total days | 213-233Δ | | | | | | | |
| | UXO detonation | 6–16§ | No. of sites | Undetermined‡ | | | | | | | |

* Threshold distances are the distance in feet from the sound source where the identified type of exposure could occur.

¥ Threshold distances are anticipated to vary between invertebrate species groups. The low end of ranges represents estimated threshold distances for insensitive species (e.g., crustaceans), and the high end of ranges represents threshold distances for potentially sensitive species (e.g., squid) (Edmonds et al. 2016; Jézéquel et al. 2022; Jones et al. 2021; Payne et al. 2007).

† The safety setbacks derived from Keevan and Hempen (1997) for explosive devices range from 1.1 to 1,000 pounds. UXO detonation impacts could occur anywhere within a 114,769-acre area within the RWF and/or along the RWEC corridor.

Δ Survey length and duration estimates assume 3,547 linear miles and 82 days of HRG survey effort for RWEC and OSS-link cables, and 50 HRG survey miles per linear mile of IAC cable at 43 miles of survey effort per day.

‡ UXO risk mitigation requirements are not currently known; therefore, it is not possible to evaluate differences in detonation requirements between alternatives and alternative configurations.

§ Available evidence indicates that certain invertebrates, such as crustaceans, are generally insensitive to pressure-related damage from explosions (Keevin and Hempen 1997; Popper et al. 2014). Particle motion effects would likely result in behavioral impacts for individuals in proximity to each detonation. Detonation impacts on invertebrates are therefore anticipated to be generally comparable to impact pile driving.

**Table 3.6-22. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative E**

| Type of Noise Exposure | Activity | Threshold Distance (feet)* | Exposure Parameter | Number by Alternative | | |
|---|---|---|---|---|---|---|
| | | | | Proposed Action | E1 | E2 |
| Potentially lethal effects on eggs and larvae | Foundation installation | 16–6,000[¥] | No. of sites | 102 | 66 | 83 |
| | | | Total days | 35 | 23 | 29 |
| | UXO detonation | 49–1,385[†] | No. of sites | Undetermined[‡] | | |
| Behavioral effects on subadults and adults | Foundation installation | 6–1,500[¥] | No. of sites | 102 | 66 | 83 |
| | | | Total days | 35 | 23 | 29 |
| | HRG survey | 6 | Linear miles | 7,951-8,846[Δ] | | |
| | | | Total days | 183-204[Δ] | | |
| | UXO detonation | 6–16[§] | No. of sites | Undetermined[‡] | | |

* Threshold distances are the distance in feet from the sound source where the identified type of exposure could occur.

[¥] Threshold distances are anticipated to vary between invertebrate species groups. The low end of ranges represents estimated threshold distances for insensitive species (e.g., crustaceans), and the high end of ranges represents threshold distances for potentially sensitive species (e.g., squid) (Edmonds et al. 2016; Jézéquel et al. 2022; Jones et al. 2021; Payne et al. 2007).

[†] The safety setbacks derived from Keevan and Hempen (1997) for explosive devices range from 1.1 to 1,000 pounds. UXO detonation impacts could occur anywhere within a 114,769-acre area within the RWF and/or along the RWEC corridor.

[Δ] Survey length and duration estimates assume 3,547 linear miles and 82 days of HRG survey effort for RWEC and OSS-link cables, and 50 HRG survey miles per linear mile of IAC cable at 43 miles of survey effort per day.

[‡] UXO risk mitigation requirements are not currently known; therefore, it is not possible to evaluate differences in detonation requirements between alternatives and alternative configurations.

[§] Available evidence indicates that certain invertebrates, such as crustaceans, are generally insensitive to pressure-related damage from explosions (Keevin and Hempen 1997; Popper et al. 2014). Particle motion effects would likely result in behavioral impacts for individuals in proximity to each detonation. Detonation impacts on invertebrates are therefore anticipated to be generally comparable to impact pile driving.

Sediment deposition and burial: Alternatives C through F would result in sediment deposition and burial impacts on invertebrates, including habitat-forming invertebrates that contribute to benthic habitat structure that are similar but reduced in extent to those described in Section 3.6.2.3.1 for the Proposed Action.

Differences in potential sediment deposition and burial exposure between the Proposed Action and the different configurations proposed for Alternatives C through E are summarized in Table 3.6-23, Table 3.6-24, and Table 3.6-25 in terms of the estimated total acres exposed to sediment deposition and burial effects greater than 0.4 inch (10 mm) for each cable component.

As shown, the various configurations of Alternatives C through F would modify the installation length for the IAC. This would reduce the extent of sediment deposition and burial effects for IAC installation

relative to the Proposed Action. Alternative C would also alter the distribution of sediment deposition impacts by avoiding large blocks of complex and large-grained complex habitat, meaning that invertebrates associated with those habitats would be less likely to experience deposition effects. As currently designed, Alternatives C through F would not change the proposed configurations of the OSS-link cable and RWEC; therefore, sediment deposition and burial effects for these Project components would be similar to those produced by the Proposed Action. While these alternatives would result in a slightly smaller area exposed to potentially harmful sediment deposition impacts, the level of impact would be the same as under the Proposed Action. Therefore, short-term sediment deposition and burial effects on invertebrates would range from **negligible** to **minor** adverse.

**Table 3.6-23. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative C Based on Cable Length**

| Component | Proposed Action (acres) | C1 (acres) | C2 (acres) |
|---|---|---|---|
| IAC | 273 | 142 | 142 |
| OSS-link cable | 9 | 9 | 9 |
| RWEC | 3,724 | 3,724 | 3,724 |

**Table 3.6-24. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative D Based on Cable Length**

| Component | Proposed Action | D1 (acres) | D2 (acres) | D3 (acres) | D1+D2 (acres) | D1+D3 (acres) | D2+D3 (acres) | D1+D2+D3 (acres) |
|---|---|---|---|---|---|---|---|---|
| IAC | 273 | 231 | 229 | 231 | 214 | 217 | 215 | 201 |
| OSS-link cable | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| RWEC | 3,724 | 3,724 | 3,724 | 3,724 | 3,724 | 3,724 | 3,724 | 3,724 |

**Table 3.6-25. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative E Based on Cable Length**

| Component | Proposed Action (acres) | E1 (acres) | E2 (acres) |
|---|---|---|---|
| IAC | 273 | 154 | 185 |
| OSS-link cable | 9 | 9 | 9 |
| RWEC | 3,724 | 3,724 | 3,724 |

### 3.6.2.7.2    Operations and Maintenance and Decommissioning

**Offshore Activities and Facilities**

<u>EMF:</u> Alternatives C through F would result in similar EMF impacts on invertebrates to those described in Section 3.6.2.3.2 for the Proposed Action, but those impacts would be reduced in extent and the total area exposed would vary depending on the configuration selected. Modeled magnetic and induced

electrical field effects for buried and exposed cable segments are described in Section 3.6.2.3.2. As shown, these effects vary in magnitude depending on whether the cable is buried to a minimum depth of 3.3 feet (1 m) or is laid on the bed surface under protective armoring. Differences in potential EMF exposure between the Proposed Action and the different configurations proposed for Alternatives C through E are summarized in Table 3.6-26, Table 3.6-27, and Table 3.6-28 in terms of the differences in the total length of buried versus exposed cable segments. While the linear extent of cable-generated EMF effects would decrease, the resulting adverse effects would be of the same intensity and general geographic scale as those produced by the Proposed Alternative, ranging from **negligible** to **minor** adverse.

Presence of structures: As discussed for benthic habitat in Section 3.6.2.4.2, Alternatives C through F would result in the installation of fewer monopile foundations than the Proposed Action and would reduce the total length of IAC. This would noticeably reduce the extent of long-term to permanent impacts on invertebrates, including structure-forming invertebrates associated with benthic habitat.

Differences between the Proposed Action and alternate configurations of Alternatives C through E in benthic habitat occupied by new structures are shown in Section 3.6.2.4.2, Table 3.6-17, Table 3.6-18, and Table 3.6-19. Alternative F would employ one of the proposed Alternative C through E configurations and would otherwise be identical except that it would use higher capacity WTGs. As such, impacts from this IPF would be identical to those described for the selected alternative configuration. As shown, Alternatives C through F would reduce the number of WTG foundations and the total acres of IAC cable relative to the Proposed Action. This would result in a commensurate reduction in the acres of benthic habitat exposed to short- and long-term impacts from the presence of foundations and scour and cable protection and the resulting effects on invertebrates that associate with these habitats.

