# Exhibit 6

## CONDITIONS of COP APPROVAL

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF OCEAN ENERGY MANAGEMENT

Conditions of Construction and Operations Plan Approval
Lease Number OCS-A 0486
November 17, 2023[†]

The Bureau of Ocean Energy Management's (BOEM) approval of Revolution Wind, LLC's (Lessee or Revolution Wind) conduct of activities under the Construction and Operations Plan (COP) for the Revolution Wind Farm and the Revolution Wind Export Cable (Project) is subject to the conditions set forth in this document. The Department of the Interior (DOI) reserves the right to amend these conditions or impose additional conditions authorized by law or regulation on any future approvals of COP revisions.

The Lessee must maintain a full copy of these terms and conditions on every Project-related vessel and is responsible for the implementation of, or the failure to implement, each of these terms and conditions by the Lessee's contractors, consultants, operators, or designees.

**Section:**

1. GENERAL PROVISIONS ................................................................................................... 2
2. TECHNICAL CONDITIONS .............................................................................................. 5
3. NAVIGATIONAL AND AVIATION SAFETY CONDITIONS ....................................... 27
4. NATIONAL SECURITY CONDITIONS .......................................................................... 29
5. PROTECTED SPECIES AND HABITAT CONDITIONS ............................................... 31
6. CONDITIONS RELATED TO COMMERCIAL FISHERIES, FOR-HIRE AND RECREATIONAL FISHING ............................................................................................. 86
7. VISUAL AND CULTURAL RESOURCES CONDITIONS ............................................ 93
8. CONDITIONS RELATED TO AIR QUALITY CONDITIONS .................................... 100

**Attachments:**

1. LIST OF ACRONYMS .................................................................................................... A-0
2. RHODE ISLAND AND MASSACHUSETTS STRUCTURE LABELING PLOT ........... A-3

---

[†] with corrections issued on April 25, 2024.

1. **GENERAL PROVISIONS**

1.1. <u>Adherence to the Approved Construction and Operations Plan, Statutes, Regulations, Permits, and Authorizations</u> (Planning) (Construction) (Operations) (Decommissioning).[1] The Lessee must conduct all activities as proposed in its approved COP[2] for the Project as stated in these terms and conditions and in any final plans with which the DOI BOEM and/or the Bureau of Safety and Environmental Enforcement (BSEE) have concurred. Additionally, the Lessee must comply with all applicable requirements in commercial lease OCS-A 0486 (Lease), statutes, regulations, consultations, and permits and authorizations issued by federal, state, and local agencies for the Project. BOEM and/or BSEE, as applicable, may issue a notice of noncompliance, pursuant to 30 C.F.R. § 585.106(b) and 30 C.F.R. § 285.400(b), if it is determined that the Lessee failed to comply with any provision of its approved COP, the Lease, the Outer Continental Shelf Lands Act (OCSLA), or OCSLA's implementing regulations. BOEM and/or BSEE may also take additional actions pursuant to 30 C.F.R. § 585.106 and 30 C.F.R. § 285.400, where appropriate.

　　1.1.1. As depicted in the COP and modified by selected Alternative G in the Record of Decision (ROD), the Lessee may construct and install on the Outer Continental Shelf (OCS) in the area described in Lease OCS-A 0486 (Lease Area) up to 65 wind turbine generators (WTGs) within 79 possible positions, up to 2 offshore substations (OSSs), inter-array cables linking the individual WTGs to the OSSs, substation interconnector cables linking the substations, and up to 2 offshore export cables within the area described in Lease Addendum "D".

1.2. <u>Record of Decision</u> (Planning) (Construction) (Operations) (Decommissioning). All mitigation measures selected in the ROD for this Project are incorporated herein by reference and are considered terms and conditions of this COP. To the extent there is any inconsistency between the language used in the ROD and that found in the terms and conditions, the language in the latter will prevail.

1.3. <u>Effectiveness</u> (Construction) (Operations). This COP approval and these associated terms and conditions become effective on the date BOEM notifies the Lessee that its COP has been approved, and remain effective until the termination of the Lease, which, unless renewed, has an operations term of 25 years from the date of COP approval.

