# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

GREEN OCEANS, et al.,

    *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    *Federal Defendants,*

and

REVOLUTION WIND, LLC,

    *Defendant-Intervenor.*

Civ. No. 1:24-cv-00141-RCL

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD [ECF NO. 62]**

The Court should deny Plaintiffs' unnecessary motion to supplement the administrative record as moot because Federal Defendants agree to provide the relief that Plaintiffs request in their motion. On September 24, 2024, the parties filed a joint status report, in which they jointly proposed that any motion to resolve a dispute regarding the completeness of Federal Defendants' administrative records, the applicability of any exceptions to record review, and/or the need for judicial review of extra-record materials, if needed, be filed by October 4. ECF No. 61. A week later, the Court entered a Minute Order setting the parties' requested deadline. October 1, 2024 Minute Order.

As Plaintiffs concede in their motion to supplement the administrative record, Plaintiffs' counsel did not reach out to counsel for Federal Defendants to meet and confer over their request

to supplement the record until the day of their filing deadline. *See* ECF No. 62 ("Pls.' Mot.") at 2.[1] Federal Defendants have since had an opportunity to fully review the documents and confer.

Federal Defendants have determined that one of the five documents that Plaintiffs seek to add to the administrative record is already in the record. *Compare id.* at 2 (seeking to add a June 16, 2023 letter from the National Marine Fisheries Service ("NMFS") to the Bureau of Ocean Energy Management ("BOEM") regarding Essential Fish Habitat for the Revolution Wind project, attached as Exhibit 5 to Plaintiffs' motion), *with* ECF No. 59-2 at 120 (listing the same document, Bates stamped as BOEMGO_217766-836, in BOEM's administrative record).

With respect to the four remaining documents at issue in Plaintiffs' motion, Federal Defendants have no objection to Plaintiffs' request to add the documents to the administrative record. Accordingly, Federal Defendants agree to supplement the administrative record, ECF No. 59, with these four documents by October 25, 2024.[2] Federal Defendants will also supplement the record with a number of documents requested by Defendant-Intervenor Revolution Wind.

In sum, because Federal Defendants agree to provide the relief that Plaintiffs request in their motion, the Court should deny Plaintiffs' motion as moot. *See* ECF No. 62-2 (Plaintiffs' Proposed Order, requesting the Court to order Federal Defendants to supplement the administrative record). Had Plaintiffs expended their resources on an earlier meet and confer with Federal

---

[1] While Plaintiffs apparently sent an email requesting to meet-and-confer at 11:39 a.m. that day, as represented in Plaintiffs' motion, counsel for Federal Defendants did not receive Plaintiffs' email request until 2:55 p.m. that afternoon and were unable to fully review the documents and provide the federal agencies' positions before close of business that day as requested by Plaintiffs. *Id.*

[2] The documents will be added to BOEM's and/or NMFS's administrative records, depending on the context of the document. The agencies agreement to supplement their records with these materials does not constitute a concession that the either agency was required to consider the materials in the presently challenged or any future decision-making.

Defendants instead of preparing a motion and brief, this unnecessary motion practice could have been avoided.

Respectfully submitted this 18th day of October, 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ
Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-598-9741
michelle.spatz@usdoj.gov

MATTHEW MARINELLI
Senior Attorney
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-532-3201
Tel: 202-305-0293
amanda.rudat@usdoj.gov
matthew.marinelli@usdoj.gov

SARAH IZFAR
Senior Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-305-0498
sarah.izfar@usdoj.gov