## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GREEN OCEANS**, *et al.*,

    *Plaintiffs,*

**v.**

**UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*,

    *Defendants,*
*and*

**REVOLUTION WIND, LLC**,

    *Defendant-Intervenor.*

**Case No. 1:24-cv-141-RCL**

## ORDER

For the reasons contained in the accompanying Memorandum Opinion, forthcoming, Revolution Wind's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART.**

Regarding the NEPA claims, the Motion is **DENIED** as to Chris Brown, Richard Hittinger, William Vanderhoop, and Eric Phillippi, and **GRANTED** as to all other Plaintiffs.  Regarding the NHPA claims, the Motion is **DENIED** as to the property-owning Plaintiffs, identified below, and **GRANTED** as to all other Plaintiffs.  Regarding the ESA and MMPA claims, the Motion is **DENIED** as to Alan Shinn, William Vanderhoop, and Elizabeth Knight, and **GRANTED** as to all other Plaintiffs.  Regarding the CWA claims, the Motion is **DENIED** as to Richard Hittinger, Ralph Craft, Lauren Knight, Murray Danforth, Benjamin Riggs, Eric Phillippi, Michael Lombardi, and William Vanderhoop, and **GRANTED** as to all other Plaintiffs.  Regarding the OCSLA, MBTA, and CZMA claims, the Motion is **GRANTED** as to all Plaintiffs.

1

In sum, the following claims and Plaintiffs may proceed to the next phase of litigation:

- NEPA claims brought by Chris Brown, Richard Hittinger, William Vanderhoop, and Eric Phillippi;

- NHPA claims brought by Dee and Richard Gordon, Kathryn K. and Jerome R. Kirby, Mary Cushing Coleman, Allison Gulbrandsen, Elizabeth and Michael Vitton, Cornwall Lodge LLC, Howard G. Cushing III, 226 Ocean Avenue, Moonwatch LLC, Waves S LLC, Alumni East Associates, EC Properties, Stephen Lewinstein, Lisa Foley, Michael and Page Pieroni, Karen Blanchard, Randy Panagakis, Charlotte DuHamel, Steven Gerwirz and Katrina Hamilton Gerwirz, Veter et Nova Trust, and the Wampanoag Tribe of Gay Head;

- ESA and MMPA claims brought by Alan Shinn, William Vanderhoop, and Elizabeth Knight; and

- CWA claims brought by Richard Hittinger, Ralph Craft, Lauren Knight, Murray Danforth, Benjamin Riggs, Eric Phillippi, Michael Lombardi, and William Vanderhoop.

A separate Memorandum Opinion shall issue.

Date: March 31, 2025

_____
Royce C. Lamberth
United States District Judge