UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREEN OCEANS**, *et al.*,

    *Plaintiffs,*

v.

**UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*,

    *Defendants,*
and

**REVOLUTION WIND, LLC**,

    *Defendant-Intervenor.*

Case No. 1:24-cv-00141-RCL

## ORDER

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(1). Therefore, the Court **ORDERS** the parties to meet and confer and to submit a joint report within fifteen (15) days proposing a schedule for briefing dispositive motions.

**IT IS SO ORDERED.**

Date: 4/24/25

_____
Royce C. Lamberth
United States District Judge

1