UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00141-RCL |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | Hon. Royce C. Lamberth |
| INTERIOR, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| REVOLUTION WIND, LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**JOINT REPORT ON PROPOSED BRIEFING SCHEDULE**

In accordance with the Court's April 24, 2025 Order, ECF No. 72, the parties met and conferred regarding a schedule for summary judgment briefing. Plaintiffs informed Federal Defendants and Defendant-Intervenor that Plaintiffs intend to file a motion for leave to amend Plaintiffs' complaint and a motion for preliminary injunction. The Parties are unable to agree on a schedule for these proceedings and lay out their respective positions below.

**Plaintiffs' Position:**

| Filing | Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment | June 13, 2025 |
| Defendant and Defendant-Intervenors' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | August 1, 2025 |
| Plaintiffs' Response and Reply | August 29, 2025 |

1

| Defendant and Defendant-Intervenors' Reply | September 19, 2025 |
| --- | --- |
| Hearing on Motions for Summary Judgment | At the Court's convenience |

**<u>Federal Defendants' Position:</u>**

In the interest of orderly administration and conserving judicial and party resources, Federal Defendants believe the parties should not begin summary judgment briefing until after Plaintiffs' motion for leave to file a second amended complaint is resolved and the parties have clarity on the claims to be briefed at summary judgment. Federal Defendants thus propose the following schedule tiered off a decision on Plaintiffs' motion for leave to amend:

- 60 days after Plaintiffs' motion for leave to amend is resolved: Plaintiffs' motion for summary judgment due

- 120 days after Plaintiffs' motion for leave to amend is resolved: Federal Defendants and Defendant-Intervenor's respective cross-motions for summary judgment and responses due

- 150 days after Plaintiffs' motion for leave to amend is resolved: Plaintiffs' combined response/reply due

- 180 days after Plaintiffs' motion for leave to amend is resolved: Federal Defendants and Defendant-Intervenor's respective replies due

Federal Defendants also propose that the Court set a briefing schedule that provides Federal Defendants 14 days to respond to Plaintiffs' third motion for a preliminary injunction. In addition to the fact that new officials at relevant agencies are still becoming familiar with this case, both relevant agency staff and their counsel have multiple items demanding their attention over the next several weeks. Seven days to respond to a preliminary injunction motion in this case would therefore be prejudicial. Any prejudice the requested extension might pose to Plaintiffs is of their own making, as they have waited nearly a year since their last motion was

2

denied and until *after* seasonal restrictions on pile driving were lifted to bring their third preliminary injunction motion.

**Defendant-Intervenor's Position:**

If Plaintiffs file a motion for leave to file a second amended complaint, Defendant-Intervenor Revolution Wind intends to oppose Plaintiffs' motion. Defendant-Intervenor proposes the same schedule for the motions for summary judgment briefing in this Administrative Procedure Act case as the Federal Defendants propose above, for the same reasons of judicial and party efficiency and orderly administration of this case.

Defendant-Intervenor does not oppose Federal Defendants' request for 14 days to file a response if Plaintiffs file a third motion for preliminary injunction or stay.

Respectfully submitted,

*/s/Roger J. Marzulla*
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, D.C. 20036
(202) 822-6760
roger@marzulla.com
nancie@marzulla.com
mollie@marzulla.com

Counsel for Plaintiffs

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/Michelle M. Spatz*
MICHELLE M. SPATZ
Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice

P.O. Box 7611
Washington, D.C. 20044
Tel: 202-598-9741
michelle.spatz@usdoj.gov

SARAH IZFAR
Senior Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-305-0498
sarah.izfar@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
MATTHEW MARINELLI
Senior Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-532-3201
Tel: 202-305-0293
amanda.rudat@usdoj.gov
matthew.marinelli@usdoj.gov

Counsel for Defendants


*/s/Janice M. Schneider*
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel:  (202) 637-2200
Fax:  (202) 637-2201
janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

Dated: May 9, 2025

Counsel for Defendant-Intervenor Revolution Wind, LLC

4