**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, et al., )<br>)<br>              *Plaintiffs*, )<br>)<br>   v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, et al., )<br>)<br>              *Defendants*, )<br>)<br>   and )<br>)<br>REVOLUTION WIND, LLC, )<br>)<br>          *Defendant-Intervenor.* )<br>) | Case No. 1:24-cv-00141-RCL<br><br>Hon. Royce C. Lamberth |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A
SECOND AMENDED COMPLAINT**

Plaintiffs, Green Oceans et al. (collectively, "Green Oceans"), ask for leave under Federal Rule of Civil Procedure 15(a)(2) to file a Second Amended Complaint for the Government's failure to comply with the requirements of the Administrative Procedure Act ("APA")[1] and Outer Continental Shelf Lands Act ("OCSLA")[2] in issuing the Record of Decision for the Revolution Wind Project and to restate their standing allegations per the Court's comments in its April 1, 2025 decision.[3] Counsel for Green Oceans certifies that he met and conferred with counsel for the Defendant, the United States, and Defendant-Intervenor, Revolution Wind, LLC, on May 1,

---

[1] 5 U.S.C. §§ 701-706.
[2] 43 U.S.C. §§ 1331-1356.
[3] Memorandum Opinion, ECF No. 70 (April 1, 2025).

1

2025.[4] Government counsel has stated that she will reserve her position until she sees the motion. Defendant-Intervenor, Revolution Wind, LLC, states that it will oppose the motion.

In support of this motion, Green Oceans relies on the Memorandum in Support of this Motion, the attached amended complaint, and any other material the Court may request or deem appropriate.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
 Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
roger@marzulla.com
nancie@marzulla.com
mollie@marzulla.com

May 23, 2025                                    Attorneys for Green Oceans

---

[4] *See* Fed. R. Civ. P. 15(a)(5); LCvR 7(m).