UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GREEN OCEANS, et al.,

    *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    *Federal Defendants,*

and

REVOLUTION WIND, LLC,

    *Intervenor-Defendant*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

## ORDER

Having reviewed Federal Defendants' Unopposed Motion for Relief from Obligation to File an Answer, ECF No. 83, the motion is GRANTED. Federal Defendants are relieved of their obligation to file an answer to the Amended Complaint.

Dated: 8-1-25

Royce C. Lamberth
United States District Judge