UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., | ) |
|            *Plaintiffs*, | ) |
| v. | ) Case No. 1:24-cv-00141-RCL |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) Hon. Royce C. Lamberth |
|            *Defendants,* | ) |
| and | ) |
| REVOLUTION WIND, LLC, | ) |
|            *Defendant-Intervenor.* | ) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Under Rule 56 of the Federal Rules of Civil Procedure, Local Rule 7(h) of this Court, and the Court's Scheduling Order,[1] Plaintiffs, Green Oceans et al. (collectively, Green Oceans), move for summary judgment. Green Oceans asks the Court to vacate and set aside the Bureau of Ocean Energy Management's (BOEM) Record of Decision authorizing construction and operation of the Revolution Wind Project, BOEM's Final Environmental Impact Statement, the National Marine Fisheries Service's Biological Opinion and Incidental Harassment Authorization, and the U.S. Army Corps of Engineers' Section 404 Permit, as arbitrary, capricious, and not in accordance with law.[2] These final agency actions violate the Administrative Procedure Act

---

[1] Scheduling Order (July 25, 2024), ECF No. 82.
[2] 5 U.S.C. § 706(2)(A).

1

(APA),[3] Outer Continental Shelf Lands Act (OCSLA),[4] Endangered Species Act (ESA),[5] Marine Mammal Protection Act (MMPA),[6] Clean Water Act (CWA),[7] National Historic Preservation Act (NHPA),[8] and National Environmental Policy Act (NEPA).[9]

The Record of Decision and the other challenged determinations, approvals, permits, and authorizations are final agency actions subject to review under the APA. And at least one Plaintiff has standing to pursue each cause of action.[10]

In support of this motion, Green Oceans submits its Supporting Memorandum, the relevant portions of the Administrative Record, declarations from Plaintiffs (Exhibits 1–34), and additional exhibits, including recent agency directives regarding offshore wind approvals and permits.

**Conclusion**

For the reasons set forth in the accompanying Memorandum, Green Oceans respectfully asks the Court to grant summary judgment on its claims, declare that Defendants' approvals and authorizations for the construction and operation of Revolution Wind are arbitrary, capricious and unlawful, and remand and vacate the challenged final agency actions.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985

---

[3] 5 U.S.C. § 702.
[4] 43 U.S.C. §§ 1331–1337.
[5] 5 U.S.C. §§ 1531-1544.
[6] 16 U.S.C. § 1371.
[7] 33 U.S.C. § 1365(b).
[8] 54 U.S.C. §§ 300101-307101.
[9] 42 U.S.C. §§ 4321–4370h
[10] A summary chart of the Plaintiffs with standing in this case for each claim is attached as Exhibit 1 to the Memorandum in Support and is reproduced on page three of this Motion for the Court's convenience.

Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
 Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
roger@marzulla.com
nancie@marzulla.com
mollie@marzulla.com

September 2, 2025							Attorneys for Green Oceans

**Exhibit 1: Summary of Plaintiffs With Standing**

| | **Plaintiffs** | **Injury-in-Fact** | **Government Actions** |
|---|---|---|---|
| **OCSLA** | **Commercial Fishermen** Green Oceans: Chris Brown; Gary Mataronas; Alan Shinn; William Vanderhoop RODA: Kevin Debbis | • Fisheries habitat destruction; declining fish populations for lobster and cod; decreased revenue for fishing and charter businesses | • Failure to ensure safety, protect environment, prevent waste and conserve resources, prevent interference with reasonable uses of OCS. |
| | **Recreational Boaters and Fishermen** Green Oceans: Richard Hittinger; Ralph Craft; Lauren Knight; Murray Danforth; Benjamin Riggs; John Zarba; Elizabeth Quattrocki Knight | • Navigation and safety hazards, including radar, interference; detrimental impact on fish populations; diminished enjoyment of recreational fishing and boating | [Same] |
| | **Commercial Boaters and Whale Watchers** Green Oceans: Alan Shinn; William Vanderhoop | • Reduced sightings of live whales; declining whale population causes fewer whale watching tours resulting in a decrease in revenue | [Same] |
| **ESA/MMPA** | **Whale Watching Tours** Green Oceans: Alan Shinn; William Vanderhoop | • Whale habitat destruction; population displacement; fewer opportunities to view whales, leading to reduced charters and reduced income | • Failure to use best available science; analyze cumulative effects; protect against vessel strikes • Increased takes of NARW |

