UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:24-cv-00141-RCL |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) Hon. Royce C. Lamberth |
| *Defendants*, | ) |
| and | ) |
| REVOLUTION WIND, LLC, | ) |
| *Defendant-Intervenor*. | ) |

**[PROPOSED] ORDER**

Upon consideration of Green Oceans' Motion for Summary Judgment, the supporting declarations, exhibits, and memorandum of law, the administrative record, and all other submissions before the Court, and for good cause shown,

IT IS HEREBY ORDERED that Green Oceans' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that the Bureau of Ocean Energy Management's Record of Decision and Final Environmental Impact Statement, the National Marine Fisheries Service's Biological Opinion and Incidental Harassment Authorization, and the U.S. Army Corps of Engineers' Section 404 Permit are VACATED and set aside.

SO ORDERED on this ____ day of ____, 2026.

                                                                                                                               _____  
                                                                                                                               Honorable Royce C. Lamberth  
                                                                                                                               United States District Judge