UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> *Federal Defendants*, <br><br> and <br><br> REVOLUTION WIND, LLC, <br><br> *Defendant-Intervenor.* | Case No. 1:24-cv-00141-RCL <br><br> Hon. Royce C. Lamberth |

## JOINT STATUS REPORT

Pursuant to the Court's August 28, 2025 Order, Dkt. No. 86, the parties submit this joint status report. The parties agree that Interior's August 22, 2025 stop work order does not at this point have any legal impact on Plaintiffs' claims, including with respect to justiciability.

**Federal Defendants' Position**:

Because the outcome of Interior's ongoing review could impact this litigation, Federal Defendants intend to seek an extension of their summary judgment deadline. Federal Defendants reserve the right to seek additional time or other appropriate relief in the future.

**Defendant-Intervenor's Position**:

On September 4, 2025, Defendant-Intervenor Revolution Wind, LLC ("Revolution Wind") filed an action for emergency injunctive relief and to vacate and set aside the August 22, 2025 stop work order as unlawful. *Revolution Wind, LLC v. Burgum*, No. 1:25-cv-02999-RCL (D.D.C.). For efficiency and judicial economy, Revolution Wind intends to seek an extension of

its summary judgment deadline to align with the deadline that Federal Defendants intend to seek. To the extent Federal Defendants or Plaintiffs seek other relief in the future, Revolution Wind reserves the right to oppose any such relief.

**Plaintiffs' Position:**

Plaintiffs agree with Federal Defendants and Defendant-Intervenor that Interior's August 22, 2025 stop work order does not affect the justiciability of this case. Plaintiffs reserve the right to object to any future requests by Federal Defendants or Defendant-Intervenor to extend the summary judgment briefing schedule.

Dated: September 10, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*s/ Amanda K. Rudat*
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-532-3201
amanda.rudat@usdoj.gov

MICHELLE M. SPATZ
Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-9741
michelle.spatz@usdoj.gov

SARAH IZFAR
Senior Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044

202-305-0498
sarah.izfar@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Janice M. Schneider*

Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

*Counsel for Defendant-Intervenor Revolution Wind, LLC*

*/s/Roger J. Marzulla*
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, D.C. 20036
(202) 822-6760
roger@marzulla.com
nancie@marzulla.com
mollie@marzulla.com

Counsel for Plaintiffs