# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

GREEN OCEANS, et al.,

    *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    *Federal Defendants,*

and

REVOLUTION WIND, LLC,

    *Intervenor-Defendant.*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

## [PROPOSED] ORDER

Having reviewed Federal Defendants' Motion for Extension of Briefing Schedule, the motion is GRANTED and the current briefing schedule is extended by sixty-days as follows:

| Filing | Date |
| --- | --- |
| Defendant and Defendant-Intervenors' Cross Motions for Summary Judgment and Responses to Plaintiffs' Motion for Summary Judgment | 12/15/2025 |
| Plaintiffs' Reply Brief | 1/29/2026 |
| Defendant and Defendant-Intervenors' Reply Briefs | 3/16/2026 |

Dated: 10/9/25

_____
The Hon. Royce C. Lamberth
United States District Judge