**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants,*<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>*Defendant-Intervenor.* | Case No.: 1:24-cv-00141-RCL<br><br>Hon. Royce C. Lamberth |

**EXPERT REBUTTAL DECLARATION OF GORDON PERKINS IN SUPPORT OF DEFENDANT-INTERVENOR REVOLUTION WIND, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746(2), I, Gordon Perkins, hereby declare:

1. I am employed by Environmental Design & Research, Landscape Architecture, Engineering & Environmental Services, D.P.C. ("EDR") as the Visualization Practice Leader. In my role, I supervise a team of visualization specialists, and I actively support the development of visibility studies and seascape, landscape, and visual impact assessments. In the context of supporting assessments, I also develop and supervise the characterization and documentation of the existing environment, viewshed analyses, selection of key observation points for analysis, photographic simulations, line of sight cross sections, report narratives, and graphics and figures that accompany evaluations. I have been employed in this role by EDR since 2016.

2. Prior to my current role at EDR, I worked as a project scientist with ESS Group,

Inc. from 2011 to 2016. In this role, I performed visual impact assessments for onshore and offshore wind projects, including several studies completed directly for the United States Department of the Interior's Bureau of Ocean Energy Management ("BOEM") regarding the visibility and visual impact resulting from offshore wind turbines. During my time with ESS Group, Inc., I was also a preconstruction monitor for cultural and environmental compliance and chain of custody monitor for an offshore wind project. From 2008 to 2011, I was a senior visual analyst for Saratoga Associates where I performed visual impact assessments for onshore and offshore wind projects. Finally, from 2001 to 2008 I worked with EDR as a visualization specialist and project manager and in this capacity, I was responsible for the development of visual assessments for several offshore wind projects, including the Cape Wind Project and the Long Island Offshore Wind Power Project, in addition to several state waters offshore wind initiatives in Maryland, New Jersey, and New York.

3. I am a Certified Geographic Information Systems Professional and have been directly involved in the evaluation of visual impacts resulting from offshore wind projects since 2001, including the Cape Wind Project, the first offshore wind proposal in United States waters. Since that time, I have completed photographic simulations and/or visual impact assessment studies for 12 offshore wind projects, over 20 onshore wind and utility scale solar projects, and multiple electrical transmission infrastructure projects across the United States. I provided direct oversight for the production of the New York State Energy Research and Development Authority Offshore Wind Masterplan Visibility Threshold Study, which directed and guided the development of offshore wind energy lease nominations along the New York coastline. On behalf of BOEM, in 2016 I oversaw the development of the Visualization Study for the Massachusetts and Rhode Island Wind Energy Areas, which included developing daytime and

nighttime photomontages and 24 hour day-through-night videos to simulate what wind turbines might look like if these Areas were fully developed as well as considering different seasons, times of day, and weather conditions. In total, I have over 24 years of professional experience in conducting and evaluating visual impact assessments for offshore wind projects.

4. My onshore photographic simulations (completed in 2006) were studied by the Landscape Architecture Foundation's Landscape Performance Series, whose post-construction analyses found my simulations to be nearly 98% accurate in terms of position and scale when compared to photographs of constructed projects, even while not accounting for post-permit micro-siting. I have provided testimony before the New York State Public Service Commission in support of several visual impact assessments for onshore wind and electric transmission projects, the Connecticut Siting Council for visual assessment and mitigation plans associated with solar facilities, the Rhode Island Electrical Facilities Siting Board for a visual impact assessment associated with a combined cycle power plant and onshore substation, the Rhode Island Public Utilities Commission for visual impact assessments associated with several electric transmission projects, and the Maryland Public Service Commission for an offshore wind project. I have also previously provided an expert rebuttal declaration in support of the South Fork Wind Project. Expert Rebuttal Declaration of Gordon Perkins in Support of South Fork Wind, LLC's Reply in Support of Cross Motion for Summary Judgment, *Pres. Soc'y of Newport Cnty v. Haaland*, No. 1:23-cv-03510-APM, Dkt. 58-1 (D.D.C. filed Aug. 1, 2024).

5. I obtained an Associate of Arts degree from Keystone College and a Bachelor of Landscape Architecture degree from the State University of New York College of Environmental Science and Forestry. A true and correct copy of my curriculum vitae is attached as Attachment C to this expert rebuttal declaration.

6. I have served as the lead visual expert for the Revolution Wind Farm and Revolution Wind Export Cable (together, the "Revolution Wind Project" or the "Project") since 2017. In that role, I completed the Revolution Wind Project's field review, documentation, and survey of key observation points, photography, oversight of the photographic simulations, line of sight cross sections, identification of sensitive resources, characterization of the existing landscape and potential project impacts, and report compilation. In addition, I conducted and supervised the development of the Revolution Wind Project's cumulative visual simulations assessing the Project's visual effects when combined with past, present, and reasonably foreseeable planned actions on the Outer Continental Shelf.

7. I execute this expert rebuttal declaration in support of Revolution Wind, LLC's ("Revolution Wind") Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment based on my personal knowledge of the matters referred to herein and, if called upon to do so, could and would testify truthfully thereto.

8. In preparation for this rebuttal declaration, I reviewed the following: (1) Plaintiffs' Memorandum in Support of Motion for Summary Judgment, Dkt. 87-1; (2) Exhibit 6: Declaration of Karen Blanchard ("Blanchard Decl."), Dkt. 87-8; (3) Exhibit 10: Declaration of Sandra Craig, Trustee for Veter et Nova Trust ("Craig Decl."), Dkt. 87-12; (4) Exhibit 14: Declaration of Charlotte DuHamel ("DuHamel Decl."), Dkt. 87-16; (5) Exhibit 15: Declaration of Lisa Foley ("Foley Decl."), Dkt. 87-17; (6) Exhibit 16: Declaration of Katrina Gewirz ("Gewirz Decl."), Dkt. 87-18; (7) Exhibit 17: Declaration of Dee Gordon ("Gordon Decl."), Dkt. 87-19; (8) Exhibit 18: Declaration of Allison Gulbrandsen ("Gulbrandsen Decl."), Dkt. 87-20; (9) Exhibit 24: Declaration of Stephen Lewinstein ("Lewinstein Decl."), Dkt. 87-26; (10) Exhibit 27: Declaration of Randy Panagakis ("Panagakis Decl."), Dkt. 87-29; (11) Exhibit 29: Declaration of Michael

Pieroni ("Pieroni Decl."), Dkt. 87-31; (12) Exhibit 32: Declaration of Elizabeth Vitton ("Vitton Decl."), Dkt. 87-34; and (13) Exhibit 33: Declaration of William D. Vanderhoop, Jr. ("Vanderhoop Decl."), Dkt. 87-35 (collectively "the Plaintiffs").

9. Plaintiffs' declarations include purported photographs of the Revolution Wind Project and are all dated from November 2024, more than a year ago. *See, e.g.*, Craig Decl. at 11-13 (stating that the provided photographs were taken on November 2, 2024). Furthermore, many of the declarations refer to the visibility of the turbines comprising the South Fork Wind Project, a nearby offshore wind project which is constructed and has been operational since March 2024. *See, e.g.*, *id*. at 13 (stating that the pictures provided display the visibility of both the Revolution Wind Project and the South Fork Wind Project from the declarant's property).

