**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No.: 1:24-cv-00141-RCL |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants,* | |
| and | |
| REVOLUTION WIND, LLC, | |
| *Defendant-Intervenor* | |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment and the briefs in support and opposition, and any argument thereto, it is hereby ORDERED that Defendant-Intervenor's Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED.

**IT IS SO ORDERED** on this _____ day of _____, 2026.

_____
Honorable Royce C. Lamberth
United States District Judge

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons

entitled to be notified of entry of the above proposed order:

Amanda K. Rudat
Natural Resources Section
Environment & Natural Resources Div.
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004
Tel: (202) 532-3201
Email: amanda.rudat@usdoj.gov

Michelle M. Spatz
Wildlife and Marine Resources Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004
Tel: (202) 598-9741
Email: michelle.spatz@usdoj.gov

Sarah Izfar
Environmental Defense Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004
Tel: (202) 532-3050
Email: sarah.izfar@usdoj.gov

Janice M. Schneider
Stacey L. VanBelleghem
Devin M. O'Connor
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel:  (202) 637-2200
Fax:  (202) 637-2201
Email: janice.schneider@lw.com
          stacey.vanbelleghem@lw.com
          devin.o'connor@lw.com

Roger J. Marzulla
Nancie G. Marzulla
Mollie A. Jackowski
MARZULLA LAW, LLC
1150 Connecticut Ave. , NW, Suite 1050
Washington, D.C. 20036
Tel: (202) 822-6760
Email: roger@marzulla.com
          nancie@marzulla.com
          mollie@marzulla.com