IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

GREEN OCEANS, et al.,

    *Plaintiffs,*

v.

DOUG BURGUM, et al.,

    *Defendants,*

and

REVOLUTION WIND, LLC,

    *Defendant-Intervenor.*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

---

## JOINT OBJECTION OF INDIVIDUAL PLAINTIFFS TO MOTION TO WITHDRAW

## AS COUNSEL

The undersigned individual plaintiffs respectfully object to counsel's Motion to Withdraw. Withdrawal at this time would unfairly prejudice Plaintiffs and is not in the interests of justice. The undersigned individual plaintiffs have not consented to withdrawal and require continued representation or a reasonable opportunity to obtain substitute counsel. See LCvR 83.6(d).

Withdrawal at this time would cause substantial prejudice and disrupt the orderly progress of this case. To the extent the motion suggests that irreconcilable differences occurred in early December and that Plaintiffs have had adequate time to secure substitute counsel, the undersigned



RECEIVED

MAR 27 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

individual plaintiffs respectfully dispute that characterization. Counsel only first mentioned the potential of withdrawing in an email on January 30, 2026, on which Lisa Knight was copied [Exhibit B]. This occurred after Counsel proposed a budget for the final phase of litigation in an email from January 27, 2026, to which Lisa Knight and Individual Plaintiffs did not immediately agree [Exhibit A]. Only three days elapsed between the time Counsel estimated the new budget and when they suggested substituting in new counsel. Undersigned individual plaintiffs have been actively seeking substitute counsel since the that time, but have not yet secured representation, despite diligent efforts. Given the complexity of this litigation, the large administrative record, and the number of plaintiffs involved, additional time is necessary to ensure continuity of representation.

Recent events further demonstrate the risk of prejudice. Counsel has engaged in case-related activity, including a meet-and-confer and discussions regarding a potential abeyance, without consulting undersigned for a related case. These actions underscore the need for either continued representation during a transition period or court-imposed conditions to protect Plaintiffs' interests.

Note that Withdrawal would also prejudice co-plaintiff Green Oceans, an organizational plaintiff that cannot proceed pro se and would require time to secure substitute counsel. The undersigned do not appear on behalf of Green Oceans but respectfully submit that this prejudice should be considered by the Court. Lisa Knight is an individual plaintiff in her own right and is not representing Green Oceans despite her role as President of that organization.

This objection is submitted by the undersigned plaintiffs. No position is stated on behalf of non-signing plaintiffs.

If the court grants the withdrawal, in the alternative, we respectfully request 60 days to secure new Counsel.

The undersigned therefore request that the Court deny the motion.

Respectfully submitted,

Date:  03-27-2026

**Individual Plaintiffs, appearing pro se:**

ELIZABETH (LISA) QUATTROCKI KNIGHT, M.D., PH.D.
Individual co-plaintiff
504 Concord Ave
Belmont, MA 02478

GARY MATARONAS
Individual co-plaintiff
22 California Road,
Little Compton,  RI 02837

CHARLOTTE DUHAMEL
Individual co-plaintiff
581 West Main Road
Little Compton RI 02837

KATRINA HAMILTON GEWIRZ
Individual co-plaintiff
225 Indian Avenue
Middletown, RI 02842

STEVEN GEWIRZ
Individual co-plaintiff
225 Indian Avenue
Middletown, RI 02842

LAUREN KNIGHT
An individual Co-plaintiff
71 Olde Knoll Road
Marion, MA 02738

CHRIS BROWN
Individual Co-plaintiff
290 Columbia Street
Wakefield, RI 02879

BENJAMIN RIGGS
15 Harrington Street, Unit D
Newport, RI 02840;

RICHARD HITTINGER
326 Thames Avenue
Warwick, RI 02886

# EXHIBIT A



**From:** **Nancie Marzulla** nancie@marzulla.com
**Subject:** RE: Transcript and Follow up
**Date:** January 27, 2026 at 3:02 PM
**To:** Lisa Knight lisa@green-oceans.org
**Cc:** Roger Marzulla roger@marzulla.com, Martin Kits van Heyningen martinkvh@gmail.com, Barbara Chapman barbara@green-oceans.org, Mike Lombardi michael@lombardiundersea.com

Dear Executive Committee:

We believe that the following are realistic estimates for what the costs would be for completing the South Fork and Revolution Wind lawsuits in the district court. These estimates do not include appeals.

