IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

GREEN OCEANS, et al.,

    *Plaintiffs,*

v.

DOUG BURGUM, et al.,

    *Defendants,*

and

REVOLUTION WIND, LLC,

    *Defendant-Intervenor.*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

---

### **OBJECTION OF GREEN OCEANS TO MOTION TO WITHDRAW AS COUNSEL**

Green Oceans, a 501(c)3 nonprofit organization, respectfully object to counsel's Motion to Withdraw. Withdrawal at this time would unfairly prejudice the Defendant Intervener, Green Oceans, and is not in the interest of justice. Green Oceans has not consented to withdrawal and requires continued representation or a reasonable opportunity to obtain substitute counsel. See LCvR 83.6(d).

Withdrawal at this time would cause substantial prejudice and disrupt the orderly progress of this case. To the extent the motion suggests that irreconcilable differences occurred in early December and that Green Oceans has had adequate time to secure substitute counsel, Green



RECEIVED

APR 07 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Oceans respectfully disputes that characterization. Counsel only first mentioned the potential of withdrawing in an email on January 30, 2026. This occurred after Counsel proposed a budget for the final phase of litigation in an email from January 27, 2026 in which Counsel suggested voluntarily withdrawing from this case, without offering up an explanation as to the benefits or risks of such a suggestion. When the Executive Committee did not immediately agree to a voluntary withdrawal, Counsel suggested substituting in new counsel. This occurred only three days later, while Elizabeth (Lisa) Quattrocki Knight, the President of Green Oceans, was travelling in a different time zone and unable to meet with the Board.

Green Oceans has been actively seeking substitute counsel since the that time (January 30, 2026), but has not yet secured representation, despite diligent efforts. Given the complexity of this litigation and the large administrative record, additional time is necessary to ensure continuity of representation.

If the court grants the withdrawal, in the alternative, Green Oceans respectfully requests 60 days to secure new Counsel.

Green Oceans therefore requests that the Court deny the motion.

Date:  04-03-2026

Elizabeth (Lisa) Quattrocki Knight, M.D., Ph.D.
President
Green Oceans
lisa@green-oceans.org
617-803-5058