## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN OCEANS, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00141-RCL |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | Hon. Royce C. Lamberth |
| INTERIOR, et al., ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| REVOLUTION WIND, LLC, ) | |
| ) | |
| *Defendant-Intervenor*. ) | |
| ) | |

## ORDER

The Court having considered Marzulla Law's Motion to Withdraw Roger J. Marzulla, Nancie G. Marzulla, and Mollie A. Jackowski as Counsel for Plaintiffs and opposition thereto, and for good cause shown,

**IT IS HEREBY ORDERED** that Marzulla Law's Motion is GRANTED; and

**IT IS HEREBY ORDERED** that Plaintiffs shall be given 60 days to identify substitute counsel.

**SO ORDERED** on this 21st day of April, 2026.

Honorable Royce C. Lamberth
United States District Judge