**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, et al.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Federal Defendants,*<br><br>*and*<br><br>REVOLUTION WIND, LLC,<br><br>*Intervenor-Defendant.* | Case No. 1:24-cv-00141-RCL<br><br>Hon. Royce C. Lamberth |

**~~[PROPOSED]~~ ORDER**

Having reviewed Federal Defendants' Motion for Extension of Briefing Schedule, the motion is GRANTED and the current briefing schedule is amended as follows:

| **Filing** | **Date** |
|---|---|
| Federal Defendants' Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | 9/25/2026 |
| Plaintiffs' Response to Federal Defendants' and Revolution Wind's Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | 11/17/2026 |
| Federal Defendants' and Revolution Wind's Reply Briefs | 1/20/2027 |

Dated: 8/5/26

[signature]

Hon. Royce C. Lamberth
United States District Judge