**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

GREEN OCEANS, et al.,

*Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

*Federal Defendants*,

*and*

REVOLUTION WIND, LLC,

*Intervenor-Defendant.*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

**MOTION FOR EXTENSION OF BRIEIFING SCHEDULE**

Federal Defendants respectfully request that the Court amend the briefing schedule entered by the Court on August 14, 2026, Dkt. No. 112. Neither the represented Plaintiffs nor Intervenor-Defendant Revolution Wind oppose the requested amendment.[1] In support of the motion, Federal Defendants provide as follows:

1. Federal Defendants' cross-motion for summary judgment is currently due September 25. However, Federal Defendants require additional time for review and approval of their brief. Federal Defendants therefore request an extension of time to October 9, 2026.

[1] Following the withdrawal of their prior counsel, the Court gave Plaintiffs until June 22, 2026 to identify substitute counsel. Dkt. No. 103. To Federal Defendants' knowledge, the following Plaintiffs remain unrepresented: Save Right Whales Coalition, Ralph Craft, Moonwatch LLC, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, and Panagakis Family Trust. Federal Defendants did not confer with these Plaintiffs regarding this motion.

2. Revolution Wind requests that its reply in support of its cross-motion for summary judgment be due after Federal Defendants' reply, which neither the represented Plaintiffs nor Federal Defendants oppose.

3. The represented Plaintiffs and Intervenor-Defendant Revolution Wind do not oppose the following schedule:

- October 9 – Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment
- December 1 – Plaintiffs' combined response to Federal Defendants' and Revolution Winds' motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment
- February 3 – Federal Defendants' reply in support of their cross-motion for summary judgment.
- February 24 – Revolution Wind's reply in support of its cross-motion for summary judgment t.

Dated: September 23, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

*s/ Amanda K. Rudat*
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-532-3201
amanda.rudat@usdoj.gov

MICHELLE M. SPATZ
Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-9741
michelle.spatz@usdoj.gov

SARAH WILLIAMS
Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-9728
sarah.williams@usdoj.gov