**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

GREEN OCEANS, et al.,

*Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

*Federal Defendants*,

*and*

REVOLUTION WIND, LLC,

*Intervenor-Defendant.*

Case No. 1:24-cv-00141-RCL

Hon. Royce C. Lamberth

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants hereby move for an order granting them summary judgment on Plaintiffs' claims against the National Marine Fisheries Service and the U.S. Army Corps of Engineers. The Department of the Interior agrees that remand of its prior approval of the construction and operations plan ("COP") for the Revolution Wind Project is warranted so that the agency can revaluate its compliance with the Outer Continental Shelf Lands Act. Given that remand, the Court need not reach Plaintiffs' other claims challenging Interior's COP approval.

Dated: October 9, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

*s/ Amanda K. Rudat*
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-532-3201
amanda.rudat@usdoj.gov

MICHELLE M. SPATZ
Trial Attorney
D.C. Bar No. 1044400
Wildlife and Marine Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-9741
michelle.spatz@usdoj.gov

SARAH WILLIAMS
Trial Attorney
D.C. Bar No. 1006622
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-598-9728
sarah.williams@usdoj.gov