**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREEN OCEANS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants,*<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>*Defendant-Intervenor.* | Case No.: 1:24-cv-00141-RCL |

**[PROPOSED] ORDER**

Upon consideration of Defendant-Intervenor Revolution Wind, LLC's ("Revolution Wind") unopposed motion ("Motion") to amend the briefing schedule governing the parties' motions for summary judgment to allow Revolution Wind to file a response to Federal Defendants' cross-motion for summary judgment, Dkt. 114, and the relevant briefing, there is good cause and the Motion is **GRANTED**. It is hereby **ORDERED** that Revolution Wind may file a response to Federal Defendants' cross-motion for summary judgment by December 1, 2026. This Order does not change any other deadlines entered by this Court.

**IT IS SO ORDERED** on this ____ day of ____________, 2026.

__________________________
Honorable Royce C. Lamberth
United States District Judge

**NAMES OF PERSONS TO BE SERVED**
**WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons[1] entitled to be notified of entry of the above proposed order:

Amanda K. Rudat
Natural Resources Section
Environment & Natural Resources Div.
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004
Tel: (202) 532-3201
Email: amanda.rudat@usdoj.gov

Michelle M. Spatz
Wildlife and Marine Resources Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004
Tel: (202) 598-9741
Email: michelle.spatz@usdoj.gov

Sarah B. Williams
Environment & Natural Resources Div.
U.S. DEPARTMENT OF JUSTICE
150 M St NE
Ste 4.1134
Washington, DC 20004
202-598-9728
Email: sarah.williams@usdoj.gov

Janice M. Schneider
Stacey L. VanBelleghem
Devin M. O'Connor
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

Daniel I. Lampke
Robert W. Stetson
BERNKOPF GOODMAN LLP
2 Seaport Lane
9th Floor
Boston, MA 02210
617-790-3482
Email: dlampke@bernkopflegal.com
rstetson@bernkopflegal.com

[1] The Court granted prior counsel for Plaintiffs leave to withdraw from the case and gave Plaintiffs until June 22, 2026 to identify substitute counsel. Dkt. No. 103. On July 9, 2026, current counsel for Plaintiffs entered an appearance in this case for specified Plaintiffs. To Revolution Wind's knowledge, the following Plaintiffs remain unrepresented: Save Right Whales Coalition, Ralph Craft, Karen Blanchard, Mary Cushing Coleman, Lisa Foley, and Panagakis Family Trust.