**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GREEN OCEANS, et al.

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

*Defendants.*

and

REVOLUTION WIND, LLC,

*Defendant-Intervenor.*

**Case No. 1:24-CV-00141-RCL**

# ORDER

Upon consideration of Federal Defendants' Motion for Extension of Briefing schedule [ECF No. 113], it is hereby **ORDERED** that the motion is **GRANTED IN PART** nunc pro tunc and **DENIED IN PART**

Upon consideration of Defendant-Intervenor Revolution Wind, LLC's unopposed motion to amend the briefing schedule [ECF No. 116], there is good cause and it is hereby **ORDERED** that the motion be **GRANTED.**

It is **FURTHER ORDERED** that the briefing schedule is amended as follows:

| Filing | Date |
| --- | --- |
| Federal Defendants' Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | 10/9/2026 |

| | |
|---|---|
| Plaintiffs' Response to Federal Defendants' and Revolution Wind's Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | 12/1/2026 |
| Defendant-Intervenor Revolution Wind's Response to Federal Defendants' Cross-Motion for Summary Judgment | 12/1/2026 |
| Federal Defendants' Reply Brief | 1/20/2027 |
| Revolution Wind's Reply Brief | 1/20/2027 |

Date: 13 November, 2026

Hon. Royce C. Lamberth
United States District Judge