Alternatives C through F would produce reef and hydrodynamic effects from structure presence similar in nature but reduced in extent relative to those described for the Proposed Action in Section 3.6.2.3.2. The resulting effects on invertebrates would be reduced in extent under each alternative configuration commensurate with the number of structures and acres of cable protection installed (see Table 3.6-17, Table 3.6-18, and Table 3.6-19 for Alternatives C through E) but would be of the same general scale and overall impact as those produced by the Proposed Action. These effects would therefore range from **minor** to **moderate** adverse or **moderate** beneficial, as measured by potential effects on the broader biological community associated with benthic habitats, using the significance criteria defined in Section 3.3, Table 3.3-2.

As discussed for Project construction, these impact determinations do not differentiate potentially important differences in impacts between alternatives. Specifically, the proposed configurations of Alternative C were specifically selected to avoid and minimize impacts to large-grained complex and complex habitats of value for certain fish species of concern. This would in turn reduce the extent of impacts for invertebrate species that associate with complex benthic habitat. These potential benefits are acknowledged and discussed in greater detail in terms of potential effects on habitat suitability for certain fish and EFH invertebrate species of concern in Sections 3.13.2.4.1.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-26. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative C Based on Total Cable Length**

| Component | Electromagnetic Field Exposure | Proposed Action Cable Length (linear miles) | C1 Cable Length (linear miles) | C2 Cable Length (linear miles) |
|---|---|---|---|---|
| IAC | Buried to 3.3 feet | 139.8 | 72.8 | 68.7 |
| | On bed surface | 15.5 | 8.1 | 7.6 |
| OSS-link cable | Buried to 3.3 feet | 8.4 | 8.4 | 8.4 |
| | On bed surface | 0.9 | 0.9 | 0.9 |
| RWEC | Buried to 3.3 feet | 70.6 | 70.6 | 70.6 |
| | On bed surface | 12.7 | 12.7 | 12.7 |

**Table 3.6-27. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative D Based on Total Cable Length**

| Component | Electromagnetic Field Exposure | Proposed Action | D1 | D2 | D3 | D1+D2 | D1+D3 | D2+D3 | D1+D2 +D3 |
|---|---|---|---|---|---|---|---|---|---|
| IAC | Buried to 3.3 feet | 139.8 | 118.3 | 102.7 | 110.0 | 117.2 | 110.0 | 111.0 | 118.3 |
| | On bed surface | 15.5 | 13.1 | 11.4 | 12.2 | 13.0 | 12.2 | 12.3 | 13.1 |
| OSS-link cable | Buried to 3.3 feet | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 |
| | On bed surface | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| RWEC | Buried to 3.3 feet | 70.6 | 70.6 | 70.6 | 70.6 | 70.6 | 70.6 | 70.6 | 70.6 |
| | On bed surface | 12.7 | 12.7 | 12.7 | 12.7 | 12.7 | 12.7 | 12.7 | 12.7 |

**Table 3.6-28. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations for Alternative E Based on Total Cable Length**

| Component | Electromagnetic Field Exposure | Proposed Action | E1 | E2 |
|---|---|---|---|---|
| IAC | Buried to 3.3 feet | 139.8 | 78.8 | 95.0 |
| | On bed surface | 15.5 | 8.8 | 10.6 |
| OSS-link cable | Buried to 3.3 feet | 8.4 | 8.4 | 8.4 |
| | On bed surface | 0.9 | 0.9 | 0.9 |

| Component | Electromagnetic Field Exposure | Proposed Action | E1 | E2 |
|---|---|---|---|---|
| RWEC | Buried to 3.3 feet | 70.6 | 70.6 | 70.6 |
| | On bed surface | 12.7 | 12.7 | 12.7 |

### 3.6.2.7.3    Cumulative Impacts

#### Offshore Activities and Facilities

The invertebrates cumulative impacts analysis for Alternatives C, D, E, and F is provided in Table 3.6-3.

### 3.6.2.7.4    Conclusions

The construction and installation, O&M, and decommissioning of Alternatives C through F would impact invertebrates through several mechanisms, including short-term and long-term habitat disturbance, permanent habitat conversion, and changes in substrate composition and nutrient cycling from reef effects caused by colonization of structures by habitat-forming invertebrates. These effects would occur on and around the RWF and portions of the RWEC corridor where cable protection is used and create new biological hotspots that would benefit some invertebrate species. Long-term to permanent habitat conversion effects on seafloor from boulder relocation and the presence of structures would constitute a **moderate** adverse effect on invertebrates. Some of these adverse effects would be offset by **moderate** beneficial effects on some invertebrate species that benefit from reef effects. While the overall extent of effects to invertebrates would be reduced under Alternatives C through F relative to the Proposed Action, the significance of those effects would be the same.

Collectively, BOEM anticipates that the overall impacts associated with Alternatives C through F when combined with past, present, and reasonably foreseeable activities would result in **moderate** adverse to **moderate** beneficial impacts on invertebrates in the GAA because a notable and measurable impact is anticipated, but the resource would likely recover completely when the impacting agents were gone and remedial or mitigating action were taken.

## 3.6.2.8    Alternative G: Impacts of the Preferred Alternative on Benthic Habitat

### 3.6.2.8.1    Construction and Installation Offshore Activities and Facilities

#### Offshore Activities and Facilities

Anchoring and new cable emplacement/maintenance: Alternative G would reduce the extent and distribution of impacts from this IPF by decreasing the total length of IAC and the anticipated extent of anchoring impacts relative to the Proposed Action. Differences in the extent of benthic habitat impacts between the Proposed Action and alternate configurations of Alternative G are shown in Table 3.6-29. The proposed configuration and installation requirements for the RWEC and OSS-link cables would not change under Alternative G; therefore, the difference between impacts presented in each table reflect the reduction in IAC length and reduced anchoring requirements relative to the Proposed Action.

While the base Alternative G and Alternatives G1 through G3 would noticeably reduce the extent of adverse impacts to benthic habitat relative to the Proposed Action, the general scale, nature, and duration of impacts are broadly comparable to those described for the Proposed Action and would therefore be

**minor** adverse, applying the impact criteria defined in Section 3.3, Table 3.3-2. However, these criteria do not fully capture the benefits of avoiding long-term impacts to specific habitat types. For example, Alternative G would reduce impacts in large-grained complex and complex habitats by up to 1,444 acres compared to the Proposed Action. That would include avoidance and minimization of certain high-priority habitats identified in the EFH assessment for the Project.

**Table 3.6-29. Acres of Benthic Habitat Disturbance from Revolution Wind Export Cable, Offshore Substation-Link Cable, and Inter-Array Cable Installation and Vessel Anchoring and Proportional Distribution of Impacts by Habitat Type under the Proposed Action and Proposed Configurations for the Alternative G**

| Alternative | Maximum Construction Disturbance Footprint (acres)* | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|
| Proposed Action | 5,247 | 14.9% | 27.3% | 57.8% |
| Alternative G | 4,291 | 6.7% | 25.9% | 67.4% |
| Alternative G1[†] | 3,812 | 5.1% | 29.0% | 65.4% |
| Alternative G2[†] | 3,803 | 5.2% | 29.1% | 65.3% |
| Alternative G3[†] | 3.803 | 5.2% | 29.0% | 65.3% |

* Estimated total acres of seafloor disturbance, accounting for overlapping impacts from anchoring disturbance, seafloor preparation, and placement of foundations and scour protection. Anchoring disturbance assumes 13.5 to 21.1 acres of jack-up vessel anchoring for foundation installation, 16.1 acres of pull-ahead anchoring for OSS-link cable and RWEC installation, and 2,515 to 3,167 acres of general construction vessel anchoring impacts based on the number of foundations. The latter could occur anywhere within a 656-foot (200-m) radius around each foundation site. Actual anchoring requirements are not currently known, and certain anchoring activities would overlap; therefore, the impacted habitat footprint would be less than this total area.

† Approximately 0.5% of impact acreage from IAC installation under Alternatives G1, G2, and G3 would occur in uncategorized habitats.

Presence of structures: Alternative G would result in the installation of fewer monopile foundations than the Proposed Action, resulting in a noticeable reduction in the extent of construction-related impacts on benthic habitat composition and structure. Specifically, seafloor preparation impacts would decrease from approximately 734 acres under the Proposed Action to approximately 583 acres under Alternative G and 482 acres under Alternatives G1 through G3.