1.4. <u>Consistency with Other Agreements and Authorizations</u> (Planning) (Construction) (Operations) (Decommissioning). In the event that these terms and conditions are, or become, inconsistent with the terms and conditions of the Project's Biological Opinion (BiOp) issued by the National Oceanic and Atmospheric Administration (NOAA) National Marine Fisheries Service (NMFS) on July 21, 2023;[3] the BiOp issued by the U.S. Fish and

---

[1] Parenthetical indicators of (Planning) (Construction) (Operations) and/or (Decommissioning) at the start of a condition denote the primary development stage(s) to which the condition is relevant.

[2] Revolution Wind LLC. 2023. Construction and Operations Plan, Revolution Wind Farm. Volume I.

[3] *See* BiOp § 11.3 Letter from Michael Pentony, Regional Administrator, US Dept of Commerce, National Oceanic and Atmospheric Administration, NMFS GARFO, to Karen Baker, Chief Office of Renewable Energy Programs, BOEM, Re:

2

Wildlife Service (USFWS) on May 30, 2023;[4] Incidental Take Authorizations (ITA) issued for the Project under the Marine Mammal Protection Act (MMPA); the Section 106 Memorandum of Agreement (Section 106 MOA) executed on August 18, 2023, or amendments thereto; the language in the NMFS BiOp, USFWS BiOp, ITAs, Section 106 MOA or amendments thereto, will prevail. To the extent the Lessee identifies inconsistencies within or between the language in the NMFS BiOp, USFWS BiOp, ITAs, Section 106 MOA or amendments thereto, it must direct questions regarding potential inconsistencies to BSEE and BOEM. BSEE, in consultation with BOEM, will determine how the Lessee must proceed. Activities authorized by COP approval will be subject to any terms and conditions and reasonable and prudent measures resulting from any BOEM-reinitiated consultation for the Project's NMFS BiOp or USFWS BiOp, and any stipulations resulting from amendments to the Section 106 MOA.

1.5. <u>Variance Requests</u> (Planning) (Construction) (Operations) (Decommissioning). The Lessee may submit a written request via email to the BOEM Office of Renewable Energy Programs Chief and to BSEE through TIMSWeb (https://timsweb.bsee.gov/), seeking a variance from particular requirements of these terms and conditions. The request must explain why compliance with a particular requirement is not technically and/or economically practical or feasible. To the extent not otherwise prohibited by law and after consideration of all relevant facts and applicable legal requirements, BOEM or BSEE in consultation with the other Bureau, may grant the request for a variance if the appropriate Bureau determines that the variance: (1) would not result in a change in the Project impact levels described in the Final Environmental Impact Statement (FEIS) and ROD for the Project, (2) would not alter obligations or commitments resulting from consultations performed by BOEM and BSEE under Federal law in connection with this COP approval, in a manner that would require BOEM to reinitiate or perform additional consultation (e.g., Endangered Species Act (ESA), Coastal Zone Management Act (CZMA), National Historic Preservation Act (NHPA), Magnuson-Stevens Fishery Conservation and Management Act (MSA)), and (3) would not alter BOEM's determination that the activities associated with the Project would be conducted in accordance with Section 8(p)(4) of OCSLA. After making a determination regarding a request for variance, BOEM or BSEE will notify the Lessee in writing whether the appropriate Bureau will allow the proposed variance from the identified requirements set forth in this COP approval. Approvals of variance requests will be made publicly available. This provision applies to the extent it is not inconsistent with more specific provisions in these terms and conditions for variances or departures.

1.6. <u>48-Hour Notification Prior to Construction Activities</u> (Construction) (Operations) (Decommissioning). The Lessee must submit a 48-hour notification to BSEE through TIMSWeb prior to the start of each of the following construction activities occurring on

---

Endangered Species Act Section 7 Consultation (July 21, 2023), https://www.boem.gov/renewable-energy/state-activities/nmfs-esa-consultations (hereinafter NMFS BiOp). This is inclusive of the avoidance, minimization, and mitigation measures described in the proposed action and included in the BiOp's ITS.