3

|  | | | |
|---|---|---|---|
|  | **Recreational Whale Watcher** Green Oceans: Elizabeth Quattrocki Knight | • Habitat destruction, population displacement, auditory injury, all leading to fewer opportunities to view and enjoy the NARW and other marine mammals | [Same] |
| **CWA** | **Recreational Fishermen** Green Oceans: Richard Hittinger; Ralph Craft (Store Owner) | • Fisheries habitat destroyed; declining fish populations; loss of use and enjoyment; radar interference | • Failure to consider discharges from pile driving; failed to consider Cox Ledge as special aquatic site |
|  | **Recreational Sailor** Green Oceans: Lauren Knight; Murray Danforth; Benjamin Riggs | • Inability to sail through lease area; loss of use and enjoyment; and radar interference causing navigation and safety hazards | [Same] |
|  | **Bird Watcher** Green Oceans: Eric Phillippi | • Destruction of Piping Plover habitats and food sources; collisions with turbines and construction equipment leading to Piping Plover mortality and fewer opportunities to view and enjoy birds. | [Same] |
|  | **Charter Fisherman/Whale Watching Tours** Green Oceans: William Vanderhoop | • Fisheries habitat destroyed; fewer opportunities to view whales and declining fish populations, leading to reduced charters | [Same] |
| **NHPA** | **Ocean Drive Historic District** Green Oceans: Dee and Richard Gordon; Kathryn K. and Jerome R. Kirby; Mary Cushing Coleman; Allison Gulbrandsen; Elizabeth and Michael Vitton; Cornwall Lodge LLC; Howard G. Cushing III; 226 Ocean Avenue, Moonwatch LLC | • Destruction of historic, open ocean view, leading to loss of use and enjoyment and destruction of historic value of properties | • Failure to avoid, minimize, or mitigate visual impacts to historic properties; failure to minimize to the maximum extent possible impacts |
|  | **Bellevue Historic District** | [Same] | [Same] |

| | | | |
|---|---|---|---|
| | Green Oceans: Waves S LLC; Alumni East Associates; EC Properties; Stephen Lewinstein; Lisa Foley; Michael and Page Pieron; Karen Blanchard; Randy Panagakis | | |
| | **Historic Register Eligible** Charlotte DuHamel (Green Oceans) | [Same] | [Same] |
| | **Indian Avenue Historic District** Green Oceans: Charlotte DuHamel | [Same] | [Same] |
| | **Stoneybrook Estate Historic District** Green Oceans: Veter et Nova Trust | [Same] | [Same] |
| **NEPA** | **Commercial Fisherman** Green Oceans: Chris Brown | • Fisheries habitat destroyed; declining fish populations; decreased revenue; radar interference | • Failure to consider impacts on Cox Ledge; alternatives; and cumulative impacts |
| | **Recreational Fisherman** Green Oceans: Richard Hittinger | • Fisheries habitat destroyed; declining fish populations; loss of use and enjoyment; radar interference | [Same] |
| | **Bird Watcher** Green Oceans: Eric Phillippi | • Piping Plover habitat destroyed; increased risk of bird collisions with turbines; increased mortality of piping plover from turbines | • Failure to consider impacts to migratory Piping Plover; alternative placement; height of turbines; cumulative impacts |
| | **Charter Fisherman/Whale Watching Tour** Green Oceans: William Vanderhoop | • Fisheries habitat destroyed; fewer opportunities to view whales and declining fish populations, leading to reduced charters | • Failure to consider impacts on Cox Ledge; alternatives; and cumulative impacts |