## I. OVERVIEW OF MY CONCLUSIONS

Based on my experience and expertise, I have reached the following conclusions:

10. Plaintiffs' declarations do not present an accurate depiction of the views of the Project. Overall, the zoom levels used in the Plaintiffs' photographs significantly overstate the scale of the Revolution Wind Project's turbines by up to a factor of 687 percent.

11. These magnified zoom levels would be considered unacceptable in the visual impact assessment industry and significantly exaggerate the alleged perceived impacts of the Revolution Wind Project's offshore wind turbines.

12. Finally, Plaintiffs' photographs limit the field of view to only include wind turbines and construction vessels, removing important contextual information from the view, significantly increasing the alleged perceived size of the Revolution Wind Project's turbines and construction vessels, and ignoring the much broader view available to the Plaintiffs. Based upon my assessment of Plaintiffs' photos and my own personal observations of the construction and commissioning of the Project's wind turbines, without such an extreme level of zoom, the subject turbines would

often otherwise be (and in fact often are) difficult to see from vantage points on the coast of mainland Rhode Island. My observations of the Revolution Wind Project total over 100 hours during very clear conditions ranging from 18 to 38 miles of visibility according to the European Centre for Medium-Range Weather Forecasts ("ECMWF") prediction model, which is recommended by Argonne National Laboratory and includes visibility predictions (and current conditions) that extend beyond 10 statute miles which is the limit of visibility recordings and predictions produced. My ongoing observations of construction and commissioning began in 2024, and the most recent observation occurred over an 18-hour period in November 2025. My ongoing observations have been conducted from coastal and island positions in Rhode Island and Massachusetts.

## II. BACKGROUND AND METHODOLOGY

13. I have photographed the fully constructed South Fork Wind Project and the partially constructed Revolution Wind Farm. My photos of these projects are included as Attachment A to this rebuttal declaration.[1] My post-construction visibility and visual impact analysis of the South

---

[1] Attachment A provides photographic context at four viewpoint locations positioned along or near the Newport Cliff Walk National Recreation Trail within or near the Bellevue Avenue Historic District. Images on pages one and two were taken adjacent to Ledge Road, approximately 24.46 statute miles from the nearest South Fork Wind Project turbine. Images on pages three and four were taken near Marble House and include views of the Chinese Tea House on the Marble House grounds, approximately 25.20 statute miles from the nearest South Fork Wind Project turbine. Images on pages five and six were taken from the Cliff Walk at Rought Point near Bellevue Avenue approximately 24.6 statute miles from the nearest South Fork Wind Project turbine and 17.21 statute miles from the nearest Revolution Wind Project turbine. Images on pages seven and eight were taken immediately east of the Cliff Walk approximately 26.27 miles from the nearest South Fork Wind Project turbine and 19.1 statute miles from the nearest Revolution Wind Project turbine. Pages one, three, five, and seven provide locational, camera, and environmental data and illustrate that the temperature and humidity were relatively low for the time of year. Additionally, the visibility readings from the ECMWF indicated 19.5-, 20.4-, 23-, and 22-mile visibility, respectively, suggesting very high atmospheric clarity. ECMWF suggests the distance within which objects or light can be clearly identified. Field review also confirmed that visibility was greater than that stated by ECMWF by observing

Fork Wind Project (including based on my own personal observations) shows that the turbines are often very difficult to see from vantage points in Newport, Rhode Island, including under high visibility conditions. As indicated in Attachment A, the visibility during the photography of the South Fork Wind Farm on July 26, 2024 was documented in the ECMWF as 19.5 miles to 20.4 miles. Attachment A at 1, 3. The visibility during the photography of the Revolution Wind Farm was 22 miles on April 18, 2025 and 23 miles on June 3, 2025. *Id*. at 5, 7. Given that our teams are searching and actively scanning the horizon for the turbines, and the turbines are still difficult to detect, this suggests negligible impacts for casual observers who are typically not actively looking for them. My initial assessment, as illustrated in Attachment A, is that during typical viewing conditions (overcast, partly cloudy, and clear), the wind turbines are often difficult to see and require extended and concentrated viewing of the horizon in order to identify them. Under optimal viewing conditions, the turbines are visible (albeit the perceived scale is small to moderate) from certain points when casually scanning the horizon, but they do not draw the focus of viewer attention. In light of my observations, it was readily apparent to me when reviewing Plaintiffs' declarations that the images contained in each declaration grossly overstate the actual visibility and visual impact of the Revolution Wind Project.

14. The turbines that Plaintiffs purport to represent in their declarations are often difficult to detect under prevailing atmospheric conditions and Plaintiffs' images do not reflect

---

distant land masses associated with Block Island (including the Block Island Wind Farm) located approximately 25 miles away. Attachment A, one, three, five, and seven also each include a thumbnail image illustrating a full 124 degree by 55 degree field of view. It should be noted that the turbines cannot be viewed in the thumbnail image. However, Attachment A on pages two, four, six, and eight illustrate the scale and color contrast presented by the South Fork Wind Project's turbines as well as the Revolution Wind Project's turbines. The viewer should zoom into the image to approximately 150% of its original size in order to locate the wind turbines, which are difficult to see even at this zoom range.

actual visibility of the turbines as perceived with the unaided eye nor do they represent the vast 124-degree field of view experienced by those observers. In this expert rebuttal declaration, I describe the scientific process used when photographically documenting the environment and outline numerous shortcomings identified in the photographic evidence provided by Plaintiffs in their Exhibits 6, 10, 14, 15, 16, 17, 18, 24, 27, 29, 32, and 33 (Dkt. 87-8 at 5-6, Dkt. 87-12 at 12-13, Dkt. 87-16 at 6-7, Dkt. 87-17 at 5-6, Dkt. 87-18 at 5-7, Dkt. 87-19 at 5, Dkt. 87-20 at 4, Dkt. 87-26 at 7-11, Dkt. 87-29 at 5-6, Dkt. 87-31 at 5-7, Dkt. 87-34 at 6, and Dkt. 87-35 at 7).

15. In April of 2021, the National Park Service published a guidance document titled "Evaluating Photosimulations for Visual Impact Assessment", which the National Park Service explains "is needed to help people who must evaluate photosimulations to detect errors and bias in photosimulations so they can make better judgments about visual impacts" and outlines a checklist of critical data to be included with photographic evidence used in visual impact assessment.[2] While this guidance provides a means to evaluate photosimulations, it is equally as important to use this guidance to evaluate the existing conditions documentation. This guidance is routinely relied upon by industry experts to determine the veracity of visual impact assessments. Table 1 below illustrates a subset of these data requirements and, as indicated in Table 1, the photographic data presented in Plaintiffs' declarations meet only two of the 19 required fields for verification.[3] In the science of visual impact assessment, photographic manipulation to emphasize or deemphasize a subject is not an acceptable practice. Science photography should be factual, reproducible, and defensible. Plaintiffs' photographic "evidence" lack these key attributes of

[2] National Park Service, Evaluating Photosimulations for Visual Impact Assessment at 6, 27, 31-34, A-1 (Apr. 2021), https://blmwyomingvisual.anl.gov/docs/PhotoSimulation_Review_Guide_ASLA.pdf.