1. Bring invoice current (You have sent us a check for $42,500; the balance outstanding is $45,991.44).
2. South Fork—
    - Prepare for and argue motion to dismiss and cross-motions for summary judgment on NEPA and historic preservation--$30,000 (Argument is set for February 13, 2026). If you agree to allow Cultural Heritage Partners to argue the SJ motion on NEPA and historic preservation, we would reduce cost to $25,000).
    - Review administrative record on the remaining claims,brief summary judgment for remaining causes of action, file responses to the Company's and Government's cross-motions for summary judgment and reply brief in support of our motion, prepare for and present oral argument on all motions for summary judgment--$200,000.
3. Revolution Wind—
    - File reply brief in support of motion for summary judgment and present oral argument--$100,000. (Our reply brief is due March 30, 2026).
4. We also discussed filing a motion for voluntary dismissal of Green Oceans as defendant-intervenors in the Revolution Wind case. We will agree to handle that (getting consents and filing the motion) at no charge to you.

As you can see, there is still a lot of work remaining in both cases. We would be willing to treat our estimates as not-to-exceed numbers, but we would also have to charge you for any work outside of what we have specifically identified here. In other words, any outside work with Interior, such as meetings, would be outside the scope of what we have identified here. And, as you know, the course of litigation is uncertain, so there could be motions or other proceedings (preliminary injunction, motion for remand, etc.) that we cannot anticipate now, and have not included in this estimate. .

Please let us know how you would like to proceed. The South Fork case is the first one coming up and we need your directions on that as soon as possible. We are talking to Cultural Heritage Partners on Thursday, and we could discuss their handling the NEPA/cultural resources argument then.

Best regards,
Nancie and Roger

**Nancie G. Marzulla**
Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202.822.6760
F | 202.822.6774
Marzulla.com

# EXHIBIT B

**From:** **Nancie Marzulla** nancie@marzulla.com
**Subject:** RE: Green Oceans v Interior - Extension of Summary Judgment Deadline
**Date:** January 30, 2026 at 4:49 PM
**To:** Barbara Chapman bchapman@raynthorpe.com, Roger Marzulla roger@marzulla.com
**Cc:** Lisa Knight lisa@green-oceans.org, Mike Lombardi michael@lombardiundersea.com, Martin Kits van Heyningen martinkvh@gmail.com

Hi, All—Thanks for reaching out. I had intended to get back to you today but was caught up with some time-sensitive matters.

The answer to your question is that we have to know as soon as possible. We will need to begin preparing for the South Fork argument next Friday, February 6th. So, if we are going to have to voluntarily dismiss or substitute in new counsel next week.

Then we have the responsive pleading due in Revolution Wind/the states' case in which we intervened. That response is due on February 20th. Again, we will need to seek voluntary dismissal or substitute in new counsel ideally as soon as possible.

Thanks,
Nancie

**Nancie G. Marzulla**
Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202.822.6760
F | 202.822.6774
Marzulla.com

**From:** Barbara Chapman <bchapman@raynthorpe.com>
**Sent:** Friday, January 30, 2026 4:45 PM
**To:** Roger Marzulla <roger@marzulla.com>
**Cc:** Lisa Knight <lisa@green-oceans.org>; Mike Lombardi <michael@lombardiundersea.com>; Martin Kits van Heyningen <martinkvh@gmail.com>; Nancie Marzulla <nancie@marzulla.com>
**Subject:** Re: Green Oceans v Interior - Extension of Summary Judgment Deadline

Hi Roger,
We are still mulling this over.  What is our deadline?
Best,
Barbara

bchapman@raynthorpe.com