Differences in the extent of benthic habitat impacts between the Proposed Action, the base Alternative G, and Alternatives G1 through G3 are shown by construction element in Table 3.6-30. As shown, each configuration would result in seafloor preparation impacts on varying amounts of soft-bottom, complex, and large-grained complex habitats, producing short- to long-term or permanent effects on benthic habitat composition and long-term to permanent effects on benthic habitat structure that extend beyond the footprint of the installed structures.

The affected areas would eventually regain full habitat function without mitigation, which constitutes a **minor** adverse impact on benthic habitat composition and structure using the impact criteria defined in Section 3.3, Table 3.3-2. Alternative G would reduce impacts to high-value large-grained complex and complex habitats compared to the Proposed Action, producing reductions comparable to the two

configurations of Alternative C. The meaningful differences between alternatives in terms of impacts to habitat suitability are for fish species of concern and are addressed in greater detail in Section 3.13.2.4.1. While installation of foundations and scour and cable protection occurs during construction, these features would remain in place throughout the operational life of the Project and would have long-term to permanent effects on habitat composition and structure. These effects are described in Section 3.6.2.8.2.

**Table 3.6-30. Acres of Benthic Habitat Disturbance from Wind Turbine Generator and Offshore Substation Foundation Installation and Proportional Distribution of Impacts by Habitat Type for the Proposed Action and Proposed Configurations of Alternative G**

| Alternative | Seafloor Preparation Footprint (acres)* | Monopile Foundations and Scour Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|
| Proposed Action | 734 | 81.4 | 19.0% | 29.7% | 51.3% |
| Alternative G | 583 | 64.7 | 5.4% | 30.5% | 64.1% |
| Alternative G1 | 482 | 53.5 | 1.1% | 29.1% | 69.7% |
| Alternative G2 | 482 | 53.5 | 1.2% | 32.1% | 66.7% |
| Alternative G3 | 482 | 53.5 | 1.2% | 32.1% | 66.7% |

* Revolution Wind estimates that seafloor preparation could be required within approximately 23% of a 656-foot radius around each WTG and OSS foundation, totaling 7.2 acres. The habitat composition shown is based on the mapped habitat composition within a circular seafloor preparation radius of 7.2 acres around each foundation location, and monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively.

† Monopile footprints of 0.03 and 0.04 acre for the WTG and OSS foundations, respectively. An estimated 0.7 acre of rock scour protection would be placed in a circular area around each monopile. All monopile and scour protection impacts occur within the seafloor preparation footprint and are overlapping impacts. This total includes additional impacts from cable protection systems at WTG and OSS foundations that extend beyond the scour protection footprint (approximately 0.07 additional acre per foundation). These impacts will occur within the broader seafloor preparation footprint.

### 3.6.2.8.2    Operations and Maintenance and Decommissioning

**Offshore Activities and Facilities**

Presence of structures: Alternative G would result in the installation of fewer monopile foundations than the Proposed Action and would reduce the total length of IAC. This would noticeably reduce the extent of long-term to permanent impacts on benthic habitat and habitat-forming invertebrates.

Differences in the extent of benthic habitat occupied by human-made structures between the Proposed Action and Alternative G are shown in Table 3.6-31. As shown, Alternative G would result in a commensurate reduction in the acres of benthic habitat exposed to long-term impacts from the presence of foundations, scour protection, and cable protection, from approximately 210 acres under the Proposed Action to 158 to 174 acres depending on the configuration selected. Alternative G would produce reef and hydrodynamic effects from structure presence similar in nature but reduced in extent relative to those described for the Proposed Action in Sections 3.6.2.2.2 and 3.6.2.3.2. These effects would be reduced in extent under each alternative configuration commensurate with the number of structures and acres of cable protection installed (see Table 3.6-17, Table 3.6-18, and Table 3.6-19 for Alternatives C through E) but would be of the same general scale and overall impact as those produced by the Proposed Action and

would therefore be **minor** to **moderate** adverse or **moderate** beneficial, as measured by potential effects on the broader biological community associated with benthic habitats using the significance criteria defined in Section 3.3, Table 3.3-2.

As discussed for Project construction, these impact determinations do not differentiate potentially important differences in impacts between alternatives. Specifically, the proposed configurations of Alternative C were specifically selected to avoid and minimize impacts to large-grained complex and complex habitats of particular value for certain fish species of concern. These potential benefits are acknowledged and discussed in greater detail in terms of potential effects on habitat suitability for certain fish species of concern in Section 3.13.2.4.1.

**Table 3.6-31. Acres and Proportional Distribution of Benthic Habitat Affected by the Presence of Wind Turbine Generator and Offshore Substation Foundations and Cable and Scour Protection under the Proposed Action and Proposed Configurations of Alternative G**

| Alternative | Wind Turbine Generator and Offshore Substation Foundations (total number) | Maximum Seafloor Footprint Occupied by Foundations (acres)* | Cable Protection (acres)† | Large-Grained Complex (%) | Complex (%) | Soft Bottom (%) |
|---|---|---|---|---|---|---|
| Proposed Action | 102 | 81.4 | 128.2 | 13.9% | 26.6% | 59.5% |
| Alternative G | 81 | 64.7 | 109.5 | 5.4% | 30.5% | 64.1% |
| Alternative G1 | 67 | 53.5 | 104.8 | 1.1% | 29.1% | 69.7% |
| Alternative G2 | 67 | 53.5 | 104.0 | 1.2% | 32.1% | 66.7% |
| Alternative G3 | 67 | 53.5 | 104.0 | 1.2% | 32.1% | 66.7% |

* The habitat composition shown is based on the mapped habitat composition within monopile and scour protection footprints of 0.03 and 0.7 acre and 0.04 and 0.7 acre for the WTG and OSS foundations, respectively. Total includes an additional 0.07 acre per foundation of cable protection system area that extends beyond the scour protection footprint.

† Cable protection would be required along 10% of the cable length on the OCS and 14.5% of the cable length in state waters, comprising 4.4 acres for the OSS-link cable and 49.6 acres for the RWEC routes under the Proposed Action. Total cable protection acreage varies between alternative configurations based on the number of foundations and IAC length. Alternative G would require an estimated 50.0 to 55.5 acres of cable protection for the IAC. While precise locations are not yet known, cable protection is most likely to be placed in large-grained complex and complex habitats. However, it will also be used in soft-bottom habitats where required (e.g., at cable crossings).

### 3.6.2.8.3    Cumulative Impacts

### Offshore Activities and Facilities

Anchoring and new cable emplacement/maintenance: Alternative G would result in localized minor to moderate adverse impacts to benthic habitats and invertebrates through an estimated 3,204 acres of anchoring and mooring-related disturbance and 3,452 acres of cabling-related seafloor disturbance within the benthic habitat GAA. Actual anchoring requirements have not been fully specified, and the former represents an overestimate of probable effects. Further, an appreciable portion of anchoring and cable installation impacts would overlap. Therefore, total acres of benthic habitat impacted by this IPF would likely be smaller than the total 6,656 acres from these two sources. Therefore, the Proposed Action when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate**

adverse cumulative impacts to benthic habitats and habitat-forming invertebrates based on the same rationale presented for the Proposed Action.

<u>Climate change:</u> The types of impacts from climate change trends described for the No Action Alternative would occur under Alternative G, but Alternative G could also contribute to a long-term net decrease in GHG emissions. This difference may not be measurable but would be expected to help reduce climate change impacts. When combined with other past, present, and reasonably foreseeable actions, climate change trends would result in **moderate** adverse cumulative impacts to benthic habitat and invertebrates under Alternative G.

<u>Presence of structures:</u> Alternative G would result in the installation of 67 new offshore wind energy structures and associated scour and cable protection in the benthic habitat GAA, resulting in the long-term alteration of benthic habitat composition on approximately 189.7 acres of seafloor. That total would comprise approximately 2.3 and 54.3 acres of seafloor displaced by foundations and associated scour protection, respectively; 5.7 acres of cable protection system impacts extending beyond the scour protection footprint; and 120.5 acres affected by cable protection. The foundations would effectively displace benthic habitat, with each foundation replacing 0.03 to 0.04 acre of seafloor with a vertical structure extending from the seafloor to the surface. Impacts to habitat composition from scour and cable protection would vary depending on the type of habitat affected (Causon and Gill 2018; Degraer et al. 2020; Langhamer 2012; Taormina et al. 2018). When placed in soft-bottom habitat, these structures would effectively change the habitat type. When placed in large-grained complex or complex habitats, these structures would either alter the habitat type or modify benthic habitat structure through burial and damage to habitat-forming invertebrates. That habitat structure would recover and also evolve over time into functional benthic habitat as reef effects mature. In all cases, the presence of structures would constitute a long-term to permanent impact to benthic habitat. When reef effects are considered, long-term impacts to benthic habitat composition and structure could be **minor** to **moderate** adverse or **moderate** beneficial depending on how benthic habitat change influences the broader biological community.