[4] *See* BiOp Letter from Audrey Mayer, Field Supervisor, New England Field Office, Fish and Wildlife Serv., to Katherine Segarra, BOEM. (May 30, 2023), https://www.boem.gov/renewable-energy/state-activities/fws-esa-consultations (hereinafter BiOp). This is inclusive of the avoidance, minimization, and mitigation measures described in the proposed action and included in the BiOp's ITS.

3

      any required additional PSOs). Additionally, the Lessee must continue SFV for the next two piles (for a total of three) and submit the interim reports within 48 hours as required above.

      iii) If the SFV results from all three of those piles described above are within the distances to isopleths of concern modeled assuming 10-dB attenuation, then the Lessee, upon confirmation from BOEM and BSEE, can revert to the original clearance and shutdown zones (Table 5.10.5) or continue with the approved expanded clearance and shutdown zones (and any required additional PSOs). The Lessee must continue to implement the measures required above (Section 5.4.5.(b)(i)). during the installation of all future piles.

5.4.6. <u>Long-term PAM</u> (Construction) (Operations). The Lessee must conduct long-term monitoring of ambient noise and baleen whales; and commercially important fish vocalizations in the Lease Area before, during, and following construction. The Lessee must conduct continuous[13] recording at least 30 days before the start of pile installation, through pile installation, initial operation, and for at least 3 but no more than 10 calendar years of full operations to monitor for potential impacts. The Lessee must meet with BOEM and BSEE at least 60 days prior to conclusion of the third full calendar year of operation monitoring (and at least 60 days prior to the conclusion of each subsequent year until monitoring is concluded) to discuss 1) monitoring conducted to-date, 2) the need for continued monitoring, and 3) if monitoring is continued, whether adjustments to the monitoring are warranted. The monitoring instrument(s) must be configured to ensure that the specific locations (with confidence intervals) of vocalizing NARW anywhere within the lease area can be identified, assuming a 10 kilometer (km) detection range for their calls. The Lessee may satisfy this condition through either of the options set forth more fully below.

    a) Option 1 – Lessee Conducts Long-term Passive Acoustic Monitoring. If the Lessee chooses to comply with Section 5.4.6 using this option, it must conduct PAM, including data processing and archiving following the Regional Wildlife Science Collaborative (RWSC) best practices to ensure data comparability and transparency. PAM instrumentation must be deployed to allow for identification of any NARW that vocalize anywhere within the lease area as well as Atlantic cod that may use Priority Area 1 for spawning.

    Priority Area 1 encompasses 7 WTG positions in the center portion of the Lease Area. This Area is defined in Appendix K of the Final EIS for Revolution Wind, depicted in Figure K-1 of the Final EIS, and includes WTG positions WTG_39, WTG_40, WTG_47, WTG_48, WTG_49, WTG_56, and WTG_58.

---

[13] Continuous recording in this measure recognizes that PAM devices can be damaged or lost from weather and other ocean uses, mechanical failures, and general maintenance. The Lessee must make every effort to maintain the PAM system as near continuous as possible. If temporal gaps in recording are expected, the lessee must ensure that additional recorders can be deployed to fill gaps.

The sampling rate (minimum 10 kHz) of the recorders must prioritize baleen whale detections, but must also have a minimum capability to record noise from vessels, pile driving, and WTG operation in the lease area. The system must be configured for continuous recording over the entire year. If temporal gaps in recording are expected, the Lessee must ensure that additional recorders can be deployed to fill gaps. The Lessee must use trawl-resistant moorings to ensure that instruments are not lost, and must replace any lost instruments as soon as possible. The Lessee must also notify BOEM if this occurs.

The Lessee must follow the best practices outlined in the RWSC best practices document,[14] unless otherwise required through conditions of COP approval. The best practices include engaging with the RWSC, calibrating the instruments, running quality assurance/quality control (QA/QC) on the raw data, following the templates for reporting species vocalizations, and preparing the data for archiving at National Centers for Ecological Information (NCEI). Although section III of the RWSC best practices document specifies steps for Section 106 compliance, the Lessee must instead follow the conditions outlined in Section 7.13 and the Section 106 MOA.