[3] *See id.* at A-1.

science photography.

**Table 1**

| | |
|---|---|
| X | Project name. |
| | Date and version of project data used. |
| X | Key Observation Point ("KOP") name and descriptive location. |
| | Camera make and model for base photograph. |
| | Lens make and model. |
| | Consistent use of a single focal length (typically 50 millimeter) for all simulations. |
| | Image size in pixels. |
| | Indicate single frame or panoramic photograph. |
| | Camera (viewer) height. |
| | Date and time of base photograph. |
| | Description of weather conditions and atmospheric visibility. |
| | GPS coordinates of base photograph. |
| | Elevation of viewpoint. |
| | Solar azimuth/elevation. |
| | View direction and horizontal and vertical field of view. |
| | Required viewing distance for photosimulation when printed as intended. |
| | Distance from KOP to nearest visible project element. |
| | Distance from KOP to farthest visible project element. |
| | Map (with scale) showing KOP and project locations; view direction and limits of horizontal field of view; and other relevant features( e.g., waterbodies, roads, terrain features, populated areas). |

16. The human field of view is approximately 124 degrees on the horizontal plane by 55 degrees on the vertical plane, which allows humans to take in vast amounts of visual information with a single glance. Photographic documentation is a very important component of visual impact assessment, and there has been significant research conducted into the appropriate way to document the built environment in photographs. Fifty-millimeter ("mm") lenses on a standard 35 mm sensor or film are considered the most accurate perspective in terms of the spatial relationship of elements in the environment and thus, 50 mm lenses are the standard for the visual

impact assessment industry.[4] For example, 50 mm is the focal length that will ensure a person's nose is in proportion with their ears and eyes. Similarly, 50 mm will ensure wind turbines, offshore substations, and construction vessels are spatially accurate in relation to the shoreline, trees, boats, waves, and clouds. This focal length provides the best representation of the environment in terms of scale relationships.

17. In contrast to 50 mm, when a long focal length is used, the landscape elements become exaggerated and foreshortened, putting unrealistic emphasis on the subject of the photograph. This is known as a telephoto lens, and it is perfect for highlighting and over-emphasizing subject matter that we cannot see in detail due to distance or size. For that reason, this is a common lens used in wildlife photography or sporting events. Conversely, too wide a lens will pull attention away from the subject matter. This is known as a wide-angle lens, which would significantly understate the subject of the photograph.[5]

18. Image 1 below illustrates the various field of view parameters discussed above. The center image is what a telephoto lens or zoomed image would depict in relation to other fields of view and is representative of the field of view depicted in Plaintiffs' declarations, Dkt. 87-26 at 6-10.

---

[4] Caltrans, Visual Impact Assessment Handbook at 3-1 (Aug. 2023), https://dot.ca.gov/-/media/dot-media/programs/design/documents/via-handbook--a11y.pdf; Cape Cod Commission, Technical Bulletin #12-001: Visual Impact Assessment (VIA) Methodology for Offshore Development at 37 (May 10, 2012), https://blmwyomingvisual.anl.gov/docs/Cape_Cod_VIA_Methodology.pdf; National Park Service, Evaluation Photosimulations for Visual Impact Assessment at 31 (Apr. 2021), https://blmwyomingvisual.anl.gov/docs/PhotoSimulation_Review_Guide_ASLA.pdf.

[5] Banks MS, Cooper EA, Piazza EA. Camera Focal Length and the Perception of Pictures. Ecol Psychol. 2014 Jan 1;26(1-2):30-46. doi: 10.1080/10407413.2014.877284. PMID: 25089080; PMCID: PMC4114730).

**Image 1 – Field of View Comparison**




19. To determine the degree of exaggeration contained in Plaintiffs' photographs, I conducted and supervised a detailed photographic analysis to determine the position, effective focal length, and resulting field of view associated with each photograph. I use the term "effective focal length" because Plaintiffs failed to disclose any information regarding how each photograph was taken and presented. Therefore, it is difficult to determine whether the extreme foreshortening of the images in Plaintiffs' Exhibits 10, 24, and 29 (Dkt. 87-12 at 12-13, Dkt. 87-26 at 7-11, and Dkt. 87-31 at 5-7) was caused by use of a telephoto lens or if the base image was modified or cropped to achieve the "zoomed" view. Photos in Exhibits 14, 15, 16, 17, 18, 27, and 32 (Dkt. 87-16 at 6-7, Dkt. 87-17 at 5-6, Dkt. 87-18 at 5-7, Dkt. 87-19 at 5, Dkt. 87-20 at 4, Dkt. 87-29 at 5-6, Dkt. 87-34 at 6) were taken with such extreme zoom levels that the lack of contextual information made the photographic analysis infeasible and as discussed above, *supra* ¶¶ 10-12, this level of photographic manipulation is not an acceptable practice in the science of visual impact assessment. My analysis for the photographs in the remaining exhibits was completed using a highly precise three-dimensional virtual environment composed of a to-scale lidar point cloud. Lidar is an aerial

remote sensing technique that uses laser to measure distance to features on the surface of the earth. Also known as light detection and ranging, lidar is collected by aircraft equipped with a laser that pulses narrow beams of light toward the earth and measures the time lapse and strength of the reflected beam return. The result is a collection of millions of electronic data point features (known as a "lidar point cloud") that define the position and elevation of the earth's features. Lidar can characterize and position all physical elements large enough to be detected by the aerial laser pulses. These instruments can capture very precise information, including leaves on trees, signposts, curbs, and rocks. The instruments allow for exceptionally accurate locational positioning on the x, y, and z axes. This lidar data is used to create a three-dimensional model space known as a virtual environment. Within that virtual environment, we placed cameras in the scene (virtual cameras) each of which can be assigned a true geographic position, lens setting, film (sensor) size, roll, tilt, aperture, and shutter (just like a physical camera) to evaluate the parameters associated with each photograph in Plaintiffs' declarations.

20. Using the location of the photographs provided in Plaintiffs' declarations, the virtual camera was placed into the lidar data compiled from multiple sources, including:

- Rhode Island Statewide Lidar - USGS Lidar Base Specification 2021 Revision A. Captured 2022,
- Massachusetts Northeast USGS Lidar Base Specification 1.0, Coastal and Marine Geology Program: Post-Sandy Ladar Collection. Captured 2015, and
- 2011 Rhode Island Statewide Lidar, which meets or exceed standards defined in Version 1.2 of the USGS National Geospatial Program Base Lidar Specification.