Once operational, the WTG and OSS foundations and associated scour protection would produce artificial reef effects that influence benthic habitat structure within and in proximity to the Project footprint. While reef effects would largely be limited to the areas within and in proximity to foundation footprints, the development of individual or contiguous wind energy facilities in nearby areas could produce cumulative effects. For example, large quantities of shell hash created by mussels and other colonizing organisms can alter the composition of soft-bottom sediments in the surrounding area. These alterations in substrate composition would be limited in extent to the area of influence around each foundation but would be long term in duration, as changes in substrate composition from the accumulation of shell hash and altered substrate chemistry would continue to persist after the structures are removed during decommissioning. As such, reef effects from the presence of structures would result in cumulative long-term effects on benthic habitat and would range from **moderate** beneficial to **minor** to **moderate** adverse.

### 3.6.2.8.4    Conclusions

The construction and installation, O&M, and decommissioning of Alternative G would impact benthic habitat through the same mechanisms described for the Proposed Action, but those effects would be reduced in extent and would be distributed differently in terms of the types of habitats affected. These effects would alter the structure and function of benthic habitats within the maximum work area,

including where cable protection is used, and create new biological hotspots that would benefit some fish and invertebrate species.

Long-term to permanent habitat disturbance effects on an estimated 1,740 acres of large-grained complex and complex habitats from vessel anchoring, cable installation and cable protection, seafloor preparation for foundation installation, and the presence of foundation and scour protection would result from Alternative G. An estimated 125 acres of soft-bottom habitat would be converted to hard bottom by the presence of structures, scour protection, and cable protection compared to 131 acres for Alternative G. Collectively, these effects would constitute a **moderate** adverse effect on benthic habitat, resulting from habitat conversion and long-term impacts to certain types of habitat-forming organisms. These adverse effects would be partially offset by **moderate** beneficial effects on benthic habitat structure and productivity resulting from reef effects. The colonization of artificial structures by a complex community of habitat-forming organisms would increase the structural complexity of benthic habitat in and around WTG and OSS foundations. Some benthic habitat effects could persist even after the Project is decommissioned. For example, reef effects would result in shell hash accumulation around foundations that would remain after the structures are removed. This would alter the composition of sediments within the RWF beyond the life of the Project but would not be expected to negatively affect the ability of benthic habitats to support ecosystem function after the Project is decommissioned.

Collectively, BOEM anticipates that the overall impacts from offshore activities associated with Alternative G when combined other with past, present, and reasonably foreseeable activities would result in notable and measurable impacts on benthic habitat. Some of these impacts could persist after the Project is decommissioned, but they would not prevent full recovery of ecosystem function. These findings would constitute a **moderate** adverse impact on benthic habitat composition and **moderate** adverse to **moderate** beneficial effects on benthic habitat structure in the GAA.

### 3.6.2.9     Alternative G: Impacts of the Preferred Alternative on Invertebrates

#### 3.6.2.9.1     Construction and Installation

**Offshore Activities and Facilities**

<u>Noise:</u> Construction of Alternative G would result in similar underwater noise and vibration impacts to invertebrates as those described in Section 3.6.2.3.2 for the Proposed Action, but those impacts would be reduced in extent and duration because fewer foundations would be installed.

Differences in the area of potential exposure to harmful cumulative noise impacts between the Proposed Action and Alternative G are summarized in Table 3.6-32. The values presented in this table represents the estimated threshold distance from the source for exposure to potentially injurious effects on invertebrate eggs and larvae and behavioral effects on adults, and the difference in the number of sites and total duration of noise producing activities between alternatives. As shown, while noise effects would vary slightly in extent and duration between layouts; they are similar in magnitude and general scale to the Proposed Action. As summarized in Table 3.6-20, Table 3.6-21, and Table 3.6-22, UXO detonation may be required during site preparation for construction. The largest UXO devices are most likely to be found within the central portion of the RWF and in state waters on the RWEC corridor at the mouth and outside of Narragansett Bay (Ordtek 2021), but the probable area of occurrence covers a large enough portion of the RWF such that it is not currently possible to assess potential differences in associated noise

impacts between alternatives and the area of potential adverse effects from UXO detonation would be the same across alternatives. Similarly, while reducing the number of foundations and IAC length would also likely reduce HRG survey requirements, insufficient information is available to quantify differences in the noise exposure area between alternatives. However, any difference in UXO- or HRG-related noise exposure would not be sufficient to alter the noise impact determination for invertebrates. Applying the impact criteria defined in Section 3.3, Table 3.3-2, construction noise effects on invertebrates from Alternative G would be the same as the Proposed Action: **minor** adverse.

**Table 3.6-32. Comparison of Invertebrate Exposure to Construction-Related Noise Impacts between the Proposed Action and Proposed Configurations for Alternative G**

| Type of Noise Exposure | Activity | Threshold Distance (feet)* | Exposure Parameter | Proposed Action | Alternative G | Alternatives G1-G3 |
|---|---|---|---|---|---|---|
| Potentially lethal effects on eggs and larvae | Foundation installation | 16–6,000[¥] | No. of sites | 102 | 81 | 67 |
| | | | Total days | 35 | 28 | 24 |
| | UXO detonation | 49–1,385[†] | No. of sites | Undetermined[‡] | | |
| Behavioral effects on subadults and adults | Foundation installation | 6–1,500[¥] | No. of sites | 102 | 81 | 67 |
| | | | Total days | 35 | 28 | 24 |
| | HRG survey | 6 | Linear miles | 8,777-9,457[Δ] | | |
| | | | Total days | 202-219[Δ] | | |
| | UXO detonation | 6–16[§] | No. of sites | Undetermined[‡] | | |

* Threshold distances are the distance in feet from the sound source where the identified type of exposure could occur.

[¥] Threshold distances are anticipated to vary between invertebrate species groups. The low end of ranges are estimated threshold distances for insensitive species (e.g., crustaceans), and the high end of ranges represents threshold distances for potentially sensitive species (e.g., squid) (Edmonds et al. 2016; Jézéquel et al. 2022; Jones et al. 2021; Payne et al. 2007).

[†] The safety setbacks derived from Keevan and Hempen (1997) for explosive devices range from 1.1 to 1,000 pounds. UXO detonation impacts could occur anywhere within a 114,769-acre area within the RWF and/or along the RWEC corridor.

[Δ] Survey length and duration estimates assume 3,547 linear miles and 82 days of HRG survey effort for RWEC and OSS-link cables, and 50 HRG survey miles per linear mile of IAC cable at 43 miles of survey effort per day.

[‡] As of February 2023, 16 UXOs have been identified in the RWEC corridor. None will require detonation. UXO risk mitigation requirements are not currently known; therefore, it is not possible to evaluate differences in detonation requirements between alternatives and alternative configurations.

[§] Available evidence indicates that certain invertebrates, such as crustaceans, are generally insensitive to pressure-related damage from explosions (Keevin and Hempen 1997; Popper et al. 2014). Particle motion effects would likely result in behavioral impacts for individuals in proximity to each detonation. Detonation impacts on invertebrates are therefore anticipated to be generally comparable to impact pile driving.

<u>Sediment deposition and burial:</u> Alternative G would result in sediment deposition and burial impacts on invertebrates, including habitat-forming invertebrates that contribute to benthic habitat structure that are similar but reduced in extent to those described in Section 3.6.2.3.1 for the Proposed Action. Alternative G would reduce total IAC length, reducing the overall footprint of sediment impacts. Alternative G would also reduce cable installation length in sediments with a high proportion of mud and silt from 3.2 to 2.8 miles relative to the Proposed Action.