In terms of data processing, the Lessee must document the occurrence of whale vocalizations (calls of North Atlantic right, humpback, sei, fin, and minke whales, as well as odontocete clicks, as available, based on sample rate) using automatic or manual detection methods. In addition, data must be processed with either manual or automatic detection software to detect vocalizations of spawning cod. The Lessee must submit a log of these detections as well as the detection methodology to BOEM (at renewable_reporting@boem.gov), BSEE (at protectedspecies@bsee.gov) and NMFS (at nmfs.pacmdata@noaa.gov) within 120 days following each recorder retrieval. All raw data must be sent to the NCEI Passive Acoustic Data archive on an annual basis and the Lessee must follow NCEI guidance for packaging the data and pay the fee.

> i) Long-term Passive Acoustic Monitoring Plan. The Lessee must prepare and implement a Long-term PAM Plan under this option. No later than 120 days prior to instrument deployment and before any construction begins, the Lessee must submit to BOEM and BSEE (renewable_reporting@boem.gov and OSWsubmittals@bsee.gov) the Long-term PAM Plan that describes all proposed equipment (including number and configuration of instruments), deployment locations, mooring design, detection review methodology, and other procedures and protocols related to the required use of PAM. If there are fewer than 120 days between the commencement of any construction activity and this COP approval, the Lessee must submit the plan as soon as practicable and no later than 60 days prior to commencing activities. As the Lessee prepares the Long-term PAM Plan, it must coordinate with the RWSC.

---

[14] https://rwsc.org/wp-content/uploads/2022/12/RWSC-PAM-Data-Management-Storage-Best-Practices.pdf.

BOEM and BSEE will review the Long-term PAM Plan and provide comments, if any, on the plan within 45 days of its submittal. The Lessee may be required to submit a modified Long-term PAM Plan based on feedback from BOEM and BSEE. The Lessee must address all outstanding comments to BOEM's and BSEE's satisfaction and will need to receive written concurrence from BOEM and BSEE. If BOEM or BSEE do not provide comments on the Long-term PAM Plan within 45 days of its submittal, the Lessee may conclusively presume BOEM's and BSEE's concurrence with the Long-term PAM Plan.

b) <u>Option 2 – Financial and Other Contributions to BOEM's Environmental Studies Program</u>.[15] As an alternative to conducting long-term PAM in the Lease Area, the Lessee may opt to make a financial contribution to BOEM's Environmental Studies Partnership for an Offshore Wind Energy Regional Observation Network (POWERON) initiative on an annual basis and cooperate with the POWERON team to allow the team's access to the Lease Area for deployment, regular servicing, and retrieval of instruments. The Lessee's financial contribution must provide for all activities necessary to conduct PAM within and adjacent to the Lease Area, such as vessel and staff time for regular servicing of instruments, QA/QC on data, data processing to obtain vocalizations of sound-producing species and ambient noise metrics, as well as long-term archiving of data at NCEI. At the Lessee's request, BOEM will provide an estimate of the necessary amount of the financial contribution. BOEM will also invite the Lessee to contribute to discussions about the scientific approach of the POWERON initiative via the RWSC. The Lessee may request temporary withholding of the public release (i.e., the placement into the NCEI public data archive) of raw acoustic data collected within the Lease Area for up to 180 days after collection of that data. During this temporary hold, BOEM may elect to provide the Lessee with a copy of the raw PAM data collected under this option after the DON has cleared the data for national security concerns.