21. With Plaintiffs' photographs in Exhibits 10, 24, and 29 (Dkt. 87-12 at 12-13, Dkt. 87-26 at 7-11, and Dkt. 87-31 at 5-7) set as the background of the camera, the virtual camera was

adjusted (position, tilt, roll, focal length, and viewing direction) until the lidar data points matched all of the visible elements in the photograph, using elements of the landscape and structures to confirm alignment between the actual photographed features and the corresponding elements in the virtual environment. Image 2 below illustrates how this was accomplished for the photograph presented on page 7 of the Lewinstein Declaration, Dkt. 87-26 at 7. Once the elements in the view matched the lidar data, as-built models of the South Fork Wind Project's turbines and the Revolution Wind Project's turbines were added to the scene in their respective geographic positions.[6] At this stage, additional micro-adjustments were made to the virtual camera to precisely match the effective focal length, roll and tilt, and position of the virtual camera in order to determine the photographic parameters for each of Plaintiffs' photographs. The degree of accuracy is approximately 0.75 mm for the effective lens setting and within 12 feet of the estimated camera position. Once the respective photograph's effective focal length was established, this effective focal length was compared to 50 mm to determine the degree of zoom and therefore the amount of exaggeration.

---

[6] Ørsted, Offshore Wind Farm Information for Mariners | Ørsted. (Oct. 2025). https://us.orsted.com/renewable-energy-solutions/offshore-wind/mariners#project-information

**Image 2 – Lidar Alignment Process For Lewinstein Photograph**




## III. ANALYSIS

22. This analysis of the photographs provided by Plaintiffs reveals that the photographs were taken at magnified zoom levels that would be considered unacceptable in the visual impact assessment industry and that significantly exaggerate the perceived impacts of the offshore wind turbines. Table 2 below lists the zoom level of the photographs provided in Plaintiffs' photographs and Attachment B illustrates the camera position, field of view, degree of exaggeration, and project information contained in Plaintiffs' photographs submitted with their declarations.[7]

[7] Note that the analysis in Table 2 and Attachment B at 3 for Lewinstein Decl. at 7 also applies to Pieroni Decl. at 5 and Blanchard Decl. at 5 as these three images are identical.

**Table 2**

| Exhibit | Declarant | Page | Stated Location | Approximate Effective Focal Length of Plaintiff's Photograph | Approximate Field of View Represented by Plaintiff's Photograph[8] | Percent Zoom of Plaintiff's Photograph |
|---|---|---|---|---|---|---|
| 10 | Sandra Craig | 12 | 501 Indian Ave, Middletown, RI (Stonybrook Estate) | 298 mm | 6.9° | **596% zoom** |
| 10 | Sandra Craig | 13 | 501 Indian Ave, Middletown, RI (Stonybrook Estate) | 298 mm | 6.9° | **596% zoom** |
| 24 | Stephen Lewinstein | 7 | 61-Unit S, 57-Unit 1, 51, 55, 0, 61- Units G, I, & J Ledge Road, Newport, RI | 344 mm | 6.0° | **687% zoom** |
| 24 | Stephen Lewinstein | 8 | 61-Unit S, 57-Unit 1, 51, 55, 0, 61- Units G, I, & J Ledge Road, Newport, RI | 344 mm | 6.0° | **687% zoom** |
| 29 | Michael Pieroni | 7 | 61 Ledge Road, Newport, RI (The Waves) | 108 mm | 18.9° | **216% zoom** |
| 33 | William D Vanderhoop | 7 | None | 257 mm | 8.0° | **514% zoom** |

The zoom levels used in Plaintiffs' photographs overstate the scale of the turbines by up to 687 percent.

23. The maps provided in Attachment B in the context of Plaintiffs' exaggerated scale photographs illustrate the cone of view (horizontal coverage extent) represented in Plaintiffs' photographs (illustrated in yellow) compared to an acceptable cone of view used for the creation

[8] Figures in this column have been rounded to the nearest tenth.

of photographic simulations or photographed constructed projects (illustrated by a dashed black line encompassing Plaintiffs' cone of view on the aerial map). The full cone of view depicting what a human would experience standing at that location is also depicted on Attachment B. As shown in Attachment B, Plaintiffs' cone of view was so significantly constrained that almost no contextual features are apparent in Plaintiffs' photographs. The equivalent zoom levels illustrated in Plaintiffs' photographs limit the field of view to only include wind turbines and construction support vessels. This removes any important contextual information from the view, significantly increases the perceived size of the wind turbines, and ignores the much broader view available to the Plaintiffs.

24. Based upon my own professional experience and personal observations, without such an extreme level of zoom, the subject turbines would not be the focus of viewer attention and could be characterized as difficult to detect during low visibility conditions. Low visibility, which represents typical conditions, can be encountered during fog, precipitation, and warm sunny days with elevated humidity.

25. In the process of performing the photographic analysis of the Lewinstein Declaration (Dkt. 87-26 at 7-8), it was determined that in addition to the 687 percent zoom level, the photographic position is not representative of views from the Newport, Rhode Island properties in which Mr. Lewinstein provides he has some interest (61 Ledge Road-Unit S; 57 Ledge Rhode-Unit 1; 51, 55, 0 Ledge Road; 61 Ledge Road Units G, I, and J) . In fact, based on my analysis, the calculated camera position is approximately 0.51 miles northwest of the properties that Mr. Lewinstein claims (see Image 3) and instead these images were captured from a location on Ocean Avenue in Newport, Rhode Island. The apparent compression or foreshortening resulting from use of a zoom lens substantially distorts the relational scale between the residence and the distant

wind turbine generators making them appear not only close to each other, but also larger in scale (i.e., the scale of the wind turbines is disproportionately large when compared to the features on the residence).[9]

**Image 3 Lewinstein Photograph Showing Calculated Camera Position with Narrow Cone of View in Contrast to Full Cone of View**




[9] More information on compression can be found at https://pmc.ncbi.nlm.nih.gov/articles/PMC4114730/#S10.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of February 2026, at Syracuse, New York.

Gordon Perkins

**Literature Cited**

Banks MS, Cooper EA, Piazza EA. Camera Focal Length and the Perception of Pictures. Ecol Psychol. 2014 Jan 1;26(1-2):30-46. doi: 10.1080/10407413.2014.877284. PMID: 25089080; PMCID: PMC4114730)

Caltrans, Visual Impact Assessment Handbook (Aug. 2023), https://dot.ca.gov/-/media/dot-media/programs/design/documents/via-handbook--a11y.pdf

Cape Cod Commission, Technical Bulletin #12-001: Visual Impact Assessment (VIA) Methodology for Offshore Development (May 10, 2012), https://blmwyomingvisual.anl.gov/docs/Cape_Cod_VIA_Methodology.pdf

EDR D.P.C. Technical Report Visual Impact Assessment Revolution Wind Farm. (Mar. 2023).