Differences in potential sediment deposition and burial exposure between the Proposed Action and Alternative G are summarized in Table 3.6-33 in terms of the estimated total acres exposed to sediment deposition and burial effects greater than 0.4 inch (10 mm) for each cable component. As shown, Alternative G would reduce the total acreage exposed to sediment deposition and burial effects above this threshold from 217 to 162 acres relative to the Proposed Action, commensurately reducing the extent of biologically significant sediment burial effects. Alternative G would also alter the distribution of sediment deposition impacts by avoiding large blocks of complex and large-grained complex habitats, meaning that invertebrates associated with those habitats would be less likely to experience deposition effects. As currently designed, Alternative G would not change the proposed configurations of the OSS-link cable and RWEC; therefore, sediment deposition and burial effects for these Project components would be similar to those produced by the Proposed Action. While this alternative would result in a slightly smaller area exposed to potentially harmful sediment deposition impacts, the level of impact would be the same as under the Proposed Action. Therefore, short-term sediment deposition and burial effects on invertebrates would range from **negligible** to **minor** adverse.

**Table 3.6-33. Comparison of Area Exposed to Sediment Deposition Levels Greater Than 0.4 Inch between the Proposed Action and Proposed Configurations for Alternative G Based on Cable Length**

| Component | Proposed Action (acres) | Alternative G (acres) | Alternative G1 (acres) | Alternative G2 (acres) | Alternative G3 (acres) |
|---|---|---|---|---|---|
| IAC | 273 | 204 | 187 | 184 | 184 |
| OSS-link cable | 9 | 9 | 9 | 9 | 9 |
| RWEC | 3,717 | 3,717 | 3,717 | 3,717 | 3,717 |

### 3.6.2.9.2    Operations and Maintenance and Decommissioning

**Offshore Activities and Facilities**

<u>EMF:</u> Alternative G would result in similar EMF impacts on invertebrates to those described in Section 3.6.2.3.2 for the Proposed Action, but those impacts would be reduced in extent commensurate with the reduction in IAC length. Modeled magnetic and induced electrical field effects for buried and exposed cable segments are described in Section 3.6.2.3.2. As shown, these effects vary in magnitude depending on whether the cable is buried to a minimum depth of 3.3 feet (1 m) or is laid on the bed surface under protective armoring. Differences in potential EMF exposure between the Proposed Action and the different configurations proposed for Alternatives C through E are summarized in Table 3.6-26, Table 3.6-27, and Table 3.6-28 in terms of the differences in the total length of buried versus exposed cable segments. While the linear extent of cable-generated EMF effects would decrease, the resulting adverse effects would be of

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

the same intensity and general geographic scale as those produced by the Proposed Alternative, ranging from **negligible** to **minor** adverse.

**Table 3.6-34. Comparison of Exposure to Electromagnetic Field and Substrate Heating Exposure between the Proposed Action and Proposed Configurations of Alternative G Based on Total Length of Buried and Exposed Cable Segments (linear miles)**

| Component | Electromagnetic Field Exposure | Proposed Action Cable Length | Alternative G Cable Length (miles) | Alternative G1 Cable Length (miles) | Alternative G2 Cable Length (miles) | Alternative G3 Cable Length (miles) |
|---|---|---|---|---|---|---|
| IAC | Buried to 3.3 feet | 139.8 | 104.5 | 95.6 | 94.1 | 94.1 |
| | On bed surface | 15.5 | 11.6 | 10.6 | 10.5 | 10.5 |
| OSS-link cable | Buried to 3.3 feet | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 |
| | On bed surface | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| RWEC | Buried to 3.3 feet | 70.6 | 70.6 | 70.6 | 70.6 | 70.6 |
| | On bed surface | 12.7 | 12.7 | 12.7 | 12.7 | 12.7 |

Presence of structures: As discussed for benthic habitat in Section 3.6.2.4.2, Alternative G would result in the installation of fewer monopile foundations than the Proposed Action and would reduce the total length of IAC. This would noticeably reduce the extent of long-term to permanent impacts on invertebrates, including structure-forming invertebrates associated with benthic habitat.

Differences between the Proposed Action and Alternative G in terms of benthic habitat occupied by new structures are shown in Section 3.6.2.8.2, Table 3.6-31. As such, impacts from this IPF would be identical to those described for the selected alternative configuration. As shown, Alternatives C through F would reduce the number of WTG foundations and the total acres of IAC relative to the Proposed Action. This would result in a commensurate reduction in the acres of benthic habitat exposed to short- and long-term impacts from the presence of foundations and scour and cable protection and the resulting effects on invertebrates that associate with these habitats.

Alternatives C through F would produce reef and hydrodynamic effects from structure presence similar in nature but reduced in extent relative to those described for the Proposed Action in Section 3.6.2.3.2. The resulting effects on invertebrates would be reduced in extent commensurate with the number of structures and acres of cable protection installed (see Table 3.6-31) but would be of the same general scale and overall impact as those produced by the Proposed Action. These effects would therefore range from **minor** to **moderate** adverse or **moderate** beneficial, as measured by potential effects on the broader biological community associated with benthic habitats, using the significance criteria defined in Section 3.3, Table 3.3-2.

As discussed for Project construction, these impact determinations do not differentiate potentially important differences in impacts between alternatives. The proposed Alternative G would avoid portions of the RWF composed predominantly of large-grained complex and complex habitats of value for certain

fish species of concern. This would in turn reduce the extent of impacts for invertebrate species that associate with complex benthic habitat compared to the Proposed Action. These potential benefits are acknowledged and discussed in greater detail in terms of potential effects on habitat suitability for certain fish and EFH invertebrate species of concern in Section 3.13.2.4.1.

### 3.6.2.9.3    Cumulative Impacts

**Offshore Activities and Facilities**

Accidental releases and discharges: Based on compliance with environmental regulations, Alternative G when combined with past, present, and reasonably foreseeable projects would result in negligible adverse cumulative effects on invertebrates from accidental releases and discharges. The rationale for this conclusion is the same as described for the Proposed Action.

When the Project is combined with other future offshore wind projects, up to approximately 34 million gallons of coolants, fuels, oils, and lubricants could cumulatively be stored within WTGs and the OSSs within the invertebrate GAA. All vessels associated with the Proposed Action and other offshore wind projects would comply with USCG requirements for the prevention and control of oil and fuel spills. Additionally, training and awareness of EPMs (see Table G-1 in Appendix G) proposed for waste management and marine debris would be required of RWF Project personnel. These releases, if any, would occur infrequently at discrete locations and vary widely in space and time, and impacts would be minimized through planned EPMs and other mitigation measures detailed in Tables F-1 and F-2, respectively, in Appendix F. Impacts to invertebrates, including habitat-forming species, from small-volume spills are therefore expected to be **negligible** adverse and short term in duration. While unlikely, unanticipated events could result in larger spill events, leading to cumulative impacts of greater severity and duration, similar to those described for the Proposed Action.

Anchoring and new cable emplacement/maintenance: BOEM estimates a cumulative total of 10,520 acres of anchoring and mooring-related disturbance and 104,781 acres of cabling-related disturbance for Alternative G plus all other future offshore wind projects within the invertebrate GAA. The duration and magnitude of these effects would vary depending on the types of habitats impacted. Impacts on soft-bottom benthic habitat and associated fish and invertebrate species would be expected to fully recover within 18 to 30 months, whereas impacts on complex benthic habitats could take up to a decade to fully recover.

On this basis, Alternative G when combined with past, present, and reasonably foreseeable projects would result in **minor** to **moderate** adverse cumulative impacts to invertebrates and on benthic habitat structure through impacts to habitat-forming invertebrates.

Bycatch: Like the Proposed Action, Alternative G would include implementation of the FRMP proposed to evaluate the effects of Project construction and O&M on economically valuable fish and shellfish resources (Revolution Wind and Inspire Environmental 2023). No revisions to the FRMP are proposed based on changes in alternative configuration. As such, cumulative impacts from bycatch associated with monitoring activities under Alternative G in combination with other planned and future offshore wind projects would be **negligible** to **minor** adverse, with the impacts ranging from short term to long term in duration.

Alternative G would also include regular inspections to identify and remove derelict fishing gear and other trash and debris attached to offshore structures. Other future projects are expected to include similar measures in their O&M plans. This O&M effort would benefit invertebrates by removing potential sources of bycatch and benthic habitat structure by removing a source of potential damage to habitat-forming invertebrates. This O&M effort would continue over the life of the Project and other future wind energy projects and would therefore constitute a long-term **minor** beneficial effect on invertebrates and benthic habitat structure.

Climate change: Cumulative impacts to invertebrates and benthic habitat structure from climate change trends under Alternative G are expected to be of similar magnitude to those described for the Proposed Action. As for the Proposed Action, the intensity of climate change cumulative impacts on invertebrates are uncertain but are likely to result in **moderate** adverse effects that vary considerably between species.