5.4.7. <u>Vessel Strike Avoidance Plan</u> (Planning) (Construction) Operations) (Decommissioning). The Lessee must submit the Vessel Strike Avoidance Plan to BOEM, BSEE, and NMFS GARFO Protected Resources Division (<u>nmfs.gar.incidental-take@noaa.gov</u>) at least 90 days prior to the commencement of vessel use outside of Narragansett Bay (including cable installation), with the exception of vessels deployed for the fisheries surveys. BOEM, BSEE, and NMFS GARFO will review the plan and provide comments within 45 days of receipt of the plan. The plan must provide details on all relevant mitigation and monitoring measures for listed species, minimum separation distances, vessel transit protocols from all planned ports, vessel-based observer protocols, communication and reporting plans, proposed alternative monitoring equipment to maintain effective

---

[15] The Lessee may elect Option 2 initially or during any subsequent calendar year of monitoring, subject to agreement with BOEM and BSEE. If the Lessee elects Option 2 in Year 1, the Lessee is not required to develop a Long-Term Passive Acoustic Monitoring Plan (Option 1). BOEM will deem the execution and implementation of such an agreement to meet the long-term PAM requirements set forth in Section 5.4.6.

and burial, scour protection installation), the Lessee must prepare and implement a Cod Spawning Monitoring Plan to monitor for Atlantic cod aggregations in the lease area between November 1 and March 31 of each year during which construction activities are planned.

a) The Lessee must submit the plan to BOEM and BSEE with notification to NMFS GARFO HESD for a 60-day review at least 120 days before the commencement of in-water construction on the OCS. The Lessee must resolve all comments on the plan to BOEM's and BSEE's satisfaction prior to implementation of the Plan. If there are less than 120 days between commencement of in-water construction on the OCS and this COP approval, the Lessee must submit the plan as soon as practicable and no later than 60 days prior to commencing activities.

b) The Lessee must submit an annual Cod Spawning Monitoring Report within 90 days of the completion of each survey season to BOEM, BSEE, and NMFS GARFO HESD. The report must include documentation of any cod detections and contain information on all survey activities that took place during the season, including location of equipment and location, time, and date of detections. The report on survey activities must be comprehensive of all activities, regardless of whether cod were detected.

5.5.5. Sequencing Plan (Planning) (Construction). The Lessee must prepare and implement a Sequencing Plan that describes how construction activities will be sequenced to avoid or minimize impacts to Atlantic cod spawning. The plan must specifically describe how construction activities (e.g., seabed prep, inter-array cable installation and burial, scour protection installation, boulder relocation, foundation site preparation, WTG or OSS installation including pile driving, and other construction-related bottom disturbing activities) will occur such that construction activities in the center portion of the lease area are avoided between November 1 to March 31. The Sequencing Plan must be consistent with MEC/UXO ALARP Certification (Section 2.2), Cable Routings (Section 2.10), the Boulder Identification and Relocation Plan (Section 5.5.6), and seasonal restrictions for NARW (5.10.2). All pile driving must also comply with requirements for noise abatement as stipulated in Section 5.10.3.

a) The Sequencing Plan must describe, to BSEE and BOEM's satisfaction, how the construction schedule is designed to the extent technically feasible to avoid any pile driving in the lease area between November 1 and December 31 each year (in addition to the January 1 to April 30 restriction on pile driving for NARW). If pile driving is necessary during this time, the Lessee must prioritize limiting pile driving to Priority Area 3a. Priority Area 3a is defined in Appendix K of the Final EIS for Revolution Wind, depicted in Figure K-1 of the Final EIS, and includes WTG positions WTG_64 to WTG_68 and WTG_75 to WTG_79.

- Description (include features such as overall size; shape of head; color and pattern; size, shape, and position of dorsal fin; height, direction, and shape of blow, etc.)
- Detection narrative (note behavior, especially changes in relation to activity and distance from service vessel)
- Direction of animal travel in first approach relative to vessel and pile
- Behaviors observed: indicate behaviors and behavioral changes observed in sequential order (use behavioral codes)
- If any bow-riding behavior observed, record total duration during detection (UTC HH:MM)
- Initial heading of animals (degrees)
- Final heading of animals (degrees)
- Shutdown zone size during detection (m)
- Was the animal inside the shutdown zone?
- Closest distance to vessel and pile (reticle distance in m)
- Time at closest approach to vessel and pile (UTC HH:MM)
- Time animal entered shutdown zone (UTC HH:MM)
- Time animal left shutdown zone (UTC HH:MM)
- If observed or detected during ramp-up or power-up: first distance (reticle distance in m), closest distance (reticle distance in m), last distance (reticle distance in m), behavior at final detection
- Did a shutdown/power-down occur?
- Time shutdown was called for (UTC HH:MM)
- Time equipment was shut down (UTC HH:MM)
- Detections with PAM