National Park Service, Evaluation Photosimulations for Visual Impact Assessment (Apr. 2021), https://blmwyomingvisual.anl.gov/docs/PhotoSimulation_Review_Guide_ASLA.pdf

Ørsted, Offshore Wind Farm Information for Mariners | Ørsted. (February 2026). https://us.orsted.com/renewable-energy-solutions/offshore-wind/mariners#project-information

**Attachment A**

## Attachment A. Offshore Wind Farm Documentation: Page 1 of 8

### Viewpoint Information

**County:** Newport, Rhode Island

**Location:** Cliff Walk National Recreation Trail

**Coordinates:** 41.451195° N, 71.311575° W

**Direction of View:** South-Southeast (167.6°)

**Distance to Nearest and Farthest Visible Turbine in image:**

South Fork Wind: 24.46 statute miles (Nearest), 28.0 statute miles (Farthest)

### Camera Information

**Camera:** Canon EOS 5D Mark IV

**Resolution:** 30.4 Megapixels

**Image Size:** 6720 pixels x 4480 pixels

**Lens Focal Length:** 50 mm

**Horizontal Field of View:** 39.6°

**Vertical Field of View:** 30.2°

**Camera Height:** 22.8 feet AMSL

### Environmental Data 1

**Date Taken:** 7/26/2024

**Time:** 7:14 AM

**Temperature:** 64 °F

**Humidity:** 78%

### Environmental Data 2

**Visibility:** 19.5 miles

**Wind Direction:** WNW

**Wind Speed:** 8 MPH

**Conditions Observed:** Clear

### Viewing Instructions:

Printed at 100% the resulting photograph on the following page is 15 inches wide by 10 inches high. At this size and focal length, the photograph should be viewed from a distance 21 inches. Zooming up to 150% for on-screen viewing is acceptable.

**124 Degrees**






Attachment A: Page 2: Newport Cliff Walk, Newport County, Rhode Island
Representative 50 mm Photograph during Clear Conditions

## Attachment A. Offshore Wind Farm Documentation: Page 3 of 8

### Viewpoint Information

**County:** Newport, Rhode Island

**Location:** Cliff Walk National Recreation Trail

**Coordinates:** 41.463612° N, 71.304054° W

**Direction of View:** South-Southeast (161.5°)

**Distance to Nearest and Farthest Visible Turbine in image:**

South Fork Wind: 25.2 statute miles (Nearest), 28.65 statute miles (Farthest)

### Camera Information

**Camera:** Canon EOS 5D Mark IV

**Resolution:** 30.4 Megapixels

**Image Size:** 6720 pixels x 4480 pixels

**Lens Focal Length:** 50 mm

**Horizontal Field of View:** 39.6°

**Vertical Field of View:** 30.2°

**Camera Height:** 43.22 feet AMSL

### Environmental Data 1

**Date Taken:** 7/26/2024

**Time:** 8:49 AM

**Temperature:** 70 °F

**Humidity:** 65%

### Environmental Data 2

**Visibility:** 20.4 miles

**Wind Direction:** NNW

**Wind Speed:** 10 MPH

**Conditions Observed:** Clear

### Viewing Instructions:

Printed at 100% the resulting photograph on the following page is 15 inches wide by 10 inches high. At this size and focal length, the photograph should be viewed from a distance 21 inches. Zooming up to 150% for on-screen viewing is acceptable.

**124 Degrees**






Attachment A: Page 4: Newport Cliff Walk, Newport County, Rhode Island
Representative 50 mm Photograph during Clear Conditions

## Attachment A. Offshore Wind Farm Documentation: Page 5 of 8

### Viewpoint Information

**County:** Newport, Rhode Island

**Location:** Cliff Walk National Recreation Trail

**Coordinates:** 41.45465°N, 71.30448°W

**Direction of View:** South-southeast (156.5°)

**Distance to Nearest and Farthest Visible Turbine in image:**

Revolution Wind: 17.21 statute miles (Nearest), 33.72 statute miles (Farthest)

South Fork Wind: 24.6 statute miles (Nearest), 28.08 statute miles (Farthest)

### Camera Information

**Camera:** Canon EOS 5D Mark IV

**Resolution:** 30.4 Megapixels

**Image Size:** 6720 pixels x 4480 pixels

**Lens Focal Length:** 50 mm

**Horizontal Field of View:** 39.6°

**Vertical Field of View:** 30.2°

**Camera Height:** 28.1 feet AMSL

### Environmental Data 1

**Date Taken:** 6/3/2025

**Time:** 9:38 AM

**Temperature:** 65 °F

**Humidity:** 57%

### Environmental Data 2

**Visibility:** 23 miles

**Wind Direction:** West

**Wind Speed:** 4 MPH

**Conditions Observed:** Clear

### Viewing Instructions:

Printed at 100% the resulting photograph on the following page is 15 inches wide by 10 inches high. At this size and focal length, the photograph should be viewed from a distance 21 inches. Zooming up to 150% for on-screen viewing is acceptable.

**124 Degrees**






Attachment A: Page 6: Newport Cliff Walk, Newport County, Rhode Island
Representative 50 mm Photograph during Clear Conditions

## Attachment A. Offshore Wind Farm Documentation: Page 7 of 8

### Viewpoint Information

**County:** Newport, Rhode Island

**Location:** Easton's Beach

**Coordinates:** 41.48738°N, 71.29320°W

**Direction of View:** South-southeast (160.8°)

**Distance to Nearest and Farthest Visible Turbine in image:**

Revolution Wind: 19.1 statute miles (Nearest), 34.92 statute miles (Farthest)

South Fork Wind: 26.67 statute miles (Nearest), 29.99 statute miles (Farthest)

### Camera Information

**Camera:** Sony A7R

**Resolution:** 60 Megapixels

**Image Size:** 9504 pixels x 6336 pixels

**Lens Focal Length:** 50 mm

**Horizontal Field of View:** 39.6°

**Vertical Field of View:** 30.2°

**Camera Height:** 10.8 feet AMSL

### Environmental Data 1

**Date Taken:** 4/18/2025

**Time:** 11:58 AM

**Temperature:** 47 °F

**Humidity:** 61%

### Environmental Data 2

**Visibility:** 22 miles

**Wind Direction:** South

**Wind Speed:** 7 MPH

**Conditions Observed:** Clear

### Viewing Instructions:

Printed at 100% the resulting photograph on the following page is 15 inches wide by 10 inches high. At this size and focal length, the photograph should be viewed from a distance 21 inches. Zooming up to 150% for on-screen viewing is acceptable.

**124 Degrees**






Attachment A: Page 8: Easton's Beach, Newport County, Rhode Island
Representative 50 mm Photograph during Clear Conditions

**Attachment B**

# Attachment B. Photographic Analysis of Exhibit 10






**Craig Declaration (Exhibit 10 - Page 12)**

**Declaration's Stated Location:** 501 Indian Ave, Middletown, Rhode Island, in the Stonybrook Estate

**EDR Determined Location:** 501 Indian Ave, Middletown, Rhode Island, in the Stonybrook Estate

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.50635° N, 71.24043° W |
| Elevation: | 20 ft |
| Bearing: | South-southeast |
| Effective Focal Length: | 298 mm |
| Field of View: | 6.913° |
| Percent Zoom: | 596% |

**Approximate Project Information:**

| | |
|---|---|
| Nearest South Fork Wind Turbine: | 27.6 mi. |
| Visible South Fork Turbines: | Not visible in photo |
| Nearest Revolution Wind Turbine: | 19.7 mi. |
| Visible Revolution Wind Turbines: | AJ12, AK12, AP15 |



# Attachment B. Photographic Analysis of Exhibit 10






**Craig Declaration (Exhibit 10 - Page 13)**

**Declaration's Stated Location:** 501 Indian Ave, Middletown, Rhode Island, in the Stonybrook Estate

**EDR Determined Location:** 501 Indian Ave, Middletown, Rhode Island, in the Stonybrook Estate

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.50635° N, 71.24043° W |
| Elevation: | 20 ft |
| Bearing: | South |
| Effective Focal Length: | 298 mm |
| Field of View: | 6.913° |
| Percent Zoom: | 596% |

**Approximate Project Information:**

Nearest South Fork Wind Turbine: 27.6 mi.