EMF: Under Alternative G, the Project would generate EMF and substrate heating effects of varying intensity on up to 198 to 210 miles of combined IAC, OSS-link cable, and RWEC length (compared to 248 miles for the Proposed Action). These effects would combine with those generated by the 13,717 miles of transmission cables from other future offshore wind facilities and existing transmission cables present within the invertebrate GAA. These cumulative effects would be similar in nature to those described for the No Action Alternative in Section 3.6.2.3.2 and the Proposed Action in Section 3.6.2.5.2. In summary, measurable effects on invertebrates from EMF exposure would be limited to individuals that occur in the immediate proximity (i.e., within 20 feet) of Project cables and range from short-term changes in behavior with no significant long-term consequences to potential physiological changes in individuals having prolonged exposure. Substrate heating effects could render small amounts of habitat unsuitable for certain benthic invertebrate species at locations where buried cables are within 2 feet of the bed surface. Effects to individuals are unlikely to have a measurable impact on any invertebrate species at the population level and would therefore range from negligible to minor adverse depending on the type of exposure. BOEM anticipates that future offshore wind energy projects in the invertebrate GAA would use HVAC (versus HVDC) transmission and apply similar design measures to those included in the Proposed Action to avoid and minimize EMF effects on the environment. While uncertainties remain, cumulative adverse impacts to invertebrates from EMF and substrate heating effects resulting from past, planned, and potential future actions are likely to be **minor** adverse.

Light: The Proposed Action would result in noticeable but negligible adverse impacts to invertebrates through the installation of up to 67 lighted structures (65 WTGs and two OSSs). Alternative G and all future projects would be expected to comply with BOEM design guidance for avoiding and minimizing adverse lighting impacts on the environment (BOEM 2021a), meaning that effects to invertebrates would be negligible and adverse. Therefore, the cumulative impacts associated with Alternative G when combined with past, present, and reasonably foreseeable future activities would be similar to those impacts described under the No Action Alternative and would be **negligible** adverse, mostly attributable to existing, ongoing activities.

Noise: Alternative G would generate underwater noise effects during Project construction, throughout the operational life of the Project, and during Project decommissioning. Those impacts would be similar in magnitude and distribution but reduced in extent relative to the Proposed Action. These effects would combine with similar effects resulting from the construction, O&M, and decommissioning of other planned offshore wind projects on the Mid-Atlantic OCS. Sound-sensitive invertebrate species occurring

in proximity to impact or vibratory pile driving and/or UXO detonation, if required, could suffer noise-related injury to sensory cells, resulting in reduced survival. The number of individuals affected are unlikely to have any measurable effect on those species at the population level. Less sensitive species may be temporarily disturbed by vibration effects, but any such effects would be short term in duration and are unlikely to have a measurable effect on any invertebrate population. On this basis, cumulative effects on invertebrates resulting from underwater noise caused by Alternative G are likely to be **negligible** to **minor** adverse, varying by species.

Presence of structures: Alternative G would result in long-term alteration of water column and seafloor habitats, resulting in a diversity of effects on benthic habitat and invertebrates, including EFH species. The 67 monopile foundations and other hard surfaces proposed under the configurations of Alternatives G1, G2, and G3 would create an artificial reef effect and cause hydrodynamic effects. The long-term to permanent effects of these structures would influence primary and secondary productivity within and around the artificial reef and influence the distribution and productivity of planktonic invertebrates, eggs, and larvae. Reef effects would alter biological community structure, producing an array of effects on invertebrates. Those cumulative effects could be beneficial or adverse, varying by species, and would likely range from **minor** adverse and beneficial to **moderate** adverse and beneficial in terms of overall impact.

Sediment deposition and burial: Alternative G would result in localized short-term **minor** adverse sediment deposition and burial effects on benthic habitat and invertebrates. Short-term burial effects exceeding 10 mm would occur over an estimated 3,350 acres within the invertebrate GAA, a reduction of approximately 55 acres compared to the Proposed Action. Similar sediment deposition and burial impacts would result from the estimated 104,781 cumulative acres of cabling-related disturbance for Alternative G plus other future offshore wind projects within the invertebrate GAA. When combined with other past, present, and reasonably foreseeable actions, Alternative G would result in **minor** adverse cumulative impacts on benthic habitats and invertebrates based on the same rationale presented for the Proposed Action in Section 3.6.2.5.3.

### 3.6.2.9.4    Conclusions

The construction and installation, O&M, and decommissioning of Alternative G would impact invertebrates through the same mechanisms described for the Proposed Action, but those impacts would be reduced in extent and would have a different distribution by habitat type. Benthic infauna and other relatively immobile invertebrates within the estimated 5,454-acre overall disturbance footprint of the Project would unavoidably be injured or killed during Project construction. This impact alone constitutes a **moderate** adverse effect on invertebrate species. Some of these adverse effects would be offset by **moderate** beneficial effects to some invertebrate species that benefit from the reef effects formed by new offshore structures.

Collectively, BOEM anticipates that the overall impacts associated with Alternative G when combined with past, present, and reasonably foreseeable activities would result in **moderate** adverse to **moderate** beneficial impacts on invertebrates in the GAA because a notable and measurable impact is anticipated, but the resource would likely recover completely when the impacting agents were gone and remedial or mitigating action were taken.

### 3.6.2.10    Mitigation

Mitigation measures resulting from agency consultations for benthic habitat and invertebrates are identified in Appendix F, Table F-2, and addressed in Table 3.6-35. Additional mitigation measures identified by BOEM and cooperating agencies are listed in Appendix F, Table F-3, and addressed in Table 3.6-36.

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

**Table 3.6-35. Mitigation and Monitoring Measures Resulting from Consultations for Benthic Habitat and Invertebrates (Appendix F, Table F-2)**