5.14.7. <u>Annual Reports</u> (Operations) (Decommissioning). Beginning one calendar year after the completion of commissioning activities, the Lessee must compile and submit annual reports that include a summary of all Project activities carried out in the previous year, including vessel transits (number, type of vessel, ports used, and route), repair and maintenance activities, survey activity, and all observations of ESA-listed species. The annual reports must be submitted to BOEM, BSEE, and NMFS GARFO. The Lessee must submit these reports by April 1 of each year for the previous calendar year (i.e., the 2026 report is due by April 1, 2027). Upon mutual agreement of NMFS GARFO, BOEM, and BSEE, the frequency of reports can be changed.

5.14.8. <u>Other Protected Species Conditions</u> (Planning) (Construction) (Operations) (Decommissioning). On July 21, 2023, NMFS issued a BiOp, including an ITS for the Project. The ITS includes reasonable and prudent measures and terms and conditions that NMFS determined were necessary and appropriate to minimize and monitor the amount or extent of incidental take of species listed as endangered or threatened under the ESA and under NMFS jurisdiction. In order for the ESA exemption from prohibited take provided by the NMFS July 21, 2023 BiOp to be valid, the Lessee must carry out the proposed action in compliance with all avoidance and minimization measures incorporated into the proposed action

considered in that consultation and comply with all reasonable and prudent measures and implementing terms and conditions included in the BiOp's ITS that are incorporated by reference in this document.

6. **CONDITIONS RELATED TO COMMERCIAL FISHERIES, FOR-HIRE AND RECREATIONAL FISHING**

6.1. Fisheries Compensation and Mitigation Funds (Planning) (Construction) (Operations) (Decommissioning). No later than 1 year after the approval of the COP, unless a different schedule is agreed to as a component of a separate agreement between the Lessee and Rhode Island and Massachusetts, the Lessee must establish and implement a direct compensation program to provide monetary compensation to commercial and for-hire fishermen impacted by the Project funded in accordance with Sections 6.1.1 and Section 6.1.2 below. Calculation steps are shown in Section 6.1.3 below.

    6.1.1. Direct Compensation Program. The Lessee must ensure that the Direct Compensation Fund includes an amount sufficient to be used to pay claims brought by both commercial and for-hire fishermen and must be based, at a minimum, on the annual average commercial fisheries landings values as stated in FEIS Table 3.9-12 (page 3.9-21) and for-hire fishing revenue ($43,083; page 3.9-39) from 2008 to 2019 ($43,083; page 3.9-40), of the Revolution Wind Farm and Revolution Wind Export Cable Project FEIS. The fund amount must be determined by the formula set out below or any agreements with state programs, whichever is greater (see Section 6.1.1(c) below).

        a) The Lessee must have available, at a minimum, 100 percent of annual revenue exposure during the post-COP approval pre-construction and construction period and (pending BSEE's approval of Lessee's decommissioning application) projected decommissioning period, 100 percent of annual revenue exposure for the first year after construction, 80 percent of revenue exposure 2 years after construction, 70 percent of revenue exposure 3 years after construction, 60 percent after 4 years, and 50 percent for the 5th year post-construction. BSEE will evaluate the need for additional compensatory mitigation consistent with the Annual Certification under 30 C.F.R. § 285.633(a).

        b) Except for the calculation of fund amounts for commercial and for-hire fishermen in Rhode Island and Massachusetts where final mitigation agreements have been approved, the compensation calculations described above must be normalized using the gross domestic product (GDP) Implicit Price Deflator (U.S. Bureau of Economic Analysis),[26] once the construction year and 5-year post-construction date are known.

        c) In recognition of agreements between the Lessee and Rhode Island and Massachusetts, the Lessee must establish the following compensation/mitigation

---

[26] Table 1.1.9. Implicit Price Deflators for Gross Domestic Product

86