Visible South Fork Turbines: AM08, AN08, AP08, AM07, AP07

Nearest Revolution Wind Turbine: 19.7 mi.

Visible Revolution Wind Turbines: AE07, AG06



# Attachment B. Photographic Analysis of Exhibit 24






**Lewinstein Declaration (Exhibit 24 - Page 7)**

**Declaration's Stated Location:** 61-Unit S, 57-Unit 1, 51, 55, 0, 61- Units G, I, & J Ledge Road, Newport, Rhode Island

**EDR Determined Location:** High Tide, 81 Ocean Avenue, Newport, Rhode Island

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.45843° N, 71.31562° W |
| Elevation: | 31 ft |
| Bearing: | South-southeast |
| Effective Focal Length: | 344 mm |
| Field of View: | 6.0° |
| Percent Zoom: | 687% |

**Approximate Project Information:**

Nearest South Fork Wind Turbine: 25.0 mi.

Visible South Fork Turbines: AN09, AP09, AM08, AN08, AP08, AM07

Nearest Revolution Wind Turbine: 17.7 mi.

Visible Revolution Wind Turbines: AG06



## Attachment B. Photographic Analysis of Exhibit 24






**Lewinstein Declaration (Exhibit 24 - Page 8)**

**Declaration's Stated Location:** 61-Unit S, 57-Unit 1, 51, 55, 0, 61- Units G, I, & J Ledge Road, Newport, Rhode Island

**EDR Determined Location:** High Tide, 81 Ocean Avenue, Newport, Rhode Island

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.45843° N, 71.31562° W |
| Elevation: | 31 ft |
| Bearing: | South-southeast |
| Effective Focal Length: | 344 mm |
| Field of View: | 6.0° |
| Percent Zoom: | 687% |

**Approximate Project Information:**

Nearest South Fork Wind Turbine: 25.0 mi.

Visible South Fork Turbines: AP07, AM06, AN06, AM05, AN05, AP05

Nearest Revolution Wind Turbine: 17.7 mi.

Visible Revolution Wind Turbines: Not visible in photo






**Pieroni Declaration (Exhibit 29 - Page 7)**

**Declaration's Stated Location:** The Waves, 61 Ledge Road, Newport, Rhode Island

**EDR Determined Location:** The Waves, 61 Ledge Road, Newport, Rhode Island

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.45195° N, 71.31096° W |
| Elevation: | 34 ft |
| Bearing: | South-southeast |
| Effective Focal Length: | 108 mm |
| Field of View: | 18.925° |
| Percent Zoom: | 216% |

**Approximate Project Information:**

Nearest South Fork Wind Turbine: 24.5 mi.

Visible South Fork Turbines: AN09, AP09, AM08, AN08, AP08, AM07, AP07, AM06

Nearest Revolution Wind Turbine: 17.2 mi.

Visible Revolution Wind Turbines: AJ12, AP15, AK12, AJ11, AJ10, AE07, AG06



# Attachment B. Photographic Analysis of Exhibit 33






**William D. Vanderhoop Declaration (Exhibit 33 - Page 7)**

**Declaration's Stated Location:** None

**EDR Determined Location:** Aquinnah Circle, Martha's Vineyard, Massachusetts

**Approximate Camera Information:**

| | |
|---|---|
| Coordinates: | 41.34776° N, 70.83530° W |
| Elevation: | 118 ft |
| Bearing: | South |
| Effective Focal Length: | 257 mm |
| Field of View: | 8.0° |
| Percent Zoom: | 514% |

**Approximate Project Information:**

| | |
|---|---|
| Nearest South Fork Wind Turbine: | 22.3 mi. |
| Visible South Fork Turbines: | Not visible in photo |
| Nearest Revolution Wind Turbine: | 15.0 mi. |
| Visible Revolution Wind Turbines: | AL20, AM19, AM20 |



**Attachment C**

EDR

# Gordon Perkins, GISP

## Associate, Visualization Practice Leader



Gordon is a Division Manager, Visualization, bringing 25 years of professional experience and recognized expertise in visualization and visual impact assessment. Widely regarded as a leading consultant in the Northeast and a trusted resource within the renewable energy industry. Gordon has extensive knowledge of technical methodologies for visual impact, visual resources, and scenic landscape assessments.

As a Division Manager, Gordon oversees the ongoing evaluation and development of EDR's visual impact assessment methodologies, incorporating emerging techniques in data collection, processing, analysis, and 3D modeling. Gordon manages project staffing, scheduling, and coordination across EDR's multi-disciplinary team, remaining actively involved throughout each project to provide technical guidance, oversight, and quality assurance.

### Project Experience – Offshore Wind

**Atlantic Shores Wind Farm, Visual Impact Assessment, Offshore NJ** - Completed the visual impact assessment for a Construction and Operations Plan and provided technical oversight of all visual impact studies including field photography and survey, visual simulation, and preparation of the visual impact assessment report.

**Sunrise Wind Farm Project, Visual Impact Assessment, Offshore MA/RI** - Completed the visual assessment associated with state renewable energy development bid process and provided technical oversight of all visual impact studies including field photography and survey, visual simulation, and preparation of the visual assessment report.

**Revolution Wind Farm, Visual Impact Assessment, Offshore MA/RI** - This project includes the on-going preparation of a visual impact assessment (VIA) associated with an offshore wind farm located off the coasts of Massachusetts and Rhode Island. Senior project manager responsible for technical oversight of all visual impact studies including field photography and survey, visual simulation, and preparation of the visual assessment report.

**South Fork Wind Farm, Visual Impact Assessment, Offshore MA/RI** - This project involved a VIA associated with an offshore wind farm located approximately 19 miles off the coast of Block Island Rhode Island. Served as senior project manager and provided technical oversight for field photography and survey, curvature of the earth calculations, viewshed methodology, simulations, and report production. Also provided graphic support for public outreach and education efforts.

**Skipjack Wind Farm, Visual Impact Assessment, Offshore DE** - This project includes a full VIA associated with an offshore wind farm located off the coast of Delaware and Maryland. Provided project management and technical oversight for field photography and survey, curvature of the earth calculations, viewshed methodology, simulations, and report production. Also provided graphic support for public outreach and education efforts.