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| NMFS EFH Conservation Recommendations* | NMFS EFH Conservation Recommendations were issued to BOEM for consideration on June 16, 2023 (NMFS, NOAA, and GARFO 2023). EFH Conservation Recommendations for activities under BOEM's jurisdiction were provided identifying proposed removal and relocation (micrositing) of selected WTG foundations and cable segments removal and relocation; construction timing restrictions to avoid potential adverse impacts to Atlantic cod; habitat alteration minimization; noise mitigation; and minimization of impacts during construction, O&M, and decommissioning. EFH Conservation Recommendations for activities under USACE's jurisdiction were provided for in-water work; offshore impact minimization; impact to scientific surveys minimization; and identification and facilitated access to mapping of relocated boulders, berms, scour, and cable protection. | Implementation of Conservation Recommendations, including eliminating WTG foundations, micrositing WTGs and cable segments, scour protection avoidance, anchoring avoidance, minimizing boulder/cobble relocation distance, and cable re-routing, would minimize known or reasonably foreseeable adverse impacts on benthic habitat and invertebrates, including habitat-forming invertebrates. These measures would reduce impacts to large-grained complex and complex benthic habitats. Conservation recommendations for timing restrictions on all construction activity in the Lease Area from November 1 to April 30, and noise mitigation during construction, such as soft starts, use of noise-dampening equipment, and noise mitigation protocols in consultation with resource agencies prior to construction activities, would avoid and minimize potential noise impacts on invertebrates that have sensitive life stages during the restricted period. Implementation of Conservation Recommendations to revise the Fisheries and Benthic Habitat Monitoring Plan and develop monitoring plans for EMF and operational noise and vibration effects would benefit invertebrates by ensuring robust experimental design, methods, and data collection/analysis to assess changes in habitat conditions. Although implementation of the Conservation Recommendations would provide incremental reductions in impacts on large-grained complex and complex habitats and associated EFH, reductions in the overall impact rating are not anticipated for any of the Proposed Action's IPFs. |
| Live and hard-bottom impact monitoring | Revolution Wind would develop and implement a monitoring plan for live and hard-bottom features that may be impacted by proposed activities. The monitoring plan would also include assessing the recovery time for these sensitive habitats. BOEM recommends that all monitoring reports classify substrate conditions following Coastal and Marine Ecological Classification Standard (CMECS) standards, including live bottoms (e.g., | This measure would not modify the impact determination for finfish or EFH or reduce the potential impacts from the project, but it would provide information that can be used to inform the development of future mitigations and/or monitoring programs for the Project and other projects in the region. |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | submerged aquatic vegetation and corals and topographic features). The plan would also include a means of recording observations of any increased coverage of invasive species in the impacted hard-bottom areas. | |
| Live and hard-bottom mapping and avoidance, and impact monitoring | Vessel operators would be provided with maps of sensitive hard-bottom habitat in OSW project areas, as well as a proposed anchoring plan that would avoid or minimize impacts on the hard-bottom habitat to the greatest extent practicable. These plans would be provided for all anchoring activity, including construction, maintenance, and decommissioning. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would reduce impacts to sensitive and slow-to-recover large-grained complex and complex habitats used by habitat-forming invertebrate species. |
| Marine debris awareness training | The Lessee would ensure that vessel operators, employees, and contractors engaged in offshore activities pursuant to the approved COP complete marine trash and debris awareness training annually. The training consists of two parts: 1) viewing a marine trash and debris training video or slide show (described below) and 2) receiving an explanation from management personnel that emphasizes their commitment to the requirements. The marine trash and debris training videos, training slide packs, and other marine debris related educational material may be obtained at https://www.bsee.gov/debris or by contacting BSEE. The training videos, slides, and related material may be downloaded directly from the website. Operators engaged in marine survey activities must continue to develop and use a marine trash and debris awareness training and certification process that reasonably assures that their employees and contractors are in fact trained. The training process must include the following elements:<br><br>• Viewing of either a video or slide show by the personnel specified above | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would provide the training, reporting, and enforcement mechanisms necessary to ensure that effects from accidental releases and discharges do not exceed the levels analyzed herein. |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | • An explanation from management personnel that emphasizes their commitment to the requirements<br>• Attendance measures (initial and annual)<br>• Recordkeeping and the availability of records for inspection by DOI<br>By January 31 of each year, the Lessee would submit to the DOI an annual report that describes its marine trash and debris awareness training process and certifies that the training process has been followed for the previous calendar year. The Lessee would send the reports via email to BOEM (at renewable_reporting@boem.gov) and to BSEE via TIMSWeb with a notification email (at marinedebris@bsee.gov). | |
| Marine debris elimination | Materials, equipment, tools, containers, and other items used in OCS activities that could be lost or discarded overboard must be clearly marked with the vessel or facility identification. All markings must clearly identify the owner and must be durable enough to resist the effects of the environmental conditions to which they may be exposed. Materials, equipment, tools, containers, and other items used in OCS activities which could be lost or discarded overboard must be properly secured to prevent loss overboard. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would provide an enforcement mechanism to ensure that effects from accidental releases and discharges do not exceed the levels analyzed herein. |
| Data collection BA BMPs | BOEM and BSEE would ensure that all Project design criteria and best management practices incorporated in the Atlantic Data Collection Consultation for Offshore Wind Activities (BOEM 2021b) shall be applied to activities associated with the construction, maintenance and operations of the Project as applicable. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would provide the information necessary to ensure that effects do not exceed the levels analyzed herein. |
| Sampling gear | All sampling gear would be hauled out at least once every 30 days, and all gear must be removed from the water and all gear must be removed from the water and stored on land | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would ensure that impacts to sensitive |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | between survey seasons to minimize risk of entanglement. | habitats and species are avoided and minimized to the extent practicable. |
| Lost survey gear | If any survey gear is lost, all reasonable efforts that do not compromise human safety must be undertaken to recover the gear. All lost gear must be reported to NMFS (nmfs.gar.incidental-take@noaa.gov) and BSEE (via TIMSWeb and notification email at marinedebris@bsee.gov) within 24 hours of the documented time of missing or lost gear. This report must include information on any markings on the gear and any efforts undertaken or planned to recover the gear. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would provide a reporting and enforcement mechanism to ensure that impacts to sensitive habitats and species are avoided and minimized to the extent practicable. |
| Pile-driving restrictions | BOEM would restrict pile driving from January through April, with the addition of December with contingencies. Revolution Wind would be required to develop an adaptive acoustic monitoring plan for spawning Atlantic cod from November through March, including restrictions on Project activities if Atlantic cod aggregations indicative of spawning are detected. | This measure would not modify the impact determination for invertebrates, but it could further avoid and minimize impacts to invertebrate species having sensitive life stages during the expanded contingency period. |
| Micrositing | All WTG and OSS foundations would be positioned within micrositing windows to avoid impacts to large-grained complex and complex habitats to the extent practicable. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would ensure that impacts to sensitive habitats and species are avoided and minimized to the extent practicable. |
| Anchoring plan | BOEM would require Revolution Wind to develop an anchoring plan to avoid minimize adverse impacts on benthic habitat during Project construction and from O&M activities throughout the life of the Project. The anchoring plan must delineate sensitive large-grained complex and complex habitats, including eelgrass and kelp beds, and identify areas where anchoring activities are restricted. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would effectively minimize long-term impacts to large-grained complex and complex habitats and limit the extent of long-term impacts on habitat-forming invertebrates and benthic habitat structure. |
| Scour and cable protection | To the extent technically and economically feasible, the Lessee must ensure that all materials used for scour and cable protection consist of natural or engineered stone | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would enhance the quality of artificial habitats created by the installation of scour and cable protection |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | that does not inhibit epibenthic growth. The materials selected for protective purposes should mirror the natural environment and provide similar habitat functions. | through the support of epibenthic growth and the addition of three-dimensional complexity in height and interstitial spaces. |
| Post-installation cable monitoring | Revolution Wind would be required to inspect all cables after construction is completed to document exact location, burial depth, and post-installation benthic habitat conditions. Inspections must be completed within 6 months of Project commissioning, annually for the first 3 years following construction and as needed following major storm events. Monitoring reports must be submitted to BOEM within 45 days of survey completion. | This measure would not modify the impact determination for benthic habitat or invertebrates, but it would validate the location and burial depth of installed cables and allow for the timely identification of cables that become unburied and pose shallow hazard risks to the resource. |
| Sound field verification (SFV) | BOEM would require Revolution Wind to develop an SFV plan. The purpose of SFV is to document that modeled acoustic injury threshold distances and associated monitoring requirements are sufficiently protective for sensitive marine species. | This measure would not modify the impact determination for invertebrates but would provide the information necessary to ensure that these effects do not exceed the levels analyzed herein. |
| | The SFV process must be sufficient to assess sound propagation from each foundation and attenuation distances to potential injury and harassment thresholds for marine mammals, sea turtles, and fish. | |
| | To validate the estimated sound field, SFV measurements would be conducted during pile driving of the first three monopiles installed over the course of the Project, with noise attenuation activated. A SFV plan would be submitted to NMFS, BOEM, USACE, and BSEE for review and approval preferably 180 days but no later than 120 days prior to planned start of pile driving. This plan would describe how Revolution Wind would ensure that the first three monopile installation sites selected for sound field are representative of the rest of the monopile installation sites and, in the case that they are not, how additional sites would be selected for SFV. This plan would also include methodology for collecting, analyzing, and preparing SFV data for submission to NMFS. The plan | |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | would describe how the effectiveness of the sound attenuation methodology would be evaluated based on the results. In the event that Revolution Wind obtains technical information that indicates a subsequent monopile is likely to produce larger sound fields, SFV would be conducted for those subsequent monopiles. | |

NMFS EFH Conservation Recommendations were issued to BOEM for consideration on June 16, 2023.

* Information in these rows was taken directly from NMFS (2023) and has not been edited.

**Table 3.6-36. Additional Mitigation and Monitoring Measures Under Consideration for Benthic Habitat and Invertebrates (Appendix F, Table F-3)**

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| Anchoring plan | BOEM would require Revolution Wind to develop an anchoring plan to ensure anchoring is avoided and minimized in complex habitats, archaeological resources, and UXOs during Project construction and all O&M activities throughout the operational life of the Project. The anchoring plan is required to be provided for review and comment prior to BOEM approval. | This measure requires that anchoring plan implementation covers O&M and decommissioning activities. It would not modify the impact determination for benthic habitat or invertebrates, but it would help to ensure that long-term impacts to large-grained complex and complex habitats, habitat-forming invertebrates, and benthic habitat structure are effectively minimized. |
| Post-installation cable monitoring | Revolution Wind must provide BOEM with a cable monitoring report following each IAC and RWEC inspection to determine cable location, burial depths, state of the cable, and site conditions. An inspection of the IAC and RWEC is expected to include HRG methods, such as a multi-beam bathymetric survey equipment, and is expected to identify seafloor features, natural and human-made hazards, and site conditions along federal sections of the cable routing.<br><br>In federal waters, the initial IAC and RWEC inspection would be carried out within 6 months of commissioning and subsequent inspections would be carried out at years 1, 2, and every 3 thereafter | This measure would not modify the impact determinations for invertebrates but would provide a process to ensure that impacts to benthic habitat and invertebrates are limited to the levels considered in this Final EIS. |