**Icebreaker Wind Project, Erie County, Cleveland, OH** - This project included visual assessment for a proposed 20-megawatt offshore wind project in Lake Erie. Obtained photographs, assisted with preparation of visual simulations, and oversaw production of a VIA.

**NYSERDA Offshore Wind Master Plan** - Completed a visibility threshold study for the New York State Offshore Wind Masterplan to determine the potential visual impact threshold for the placement of offshore wind energy area nominations. The study included an analysis of past weather data to predict prevailing conditions and visibility, visual simulations, and a compendium report.

### Education

- Bachelor of Landscape Architecture, Ecology Emphasis, State University of New York College of Environmental Science and Forestry, 2001
- Associate of Arts, Keystone College, La Plume, PA, 1998

### Certifications

- Certified Geographic Information Systems Professional (GISP)
- Federal Aviation Association, Unmanned Aerial Vehicle (UAV) Pilot Certification for Commercial Flights

### Professional Affiliations

- Member, Alliance for Clean Energy New York
- Member, American Wind Energy Association

### Employment History

- Division Manager, Visualization, Environmental Design & Research, Landscape Architecture, Engineering, & Environmental Services, D.P.C., Syracuse, NY, 2020-present
- Senior Project Manager, Environmental Design & Research, Landscape Architecture, Engineering, & Environmental Services, D.P.C., Syracuse, NY, 2016-2020

**Galloo Island Wind Project, Jefferson County, NY** - Prepared a VIA and provided technical support for a proposed 30-turbine wind energy facility located on an island in Lake Ontario.

**Block Island Wind Farm, Block Island, RI** - This project involved a proposed 30 MW wind farm facility located in the Atlantic Ocean, 3 miles off the coast of Block Island. Provided preliminary visual simulations and involved in on-going research associated with daytime and nighttime visibility thresholds of offshore turbines. Also involved in studies associated with the public acceptance of offshore wind farms.

**Long Island Offshore Wind Park (LIOWP), Long Island, NY** - Prepared visual simulations of the Long Island Offshore Wind Park (LIOWP) Project, a proposed 140-megawatt offshore wind power project. Provided daytime simulations of the project from multiple locations on the southern Long Island shoreline. As a sub consultant to ENSR, EDR performed photographic and survey fieldwork and detailed computer modeling to develop realistic simulations of the proposed wind farm. EDR also participated in public outreach meetings and workshops concerning the project.

**Cape Wind Offshore Wind Farm, Nantucket Sound, MA** - Created survey accurate visual simulations for the United States' first offshore wind proposal. Completed daytime and, first in the industry nighttime visual simulations, depicting a 420-megawatt wind farm. Provided fieldwork oversight and photography from critical points throughout Cape Cod and the Islands.

**BOEM Offshore Visualizations for the MA/RI WEA** - (*Prior to EDR*) Created over 500 surveys accurate visual simulations depicting the BOEM wind energy areas in Massachusetts and Rhode Island. Used digital imaging techniques to depict four seasons and four times of day from each viewpoint. Contracted survey and meteorological experts to produce predictive visibility models.

## Project Experience – Onshore Energy

**Union Ridge Solar, Licking County, OH** - Completed a visual resource assessment evaluating the potential visual impacts associated with this 108 MW solar facility in support of a Certificate of Environmental Compatibility and Public Need. The assessment also included a comprehensive mitigation plan including vegetative screening, berm installation, and alternative fencing materials. Also provided expert witness testimony before the Ohio Power Siting Board.

**Juliet Solar, Wood County, OH** - Directed the completion of visual simulations, viewshed analysis, and a visual resource assessment and comprehensive mitigation plan for a 101-megawatt solar facility situated on 670 acres of privately owned land.

**South Ripley Solar Project, Chautauqua County, NY** - Directed the development of a visual impact assessment and visual impact mitigation and minimization plan for a 270 MW solar facility, which includes 20 MW of battery storage. The visual impact assessment was included in a NYS 94-c application which received a notice of complete application in 2022.

**Tobacco Valley Solar Farm, Simsbury, CT** - Completed an abbreviated visual assessment for a 26-megawatt solar facility and created a mitigation plan which included vegetative screening, project setbacks from residential properties, and alternative fencing materials. Also testified before the Connecticut Siting Council and participated in settlement negotiations with the Town of Simsbury.

**Canisteo Wind Farm, Steuben County, NY** - Developed a Visual Impact Assessment (VIA) under Article 10 Regulations, for a 122-turbine project. The Visual Impact Assessment Report evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project. Also completed a Visual Impact Assessment for the associated transmission line under Article VII regulations.

**Alle-Catt Wind Farm, Allegany, Cattaraugus, and Wyoming Counties, NY** - Developed a VIA under Article 10 Regulations for a 117-turbine project. The Visual Impact Assessment Report evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Hardscrabble Wind Power Project, Towns of Fairfield, Norway, & Little Falls in Herkimer County, NY** - Developed viewshed maps and created visual simulations for the VIA for a 61-turbine project. Assisted with preparation of the Visual Impact Assessment Report which evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Maple Ridge Wind Farm, Lewis County, NY** - Assisted in the completion of a visual analysis for a 320 MW wind farm in upstate New York. Completed field verification (balloon study), visual simulations, viewshed analysis, and nighttime impact assessment.

**Jordanville Wind Power Project, Towns of Stark & Warren in Herkimer County, NY** - Developed viewshed maps and created visual simulations for the VIA for a proposed 150 MW, 75-turbine project. The VIA report described visible components

of the proposed project, defined the visual character of the study area, and inventoried and evaluated visual resources and viewer groups. The study also evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Cohocton Wind Power Project, Town of Cohocton in Steuben County, NY** - Prepared visual simulations for the VIA for an 82 MW, 41-turbine project. Assisted with preparation of the Visual Impact Assessment Report which evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Marble River Wind Farm, Towns of Clinton & Ellenburg in Clinton County, NY** - Created visual simulations for the VIA for a 200 MW, 109-turbine project. Assisted with preparation of the Visual Impact Assessment Report which evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Dairy Hills Wind Farm, Towns of Castile, Covington, Perry, & Warsaw in Wyoming County, NY** - Conducted visual field work and created visual simulations for a 160 MW, 80-turbine project. Assisted with preparation of the Visual Impact Assessment Report that described the appearance of visible components of the proposed project, defined the visual character of the study area, and inventoried and evaluated visual resources and viewer groups. The study also evaluated potential project visibility within the study area, identified key views, and assessed visual impacts associated with the proposed wind power project.

**Jamestown Board of Public Utilities Power Plant & Operations Center, Jamestown, NY** - Prepared visual simulations for a 40 MW clean-coal power-generating plant and operations center. Visual impacts of the project were assessed by creating computer models of the proposed facilities and computer-assisted visual simulations of potential impacts as viewed from representative viewpoints. Assisted with preparation of Visual Impact Assessment Report that evaluated project visibility and visual impact on sensitive receptors and identified mitigation options, which included recommendations regarding design and siting, the color and texture of built materials, and lighting.