*Revolution Wind Farm and Revolution Wind Export Cable Project Final Environmental Impact Statement*

| Mitigation Measure | Description | Expected Effect on Impacts from Action Alternatives |
|---|---|---|
| | and after a major storm event. Major storm events are defined as when metocean conditions at the facility meet or exceed the 1 in 50-year return period calculated in the metocean design basis, to be submitted to BOEM with the facility design report (FDR). If conditions warrant adjustment to the frequency of inspections following the Year 2 survey, a revised monitoring plan may be provided to BOEM for review.<br><br>In addition to inspection, the RWEC would be monitored continuously with the as-built Distributed Temperature Sensing System. If distributed temperature sensing data indicate that burial conditions have deteriorated or changed significantly and remedial actions are warranted, the distributed temperature sensing data, a seafloor stability analysis, and report of remedial actions taken or scheduled must be provided to BOEM within 45 calendar days of the observations.<br><br>The distributed temperature sensing data, cable monitoring survey data, and cable conditions analysis for each year must be provided to BOEM as part of the annual compliance reports, required by 30 CFR 285.633(b). | |

### 3.6.2.10.1    Measures Incorporated into the Preferred Alternative

Mitigation measures required through completed consultations, authorizations, and permits listed in Table 3.6-35 and in Appendix F, Table F-2, are incorporated into Alternative G (Preferred Alternative). BOEM has also identified the additional measures in Table 3.6-36. These measures, if adopted, would further define how the effectiveness and enforcement of EPMs would be ensured and improve accountability for compliance with EPMs by requiring the submittal of plans for approval by the enforcing agency(ies) and by defining reporting requirements. Because these measures ensure the effectiveness of and compliance with EPMs that are already analyzed as part of the Proposed Action, implementation of these measures would not further reduce the impact level of the Proposed Action from what is described in Section 3.6.2.

## 3.13   Finfish and Essential Fish Habitat

### 3.13.1   Description of the Affected Environment for Finfish and Essential Fish Habitat

#### 3.13.1.1   Finfish

Geographic analysis area: The GAAs used in this EIS define a reasonable boundary for assessing the potential effects, including cumulative effects, resulting from the development of an offshore wind energy industry on the Mid-Atlantic OCS. GAAs for marine biological resources are necessarily large because marine populations range broadly, and cumulative impacts can be expressed over broad areas. GAAs are not used as a basis for analyzing the direct and indirect effects of the Proposed Action, which represent a subset of these broader effects and expressed over a smaller area. These impacts are analyzed specific to each IPF.

The finfish GAA encompasses the Scotian Shelf, Northeast Shelf, and Southeast Shelf Large Marine Ecosystems, which captures most of the movement range within U.S. waters for most species in this group. Because the finfish GAA encompasses the Gulf of Maine down to Cape Hatteras, North Carolina, for the purposes of Project-specific analysis, the focus is on finfish that would be likely to have regular or common occurrences in the RWF and RWEC and could be impacted by Project activities (Figure 3.13-1). The finfish GAA encompasses the extent of potential effects on finfish and their habitats. Thus, while Project-related impacts to finfish habitat are restricted to a relatively small footprint, the GAA for Project-impacts to finfish is necessarily large because marine populations and their dispersal patterns range over broad areas exposed to potential cumulative effects from offshore wind energy development.

Affected environment: Details on baseline conditions of the affected environment for finfish are provided in technical reports developed by Revolution Wind (Inspire Environmental 2021, 2023), which are available on BOEM's public Project website (https://www.boem.gov/renewable-energy/state-activities/revolution-wind-farm-construction-and-operations-plan-april-2021). The information presented here summarizes a refined characterization of benthic habitat conditions developed by BOEM and Revolution Wind working in collaboration with NMFS consistent with updated guidance for mapping benthic habitat (NMFS 2021a). The RWF maximum work area overlaps Cox Ledge, an area of concern for fishery managers because it provides important habitat for several commercially and recreationally important species—notably, spawning habitat for Atlantic cod. A portion of Cox Ledge was designated by the New England Fishery Management Council (NEFMC) as a habitat management area to protect EFH for a number of managed fish species. NOAA acknowledged the importance of Cox Ledge but disapproved the designation because it concluded the proposed gear restrictions approved by the NEFMC would likely be ineffective at minimizing impacts on habitat function (NEFMC 2018; NOAA 2017). On July 30, 2022, the NEFMC approved a new Habitat Area of Particular Concern (HAPC) designation to address concerns over potential adverse impacts from offshore wind development on sensitive hard-bottom habitats and cod spawning activity. The Southern New England HAPC comprises all large-grained complex and complex benthic habitats wherever present within the area bounded by a 10-km (6.2-mile) buffer around the RI/MA and MA WEAs (Plante 2022). The designation is intended to protect high-value complex habitats within this area, emphasizing currently known and potentially suitable areas used by Atlantic cod for spawning (Bachman and Couture 2022; NEFMC 2022). This EFH designation was partially informed by the findings of a 3-year BOEM-funded study investigating the use of Cox Ledge and surroundings by spawning Atlantic cod (#AT-19-08) (Van Hoeck et al. 2023).

The designation will also apply to large-grained complex and complex benthic habitats used by Atlantic herring, Atlantic sea scallop (*Placopecten magellanicus*), little skate (*Leucoraja erinacea*), monkfish, ocean pout (*Zoarces americanus*), red hake, silver hake, windowpane flounder (*Scophthalmus aquosus*), winter flounder (*Pseudopleuronectes americanus*), winter skate (*Leucoraja ocellata*), and yellowtail flounder (*Limanda ferruginea*). This new HAPC designation has not yet been implemented and is pending final approval by NMFS. Given the level of concern raised about potential impacts on Cox Ledge and Atlantic cod, the discussion of potential effects presented in the following sections places emphasis on this and other species of particular concern.

Numerous species of finfish belonging to the demersal, pelagic, and shark assemblages could occur in and near the proposed RWF and RWEC. These include several EFH species (see Section 3.13.1.2) and two ESA-listed species. The finfish resources of the region support diverse and highly valued commercial and recreational fisheries (see Section 3.9). BOEM has funded several surveys of finfish species occurrence in the RI/MA WEA, which are summarized by Guida et al. (2017).

Many of the finfish species found in nearshore marine and estuarine environments were historically used by the region's Native American tribes (Bennet 1955) and are targeted by ongoing tribal subsistence fisheries (BOEM 2020).

Finfish can be divided into two general groupings—demersal and pelagic—based on their primary habitat association. Demersal species spend their adult life stage on or close to the ocean bottom and associate with specific types of benthic habitat. Examples include species like Atlantic cod, red and silver hake, and black sea bass that live on or near the seafloor during one or more life stages and species like skates (Rajidae) and flatfish that spend most of their lives directly on the seafloor. Habitat preferences vary between species. For example, black sea bass, Atlantic cod, and haddock associate primarily with complex, rocky benthic habitats (such as cobbles, boulders, and rocky reefs), while red hake and flounder use biogenic complex habitats (such as mussel or oyster reefs), artificial reefs, and shell habitats as well as hard-bottom reefs in some portions of the region.

Pelagic fishes are generally schooling fish that occupy the middle to upper water column as juveniles and adults. Pelagic species occupy the surface to midwater depths (0 to 3,281 feet [0 to 1,000 m]) from the shoreline to the continental shelf and beyond. Examples include Atlantic herring, bluefish (*Pomatomus saltatrix*), and several shark species. Some demersal species, such as Atlantic cod and black sea bass, have pelagic eggs and larvae. Conversely, some pelagic species, such as Atlantic herring, have benthic eggs. Some purely pelagic species, like tunas (Thunnini), are highly migratory and only occur in the near-coastal and shelf surface waters of the Southern New England-New York Bight in the summer, taking advantage of the abundant prey in warm surface waters. Their eggs and larvae are pelagic and broadly distributed.

These two groups encompass a diversity of species that associate with the full range of environment types that occur in the RWF and RWEC portions of the GAA. Estuarine species, such as summer and winter flounder, are commonly found in nearshore areas, where freshwater inputs from large rivers mix with the ocean. Purely marine species are primarily found in offshore environments and include yellowfin tuna (*Thunnus albacares*), bluefin tuna, bluefish, swordfish, blue shark (*Prionace glauca*), common thresher shark (*Alopias vulpinus*), and shortfin mako shark (*Isurus oxyrinchus*).