**Clear River Energy Center & Burrillville Interconnection Project, Burrillville, RI** - Prepared a visual impact assessment for a proposed 900 MW natural gas generating plant and interconnection transmission line. Visual impacts of the project were assessed by creating computer models of the proposed facilities and computer-assisted visual simulations of potential impacts as viewed from representative viewpoints. Provided expert witness testimony before the Rhode Island Energy Facilities Siting Board.

## Project Experience – Transmission & Communication

**Industrial Tower and Wireless, LLC Telecommunication Facility, Town of Enosburgh, Franklin County, VT -** Provided oversight in the completion of an Aesthetics Report using the Quechee Analysis for a telecommunication tower and provided prefile testimony on behalf of the Vermont Department of Public Service.

**Industrial Tower and Wireless, LLC Telecommunication Facility, Town of Ira, Rutland County, VT** - Completed an Aesthetic Analysis and Orderly Development Review using the Quechee Analysis. Provided direct testimony for a on behalf of the Vermont Department of Public Service.

**Southern Rhode Island Transmission Project, East Greenwich, RI** - Completed photography and field verification for a 7.3-mile 115 kV transmission line and associated substation. Created visual simulations representing realistic and accurate right-of-way clearing and proposed improvements. Provided expert witness testimony before the Rhode Island Energy Facilities Siting Board.

**Flat Rock Transmission Line, Lewis County, NY** - Performed viewshed mapping, line of sight cross sections and field verification for visual impact assessment of a 10-mile, 230 kV transmission line. Also prepared eight photo simulations of the proposed project.

**New York Regional Interconnect, New York State** - Coordinated field operations for over 1,000 visual resources over a 190-mile (570 square mile) study area. Team leader in the selection and production of simulation for over 75 viewpoints. Provided expert witness testimony before the Public Service Commission of New York State.

**New York State Statewide Wireless Network** - Developed visual simulations for the Generic Visual Impact Assessment (GVIA) included as an appendix of the Draft Environmental Impact Statement (DEIS) prepared for the siting of wireless communications towers throughout New York State. The report defined landscape similarity zones and viewer groups, identified sensitive resources/receptors, supervised the development of visual simulations, and participated in the preparation of the GVIA report.

**Tompkins County Public Safety Communications System, Tompkins County, NY** - Developed viewshed maps and visual simulations for Visual Impact Assessment component of the DEIS prepared for the siting of nine new towers for wireless communications.

**Bushkill Communications Tower, Town of Bushkill, PA** - Conducted fieldwork and prepared viewshed maps and visual simulations to evaluate the visibility and visual impact of a proposed wireless communication facility. The focus of the evaluation was the project's potential impact on the Delaware Water Gap National Recreation Area. Analytical results were used by the project developer in negotiations with National Park Service.

## Project Experience – Design and Engineering

**Kaal Rock Connector, City of Poughkeepsie, NY** - Prepared a Visual Assessment for three design alternatives associated with a multiuse trail connection on the Historic Hudson River. Completed simulations for the three concept designs and designed a rating system to determine the design with the greatest visual appeal. Completed an abbreviated visual assessment report to assist regulators in decision-making.

**Hudson River Proposed Anchorage Areas, NY** - Prepared animated fly-through videos using drone footage and 3D overlays from Yonkers to Poughkeepsie, New York to demonstrate the visual effects of a proposal by the United States Coast Guard to create several new anchorage areas along the shores of the Hudson River. This fly-through animation was used in a media campaign to stop the permitting of the anchorage areas.

**Interstate 81 (I-81) Viaduct Project, Visual Impact Assessment, City of Syracuse, Onondaga County, NY** - Prepared a VIA that was conducted in accordance with Federal Highway Administration Visual Impact Assessment protocol as part of National Environmental Policy Act review as part of a consultant team with Parsons, AKRF, Inc., and TWMLA for the replacement of approximately 5 miles of elevated Interstate highways in the City of Syracuse, New York (NYSDOT PIN 3501.60, D031085).

**NYS Route 3 Community Development Study, Jefferson County, NY** - Provided graphic and technical assistance in this highway corridor development guideline package prepared for the Tug Hill Commission. Assisted in creating a professional, full-length video and a 150-slide DVD presentation with 3D animations and videography.

**University Avenue, Syracuse, NY** - This project included recommendations and guidelines for street improvements along University Avenue, a main corridor onto the Syracuse University campus. Responsible for creating photo-renderings from conceptual plans that illustrated the proposed improvements to pedestrian and vehicular spaces.

**Hamlet of Brewerton Revitalization Project, Onondaga County, NY** - (*Prior to EDR*) This project included a multimillion-dollar highway and park design improvement project. Provided expertise in state design guidelines and federal grant guidelines. Presented at major televised public outreach events.

**Walden Pond Shoreline Erosion Assessment & Monitoring** - (*Prior to EDR*) Designed a system by which the Massachusetts Department of Conservation and Recreation can photographically document erosion rates and severity. Produced an interactive map package which allows the user to compare multiple years of erosion data and photographs. Provided field survey and documentation to demonstrate the rate of erosion.

**Town of Dennis Comprehensive Dredge & Beach Nourishment Plan, Town of Dennis, MA** - (*Prior to EDR*) Completed dredge design and grading for the Bass River and associated mooring basins. Created permitting drawings for dredge and beach nourishment using LIDAR and bathymetry survey data. Assisted the Town of Dennis in a cost benefit analysis to prioritize dredging activity.

**Winchester Country Club Course Expansion, Winchester, MA** - (*Prior to EDR*) Provided the design, grading and permitting for a 15-acre golf course expansion. Provided expertise in invasive species management and wetland buffer enhancement. Performed cut fill calculations and watershed analysis.

**NYS OPRHP, Four Mile Creek State Park Management Plan, Town of Porter, NY** The purpose of this project was to develop a management plan to be utilized by the NYS Office of Parks, Recreation & Historic Preservation as a guide to managing this 248-acre property and restoring areas of concern at Four Mile Creek State Park located on the shore of Lake Ontario. EDR proposed to conduct a site reconnaissance inventory and management plan.

## Additional Employment History

- Project Scientist – Visualization and GIS Specialist, ESS Group, Inc., East Providence, RI, 2011-2016
- Senior Visual Analyst, Project Manager, Saratoga Associates Landscape Architects, Architects, Engineers, and Planners, P.C., Syracuse, NY, 2008-2011
- Project Manager and Visualization Specialist, Environmental Design & Research, Syracuse, NY, 2001-2008

## Publications and Presentations

- NYSERDA Learning from the Experts, a webinar series. The Science of Visibility June 23, 2021
- Perkins, Gordon W. "The Application of Lidar Data for Determining the Area of Potential Effect Associated with Offshore Wind Projects on the Outer Continental Shelf" (2019). Visual Resource Stewardship Conference. 13. https://digitalcommons.esf.edu/vrconference/13
- Southern New England Offshore Wind Energy Science Forum. University of Rhode Island. Graduate School of Oceanography 2017. Speaker on Community Impacts.